**AFFIDAVIT OF JACKIE SAMPLE**

I, **JACKIE SAMPLE**, being duly sworn, hereby depose and state the following:

1. **PARTIES INVOLVED:**
   This matter involves multiple defendants, including **Dr. Madison Sample**, attorneys **John Conniff, Meighan Harmon, Tracey Wertz, Matthew Elster, Kathryn Mickelson Homburger**, and **Ashonta Rice**, as well as law firms **John Conniff Law Office, Schiller, DuCanto & Fleck LLP, Beermann LLP**, and **Akiwowo Law Group, P.C.** Additional defendants include **Andrew Cores Law Group, DuPage County Courthouse, Judge Kenton Skarin, Judge James Orel**, and **Attorney Masah Samforay.**

2. **ALLEGATIONS OF MISCONDUCT:**
   Upon information and belief, the defendants have engaged in collusion, legal malpractice, negligence, and breaches of fiduciary duty, resulting in severe harm to me. Specific actions include:

   - Missing critical deadlines.
   - Failing to investigate and mishandling my case.
   - Neglecting to disclose conflicts of interest.
   - Filing and failing to correct falsified statements.
   - Altering court orders and filing fraudulent documents and more.

3. **IMPACT OF DEFENDANTS' ACTIONS:**
   These actions have caused:

   - Significant financial losses, including allowing **Dr. Madison Sample** to dissipate marital assets and flee the jurisdiction with my share.
   - Emotional and psychological trauma, including isolation, deprivation of basic needs, and fear of retaliation in court and more.
   - Ongoing discrimination, bias, and systemic inequalities rooted in racism and sexism, further denying me fair representation, due process, justice and more.

4. **FINANCIAL MISCONDUCT BY DR. MADISON SAMPLE:**
   Dr. Sample has unilaterally seized control of over $5 million in digital currency, now valued at over $15 million, and concealed business interests such as involvement with **Careskore**, a company reporting substantial revenue. Despite clear evidence, court orders have not been enforced and more.

5. **COLLUSION AND INTIMIDATION:**
   Defendants, including attorneys and judges, have engaged in coercive control, harassment, and financial abuse to coerce me into accepting an unjust settlement. Judicial misconduct has included ignoring critical filings and using intimidation tactics, such as threats of incarceration and more.

6. **HARM TO PERSONAL WELL-BEING:**
As a result of the defendants' actions, I have been denied:

- ° Access to medical care, prescriptions, and basic needs like food and utilities.
- ° The ability to practice my faith and maintain ties with my family.
- ° The stability and security of my home, now at risk of foreclosure and more.

7. **JUDICIAL MISCONDUCT:**
Judges **Kenton Skarin** and **James Orel** have failed to enforce court orders, allowing further financial and emotional harm. Judge Orel, in particular, advised inappropriate legal actions against me, demonstrating abuse of judicial authority and more.

8. **RELIEF REQUESTED:**
I respectfully ask this Court to recognize the abomination of the Defendants legal malpractices and the gravity of these injustices and grant:

- ° **Compensatory Damages** for financial losses and medical expenses.
- ° **Emotional Distress Damages** for psychological trauma.
- ° **Punitive Damages** to deter future misconduct.
- ° A total of $50,000,000 from **Dr. Madison Sample** and $25,000,000 from each named defendant and any other financial relief for damages allowed under the legal system.

The defendants' calculated and depraved actions have caused profound and irreparable harm, violating my civil, constitutional, and human rights. Justice must prevail to restore dignity and prevent further injustice.

**Respectfully submitted,**
**Jackie Sample**

**Sworn to and subscribed before me this** _____

**NOTARY SEAL**

**SIGNATURE OF NOTARY PUBLIC**

65

# EXHIBIT G:

# THE STRANGER/ INTIMIDATOR VIDEO THUMB DRIVE

RE: The Intimidator

On May 23, 2024, a strange man accosted me on the street. He stated that the judge wants my house sold and ordered me to sell it.

He recording me with his phone, repeatedly saying my first and last name, even saying where I live.

I took out my phone and he rushed away. I caught up and recorded him back.
He stated that he wanted some of the equity in my home.

Jackie Sample.







# EXHIBIT: 1

# SALON 119 & SPA CERTIFICATES



# CERTIFICATE OF MEMBERSHIP

This Is To Certify That

# Salon 119 & Spa

Is a Classic member in good standing of the

## CHATHAM BUSINESS ASSOCIATION,
## SMALL BUSINESS DEVELOPMENT, INC.

And is entitled to all rights and privileges of membership
In witness whereof, we hereby subscribe our signature

William Garth, Chairman

Marino Orlandi, President

Member through  2014

# CERTIFICATE OF
# RECOGNITION

Thank You
For Your Selfless Dedication
to
Fenger High School Students
during the years
2010, 2011, 2012, 2013, and 2014

May It be known by all who
Reads this that a Certificate of
Appreciation has been presented

To

## _Jackie Johnson–Sample_

For Salon Services and Contributions
In Conjunction with
Carrie's Closet Sponsorship
of
Fenger High School Prom Extravaganza

*Carrie M. Austin*

Alderman Carrie M. Austin
34th Democratic Ward
Organization

Presented this 5th Day of Jun 2014

# EXHITBIT: 2

**$200,000 NOF GRANT**

**BUILDERS CONTRACT**

**TEXT MESSAGES ACKNOWLEDGING PAYMENT OWED TO JACK;'S HOUSING AND DEVELOPMENT FOR BUILDING MARITAL HOME**



## OFFICE OF THE MAYOR

### CITY OF CHICAGO

**RAHM EMANUEL**
MAYOR

March 6, 2018

Dear Jackie,

On behalf of the City of Chicago, I am very happy to inform you of your selection to receive a grant from the Neighborhood Opportunity Fund.

The Neighborhood Opportunity Fund was designed to turn downtown development into new funds to support our neighborhood commercial corridors on the South, Southwest and West sides and to build community wealth in supporting local entrepreneurs and local hiring. I have always believed that when our neighborhoods and the businesses within them thrive, the whole city will thrive—and LeKula Café will bring exciting new opportunities to the community.

You are part of the second round of Neighborhood Opportunity Fund recipients—it is my hope and belief that your business will serve as a cornerstone and will help others build on your success.

This program would not be possible without entrepreneurs like you contributing the time, energy and commitment to help every neighborhood thrive. I hope that by leveraging the resources from this grant, you will be able to turn your idea into a reality that everyone in our city can enjoy.

Again, congratulations on your selection, and thank you for your commitment to Chicago's future. I cannot wait to see you succeed further.

Sincerely,

Rahm Emanuel

Mayor

# BUILDING CONTRACT
# BETWEEN OWNER AND GENERAL CONTRACTOR

### NEW CONSTRUCTION AT:

*9476 Falling Water Drive*
*Burr Ridge, Illinois*

---

**OWNER:**                          **Madison Sample, Jr.**
                                    **9476 Falling Water Drive**
                                    **Burr Ridge, Illinois  60527**
                                    **(847) 873-3241**

**LENDER:**                         **Huntington National Bank**

**CONTRACTOR:**                     **Jack's Housing & Development**
                                    **9624 S. Cicero**
                                    **Oak Lawn Illinois 60453**
                                    **(773) 719-0337**


1. CONSTRUCTION OF HOME.  Contractor agrees to supervise and direct the Work (as hereinafter defined) using Contractor's best skill and attention.   The Contractor shall be solely responsible for and have control over construction means, methods, techniques, sequences, and procedures, and for coordinating all portions of the Work.  The term, "Work" means the construction and services required by the Plans (as hereinafter defined), including but not limited to all labor, materials, equipment, and services needed in order to fulfill Contractor's obligations hereunder with respect to construction of a new home ("Home") on Owner's property commonly known as **9476 Falling Water Dr. East, Burr Ridge, Illinois 60527** ("Premises" or "Property") and legally described as set forth on the following (such construction of the home to be hereinafter referred to as the "Project").

This Building Contract ("Contract") is dated March 1, 2019.

1

4. MORTGAGE. In the event Owner requires financing as above provided, Owner agrees to execute any and all documents necessary and perform such acts as necessary for the issuance of a first mortgage loan commitment on the Premises described herein, in the form required by the

The Plans are dated January 31, 2018 (identified as Plan # 371732) and were prepared by John S. Gross Architects, P.C. ("Architect") and approved by the Village of Burr Ridge. The Plans are attached to this Contract as Attachment "A" and are incorporated herein by reference.

This Contract and the Plans and are hereinafter collectively referred to as the "Contract Documents"). In the event of any conflict between any of the Contract Documents, this Contract shall govern.

2. PRICE AND TERMS. The total "Contract Price" for the Work shall be a fixed price, subject to any Change Orders requested by Owner in writing, equal to (20% )percent of the cost of the project (as set forth in writing by the subcontractors performing the same and approved in writing by Owner in advance); provided, however, that any portion of the Work performed by Contractor (or at Contractor's direction) in connection with a separate contract or agreement with Owner, as well as the cost of any materials purchased directly by Owner in connection with the Work, shall not be included in the "cost of the Entire Project" for purposes of determining the Contract Price. The cost of the project is estimated to be $1,529,821.

All of said payments to be made and funded through a Construction Escrow to be established by Owner with Chicago Title Insurance Company.

Contractor shall, within thirty (30) days of commencing the Project, prepare and submit to Owner a construction schedule for the Work, and a list of subcontractors and material suppliers that Contractor anticipates using for the Project. Contractor shall update said schedule in writing and provide such updates to Owner every 30 days thereafter.

3. PAYMENT PROCEDURES

3.1. Owner shall establish a Construction Escrow ("Escrow") with the title company of Owner's choice. The Escrow shall be used to fund all payments made to Contractor as well as all subcontractors and material suppliers disclosed on Contractor's sworn statement (as approved by Owner in Owner's sole discretion in advance of funding). Periodic funding through the Escrow shall occur as construction costs are incurred from time to time, with such payouts and the schedule thereof to be approved by Owner and Owner's lender. Contractor as well as all subcontractors and material suppliers must tender such lien waiver(s) and other documentation as the escrowee ("Escrowee") of the Escrow requires in advance of payment. The Owner shall be responsible for all Escrow costs. Such payments shall only be funded to the Escrow within 10 days after (but no more often than once every calendar month): (1) Owner's receipt of a written payment request from Contractor; (2) verification by Architect and/or Lender's inspector, if any, of proper completion of the Work performed in connection with said payment request; (3) approval of the Work by any applicable Village of Burr Ridge inspector, if any; and (4) receipt by Escrowee a duly executed partial or final waiver(s) of lien as the case may be from Contractor and any subcontractors and material suppliers as applicable, including any other documentation required by Escrowee.

2

4. MORTGAGE. In the event Owner requires financing as above provided, Owner agrees to execute any and all documents necessary and perform such acts as necessary for the issuance of a first mortgage loan commitment on the Premises described herein, in the form required by the lender, together with all instruments which reasonably may be required to complete and make the loan. All charges of the mortgage lender and other costs or fees of such mortgage loan, and the closing of the same including but not limited to points, lenders escrow charges, escrow deposits, inspection fees, appraisals, holdbacks, recording charges, and customary title charges for mortgagee's title insurance and any endorsement thereto, shall be borne by the Owner.

5. CONTRACTOR'S REPRESENTATION. In order to induce Owner to enter into this Contract, Contractor makes the following representation: Contractor has familiarized itself with the nature and extent of the Contract Documents, Work site, locality, and all local conditions and laws and regulations that in any manner may affect cost, progress, performance or furnishing of the Work. Contractor is duly licensed to perform the Work as required by local laws and regulations. Contractor represents that Contractor shall use its best efforts to ensure that all Work shall comply with and adhere to the Plans, current local building codes, and current local ordinances. Written notice of any deviation there from shall be immediately given to Owner and Owner's representatives, and rectified within a reasonable time frame as agreed to by all parties.

Contractor represents that it shall require all subcontractors to comply fully, at each subcontractor's own expense, with all laws, ordinances, regulations, rules, orders and citations applicable to all Subcontractors, accident prevention, safety equipment and practices prescribed by the Occupational Safety and Health Act of 1970 (Public Law 91-596), and Construction Safety Act (Public Law 91-54), as the same may from time to time be amended, implemented, or succeeded, and the Civil Rights Act of 1970 as amended, as the same may be further amended, implemented or succeeded, including rules and regulations promulgated thereunder and including Executive order 11246 and any successor executive Order modifying or superseding that Order.

6. CONSTRUCTION. Contractor agrees that it will construct the Project in accord with the plans and specifications for the same referred to above and form an integral part of this Contract. Construction shall begin within 30 days of the execution of this Building Contract. Contractor agrees to complete the construction of said Project in no event later than January 1, 2022. The construction work will be performed in good and workmanlike manner. Contractor shall supervise and direct the Work using Contractor's best skill and attention.

Contractor shall not and has no right to substitute or change materials or brand names to those of similar or better quality, utility or color, without the Owner's written consent. Contractor also shall not and has no right to make such changes in construction as may be required by material shortages, strikes, stoppages, labor difficulties or such emergency situation as may, in Contractor's judgment, require the same, without the Owner's written Consent.

The OWNER retains the right to use any subcontractor and/or material supplier of its own choosing and to perform construction related to the Project with such subcontractors and material suppliers.

3

4. MORTGAGE. In the event Owner requires financing as above provided, Owner agrees to execute any and all documents necessary and perform such acts as necessary for the issuance of a first mortgage loan commitment on the Premises described herein, in the form required by the lender, together with all instruments which reasonably may be required to complete and make the loan. All charges of the mortgage lender and other costs or fees of such mortgage loan, and the closing of the same including but not limited to points, lenders escrow charges, escrow deposits, inspection fees, appraisals, holdbacks, recording charges, and customary title charges for mortgagee's title insurance and any endorsement thereto, shall be borne by the Owner.

5. CONTRACTOR'S REPRESENTATION. In order to induce Owner to enter into this Contract, Contractor makes the following representation: Contractor has familiarized itself with the nature and extent of the Contract Documents, Work site, locality, and all local conditions and laws and regulations that in any manner may affect cost, progress, performance or furnishing of the Work. Contractor is duly licensed to perform the Work as required by local laws and regulations. Contractor represents that Contractor shall use its best efforts to ensure that all Work shall comply with and adhere to the Plans, current local building codes, and current local ordinances. Written notice of any deviation there from shall be immediately given to Owner and Owner's representatives, and rectified within a reasonable time frame as agreed to by all parties.

Contractor represents that it shall require all subcontractors to comply fully, at each subcontractor's own expense, with all laws, ordinances, regulations, rules, orders and citations applicable to all Subcontractors, accident prevention, safety equipment and practices prescribed by the Occupational Safety and Health Act of 1970 (Public Law 91-596), and Construction Safety Act (Public Law 91-54), as the same may from time to time be amended, implemented, or succeeded, and the Civil Rights Act of 1970 as amended, as the same may be further amended, implemented or succeeded, including rules and regulations promulgated thereunder and including Executive order 11246 and any successor executive Order modifying or superseding that Order.

6. CONSTRUCTION. Contractor agrees that it will construct the Project in accord with the plans and specifications for the same referred to above and form an integral part of this Contract. Construction shall begin within 30 days of the execution of this Building Contract. Contractor agrees to complete the construction of said Project in no event later than January 1, 2022. The construction work will be performed in good and workmanlike manner. Contractor shall supervise and direct the Work using Contractor's best skill and attention.

Contractor shall not and has no right to substitute or change materials or brand names to those of similar or better quality, utility or color, without the Owner's written consent. Contractor also shall not and has no right to make such changes in construction as may be required by material shortages, strikes, stoppages, labor difficulties or such emergency situation as may, in Contractor's judgment, require the same, without the Owner's written Consent.

The OWNER retains the right to use any subcontractor and/or material supplier of its own choosing and to perform construction related to the Project with such subcontractors and material suppliers.

3

The Owner may employ other contractors to perform services not related directly to the Work set forth herein. The Owner's contractors are required to coordinate their Work or any work they perform, which is directly related to the Contractor's Work directly with the Contractor. The Contractor shall, in accordance with the requirements of the Owner, and at no additional cost, liaise with, cooperate with, coordinate with and afford all reasonable opportunities for carrying out their work to any other contractors/material vendors on the Premises engaged by the Owner and their workmen and the workmen of the Owner. An interior decorator is by definition an Owner contractor.

In the event any cost caused by defective or ill-timed work occurs, the cost shall be borne by the Owner solely.

Owner shall be responsible for any additional cost approved by Owner incurred in the construction process due to any deficiencies in the load bearing capacity of the soil/ground on which the proposed improvements are to be located.

If Contractor fails to correct Work which is not in accordance with the Plans, then Owner may direct Contractor to stop the Work until the correction is made. If Contractor defaults or neglects to carry out the Work in accordance with the Plans and the Contract Documents, and fails within a seven-day period after receipt of written notice from Owner to commence and continue correction of such default or neglect with diligence and promptness, then Owner may, as its sole and exclusive remedy, correct such deficiencies and use any payment or portion thereof otherwise due to Contractor to reimburse Owner for the cost of correction.

7. OCCUPANCY. During building construction and prior to final payment, Owner shall have unlimited access to the property. Owner retains sole control and exclusive possession of the Premises. With Owner's written permission obtained in advance, Contractor may maintain on the subject Premises all advertising signs, banners, if any, and lighting in connection with the Property, together with right of ingress and egress and the use of the common elements therefore as may be necessary for the above, subject to signage, etc. complying with local ordinances.

8. DEFAULTS. Owner's failure to perform as provided hereunder shall be a default by Owner. Without limiting the generality of the foregoing, Owner's failure to make any payments herein provided for within thirty (30) days after payment is due failure or refusal to carry out any other material obligation of the Owner under the terms of this Contract or Owners failure to apply for a mortgage as provided herein or furnish to mortgagee all requested credit information and to sign customary papers relating to the application and securing of a mortgage commitment pursuant to paragraph 4 shall be a default by Owner.

If the Contractor breaches the Contract or defaults hereunder in any way and fails to cure the same within fourteen (14) days of receipt of written notice thereof from Owner, then the Owner's sole and exclusive remedy hereunder shall be to terminate the Contract, whereupon Contractor shall automatically be released from any and all liability and obligation with respect thereto, and in this case the Owner may employ any other contractor to complete the Work utilizing so much of the Contractor's equipment, temporary works and materials as appropriate.

4

9. WARRANTY. Contractor does <u>NOT</u> warrant the workmanship and material used in construction of the Home in any way including but not limited to providing a warranty against defects arising out of faulty workmanship or material.

**NO REPRESENTATIONS, WARRANTIES, UNDERTAKINGS OR PROMISES OTHER THAN THOSE EXPRESSED HEREIN, WHETHER ORAL, IMPLIED OR OTHERWISE SHALL BE CONSIDERED A PART OF THIS TRANSACTION UNLESS THEY ARE IN WRITING AND SIGNED BY CONTRACTOR.**

**EXCEPT AS EXPRESSLY SET FORTH HEREIN, CONTRACTOR HEREBY EXCLUDES AND DISCLAIMS ANY AND ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING BY WAY OF EXAMPLE AND NOT LIMITATION, ALL WARRANTIES OF HABITABILITY, FITNESS FOR PARTICULAR PURPOSE AND MERCHANTABILITY.**

**THE LIMITED WARRANTIES CONTAINED HEREIN SHALL BE IN LIEU OF ANY OTHER WARRANTY WHETHER EXPRESSED OR IMPLIED, PROVIDED THAT IN THE EVENT ANY ITEM WARRANTED HEREIN IS DEEMED TO BE A CONSUMER PRODUCT UNDER THE WARRANTY-FEDERAL TRADE COMMISSION IMPROVEMENT ACT, THEN AND ONLY IN THAT EVENT, THE DISCLAIMER OF IMPLIED WARRANTY AS TO ANY SUCH ITEM SHALL COMMENCE FROM AND AFTER THE EXPIRATION OF THE EXPRESS WARRANTIES SET FORTH HEREIN.**

**OWNER FURTHER ACKNOWLEDGES THAT OWNER'S ACCEPTANCE OF CONTRACTOR'S DISCLAIMER OF WARRANTIES IS AN ESSENTIAL TERM OF THIS CONTRACT IN THE ABSENCE OF WHICH CONTRACTOR WOULD NOT EXECUTE THIS CONTRACT.**

OWNER

10. OFFER. If Owner shall execute and deliver this Contract to Contractor, then this Contract shall be considered an irrevocable Offer by Owner which shall remain open for a period of five (5) days, and may be accepted by Contractor and executed at any time during said period. Upon execution by Contractor, an executed copy of this Contract shall be sent to Owner. In the absence of Owner's receipt of a Contract signed by Contractor within 48 hours of Contractor's receipt of this Contract signed by Owner, then the Offer shall be considered rejected and all funds deposited by Owner shall be returned to Owner without further action or notice required by Owner. Under no circumstances shall Contractor's silence or failure to respond to Owners offer be deemed an acceptance of Owner's Offer.

11. NOTICES AND DEMANDS. All notices and demands required shall be made in writing and the mailing of notice by first-class mail to the Contractor or Owner as the case may be, at the addresses given in this Contract or to their attorneys as identified on page 1 (such notice given to

5

either party's respective attorney shall be sufficient notice for all purposes hereunder.) Said notice shall be deemed to be given three (3) business days immediately following the date of mailing. Notice by facsimile or email shall be deemed acceptable and delivered on the day following the date of transmission. Time is of the essence of this Contract. The words "date hereof" shall mean date of acceptance of this Contract.

12. NO ASSIGNMENT. Owner and Contractor shall not transfer or assign this Contract or any interest herein without the express written consent of the other party hereto.

13. ATTORNEYS' APPROVAL. The parties agree that they have sought the advice of legal counsel regarding the Contract, and that their respective attorneys may approve and make modifications, other than the purchase price, mutually acceptable to the parties, within five (5) business days after the Contractor's acceptance of the Contract. If the parties do not agree to such modifications and written notice thereof is given to the other party within the time specified, then this Contract shall become null and void, and all monies paid by the Owner shall be refunded. IN THE ABSENCE OF WRITTEN NOTICE WITHIN THE TIME SPECIFIED HEREIN, THIS PROVISION SHALL BE DEEMED WAIVED BY ALL PARTIES HERETO AND THIS CONTRACT SHALL BE IN FULL FORCE AND EFFECT.

14. RESPONSIBILITY FOR WORK. Contractor shall be responsible only for its own work, property and/or materials until completion and final acceptance of the Work by Owner. In the event of loss or damage, Contractor shall proceed promptly to make repairs to or replace the damaged work, property and/or materials as directed by Owner. Should Owner receive a fine or other penalty from OSHA or other governmental entity due to Contractor's failure to adhere to any OSHA rules or other governmental-regulations, then Owner may deduct the amount of such fine or other penalty from any payment due and owing Contractor and tender the same to such governmental entity. The OWNER shall deduct further payments to Contractor if the Project delivery date is after March 1, 2022. This will be on a prorated basis at $12,000 per month assuming 30 days in each month. Owner may deduct this amount from further payments due Contractor. All outstanding payments to be made from OWNER to Contractor upon home sale completion less any deductions per this Contract.

15. CLEANING UP. Contractor shall require all subcontractors to keep the subject premises and surrounding area free from accumulation of debris and trash related to the Work, and to properly dispose of waste materials in a roll-off waste container provided by Owner.

16. TERMINATION FOR CONVENIENCE. Either Owner or Contractor may, at any time, terminate this Contract for convenience and without cause. Contractor shall be entitled to receive payment for Work performed and approved by Architect.

17. ADDITIONAL TERMS AND CONDITIONS. There are no agreements, promises, or understanding between the parties except as specifically set forth in this Contract, which may include an attached Rider. No alterations or changes shall be made to this Contract unless the

6

same are in writing and signed or initialed by the parties hereto. This Contract shall be construed under the laws of the State of Illinois.

Dated this 1st day of March 2019.

GENERAL CONTRACTOR:

Jacks Housing and Development

Jackie Sample
Its:     President

OWNER:

Jackie Sample

Madison Sample Jr.

7

A.    Yes.

Q.    When were you and Ms. Sample married?

A.    December 2013.

Q.    And did you and Ms. Sample acquire real estate during your marriage?

A.    Yes, we did.

Q.    What's the address of that real estate?

A.    9476 Falling Water Drive East, Burr Ridge, Illinois, 60527.

Q.    Is that a single family home?

A.    Yes, it is.

Q.    Can you generally describe it to the court?

A.    It's a new construction.  There's six bedrooms, five bathrooms, about 7500 square feet.

Q.    How much did you and Ms. Sample pay for the Falling Waters residence?

A.    2.6 million dollars.

Q.    Is the residence encumbered by a mortgage?

A.    Yes, it is.

Q.    What is the balance of that mortgage?

A.    The balance is approximately 1.5 million dollars.

Q.    Do you know the interest rate?

A.    3.375.

11:05

3 People >

Madison Sample

Inflation went *UP* from 8.3 to 8.6%

I don't know how we will survive separately
-food costs will skyrocket
-natural gas to heat our homes in winter
-auto gas may double from now
-how will you survive
-how will I pay you what I said I would for finishing house
-how will I survive going part time although mentally I have no other option.
-how will I pay my mortgage
-how will you find money for LeKula by yourself. We be hard even with me in my current state.

Store    Apple Cash    Fitness    #images    Au

Madison Sample

Sheiba
Made enough to pay off his house

Ok
I have lost 1/4 million dollars during my life running toward the latest fad, system or expert.  What I have learned is
1. Don't fight big geopolitical trends. You will lose
2. Don't fight the market. You will lose money on a great company in a bear market.
3. Crypto has most people fooled because it is going sideways. That's what the elites want you to believe. They want you to become restless and sale. That would be the worse decision of your life.

# EXHIBIT: 3

# MARRIAGE CERTIFICATE

CERTIFICATION OF VITAL RECORDS

# CERTIFICATION OF MARRIAGE

LICENSE NUMBER: **M201711833-0**

**BETWEEN**

GROOM'S NAME: **MADISON SAMPLE, JR.**
AGE: **51**                    **AND**

BRIDE'S NAME: **JACKIE L. JOHNSON**
AGE: **47**                    **ON**

DATE OF MARRIAGE: **JUNE 3, 2017**

**WERE UNITED IN MARRIAGE IN THE COUNTY OF COOK, AND STATE OF ILLINOIS**

**IN A RELIGIOUS CEREMONY**

**BY**

NAME: **DANIEL WILLIS**
OFFICIANT TITLE: **MINISTER**

**AT**

CITY OF CEREMONY: **ALSIP, ILLINOIS**

DATE RECORDED: **JUNE 8, 2017**
APPLICATION DATE: **MAY 10, 2017**

**This is to certify that this is a true and correct abstract from the official
record filed with the office of the Cook County Clerk.**

**6/10/2022   15:35**

7365611



**County of Cook
State of Illinois**

## Office of County Clerk
## Karen A. Yarbrough

KAREN A. YARBROUGH
COOK COUNTY CLERK

This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature.

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

CERTIFICATION OF VITAL RECORDS

# CERTIFICATION OF CIVIL UNION

LICENSE NUMBER: **C201300861-0**

**BETWEEN**

PARTNER A'S NAME: **MADISON SAMPLE, JR.**

AGE: **48**                    **AND**

PARTNER B'S NAME: **JACKIE L. JOHNSON**

AGE: **43**                    **ON**

DATE OF CIVIL UNION: **DECEMBER 7, 2013**

**WERE UNITED IN A CIVIL UNION IN THE COUNTY OF COOK, AND STATE OF ILLINOIS**

**IN A RELIGIOUS CEREMONY**

**BY**

NAME: **DANIEL WILLIS**

OFFICIANT TITLE: **SENIOR PASTOR**

**AT**

CITY OF CEREMONY: **ALSIP, ILLINOIS**

DATE RECORDED: **DECEMBER 12, 2013**

APPLICATION DATE: **DECEMBER 5, 2013**

This is to certify that this is a true and correct abstract from the official
record filed with the office of the Cook County Clerk.

**1/17/2014   13:48**

2939856



**County of Cook**
**State of Illinois**

## Office of County Clerk
## David Orr



DAVID ORR     COUNTY CLERK



This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature.

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

# EXHITBIT: 4

**CLOSED ACCOUNTS BY MADISON SAMPLE**

**APRIL 11, 2023 COURT ORDER PROHIBITING SUCH ACTIONS**

**PARTIAL INCOME TAX RETURNS**

**BANK OF AMERICA**
PO BOX 25118
TAMPA, FL 33622-5118

Case Number 231007N5001620
**Account ending in:** 1808
**Date** October 10, 2023
**Account information**
bankofamerica.com

MADISON SAMPLE
JACKIE L JOHNSON-SAMPLE
9476 FALLING WATERS DR E
BURR RIDGE IL 60527-0723

## We're confirming details about your account(s).

What you need to know

Your account(s) ending in 1808 was opened on September 19, 2022. Your account(s) ending in 1808 was closed on June 7, 2023, with a zero balance.

Thank you for banking with us.

*Account closed by DR SAMPLE. New one opened in his name alone.*

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

CNFDEPACC ACCOC



**BANK OF AMERICA**
PO BOX 25118
TAMPA, FL 33622-5118

Case Number 231007NS001620
Account ending in: 8792
Date October 10, 2023
Account Information
bankofamerica.com

MADISON SAMPLE JR
JACKIE L JOHNSON-SAMPLE
9476 FALLING WATERS DR E
BURR RIDGE IL 60527-0723

We're confirming details about your account(s).

What you need to know

Your account(s) ending in 8792 was opened on February 23, 2018. Your account(s) ending in 8792 was closed on March 30, 2023, with a zero balance.

Thank you for banking with us.

Account closed by DR. Sample. New one opened in his name alone.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation. Bank of America, N.A. Member FDIC.

CNFDEPACC ACCOC

**BANK OF AMERICA** 
PO BOX 25118
TAMPA, FL 33622-5118

**Case Number** 231007NS001624
**Account ending in:** 2396
**Date** October 10, 2023
**Account Information**
bankofamerica.com

BERNSTEIN AND REIKES CORP
9476 FALLING WATERS DR
BURR RIDGE IL 60527

## We're confirming details about your account(s).

### What you need to know

Your account(s) ending in 2396 was opened on March 12, 2015. Your account(s) ending in 2396 was closed on July 24, 2023, with a zero balance.

Thank you for banking with us.

*Account closed by DR. Sample. New one opened in his name alone.*

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

CNFDEPACC ACCOC

**charles SCHWAB**

Questions: 1-877-742-9488

Clients calling from outside the U.S.:
+1-415-667-8400

Clients of Charles Schwab, Hong Kong,
Ltd.: +852-2101-0500

MB 01 020629 41855 B 59 A

MADISON SAMPLE JR &
JACKIE JOHNSON SAMPLE JT TEN
9476 FALLING WATERS DR E
WILLOWBROOK, IL 60527

March 28, 2024                                    Account(s) ending: 532

## Confirmation: We've moved funds as requested.

We're writing to let you know that we've received and processed an authorization to move money out of the account noted above. We've transferred these funds as described below.

**Your next steps.**
Please review the information that follows to make sure it's correct. If you notice any errors, would like to obtain a copy of the signed authorization, or have any questions about the authorization for this transaction, please call us immediately at one of the numbers above.

### Transfer(s) to Schwab accounts of third parties

| | |
|---|---|
| To account ending in: | 105 |
| Account name: | MADISON SAMPLE JR |
| Cash transfer amount requested: | $0.02 |

Thank you for the opportunity to serve you. If you have any questions or need assistance, please call us at one of the numbers above. If you're a client of an independent investment advisor, please call your advisor directly, or call Schwab Alliance at 1-800-515-2157.

Please note that the transaction amounts above do not reflect transaction fees.

Please note that this letter applies only to the account noted above.

Independent investment advisors are not owned by, affiliated with, or supervised by Charles Schwab & Co., Inc. ("Schwab").

©2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.   CC0368060 (1114-5355) SGC42307-04  (03/16)



# IRA Transfer Form
(iTrust Custodial Services is Non-ACAT eligible)

M2 Trust DBA iTrust Custodial Services
65 Pine Ave Ste 22
Long Beach, CA 90802
Fax: (855) 496-8303
Phone: (866) 308-7878

## Account Holder Information

| | | | | |
|---|---|---|---|---|
| Full Name | Madison Sample Jr | | | |
| Address | 9476 Falling Water East | | | |
| City | Burr Ridge | State IL | Zip 60527 | |
| Phone # | (847) 873-3241 | Date of Birth | | |
| Social Security Number | | | | |

### *For Internal Use Only*

iTrust Custodial Account # **ITR2048989**

iTrust Receiving Acct Type: Traditional IRA

*If converting account to Roth the above will read Traditional/SEP IRA for lateral transfer first*

## Your Transferring Account/ Previous Custodian

Account Transferring From: CHARLES_SCHWAB

Account Number: 1971-5842    Account Type: ☑ Traditional ☐ Roth ☐ SEP ☐ SIMPLE

**Best method to submit transfer request to your previous custodian:** (Required, please provide one)

Fax #: _____    Email: _____

Overnight Mail: _____

## Transfer Instructions

**Cash Transfer** - Liquidate and Transfer **(select one only):**    ☐ 100% of funds from the IRA indicated, OR

☐ Send only $_____

**Select Payment Type (select one only):** *Verify with custodian if funds can be sent via wire OR mailed check*

☐ Wire ☐ Check ◯ Select if expedited shipping is required ____

Check To: iTrust Custodial Services    Initials

## InKind Transfer Only - only if moving crypto from existing IRA account

| Asset Type | Quantity |
|---|---|
| | |
| | |
| | |
| | |
| | |

Page 1



**ITRUST CUSTODIAL SERVICES**

M2 Trust DBA ITrust Custodial Services
65 Pine Ave Ste 22
Long Beach, CA 90802
Fax: (855) 486-0303
Phone: (855) 308-7878

# IRA Transfer Form
(ITrust Custodial Services Is Non-ACAT eligible)

---

I hereby certify by my signature, that my information is true and correct, and that I understand if I have required minimum distributions, it is my responsibility to remove the required amount from an IRA before the deadline, if applicable. I acknowledge and confirm the transfer of my Simple IRA into my non Simple IRA is at least two years after the date I first received a contribution into the Simple IRA

Signature of Account Holder: _____    Date Signed: 4-6-2023
                                                                          MM/DD/YYYY

(print and sign form, must verify with your custodian if electronic signature is accepted)
*ITrust Custodial Services will submit the transfer form along with the wire/check instructions and letter of acceptance to your previous custodian.

---

ITrust Internal Notes

---

We will accept the above captioned account as successor custodian.

Custodian Signature _____    Date Signed _____
                                                                      MM/DD/YYYY

MSG Stamp (if required)

The use of the Medallion Stamp on documents other than those dealing with securities authenticates that the form is complete and is signed by and comes from the institution that affixed the Medallion Stamp and does not guarantee the validity of the customer signature.

Page 2

2023DN000129-43

TION ORDER

STATE OF ILLINOIS

UNITED STATES OF AMERICA

COUNTY OF DU PAGE

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

IN RE: THE MARRIAGE OF
**MADISON SAMPLE JR**

Plaintiff

2023DN000129
CASE NUMBER

AND

JACKIE L SAMPLE

Defendant

# FILED

**23 Apr 11   AM 11: 35**

*Candice Adams*

CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

## AGREED

### ACTION ORDER

This matter having come before the Court, the Court having jurisdiction and being fully advised in the premises:

**IT IS HEREBY ORDERED** as follows:

The case is continued to 05/10/2023 in 2010 at 10:50 AM for STATUS - FOR VIDEO CALL.
Description: DISCOVERY PRODUCTION/SETTLEMENT

1. Effective immediately, both parties are restrained from withdrawing, assigning, encumbering, removing, dissipating, hiding, transferring, concealing, hypothecating, pledging, mortgaging, making gifts of, guarantying debts with, expending, or otherwise dealing with, or squandering or disposing of any real or personal property, or income in which Petitioner or Respondent has any interest whatsoever, except in the usual course of business or for the necessities of life.

2. Both parties shall have equal access to the parties' joint checking account. Neither party shall incur any personal expense in excess of $400.00 without written agreement between the parties.

3. Both parties shall exchange Financial Disclosure Affidavits and Supporting Financial Documents within 28 days.

4. This order entered by agreement of counsel, as stated on the record.

Submitted by: JOHN A CONNIFF
Attorney Firm: LAW OFFICES OF JOHN A. CONNIFF
DuPage Attorney Number: 311564          ☐   PRO SE
Attorney for: MADISON SAMPLE
77 W WACKER DRIVE, SUITE 4500
CHICAGO, IL, 60601
312-255-0007
Email: jconniff@jacfamilylaw.com

Effective Date 04/12/2023

JUDGE KENTON J SKARIN
Validation ID : DP-04112023-1135-13800

Date: 04/11/2023

CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©

Page 1 of 1



Phone: 

March 14, 2016

MADISON SAMPLE & JACKIE JOHNSON
9715 S CLAREMONT AVENUE
Chicago, IL 60643

MADISON SAMPLE & JACKIE JOHNSON:

| Return Type | Refund/Balance Due | Transaction Method |
|---|---|---|
| Federal Income Tax | $64,769 Refund | Direct Deposit to **9127 |
| Illinois Income Tax | $11,287 Refund | Direct Deposit to **9127 |

The following return(s) will be e-filed and do not need to be mailed to the taxing authority:

Illinois Income Tax

Sign and date these return(s) and mail them on or before the filing deadline to the address provided:

**Federal Income Tax**
Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0002

Sincerely,





October 24, 2016

Madison Sample & Jackie Johnson
9715 S Claremont Avenue
Chicago, IL 60643

Madison Sample & Jackie Johnson:

| Return Type | Refund/Balance Due | Transaction Method |
|---|---|---|
| Federal Income Tax | $93,862 Refund | Direct Deposit to **9127 |
| Illinois Income Tax | $9,039 Refund | Direct Deposit to **9127 |

The following return(s) will be e-filed and do not need to be mailed to the taxing authority:

Federal Income Tax
Illinois Income Tax

Sincerely,





October 03, 2017

Madison Sample & Jackie Johnson
9715 S Claremont Avenue
Chicago, IL 60643

Madison Sample & Jackie Johnson:

| Return Type | Refund/Balance Due | Transaction Method |
|---|---|---|
| Federal Income Tax | $84,372 Refund | Direct Deposit to **6021 |
| Illinois Income Tax | $11,100 Refund | Direct Deposit to **6021 |

The following return(s) will be e-filed and do not need to be mailed to the taxing authority:

Federal Income Tax
Illinois Income Tax

Sincerely,



# Form 1040 U.S. Individual Income Tax Return 2018

OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

**Filing status:** ☐ Single   ☒ Married filing jointly   ☐ Married filing separately   ☐ Head of household   ☐ Qualifying widow(er)

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| MADISON | SAMPLE | |

Your standard deduction: ☐ Someone can claim you as a dependent   ☐ You were born before January 2, 1954   ☐ You are blind

| If joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
| JACKIE | JOHNSON | |

Spouse standard deduction: ☐ Someone can claim your spouse as a dependent   ☐ Spouse was born before January 2, 1954   ☒ Full-year health care coverage or exempt (see inst.)
☐ Spouse is blind   ☐ Spouse itemizes on a separate return or you were dual-status alien

Home address (number and street).   9715 S CLAREMONT AVENUE   Apt. no.

Presidential Election Campaign (see inst.) ☐ You ☐ Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6.
CHICAGO, IL 60643

If more than four dependents, see inst. and check here ► ☐

**Dependents (see instructions):**

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see inst.): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date 01-18-2019 | Your occupation PHYSICIAN | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date 01-18-2019 | Spouse's occupation REAL ESTATE PROFESSIONAL | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Preparer's signature | | PTIN | Firm's EIN | Check if: ☒ 3rd Party Designee |
|---|---|---|---|---|
| Preparer's name ► | | Phone no. | | ☐ Self-employed |
| Firm's name ► | | | | |
| Firm's address ► | | | | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.     Form 1040 (2018)

---

Form 1040 (2018)    Page **2**

| | | | | | Amount |
|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | 1 | 628,364 |
| 2a | Tax-exempt interest | 2a | **b** Taxable interest | 2b | 339 |
| 3a | Qualified dividends | 3a  42 | **b** Ordinary dividends | 3b | 98 |
| 4a | IRAs, pensions, and annuities | 4a | **b** Taxable amount | 4b | 50,000 |
| 5a | Social security benefits | 5a | **b** Taxable amount | 5b | |
| 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22  (-265,071) | | | 6 | 413,730 |

Attach Form(s) W-2. Also attach Form(s) W-2G and 1099-R if tax was withheld.

| 7 | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise, subtract Schedule 1, line 36, from line 6 | 7 | 364,959 |
|---|---|---|---|
| 8 | Standard deduction or itemized deductions (from Schedule A) | 8 | 34,762 |
| 9 | Qualified business income deduction (see instructions) | 9 | 4 |
| 10 | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- | 10 | 330,193 |
| 11 | **a** Tax (see inst.) 69,033 (check if any from: 1 ☐ Form(s) 8814  2 ☐ Form 4972  3 ☐ )  **b** Add any amount from Schedule 2 and check here ► ☐ | 11 | 69,033 |
| 12 | **a** Child tax credit/credit for other dependents  **b** Add any amount from Schedule 3 and check here ► ☐ | 12 | 0 |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | 13 | 69,033 |
| 14 | Other taxes. Attach Schedule 4 | 14 | 8,626 |
| 15 | Total tax. Add lines 13 and 14 | 15 | 77,659 |
| 16 | Federal income tax withheld from Forms W-2 and 1099 | 16 | 126,757 |
| 17 | Refundable credits: **a** EIC (see inst.)  **b** Sch 8812  **c** Form 8863  Add any amount from Schedule 5 | 17 | |
| 18 | Add lines 16 and 17. These are your total payments | 18 | 126,757 |

**Standard Deduction for—**
- Single or married filing separately, $12,000
- Married filing jointly or Qualifying widow(er), $24,000
- Head of household, $18,000
- If you checked any box under Standard deduction, see instructions.

**Refund**

| 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you overpaid | 19 | 49,098 |
|---|---|---|---|
| 20a | Amount of line 19 you want refunded to you. If Form 8888 is attached, check here ► ☐ | 20a | 49,098 |

Direct deposit? See instructions.
► **b** Routing number  X X X X X X X X X   **c** Type: ☐ Checking ☐ Savings
► **d** Account number  X X X X X X X X X X X X X X X X X

| 21 | Amount of line 19 you want applied to your 2019 estimated tax ► | 21 | |
|---|---|---|---|

**Amount You Owe**

| 22 | Amount you owe. Subtract line 18 from line 15. For details on how to pay, see instructions ► | 22 | |
|---|---|---|---|
| 23 | Estimated tax penalty (see instructions) | 23 | |

Go to www.irs.gov/Form1040 for instructions and the latest information.
EEA    Form 1040 (2018)

| SCHEDULE 1<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | **Additional Income and Adjustments to Income**<br><br>▶ Attach to Form 1040.<br>▶ Go to *www.irs.gov/Form1040* for instructions and the latest information. | OMB No. 1545-0074<br>**2018**<br>Attachment<br>Sequence No. 01 |

Name(s) shown on Form 1040

MADISON SAMPLE & JACKIE JOHNSON

Your social security number

| **Additional Income** | 1-9b | Reserved . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1-9b | |
|---|---|---|---|---|
| | 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . . . . . . | 10 | 14,658 |
| | 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| | 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . . . . . . | 12 | 0 |
| | 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | (3,000) |
| | 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . | 14 | |
| | 15a | Reserved . . . . . . . . . . . . . . . . . . . . . . . | 15b | |
| | 16a | Reserved . . . . . . . . . . . . . . . . . . . . . . . | 16b | |
| | 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . | 17 | (276,729) |
| | 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . . . . | 18 | |
| | 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| | 20a | Reserved . . . . . . . . . . . . . . . . . . . . . . . | 20b | |
| | 21 | Other income. List type and amount ▶ _____ | 21 | |
| | 22 | Combine the amounts in the far right column. If you don't have any adjustments to income, enter here and include on Form 1040, line 6. Otherwise, go to line 23 . . . . . . | 22 | (265,071) |
| **Adjustments to Income** | 23 | Educator expenses . . . . . . . . . . . . . . . . . . . | 23 | | |
| | 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 . . . | 24 | | |
| | 25 | Health savings account deduction. Attach Form 8889 . . . . | 25 | | |
| | 26 | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . . . . . . . . . . . . . . . . | 26 | | |
| | 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | | |
| | 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . | 28 | | |
| | 29 | Self-employed health insurance deduction . . . . . . . . | 29 | | |
| | 30 | Penalty on early withdrawal of savings . . . . . . . . . . | 30 | | |
| | 31a | Alimony paid b Recipient's SSN ▶ | 31a | 48,771 | |
| | 32 | IRA deduction . . . . . . . . . . . . . . . . . . . . | 32 | | |
| | 33 | Student loan interest deduction . . . . . . . . . . . . . | 33 | | |
| | 34 | Reserved . . . . . . . . . . . . . . . . . . . . . . . | 34 | | |
| | 35 | Reserved . . . . . . . . . . . . . . . . . . . . . . . | 35 | | |
| | 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | 48,771 |

For Paperwork Reduction Act Notice, see your tax return instructions.

EEA

Schedule 1 (Form 1040) 2018

Form **1120-S**

Department of the Treasury
Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or
Is attaching Form 2553 to elect to be an S corporation.
▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2019**

For calendar year 2019 or tax year beginning _____ , 2019, ending _____ , 20 ____

| | |
|---|---|
| **A** S election effective date **03-12-2015** | **Name** BERNSTEIN & REIKES CORP |
| **B** Business activity code number (see instructions) **621111** | **TYPE OR PRINT** Number, street, and room or suite no. If a P.O. box, see instructions. **STE 108** **9624 S CICERO AVE** |
| **C** Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code **OAK LAWN** **IL** **60453** |

**D** Employer Identification number

**E** Date incorporated **03-11-2015**

**F** Total assets (see instructions) $

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No    If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ **1**

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | |
|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | **1a** 100,000 | |
| | **b** Returns and allowances | **1b** | |
| | **c** Balance. Subtract line 1b from line 1a | **1c** | 100,000 |
| | **2** Cost of goods sold (attach Form 1125-A) | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c | **3** | 100,000 |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | **4** | |
| | **5** Other income (loss) (see instructions - attach statement) | **5** | |
| | **6** Total income (loss). Add lines 3 through 5 ▶ | **6** | 100,000 |
| **Deductions (see instructions for limitations)** | **7** Compensation of officers (see instructions - attach Form 1125-E) | **7** | |
| | **8** Salaries and wages (less employment credits) | **8** | |
| | **9** Repairs and maintenance | **9** | 23,372 |
| | **10** Bad debts | **10** | |
| | **11** Rents | **11** | 19,720 |
| | **12** Taxes and licenses · · · · · · · · · · · · · · · · · · · **Wks Tax/Lic** · | **12** | 3,508 |
| | **13** Interest (see instructions) | **13** | |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | 2,440 |
| | **15** Depletion (Do not deduct oil and gas depletion.) | **15** | |
| | **16** Advertising | **16** | 2,646 |
| | **17** Pension, profit-sharing, etc., plans | **17** | |
| | **18** Employee benefit programs | **18** | |
| | **19** Other deductions (attach statement) · · · · · · · · · · · **Statement #2** · | **19** | 148,260 |
| | **20** Total deductions. Add lines 7 through 19 ▶ | **20** | 199,946 |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 | **21** | (99,946) |
| **Tax and Payments** | **22a** Excess net passive income or LIFO recapture tax (see instructions) | **22a** | |
| | **b** Tax from Schedule D (Form 1120-S) | **22b** | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) | **22c** | |
| | **23a** 2019 estimated tax payments and 2018 overpayment credited to 2019 | **23a** | |
| | **b** Tax deposited with Form 7004 | **23b** | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | |
| | **d** Reserved for future use | **23d** | |
| | **e** Add lines 23a through 23d | **23e** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | **24** | |
| | **25** Amount owed. If line 23e is smaller than the total of lines 22c and 24, enter amount owed | **25** | |
| | **26** Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | **26** | |
| | **27** Enter amount from line 26: Credited to 2020 estimated tax ▶ _____ Refunded ▶ | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**MADISON SAMPLE**
Signature of officer    Date

**OWNER**
Title

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date **11-05-2020** | Check ☐ if self-employed    PTIN XXXXXXXXX |
| Firm's name ▶ | | | Firm's EIN ▶ |
| Firm's address ▶ | | | Phone no. |

For Paperwork Reduction Act Notice, see separate instructions.

EEA

Form **1120-S** (2019)

| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|

► Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
► Go to *www.irs.gov/Form1120S* for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

**2019**

For calendar year 2019 or tax year beginning _____ , 2019, ending _____ , 20 ____

**A** S election effective date
**03-12-2015**

TYPE
OR
PRINT

Name
**BERNSTEIN & REIKES CORP**

Number, street, and room or suite no. If a P.O. box, see instructions. **STE 108**
**9624 S CICERO AVE**

City or town, state or province, country, and ZIP or foreign postal code
**OAK LAWN          IL    60453**

**D** Employer Identification number

**E** Date incorporated
**03-11-2015**

**F** Total assets (see instructions)
$

**B** Business activity code number (see instructions)

**C** Check if Sch. M-3 attached ☐

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes  ☒ No  If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year · · · · · · · · · · · · · · ► 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | | |
|---|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 100,000 | |
| b | Returns and allowances | 1b | | |
| c | Balance. Subtract line 1b from line 1a | | | 1c  100,000 |
| 2 | Cost of goods sold (attach Form 1125-A) | | | 2 |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3  100,000 |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | | 4 |
| 5 | Other income (loss) (see instructions - attach statement) | | | 5 |
| 6 | **Total income (loss).** Add lines 3 through 5 · · · · · · · · · · · ► | | | 6  100,000 |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions - attach Form 1125-E) | 7 | |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | 23,372 |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 19,720 |
| 12 | Taxes and licenses · · · · · · · · · · · · · · Wks Tax/Lic · · | 12 | 3,508 |
| 13 | Interest (see instructions) | 13 | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 2,440 |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| 16 | Advertising | 16 | 2,646 |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement) · · · · · · · · · · Statement #2 · | 19 | 148,260 |
| 20 | **Total deductions.** Add lines 7 through 19 · · · · · · · · · · · · ► | 20 | 199,946 |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | (99,946) |

### Tax and Payments

| | | | | |
|---|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | |
| b | Tax from Schedule D (Form 1120-S) | 22b | | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | | | 22c |
| 23a | 2019 estimated tax payments and 2018 overpayment credited to 2019 | 23a | | |
| b | Tax deposited with Form 7004 | 23b | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | |
| d | Reserved for future use | 23d | | |
| e | Add lines 23a through 23d | | | 23e |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached · · · · · · · · · · ► ☐ | | | 24 |
| 25 | Amount owed. If line 23e is smaller than the total of lines 22c and 24, enter amount owed | | | 25 |
| 26 | Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | | | 26 |
| 27 | Enter amount from line 26: Credited to 2020 estimated tax ► _____ Refunded ► | | | 27 |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**MADISON SAMPLE**
Signature of officer                    Date

**OWNER**
Title

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date 11-05-2020 | Check ☐ if self-employed | PTIN XXXXXXXXX |
|---|---|---|---|---|
| Firm's name ► | | | Firm's EIN ► | |
| Firm's address ► | | | Phone no. | |

For Paperwork Reduction Act, see separate instructions.

EEA

Form **1120-S** (2019)

| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | | OMB No. 1545-0123 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Do not file this form unless the corporation has filed or<br>is attaching Form 2553 to elect to be an S corporation.<br>▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information. | | **2020** |

| For calendar year 2020 or tax year beginning | | , 2020, ending | | , 20 | |
|---|---|---|---|---|---|

| **A** S election effective date | | Name | | | **D** Employer identification number |
|---|---|---|---|---|---|
| 03-12-2015 | **TYPE** | BERNSTEIN & REIKES CORP | | | 4x-xxxxxxx |
| **B** Business activity code<br>number (see instructions) | **OR** | Number, street, and room or suite no. If a P.O. box, see instructions. | STE 108 | | **E** Date incorporated |
| xxxxxxx | **PRINT** | 9624 S CICERO AVE | | | 03-11-2015 |
| **C** Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code<br>OAK LAWN | IL | 60453 | **F** Total assets (see instructions)<br>$ |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . ▶ 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **Income** | 1 a | Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . . . | 1a | 100,000 | |
| | b | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . | 1b | | |
| | c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . | **1c** | | 100,000 |
| | 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . | **2** | | |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . | **3** | | 100,000 |
| | 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . . . . . . . | **4** | | |
| | 5 | Other income (loss) (see instructions - attach statement) . . . . . . . . . . . . . | **5** | | |
| | 6 | **Total income (loss)**. Add lines 3 through 5 . . . . . . . . . . . . . . . . . ▶ | **6** | | 100,000 |
| **Deductions (see instructions for limitations)** | 7 | Compensation of officers (see instructions - attach Form 1125-E) . . . . . . . . . | **7** | | |
| | 8 | Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . | **8** | | |
| | 9 | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . | **9** | | 8,165 |
| | 10 | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | | |
| | 11 | Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | | 19,880 |
| | 12 | Taxes and licenses . . . . . . . . . . . . . . . . . . . Wks Tax/Lic . . | **12** | | 3,375 |
| | 13 | Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | **13** | | |
| | 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . | **14** | | 1,500 |
| | 15 | Depletion (**Do not deduct oil and gas depletion.**) . . . . . . . . . . . . . . | **15** | | |
| | 16 | Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | | 646 |
| | 17 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . | **17** | | |
| | 18 | Employee benefit programs . . . . . . . . . . . . . . . . . . . . . | **18** | | |
| | 19 | Other deductions (attach statement) . . . . . . . . . . . Statement #2 . . | **19** | | 66,406 |
| | 20 | **Total deductions.** Add lines 7 through 19 . . . . . . . . . . . . . . . . . ▶ | **20** | | 99,972 |
| | 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 . . . . . . . . . . | **21** | | 28 |
| **Tax and Payments** | 22 a | Excess net passive income or LIFO recapture tax (see instructions) . . . . . . . | 22a | | |
| | b | Tax from Schedule D (Form 1120-S) . . . . . . . . . . . . . . | 22b | | |
| | c | Add lines 22a and 22b (see instructions for additional taxes) . . . . . . . . . . | **22c** | | |
| | 23 a | 2020 estimated tax payments and 2019 overpayment credited to 2020 . . . . . | 23a | | |
| | b | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . . | 23b | | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) . . . . . . . . . . . . | 23c | | |
| | d | Reserved for future use . . . . . . . . . . . . . . . . . . . . . | 23d | | |
| | e | Add lines 23a through 23d . . . . . . . . . . . . . . . . . . . . . | **23e** | | |
| | 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . . . . . . . . ▶ ☐ | **24** | | |
| | 25 | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed . . . . . . . | **25** | | |
| | 26 | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid . . . . . . . | **26** | | |
| | 27 | Enter amount from line 26: Credited to 2021 estimated tax ▶ | Refunded ▶ | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

| MADISON SAMPLE | | | OWNER |
|---|---|---|---|
| Signature of officer | | Date | Title |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date<br>05-27-2021 | Check ☐ if<br>self-employed | PTIN<br>XXXXXXXXX |
|---|---|---|---|---|---|
| | Firm's name ▶ | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no. | |

For Paperwork Reduction Act Notice, see separate instructions.
EEA

Form **1120-S** (2020)

**7439 S Prairie Ave**

Mortgage Approximately amount$189,441.30

Foreclosure court is December 9, 2024 @2:30 pm court room#2804 at Richard Daley Center

November 12, 2024—application for financial assistance submitted (30 days to review)

City of Chicago violations 3 total

24DS37820M--$600 DUE                Court is December 10, 2024 at 9am

24DS37808M--$600 DUE                    400 W Superior Room#111

24DS37819M--$600 DUE


**641 W 119TH Street**

Due to nonpayment mortgage company GN Bank withdrew offer to lower mortgage to $100,000, mortgage is now due in full $350,000 plus additional fees and taxes. Set for foreclosure

Foreclosure court is December 9, 2024 @2:30 pm court room#2804 at Richard Daley Center


**645 W 119th Street**

Tax year 2022--$691.27 due ($103.92 interest)

*Delinquent, if taxes remain unpaid, will be offered at tax sale on 12.10.24

Tax Year 2023--$1,302.18 due ($65.03 interest)


**647 w 119th Street**

City of Chicago Violations 5 total

23DS39418M--$1,659.89 DUE

23DS39413M--$2,462.32 DUE

24DS44861M--$900 DUE (COURT IS FEBRUARY 5, 2025)

24DS23414M--$1,844.08 DUE

24DS23414M--$1,844.08 DUE


**653 W 119TH STREET**

City of Chicago 3 violations total

24DS23411M--$1,844.08 DUE

24DS23460M--$1,844.08 DUE

23DS39422M--$2,462.32 DUE

**651 W 119TH STREET**

City of Chicago-2 Violations total

24DS23461M--$1,844.08 DUE

24DS23415M--$1,844.08 DUE


**9476 Falling Water Dr E**

Mortgage is Approximately 1.5 million

Madison has refused to pay mortgage, homeowners fees, and utilities pertaining to this property, jeopardizing Jackie's mental, psychological and physical wellbeing, as he has fled the jurisdiction stealing millions in plaintiff Jackie Sample's assets and is squandering hundreds of thousands of dollars

# EXHITBIT: 5

**DEFENDANT, DR. MADISON SAMPLE POSSIBLE COLLUDING WITH ATTORNEYS "YOUR ATTORNEYS WON'T MAKE ME DO ANYTHING" .**

**Dr. MADISON SAMPLE DENYING PLAINTIFF, JACKIE SAMPLE BASIC HUMAN NEEDS**

 Gmail

Jack Johnson <jackshousinganddevelopment@gmail.com>

---

## Re: Last Offer

---

**Madison Sample Jr** <msamplejr@gmail.com>                                    Sat, Jun 3, 2023 at 9:48 PM
To: Jack Johnson <jackshousinganddevelopment@gmail.com>

Don't email me anymore.

Sent from my iPod

Madison Sample Jr MD

> On Jun 3, 2023, at 3:37 AM, Jack Johnson <jackshousinganddevelopment@gmail.com> wrote:
>
>
> **4TH REQUEST**
>
> You are impeding my progress by withholding my office key. I do not have the resources to bear the expense of hiring a locksmith to gain access to my office. I had considered offering the Apple Watch as payment for the locksmith's services. However, your watch is currently resting on the kitchen countertop to the left of the fridge. I kindly request that you return my office key, as I should not have to resort to legal measures to receive basic respect. Furthermore, I am temporarily using the BMW until the emergency brake issue on the Jeep is fixed. You are already aware of this situation, Madison. Lastly, the loud banging and noise being made in the middle of the night is unacceptable and must stop.
> Thanks
>
>
> On Fri, Jun 2, 2023 at 1:08 PM Madison Sample Jr <msamplejr@gmail.com> wrote:
>> Jackie. You find yourself in a precarious situation. This is what I am willing to do. I am NOT willing to just give you money.
>>
>> 1. Our attorneys ratify the below agreement.
>> 2. AFTER that is done, then monies can be dispersed
>> 3. Save the $12-15,000 for mediation.
>> 4. All proceeds for 7439 sale go to you. Well over $140K.
>> 5. $10K from me to you so you can close.
>> 6. You move out within 30 days of your closing at 7439.
>> 7. $40K to you within 30 days after you move out.
>> 8. Another $50K 12 month after you move out.
>> 9. $3,000 per month to you, starting 60 days after you move out for 36 months. Then spousal support ends.
>> 10. You sign over any and all rights to me to house at 9476 Falling water drive east Burr Ridge IL.
>> 11. You remove your name from all my BofA accounts including #1808 and business accounts.
>> 12. You remove your name from my Chase account.
>> 13. I remove my name from your BofA accounts.
>> 14. You return all items you stole from me within 24 hours.
>> 15. I will pay for Jeep auto repair coming up soon.
>> 16. You accompany me to transfer Jeep into your name.
>> 17. Your movers be careful upon moving your items out
>>
>> Simple. Straight forward. Clean. This gives you the money to close and more. Gives me the peace to move on.
>>
>> If you refuse. Good luck to you. Your attorney is not going to force me to do anything. I already changed beneficiary for my life insurance if anything were to happen to me.
>> You have forgotten how much I have done for you. Money does not appear like magic. I studied long and hard and dedicated myself to a profession.
>> You will have your wish to make your own decisions.
>> Don't come to me asking for ANYTHING and yet trying to treat me like a child! Taking my car. Taking my watch. Trying to take my dignity. You already withdrew your respect long ago. I have to be careful not to get a spanking. I already get lots of words of Affirmation that I am evil. I will be done with this soon.
>> This is my best offer.
>>
>> Madison
>>
>> Sent from my iPod

< 22

M

Madison Sample ›
Sat, Jun 17 at 8:18 PM

Hi Madison

Can you or we pick up food
from the store tomorrow?
*Captain crunch
*Cranberry juice and other
juice i drink
*Ginger beer- the brand i
buy
*Black tea lemonade
*Lemonade
*Frozen fruit punch
(concentrate)

*2% Lactaid -My stomach
isn't tolerating the milk in the
fridge
*Sea salt chips/ the brands i
buy
*Yogurts brand I buy-peach,
mango, strawberry,
*Frozen blue berries
*Lemon

iMessage



< 15

**M**

Madison Sample >

Leaving now.

Madison dear,
On May 27, 2023, you gave me $250 when you returned from your vacation.

On June 11, 2023, you gave me $150 after 15 minutes of pleading for money.

It seems like you take pleasure in assuming the role of a parent, providing me with a limited-unreasonable allowance.

Furthermore, you exert control over groceries, gas, finances, and other aspects of my life instead of showing respect to the person you vowed to love and protect.

iMessage

15



Madison Sample

Furthermore, you exert control over groceries, gas, finances, and other aspects of my life instead of showing respect to the person you vowed to love and protect.

I am concerned that you might perceive your actions as humane while they are actually oppressive and monstrous.

You are hopeless. You are no different than the Smiths we met. I guess not surprising. You suppress knowledge of who I am.

We are on a path like the Smiths. We do the hard work. An Arab, Jew or white person will benefit from our ineptitude. This saddens me.









7:49

‹ 13

M

Madison Sample ›

Sat, Jun 17 at 4:34 PM

Up

I'm praying I don't run out of gas on the way home.
This is wrong. I need access to money, Madison.

Of course I do not want you to run out of gas.
Let's think logically for a moment.
1. The current system is not working for either of us. You are stressed. I am stressed.
2. Every day without a

iMessage

12:21 🌙

< 26          🎥

**Madison Sample** ›

Of course I do not want you to run out of gas.
Let's think logically for a moment.
1. The current system is not working for either of us. You are stressed. I am stressed.
2. Every day without a settlement yield decreased assets we can walk away FOR BOTH OF US. Does this make sense?
3. Is it logical to keep putting off getting countertops ordered and installed? Do you want us to lose the house and not potentially receive $100K+ in home sale? Shouldn't you call them and get this done even if only for your benefit?
4. We should engage the mediator David asap and get this written up asap. This should not be an emotional

+    iMessage       🎤

3:33 🌙



Madison Sample



Wed, Aug 16 at 6:30 AM

Hi Jack

Please don't text, email or talk
to me about any items until
you have signed both the
cancellation agreement and
new realtor agreement. You
have wasted market time
since the beginning of March
2023.
We have no thing to discuss
until AFTER that is done.

Wed, Aug 16 at 2:46 PM

Please just sign realtor
cancellation agreement of
Susan and Linda. We will
move on.

191

**Subject: Re:**

Jack

It is simple. You talk to my lawyer for a SIGNED mediation agreement. Then you will have the money you need. Using excess testosterone in taking my car, not consulting me etc.., will not work. Mediation as I suggested December 2022 would have been much better for both of us. This is just giving money to lawyers and wasting money.
The ball is still in your court; not mine. It is not only about what you get. That is a one sided contract. You don't understand that.

Please forward me countertop contact person info. Again, if I were you, I would do EVERYTHING I could to sale this house. That will be a big chunk of money for you and I. Maybe you don't need the help, but I do.

Sent from my iPod

Madison Sample Jr MD

On Jun 10 2023 at 4:35 PM Jack






**Photo** ⌄      **Done**

Dear John,

I hope this email finds you well. I am reaching out to discuss the current situation regarding the mediation process with Madison. He has insisted that I contact you to sign a mediation agreement before granting me access to our finances. However, I am deeply concerned about the unilateral control Madison has taken over our financial matters, including our investments. As a result, I have not been able to meet my basic needs for several months now.

One significant issue is that Madison's financial affidavit lacks crucial information, such as our investments and an accurate representation of his salary. It is difficult to engage in effective mediation when essential financial details have not been disclosed. Without a comprehensive understanding of our financial situation, it is challenging to make informed decisions and work towards a fair resolution.

Furthermore, I am troubled by Madison's approach in pressuring me to sign the mediation agreement. He has resorted to bullying tactics, cutting off my financial resources, and even threatening the loss of my premarital investment properties. There are many more incidents not mentioned in this email. This behavior feels like extortion and is entirely unfair.

Madison's actions, including the shutting down of accounts and the transfer of our funds and investments to hidden accounts, indicate an attempt to control the outcome of our divorce in his favor. I want to make it explicitly clear that I do not consent to these actions.

It is crucial that we uphold the principles of fairness and transparency throughout the mediation process. I firmly believe that for the mediation to be successful, all financial information must be disclosed, and I must be given fair access to our joint assets. Only through openness, transparency, and equitable decision-making can we hope to reach a resolution that is fair to both parties.

I kindly request your assistance and guidance in addressing these concerns. Your intervention is vital to ensure a just and balanced mediation process. I appreciate your attention to this matter and look forward to your response.

Thank you.



  

On Aug 6, 2023, at 8:31 AM, Jack Johnson
<jackshousinganddevelopment@gmail.com> wrote:
Madison Sample Jr <msamplejr@gmail.com>


Thanks Madison Understood.

I need access to our credit card. You have seen how badly I need new underwear for over 6 months.
I've been wearing underwear which is fit for the trash since January, and it's embarrassing.

Also, my daughter, Tayler need me. May i use our card to go and check on my daughter?
Hopefully you agree that checking on Tayler's well being shouldn't be based on you punishing me or negotiating your leverage.

You have taken at least 5 getaways and haven't you seen your family and kids recently?
I hope so. Withholding financial means is cruel especially when blocking my access results in me being unable to check on my daughter, Tayler.

Not only does Tayler need me. I need her too. Will you please not stand in the way of this?

If you don't undo this and make this trip possible for me to check on Tayler and for me to be able to meet basic needs,
there will never be a reason that you should refer to me as Jackie dear.

This is my last time requesting that you make allowance for my humanistic basic need be met,

Thanks Madison

# EXHIBIT: 6

## COURT ORDERS DISREGARDED BY MADISON SAMPLE

## APRIL 11, 2023, JANUARY 5, 2024, AUGUST 12, 2024

1. **AUGUST 12, 2024 HEARING PROCEEDED AS PLAINTIFF WAS TAKEN TO THE EMERGENCY DEPARTMENT BY AMBULANCE**

2. **INTERFERENCE WITH OBTAINING ADEQUATE LEGAL REPRESENTATION**

3. **DEFENDANT REMAIN UNINSURED**

UNITED STATES OF AMERICA

**STATE OF ILLINOIS**                                              **COUNTY OF DU PAGE**

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

IN RE: THE MARRIAGE OF

MADISON SAMPLE JR
                                        Plaintiff

              AND

JACKIE L SAMPLE
                                        Defendant

2023DN000129
CASE NUMBER

# FILED

**24 Aug 12    AM 11: 56**

*Candice Adams*

**CLERK OF THE**
**18TH JUDICIAL CIRCUIT**
**DUPAGE COUNTY, ILLINOIS**

## ORDER

This cause coming before the Court for hearing on multiple motions, Petitioner appearing through counsel, Respondent appearing *pro se*, but leaving the courtroom midway through the proceedings, the Court's 503(l) appearing, and the Kozlov firm appearing, for the reasons set forth on the record, IT IS HEREBY ORDERED THAT:

1. Respondent's March 23, 2024 *Motion to Disqualify* is **DENIED.**
2. Respondent's March 22, 2024 *Motion for Leave and Extension of Time*, April 22, 2024 *Motion to Compel, Re-Open Discovery, Extend Time, and Continue Trial* and Respondent's May 1, 2024 *Motion to Clarify, to Supplement, to Expedite, and for Other Relief* are **DENIED AS MOOT.**
3. Respondent's July 24, 2024 *Motion to Reconsider Motion to Recuse Judge James Orel* is **DENIED.**
4. Respondent has represented to the Court that she has retained attorney Bradley R. Kaye of the Law Offices of Jonathan Merel, P.C. Mr. Kaye shall have 21 days to file his appearance in this matter. Upon presentment of Mr. Kaye's retainer, Petitioner shall directly pay the same, which payment shall be deemed an advancement against Respondent's share of the marital estate. The parties may appear, via zoom, on Tuesday, **August 20, 2024 at 9:25 a.m.** for presentment of the same.
5. This matter is set for Case Management Conference on **September 3, 2024 at 9:25 a.m.** in person in Courtroom 3012, at which time the Court will set case management deadlines and trial dates. In the event Respondent's counsel files an appearance prior to said date, counsel for either party may notice up a Motion for a SCR 218 Conference at an earlier date.
6. Petitioner shall remain current on his obligations to (i) provide Respondent with monthly mainteannce and (ii) ensure Respondent has health insurance, and shall immediately provide proof of the same to Respondent.

Submitted by: MATTHEW D. ELSTER
Attorney Firm: BEERMANN LLP
DuPage Attorney Number: 4620
Attorney for: MADISON SAMPLE
Address: 161 N CLARK ST, SUITE 3000
City/State/Zip: CHICAGO, IL, 60601
Phone number: 312-621-9700
Email : mdelster@beermannlaw.com

Entered: *James D. Orel* Date: 08/12/2024

JUDGE JAMES D OREL
Validation ID : DP-08122024-1156-34297

Date: 08/12/2024

**UNITED STATES OF AMERICA**

**STATE OF ILLINOIS**                                                                      **COUNTY OF DU PAGE**

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

IN RE: THE MARRIAGE OF
MADISON SAMPLE JR

                        Plaintiff

              AND

JACKIE L SAMPLE

                        Defendant

2023DN000129
CASE NUMBER

# FILED

**24 Jan 05    AM 11: 46**

*Candice Adams*

**CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS**

*(handwritten)* 2. Health Insurance Provided Feb 1, 2024
Health Insurance Canceled March 1, 2024

Thi~~...~~ status quo and (ii) dismiss this matter,
Peti~~...~~ d in the premises, and for the reasons
stat~~...~~

*(handwritten)* 3. Judge Orel stated monthly maintenance
Matthew wrote one time Payment
both Judge Orel and Matthew's
actions are Willful

1. W~~...~~ arital residence (electric, gas, scavenger,
wate~~...~~ l residence.

2. P~~...~~ rovide Respondent with proof of
cove~~...~~

3. Within 7 days of today's date, Petitioner shall make one payment of temporary maintenance to the Respondent in the amount of $5,540. Said amount shall be without prejudice and without precedent.

4. The parties shall exchange updated financial affidavits and supporting documents on or before 5:00 p.m. on January 12, 2024.

5. Respondent's Emergency Motion to Dismiss is denied.

6. Respondent's Emergency Motion to Reinstate the Financial Status Quo is continued to the previously scheduled January 25, 2024 hearing date in this matter.

Submitted by: MATTHEW ELSTER
Attorney Firm: BEERMANN LLP
DuPage Attorney Number: 4620
Attorney for: MADISON SAMPLE
Address: 161 N CLARK ST, SUITE 3000
City/State/Zip: CHICAGO, IL, 60601
Phone number: 312-621-9700
Email : mdelster@beermannlaw.com

Entered: *James D Orel* Date: 01/05/2024

JUDGE JAMES D OREL
Validation ID : DP-01052024-1146-35572

Date: 01/05/2024

2023DN000129-43

TION ORDER

STATE OF ILLINOIS

UNITED STATES OF AMERICA

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

COUNTY OF DU PAGE

IN RE: THE MARRIAGE OF

**MADISON SAMPLE JR**

Plaintiff

AND

**JACKIE L SAMPLE**

Defendant

2023DN000129
CASE NUMBER

# FILED

**23 Apr 11  AM 11: 35**

*Candice Adams*

CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

## AGREED

## ACTION ORDER

This matter having come before the Court, the Court having jurisdiction and being fully advised in the premises:

**IT IS HEREBY ORDERED** as follows:

The case is continued to 05/10/2023 in 2010 at 10:50 AM for STATUS - FOR VIDEO CALL.
Description: DISCOVERY PRODUCTION/SETTLEMENT

1. Effective immediately, both parties are restrained from withdrawing, assigning, encumbering, removing, dissipating, hiding, transferring, concealing, hypothecating, pledging, mortgaging, making gifts of, guarantying debts with, expending, or otherwise dealing with, or squandering or disposing of any real or personal property, or income in which Petitioner or Respondent has any interest whatsoever, except in the usual course of business or for the necessities of life.

2. Both parties shall have equal access to the parties' joint checking account. Neither party shall incur any personal expense in excess of $400.00 without written agreement between the parties.

3. Both parties shall exchange Financial Disclosure Affidavits and Supporting Financial Documents within 28 days.

4. This order entered by agreement of counsel, as stated on the record.

Submitted by: JOHN A CONNIFF
Attorney Firm: LAW OFFICES OF JOHN A. CONNIFF
DuPage Attorney Number: 311564            ☐ PRO SE
Attorney for: MADISON SAMPLE
77 W WACKER DRIVE, SUITE 4500
CHICAGO, IL, 60601
312-255-0007
Email: jconniff@jacfamilylaw.com

~~The Date: 04/12/2023~~

JUDGE KENTON J SKARIN
Validation ID : DP-04112023-1135-13800

Date: 04/11/2023

# EXHITBIT: 7

**DEFENDANT, DR. MADISON SAMPLE JANUARY 25, 2024 PERJURY**

**THREE FALSIFIED FINANCIAL AFFIDAVITS SUBMITTED BY DR MADISON SAMPLE**

**SOME DIGITAL CURRENCY OVER $5,000,000, BUSINESS PARTNERSHIP/ OWNERSHIP, INVESTMENTS AND MORE**

1    expenses for your Plainfield town home?

2         A.    No.

3         Q.    Who pays them?

4         A.    I do.

5         Q.    So fair to say that the marital estate is

6    spending between 15 and $16,000 a month just to

7    maintain the two residences in which you live?

8         A.    That's correct.

9         Q.    The residence in which Ms. Sample is residing

10   is approximately three times more expensive than the

11   one in which you're renting?

12        A.    That's correct.

13        Q.    Can you currently afford to pay for two

14   residences at the rate of approximately $16,000 a

15   month?

16        A.    I cannot.

17        Q.    How have you paid to date?  The home isn't in

18   foreclosure, is it?

19        A.    No.

20        Q.    How have you paid for these expenses?

21        A.    So I worked a lot.  I actually work a lot in

22   other adjoining states picking up local assignments

23   there. There have been a few times where I needed to

24   liquidate a little Crypto just so that I can make ends

*Defendant, Dr. Madison Sample did not list Crypto currency on his FINANCIAL Affidavit*

*[handwritten margin notes: DEFENDANT DR. SAMPLE DID NOT LIST CRYPTO CURRENCY ON HIS FINANCIAL Affidavit]*

*[handwritten margin notes: JACKIE SAMPLE DID NOT HAVE HEALTH INSURANCE]*

1    meet.

2         Q.    When you mean by liquidate a little Crypto,

3    what do you mean by that?

4         A.    Exchange Crypto for US dollars just so that I

5    can pay some of these bills.

6         Q.    Sure.  Are there tax implications for

7    liquidating Crypto assets?

8         A.    Yes.

9         Q.    And how much Crypto have you liquidated to

*12:10PM* 10    pay for the expenses we referenced in the last year?

11         A.    Last year close to 15,000.

12         Q.    Okay.  Now in addition to the expenses that

13    you pay for housing, do you have any other major

14    monthly expenses that you incur?

15         A.    Oh yes, so, I pay $3500 a quarter for

16    malpractice insurance.  I'm paying $2300 a month for

17    health insurance.

18         Q.    Is that for you and Ms. Sample or just for

19    you?

20         A.    For both of us.

21         Q.    Any other expenses?

22         A.    I have, you know, business expenses, just

23    driving to, you know, out of town to different states,

24    auto, maintenance and upkeep, hotel stays, food, you

1    know, et cetera, in order to be able to get to these

2    jobs.

3        Q.    Are you reimbursed for those expenses?

4        A.    Most of the expenses, hotel reimbursed, but

5    the others I am not.

6        Q.    So travel, gas, meals, et cetera, that's all

7    out of pocket?

8        A.    Yes.

9        Q.    Now on average, what do you earn a month?

10       A.    On average, so on average I'm close to 22

11   thousand, 23,000 a month.

12       Q.    Understood.  So we have talked about the

13   $16,000 and housing expenses, $2300 in insurance, about

14   $1,000 for malpractice coverage and then incidental

15   expenditures related to your business travel.  About

16   how much do you have left at the end of each month

17   after paying those expenses?

18       A.    Not much.

19       Q.    Now, you and Ms. Sample previously agreed to

20   list the Falling Waters residence for sale; is that

21   accurate?

22       A.    That's accurate.

23       Q.    Was the residence listed for sale?

24       A.    Yes, it was listed in December of 2022.

DR. SAMPLE LIED about His income

12:11PM

12:12PM

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | FINANCIAL AFFIDAVIT (FAMILY & DIVORCE CASES) | For Court Use Only |
|---|---|---|
| DuPage ☑ COUNTY | ☑ Pre-Judgment ☐ Post-Judgment | |

**Instructions ▼**

Enter above the county name where the case was filed.

Enter name of the Petitioner, the Respondent, and the case number as listed in the initial Petition or Complaint.

Enter the Case Number given by the Circuit Clerk.

Madison Sample Jr.

**Petitioner** *(First, middle, last name)*

v.

Jackie L. Sample

**Respondent** *(First, middle, last name)*

2023 DN 000129

**Case Number**

**IMPORTANT:** (1) If you intentionally or recklessly enter inaccurate or misleading information on this form, you may face significant penalties and sanctions, including costs and attorney's fees; (2) If you need more room for a section, complete and attach the *Additional Information* form for that section. *Do not file this document and the enclosures with the Circuit Clerk unless a local rule or court order requires you to do so.* Ask the Circuit Clerk where to find these rules.

**NOTE:** Do not include in this affidavit any Social Security or individual taxpayer-identification numbers, driver's license numbers, financial account numbers, or debit or credit card numbers. If any of these items are included on documents you are going to attach to this affidavit, hide them by covering them with black ink or otherwise removing.

In 3a-d, check the boxes of the documents you are attaching to this form as evidence of your income, assets, and debts. If you select 3d, enter the names of the additional documents you are attaching.

In 4, do not complete 4b and 4c if your contact information is protected pursuant to court order because of domestic violence or abuse.

1. I am the ☑ **Petitioner** ☐ **Respondent in this case.**

2. I swear or affirm the information in this *Financial Affidavit* and all attached statements are true and correct as of   05/23/2023  .
   *Date*

3. I attached the most recent copies of the following documents *(Check all that apply. You must attach these documents if you have or can get them.)*
   a. ☑ pay stubs or other proof of income
   b. ☑ income tax returns *(including K-1, W-2, 1099, and all schedules.)*
   c. ☑ bank statements
   d. ☐ other documents in verifying your debts in 14 and your assets in 15:
      _____
      _____

4. **Information about myself**
   a. Name  Madison _____ Sample Jr.
      *First*                          *Middle*                          *Last*
   b. Phone Number   (847) 873-3241
   c. Home Address 9476 Falling Water Drive East
      *Street Address, Apt.*
      Burr Ridge _____ IL _____ 60527
      *City*                          *State*                          *ZIP*
   d. Date of Birth   06/29/1965

5. **Information about other household members**
   I live with another adult who helps me pay my expenses. This person is not the Petitioner or Respondent in this case.  ☐ Yes  ☑ No

| | |
|---|---|
| In 6, check all that apply. Provide all information requested about your jobs, including all full-time, part-time, temporary, contract, or other work. Provide all the requested information about any business you own or operate and the business income. | **6. My Employment/Business**<br><br>a. I am ☐ unemployed<br><br>b. I am ☐ employed by someone else<br>Employer name _____<br>Employer address _____<br>_Street Address, Apt._ |

**6. My Employment/Business**

a. I am ☐ unemployed

b. I am ☐ employed by someone else

Employer name _____

Employer address _____
          _Street Address, Apt._

| City | State | ZIP |
|---|---|---|

Number of paychecks per year: ☑ 12 *(monthly)*    ☐ 24 *(two times a month)*
                                      ☐ 26 *(every two weeks)*   ☐ 52 *(weekly)*
                                      ☐ I am paid in cash

| | |
|---|---|
| If you have more than one job or business, fill out and attach the *Additional My Employment/ Business* forms. | Gross income *(pay before taxes and deductions)* so far this year   $60,000.00<br>as of  05/23/2023   .<br>       _Date_ |
| In 6b, enter your total gross income from this employer from January 1 of this year through the date you complete this form. | |

c. Self-Employment or Other Business Income:
         ☐ own a business as a sole proprietorship.
         ☑ as an independent contractor.
         ☐ as a member of a partnership.
         ☐ as a member of a limited liability company (LLC) not treated as a corporation.
         ☐ closely held corporation.
         ☐ other flow-through business entity.

| | |
|---|---|
| In 6c, check the box that best describes your self-employment, and/or the box that describes the type of business you have. List the name and address of the business, and the gross receipts for last year and this year. | Business name:  Bernstein & Reikes<br>Business address: 9476 Falling Water Drive East<br>             _Street Address, Apt._ |

| Burr Ridge | IL | 60527 |
|---|---|---|
| _City_ | _State_ | _ZIP_ |

Gross business receipts for last year  $_____   and so far this year  $96,731.25
Ordinary and necessary expenses required to carry on the business for
this year  $94,715.30   and last year  $_____
Do you receive any of the following from the business (*check all that apply*):
         ☐ Reimbursed meals
         ☐ Company car
         ☐ Free housing or housing allowance
         ☑ Other:  Reimbursed Hotel/AirBnB travel

*(You must attach complete federal and state business tax returns for the most recent tax year.)*

☐ I have attached one or more *Additional My Employment/Business* forms.

| | | |
|---|---|---|
| **In 7a, check only one.** | **7.** | **My gross income and taxes from last year** |
| | **a.** | Tax filing status ☑ Married *(Joint)*  ☐ Married *(Separate)*  ☐ Single ☐ Head of Household  ☐ Did not file |
| **In 7a-e, enter the information you submitted on last year's IRS tax return. If you did not file a tax return for last year, check Did not file in 7a, leave 7b-d blank, but still complete 7e.** | **b.** | Number of dependent exemptions claimed   1 |
| | **c.** | Total number of exemptions claimed   2 |
| | **d.** | I claim on my federal tax return ☐ the standardized deduction ☑ itemized deductions |
| **For help in calculating monthly amounts, see *How to Complete a Financial Affidavit (Family & Divorce Cases)*.** | **e.** | Gross income *(before taxes and deductions)* last year   $230,021.48 |

**8.   My monthly gross income from all sources**

<table>
<tr><td>In 8, Regular employment earnings mean the monthly gross income you receive on a regular basis from employment.</td><td>Regular employment/self-employment earnings from all jobs *(salary, wages, bese pay, etc)*.........................................................</td><td>$ 12,000.00</td></tr>
</table>

| | |
|---|---|
| Overtime..................................................................... | $ |
| Commission................................................................. | $ |
| Tips............................................................................ | $ |
| Bonus......................................................................... | $ |
| Pension...................................................................... | $ |
| Annuity....................................................................... | $ |
| Interest income........................................................... | $ |
| Dividend income.......................................................... | $ |
| Trust income............................................................... | $ |
| Social Security Retirement ........................................... | $ |
| Social Security Disability............................................... | $ |
| Social Security Income (SSI) *(not included as income for child support purposes)* | $ |
| Unemployment............................................................. | $ |
| Disability payment *(not Social Security)*........................... | $ |
| Workers' Compensation................................................ | $ |
| TANF and SNAP *(not included as income for child support purposes)*............ | $ |
| Military allowances....................................................... | $ |
| Investment income....................................................... | $ |
| Rental income.............................................................. | $ |
| Partnership income...................................................... | $ |
| Distributions and draws................................................ | $ |
| Royalty income............................................................ | $ |

| | |
|---|---|
| **If you have other income not listed in 8, describe the source of the income in Other and enter the monthly amount.** | Maintenance received under an order entered in this case or another case that you must report as income on your tax return ....................   $ |
| | Maintenance received under an order entered in this case or another case that you do not have to report as income on your tax return.....................   $ |
| | Child support for children of this relationship *(if this support is paid by the other parent, it does not affect the support calculation)*.................................   $ |
| **In Total Gross Monthly Income, add the amounts in 8 together and enter the total.** | Social Security payment made to the children of this relationship based on your disability or retirement...................................................   $ |
| | Gifts of money.............................................................   $ |
| | Other: _____   $ |

|  |  |
|---|---|
| **Total Gross Monthly Income** | $ 12,000.00 |

| | | | | |
|---|---|---|---|---|
| In 9, use information from your paystubs, tax records, and other sources to identify the deductions being taken from your income. List money deducted for health insurance below in Section 13. | **9.** | **My monthly payroll deductions** | | |
| | | Federal tax.................................................................................................... | $ | 2,053.00 |
| | | State tax......................................................................................................... | $ | 584.00 |
| | | FICA *(or Social Security equivalent, for example, Self-employment) tax)*........... | $ | 744.00 |
| | | Medicare tax................................................................................................... | $ | 174.00 |
| | | Mandatory retirement contributions *(by law or condition of employment, but only if no FICA or Social Security equivalent)*............................................... | $ | |
| In **Total Monthly Deductions**, add the amounts from 9 together and enter the total. | | **Total Monthly Deductions** | $ | 3,555.00 |
| In 10, list any maintenance payments you are making.  If you are not sure about whether your payments are tax-deductible, speak to your attorney or tax-preparer. Generally, maintenance payments court ordered after January 1, 2019 are not tax deductible. | **10.** | **Monthly maintenance payments** | | |
| | | Maintenance being paid or payable to the other party by you under a court order in this case....................................................................................... | $ | |
| | | Maintenance being paid under a court order to a former spouse by you, which is tax deductible to you................................................................... | $ | |
| | | Maintenance being paid under a court order to a former spouse by you, which is not tax deductible to you.............................................................. | $ | |
| | | **Total Maintenance Payments** | $ | 0.00 |
| For 11, attach a copy of the support order and proof that you are making the payments, e.g. cancelled checks, court records. | **11.** | **Monthly child Support payments** | | |
| | | Child support being paid for the children of this relationship under a court order in this case or a different case.................................................. | $ | |
| | | Child support being paid under a court order for children not shared with the other party and who are not part of this case.................................... | $ | |
| For help in calculating monthly amounts, see *How to Complete a Financial Affidavit.* | | Child support being paid, but there is no court order, for children not shared with the other party and who are not part of this case and (1) that are presumed to be yours, (2) for whom there is a voluntary acknowledgment of paternity (VAP) signed by you and the other parent, **OR** (3) for whom there is a court order naming you as a parent, but there is no support order................................................................................ | $ | |
| | | **Total Child Support Payments** | $ | 0.00 |
| In 12a, enter the amount your household spends on each item each month. | **12.** | **My monthly Living Expenses** | | |
| | | a. Household Expenses | | |
| | | Mortgage or rent........................................................................................ | $ | 6,300.00 |
| | | Home equity *(HELOC)* and second mortgage........................................... | $ | |
| | | Real estate taxes....................................................................................... | $ | 1,542.00 |
| | | Homeowners or condo association dues and assessments...................... | $ | 321.00 |
| | | Homeowners or renters insurance.......................................................... | $ | 440.00 |
| If you have other living expenses not listed in 12a, describe the expense in *Other* and enter the monthly amount. | | Gas.............................................................................................................. | $ | 340.00 |
| | | Electric........................................................................................................ | $ | 290.00 |
| | | Telephone.................................................................................................... | $ | 160.00 |
| | | Cable or satellite TV................................................................................. | $ | 265.00 |
| | | Internet....................................................................................................... | $ | |
| | | Water and sewer........................................................................................ | $ | 250.00 |
| | | Garbage removal........................................................................................ | $ | 60.00 |
| | | Laundry and dry cleaning......................................................................... | $ | 100.00 |

| | House cleaning service................................................................................ | $ | 150.00 |
|---|---|---|---|
| In **Subtotal Monthly Household Expenses**, add the amounts in 12a together and enter the total. | Necessary repairs and maintenance to my property.............................. | $ | 500.00 |
| | Pet care.................................................................................................... | $ | |
| | Groceries, household supplies, and toiletries........................................ | $ | 950.00 |
| | Other: _____ | $ | |
| | **Subtotal Monthly Household Expenses** | $ | 11,668.00 |

**b.** Transportation Expenses

| | | | |
|---|---|---|---|
| In **12b**, enter the amount you spend monthly on each type of transportation expense. | Car payment.............................................................................................. | $ | |
| | Repairs and maintenance.......................................................................... | $ | 200.00 |
| If you have other transportation expenses not listed in 12b, describe the expense in **Other** and enter the monthly amount. | Insurance, license, registration and city sticker..................................... | $ | 260.00 |
| | Gasoline.................................................................................................... | $ | 700.00 |
| | Taxi, ride-share, bus, and train................................................................ | $ | |
| | Parking...................................................................................................... | $ | 50.00 |
| In **Subtotal Monthly Transportation Expenses**, add the amounts in **12b** together and enter the total. | Other: _____ | $ | |
| | **Subtotal Monthly Transportation Expenses** | $ | 1,210.00 |

**c.** Personal Expenses

Medical *(out-of-pocket expenses)*

| | | | |
|---|---|---|---|
| In **12c**, enter the amount you spend monthly only for yourself on each type of expense. Do not include expenses you are reimbursed for through insurance or your employer. | Doctor visits............................................................................................. | $ | 200.00 |
| | Therapy and counseling............................................................................ | $ | |
| | Dental and orthodontia............................................................................. | $ | 25.00 |
| | Optical...................................................................................................... | $ | 25.00 |
| | Medicine.................................................................................................... | $ | 70.00 |

Life insurance

| | | | |
|---|---|---|---|
| | Life *(term)*............................................................................................... | $ | 61.00 |
| | Life *(whole or annuity)*........................................................................... | $ | 242.00 |
| | Clothing.................................................................................................... | $ | 150.00 |
| | Grooming *(hair, nails, spa, etc.)*............................................................ | $ | 100.00 |
| | Gym & Club membership Dues.................................................................. | $ | |
| | Entertainment, dining out, and hobbies.................................................... | $ | 100.00 |
| If you have other personal expenses not listed in 12c, describe the expense in **Other** and enter the monthly amount. | Newspapers, magazines, and subscriptions.............................................. | $ | |
| | Gifts.......................................................................................................... | $ | |
| | Donations *(political, religious, charity, etc.)*......................................... | $ | 300.00 |
| | Vacations.................................................................................................. | $ | 200.00 |
| In **Subtotal Monthly Personal Expenses**, add the amounts in 12c together and enter the total. | Mandatory or voluntary union, trade or professional association dues....... | $ | 200.00 |
| | Professional fees *(accountants, tax preparers, attorneys)*......................... | $ | 100.00 |
| | Other: _____ | $ | |
| | **Subtotal Monthly Personal Expenses** | $ | 1,773.00 |

**d.** Minor and Dependent Children Expenses

| | | | |
|---|---|---|---|
| In **12d**, enter the amount spent monthly for the minor and dependent children of this relationship only. | Clothing.................................................................................................... | $ | |
| | Grooming *(hair, nails, spa, etc.)*............................................................ | $ | |

Education

| | | | |
|---|---|---|---|
| | Tuition....................................................................................................... | $ | |
| | Books, fees, and supplies......................................................................... | $ | |
| | School lunch............................................................................................. | $ | |
| | Transportation.......................................................................................... | $ | |

|  | School-sponsored trips and special events................ | $ |
|---|---|---|
|  | Uniforms................................................... | $ |
|  | Before and after-school care............................ | $ |
|  | Tutoring and summer school............................. | $ |

| In Medical, do not include expenses you are reimbursed for through insurance or your employer. | Medical *(out-of-pocket expenses)* |  |
|---|---|---|
|  | Doctor visits........................................... | $ |
|  | Therapy and counseling ............................... | $ |
|  | Dental and orthodontia ................................ | $ |
|  | Optical.................................................. | $ |
|  | Medicine................................................ | $ |

| | Allowance................................................... | $ |
|---|---|---|
| | Childcare and sitters...................................... | $ |
| | Extracurricular activities and sports *(including equipment, uniforms, etc.)*...... | $ |
| | Summer and school-break camps......................... | $ |
| | Vacations *(children only)*................................. | $ |
| | Entertainment, dining out, and hobbies *(children only)*..................... | $ |
| | Gifts children give to others.............................. | $ |
| | Other: | $ |

| If there are other child-related expenses not listed in 12d, describe the expense in Other and enter the amount. | | |
|---|---|---|

| In Subtotal Monthly Minor and Dependent Children Expenses, add the amounts in 12d together and enter the total. | **Subtotal Monthly Minor and Dependent Children Expenses** | $ 0.00 |
|---|---|---|

**Total Monthly Living Expenses** *(add the subtotals from 12a-d above)* $ 14,651.00

**13. Health Insurance**

| In 13, enter information about the primary health insurance you have for yourself and your family.

If you have more than one Health Insurance carrier, then list other health insurance company in the *Additional Health Insurance* forms and attach it. |

I have health insurance: ☑ Yes ☐ No

The insurance company is:   Blue Cross Blue Shield of Illinois

The type of insurance is: ☑ Medical ☐ Dental ☐ Optical

Deductible: Per individual $ 1,000.00   Per family $ 2,500.00

It covers: ☑ Me ☑ My spouse/partner ☐ My dependents

Type of Policy: ☐ HMO ☑ PPO ☐ Other

Provided by: ☐ Employer ☐ Private Policy ☐ Other Group ☐ Medicaid/All Kids

Monthly cost is paid by: ☑ Me ☐ My spouse ☐ Other

Total number of people covered by this policy:   2

The amount I pay monthly for insurance for children of this relationship:   $

The amount I pay monthly for deductibles, co-insurance, and co-payments for the children of this relationship:   $ 2,300.00

**Total Monthly Health Insurance Cost** $ 2,300.00

☐ I have attached one or more *Additional Health Insurance* forms.

In **14**, enter your debts including credit cards and past due bills. Do not include debt payments previously listed in **12** and **13** above, such as your mortgage or car payment.

If you have more than 4 creditors, list them on *Additional My Debts* forms and attach them.

In **Total Monthly Debt Payments**, add the Monthly Payment amounts from **14** together and enter the total. Include any debts listed on any *Additional My Debts* forms.

**14.  My Debts** *(do not list expenses included in section 12)*

| | Creditor Name | Describe Nature of Debt *(parking tickets, household goods, attorney's fees, etc.)* | Amount Owed | Monthly Payment Being Made |
|---|---|---|---|---|
| 1. | Chase Freedom | Mainly JACKIE's purchases | $23,000.00 | $800.00 |
| 2. | | | $ | $ |
| 3. | | | $ | $ |
| 4. | | | $ | $ |
| 5. | | | $ | $ |
| 6. | | | $ | $ |

☐ I have attached one or more *Additional My Debts* forms.

Amount from *Additional My Debts (if any)* $

**Total Monthly Debt Payments** $ 800.00

**Note:**

Fair Market Value (FMV) is generally defined as a selling price for an item to which an unrelated buyer and seller can agree.  For more information on FMV, read *How to Complete a Financial Affidavit (Family & Divorce Case)* available at https://www.illinoiscourts.gov/documents-and-forms/approved-forms/.

In **15a**, enter your cash and cash equivalents. Do not list account numbers.

If you have more than 4 **Checking, Savings, Money Market or Other Bank or Credit Union Accounts**, list them in *Additional Cash and Cash Equivalents* forms and attach them.

**15.  My Assets**

a.  Cash and Cash Equivalents *(list balance as of the date of this affidavit)*

Checking, Savings, Money Market, and Other Bank or Credit Union Accounts

| | Name of Bank or Institution | Name on Account | Account Type | Balance |
|---|---|---|---|---|
| 1. | | | | $ |
| 2. | | | | $ |
| 3. | | | | $ |
| 4. | | | | $ |

☐ I have attached one or more *Additional Cash and Cash Equivalents* forms.

Certificates of Deposit *(list balance as of the date of this affidavit)*

If you have more than 3 **Certificates of Deposit**, list them in *Additional Certificates of Deposit* forms and attach them.

| | Name of Bank or Institution | Name on Account | Balance |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |

☐ I have attached one or more *Additional Certificates of Deposit* forms.

Cash and Prepaid Debit Cards *(list balance as of the date of this affidavit)*

A **Prepaid Debit Card** is a card that can be used to make purchases much as you would use cash. Many prepaid cards carry the brand of a card network, like MasterCard, Visa, or American Express.

If you have more than 3 **Cash or Prepaid Debit Cards** or locations for your cash, list them in *Additional Cash and Prepaid Debit Card* forms and attach them.

| | Location of Cash/Card | Held By | Balance |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |

☐ I have attached one or more *Additional Cash and Prepaid Debit Card* forms.

| | In 15b, enter information for your investments and securities. |
|---|---|

**b. Investment Accounts and Securities** *(list FMV or balance as of the date of this affidavit)*
Stocks, Bonds, Options, Employee Stock Ownership Plans

| In 15b, enter information for your investments and securities. | | | | | | |
|---|---|---|---|---|---|---|
| | | Company Name | # Shares | Type | Owner | FMV |
| | 1. | | | | | $ |
| | 2. | | | | | $ |
| | 3. | | | | | $ |

If you have more than 3 Investment Accounts and Securities, list them in *Additional Investment Accounts and Securities* forms and attach them.

☐ I have attached one or more *Additional Investment Accounts and Securities* forms.

If you have more than 3 Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes, list them in *Additional Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes* forms and attach them.

Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes *(list balance as of the date of this affidavit)*

| | Description of Asset | Owner | Balance |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |

☐ I have attached one or more *Additional Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes* forms.

In 15c, enter information for your real estate, including your home, if you own it.

**c. Real Estate** *(list FMV and balance due as of the date of this affidavit)*

| | Address | Name on Title | FMV | Balance Due |
|---|---|---|---|---|
| 1. | | | $ | $ |
| 2. | | | $ | $ |
| 3. | | | $ | $ |

If you have more than 3 pieces of Real Estate, list them in *Additional Real Estate* forms and attach them.

☐ I have attached one or more *Additional Real Estate* forms.

In 15c and 15d, in Balance Due, enter the total amount remaining on your loan.

**d. Motor Vehicles** *(cars, boats, trailers, motorcycles, aircrafts, etc.) (list FMV and balance due as of the date of this affidavit)*

In 15d, enter information about your motor vehicles.

| | Year, Make, and Model | Name on Title | FMV | Balance Due |
|---|---|---|---|---|
| 1. | | | $ | $ |
| 2. | | | $ | $ |
| 3. | | | $ | $ |
| 4. | | | $ | $ |

If you have more than 4 Motor Vehicles, list them in *Additional Motor Vehicles* forms and attach them.

☐ I have attached one or more *Additional Motor Vehicles* forms.

In 15e, enter information about your business interests. In Type of Business, enter whether the business is a corporation, S Corp, or LLC, etc.

**e. Business Interests** *(list FMV as of the date of this affidavit)*

| | Name of Business | Type of Business | % of Ownership | FMV |
|---|---|---|---|---|
| 1. | | | | $ |
| 2. | | | | $ |
| 3. | | | | $ |

If you have more than 3 Business Interests, list them in *Additional Business Interests* forms and attach them.

☐ I have attached one or more *Additional Business Interests* forms.

f. Life Insurance Policies *(list cash balance as of the date of this affidavit)*

| | Name of Insurance Company | Type of Policy | Death Benefit | Cash Value |
|---|---|---|---|---|
| 1. | | | $ | $ |
| 2. | Banner Life (Jackie) | Term Life | $250,000.00 | $0.00 |
| 3. | | | $ | $ |

☐ I have attached one or more *Additional Life Insurance Policies* forms.

g. Retirement Benefits and Deferred Compensation *(pension plan, annuity, IRA, 401(k), 403(b), SEP)* *(list FMV and or account balance as of the date of this affidavit)*

| | Name of Plan | Type of Plan | FMV or Account Balance |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

☐ I have attached one or more *Additional Retirement Benefits and Deferred Compensation* forms.

h. Valuable Collectibles *(coins, stamps, art, antiques, etc.)*

| | Description | FMV |
|---|---|---|
| 1. | | $ |
| 2. | | $ |

☐ I have attached one or more *Additional Valuable Collectibles* forms.

i. Other Personal Property Valued Over $500

| | Description | FMV |
|---|---|---|
| 1. | Rolex Watch | $ 11,000.00 |
| 2. | JACKIE's Furs | $ 23,000.00 |

☐ I have attached one or more *Additional Other Personal Property Valued over $500* forms.

j. Transfer or Sale of Assets or Property Within the Last 2 Years With a FMV of at Least $1,000

| | Description | Transferred or Sold to | Date of Transfer | Amount |
|---|---|---|---|---|
| 1. | | | | $ |
| 2. | | | | $ |

☐ I have attached one or more *Additional Transfer of Sale of Assets or Property Within the Last 2 Years With a FMV of at Least $1,000* forms.

---

In 15f, enter information about each life insurance policy you have for yourself, the other party, or your children.

If you have more than 3 Life Insurance Policies, list them in *Additional Life Insurance Policies* forms and attach them.

In 15g, enter information about retirement benefits (vested and non-vested).

If you have more than 4 Retirement Benefits and Deferred Compensation plans, list them in *Additional Retirement Benefits and Deferred Compensation* forms and attach them.

In 15h, enter information for valuable collectible items.

If you have more than 2 Valuable Collectibles, list them in *Additional Valuable Collectibles* forms and attach them.

In 15i, enter information for other personal property with fair market value over $500.

If you have more than 2 items of Personal Property Valued Over $500, list them in *Additional Other Personal Property Valued over $500* forms and attach them.

In 15j, enter information for assets or property you transferred or sold in the last 2 years with FMV of at least $1,000. Do not include income items listed above in 8.

If you have sold or transferred more than 2 Assets or Properties Within the Last 2 Years With a FMV of at Least $1,000, list them in *Additional Transfer or Sale of Assets or Property Within the Last 2 Years with a FMV of at least $1,000* forms and attach them.

---

In 16, enter information about lawsuits and claims you have filed or have been filed against you. If you did not recover anything, enter $0. If your case is still pending or has not yet been filed, enter unknown.

If you have more than 3 **Lawsuits and Claims**, list them in *Additional Lawsuits and Claims* forms and attach them.

## 16. Lawsuits and Claims *(workers' compensation, disability, etc.)*

|   | Case Number | Date Lawsuit or Claim Filed | Amount Recovered |
|---|---|---|---|
| 1. | 22 AR 1330 | 01/22/2023 | $ 16,310.20 |
| 2. |  |  | $ |
| 3. |  |  | $ |

☐ I have attached one or more *Additional Lawsuits and Claims* forms.

In 17, enter information about your federal and state tax returns for the last 2 years. Check **Refund** if you received money or a check, or **Amount Owed** if you owed additional taxes.

## 17. Income Tax Refunds or Amounts Owed for the Last 2 Years *(federal and state)*

|   | Tax year | Federal | | State | |
|---|---|---|---|---|---|
| 1. | 2021 | ☑ Refund | $ 24,343.00 | ☑ Refund | $ 1,709.00 |
|   |   | ☐ Amount Owed | $ | ☐ Amount Owed | $ |
| 2. | 2020 | ☑ Refund | $ 48,436.00 | ☑ Refund | $ 12,520.00 |
|   |   | ☐ Amount Owed | $ | ☐ Amount Owed | $ |

---

**IMPORTANT:** If you intentionally or recklessly enter inaccurate or misleading information on this form, you may face significant penalties and sanctions, including costs and attorney's fees.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

After you finish this form, sign and print your name and date it.

I certify that everything in the *Financial Affidavit* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.

_____          _____
*Your Signature*                                              *Your Name*


_____
*Date*

In 16, enter information about lawsuits and claims you have filed or have been filed against you. If you did not recover anything, enter $0. If your case is still pending or has not yet been filed, enter unknown.

If you have more than 3 **Lawsuits and Claims**, list them in *Additional Lawsuits and Claims forms* and attach them.

In 17, enter information about your federal and state tax returns for the last 2 years. Check **Refund** if you received money or a check, or **Amount Owed** if you owed additional taxes.

**16. Lawsuits and Claims** *(workers' compensation, disability, etc.)*

| | Case Number | Date Lawsuit or Claim Filed | Amount Recovered |
|---|---|---|---|
| 1. | 22 AR 1330 | 01/22/2023 | $ 16,310.20 |
| 2. | | | $ |
| 3. | | | $ |

☐ I have attached one or more *Additional Lawsuits and Claims* forms

**17. Income Tax Refunds or Amounts Owed for the Last 2 Years** *(federal and state)*

| | Tax year | Federal | | State | |
|---|---|---|---|---|---|
| 1. | 2021 | ☑ Refund | $ 24,343.00 | ☑ Refund | $ 1,709.00 |
| | | ☐ Amount Owed | $ | ☐ Amount Owed | $ |
| 2. | 2020 | ☑ Refund | $ 48,436.00 | ☑ Refund | $ 12,520.00 |
| | | ☐ Amount Owed | $ | ☐ Amount Owed | $ |

**IMPORTANT:** If you intentionally or recklessly enter inaccurate or misleading information on this form, you may face significant penalties and sanctions, including costs and attorney's fees.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

After you finish this form, sign and print your name and date it

I certify that everything in the *Financial Affidavit* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.

*Your Signature*          Madison  Sample  Jr.
                          *Your Name*

5-24-2023
*Date*

**Print Form**              **Save Form**              **Reset Form**

| STATE OF ILLINOIS, CIRCUIT COURT | FINANCIAL AFFIDAVIT (FAMILY & DIVORCE CASES) | For Court Use Only |
|---|---|---|
| DuPage ☒ COUNTY | ☒ Pre-Judgment ☐ Post-Judgment | |

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | Madison Sample Jr. | |
| Enter name of the Petitioner, the Respondent, and the case number as listed in the initial Petition or Complaint. | Petitioner *(First, middle, last name)* | |
| | -v.- | |
| | Jackie L. Sample | 2023 DN 000129 |
| Enter the Case Number given by the Circuit Clerk. | Respondent *(First, middle, last name)* | Case Number |

**IMPORTANT:** (1) If you intentionally or recklessly enter inaccurate or misleading information on this form, you may face significant penalties and sanctions, including costs and attorney's fees; (2) If you need more room for a section, complete and attach the *Additional Information* form for that section. *Do not file this document and the enclosures with the Circuit Clerk unless a local rule or court order requires you to do so.* Ask the Circuit Clerk where to find these rules.

**NOTE:** Do not include in this affidavit any Social Security or individual taxpayer-identification numbers, driver's license numbers, financial account numbers, or debit or credit card numbers. If any of these items are included on documents you are going to attach to this affidavit, hide them by covering them with black ink or otherwise removing.

In 3a-d, check the boxes of the documents you are attaching to this form as evidence of your income, assets, and debts. If you select 3d, enter the names of the additional documents you are attaching.

In 4, do not complete 4b and 4c if your contact information is protected pursuant to court order because of domestic violence or abuse.

1. I am the ☒ **Petitioner** ☐ **Respondent** in this case.

2. I swear or affirm the information in this *Financial Affidavit* and all attached statements are true and correct as of  06/27/2023  .
                                                 *Date*

3. I attached the most recent copies of the following documents *(Check all that apply. You must attach these documents if you have or can get them.)*
   a. ☒ pay stubs or other proof of income
   b. ☒ income tax returns *(including K-1, W-2, 1099, and all schedules.)*
   c. ☒ bank statements
   d. ☐ other documents in verifying your debts in 14 and your assets in 15.

4. **Information about myself**
   a. Name  Madison                                          Sample Jr.
                       *First*                          *Middle*              *Last*
   b. Phone Number  (847) 873-3241
   c. Home Address 9476 Falling Water Drive East
                   *Street Address, Apt.*
      Burr Ridge                       IL          60527
      *City*                                  *State*       *ZIP*
   d. Date of Birth  06/29/1965

5. **Information about other household members**
   I live with another adult who helps me pay my expenses. This person is not the Petitioner or Respondent in this case. ☐ Yes ☒ No

**6. My Employment/Business**

In 6, check all that apply. Provide all information requested about your jobs, including all full-time, part-time, temporary, contract, or other work. Provide all the requested information about any business you own or operate and the business income.

If you have more than one job or business, fill out and attach the *Additional My Employment/Business* forms.

In 6b, enter your total gross income from this employer from January 1 of this year through the date you complete this form.

In 6c, check the box that best describes your self-employment, and/or the box that describes the type of business you have. List the name and address of the business, and the gross receipts for last year and this year.

a. I am ☐ unemployed

b. I am ☐ employed by someone else

Employer name _____

Employer address _____
*Street Address, Apt.*

_____
City                          State                          ZIP

Number of paychecks per year: ☑ 12 *(monthly)*    ☐ 24 *(two times a month)*
☐ 26 *(every two weeks)*   ☐ 52 *(weekly)*
☐ I am paid in cash

Gross income *(pay before taxes and deductions)* so far this year  $174,513.93
as of 06/27/2023
      *Date*

c. Self-Employment or Other Business Income:
  ☐ own a business as a sole proprietorship.
  ☑ as an independent contractor.
  ☐ as a member of a partnership.
  ☐ as a member of a limited liability company (LLC) not treated as a corporation.
  ☐ closely held corporation.
  ☐ other flow-through business entity.

Business name:  Bernstein & Reikes
Business address: 9476 Falling Water Drive East
      *Street Address, Apt.*

Burr Ridge                    IL                          60527
City                          State                          ZIP

Gross business receipts for last year  $_____ and so far this year  $96,731.25
Ordinary and necessary expenses required to carry on the business for
this year  $94,715.30  and last year  $_____
Do you receive any of the following from the business *(check all that apply)*:
  ☐ Reimbursed meals
  ☐ Company car
  ☐ Free housing or housing allowance
  ☑ Other:  Reimbursed Hotel/AirBnB travel

*(You must attach complete federal and state business tax returns for the most recent tax year.)*

☐ I have attached one or more *Additional My Employment/Business* forms.

2023 DN 000129

7. **My gross income and taxes from last year**

In 7a, check only one!

a. Tax filing status ☑ Married *(Joint)* ☐ Married *(Separate)* ☐ Single

☐ Head of Household ☐ Did not file

In 7a-e, enter the information you submitted on last year's IRS tax return. If you did not file a tax return for last year, check Did not file in 7a, leave 7b-d blank, but still complete 7e.

b. Number of dependent exemptions claimed __1__

c. Total number of exemptions claimed __2__

d. I claim on my federal tax return
  ☐ the standardized deduction
  ☑ itemized deductions

For help in calculating monthly amounts, see *How to Complete a Financial Affidavit (Family & Divorce Cases)*.

e. Gross income *(before taxes and deductions)* last year __$230,021.48__

8. **My monthly gross income from all sources**

In 8, Regular employment earnings mean the monthly gross income you receive on a regular basis from employment.

| | |
|---|---|
| Regular employment/self-employment earnings from all jobs *(salary, wages, base pay, etc)* | $ 24,127.05 |
| Overtime | $ |
| Commission | $ |
| Tips | $ |
| Bonus | $ |
| Pension | $ |
| Annuity | $ |
| Interest income | $ |
| Dividend income | $ |
| Trust income | $ |
| Social Security Retirement | $ |
| Social Security Disability | $ |
| Social Security Income (SSI) *(not included as income for child support purposes)* | $ |
| Unemployment | $ |
| Disability payment *(not Social Security)* | $ |
| Workers' Compensation | $ |
| TANF and SNAP *(not included as income for child support purposes)* | $ |
| Military allowances | $ |
| Investment income | $ |
| Rental income | $ |
| Partnership income | $ |
| Distributions and draws | $ |
| Royalty income | $ |

If you have other income not listed in 8, describe the source of the income in Other and enter the monthly amount.

| | |
|---|---|
| Maintenance received under an order entered in this case or another case that you must report as income on your tax return | $ |
| Maintenance received under an order entered in this case or another case that you do not have to report as income on your tax return | $ |
| Child support for children of this relationship *(if this support is paid by the other parent, it does not affect the support calculation)* | $ |
| Social Security payment made to the children of this relationship based on your disability or retirement | $ |
| Gifts of money | $ |
| Other: | $ |

In **Total Gross Monthly Income**, add the amounts in 8 together and enter the total.

**Total Gross Monthly Income** | $ 24,127.05

2022 DN 000129

Enter the Case Number given by the Circuit Clerk

| | | |
|---|---|---|
| **9.** | **My monthly payroll deductions** | |
| In 9, use information from your paystubs, tax records, and other sources to identify the deductions being taken from your income. List money deducted for health insurance below in Section 13. | Federal tax.......................................................................... | $ 5,698.00 |
| | State tax.............................................................................. | $ 1,185.00 |
| | FICA *(for Social Security equivalent, for example, Self-employment) tax)*.... | $ 828.00 |
| | Medicare tax........................................................................ | $ 417.00 |
| | Mandatory retirement contributions *(by law or condition of employment, but only if no FICA or Social Security equivalent)*.................... | $ |
| In Total Monthly Deductions, add the amounts from 9 together and enter the total. | **Total Monthly Deductions** | **$ 8,128.00** |
| **10.** | **Monthly maintenance payments** | |
| In 10, list any maintenance payments you are not sure about whether your payments are tax-deductible, speak to your attorney or tax-preparer. Generally, maintenance payments court ordered after January 1, 2019 are not tax deductible. | Maintenance being paid or payable to the other party by you under a court order in this case.................................................... | $ |
| | Maintenance being paid under a court order to a former spouse by you, which is tax deductible to you................................................ | $ |
| | Maintenance being paid under a court order to a former spouse by you, which is not tax deductible to you.......................................... | $ |
| | **Total Maintenance Payments** | **$ 0.00** |
| **11.** | **Monthly child Support payments** | |
| For 11, attach a copy of the support order and proof that you are making the payments, e.g. cancelled checks, court records. | Child support being paid for the children of this relationship under a court order in this case or a different case............................... | $ |
| | Child support being paid under a court order for children not shared with the other party and who are not part of this case............... | $ |
| For help in calculating monthly amounts, see *How to Complete a Financial Affidavit.* | Child support being paid, but there is no court order, for children not shared with the other party and who are not part of this case and (1) that are presumed to be yours, (2) for whom there is a voluntary acknowledgment of paternity (VAP) signed by you and the other parent, OR (3) for whom there is a court order naming you as a parent, but there is no support order.................................................................. | $ |
| | **Total Child Support Payments** | **$ 0.00** |
| **12.** | **My monthly Living Expenses** | |
| In 12a, enter the amount your household spends on each item each month. | **a. Household Expenses** | |
| | Mortgage or rent................................................................ | $ 6,300.00 |
| | | $ |
| | Home equity *(HELOC)* and second mortgage...................... | $ 1,542.00 |
| | Real estate taxes............................................................... | $ 321.00 |
| | Homeowners or condo association dues and assessments....... | $ 440.00 |
| If you have other living expenses not listed in 12a, describe the expense in Other and enter the monthly amount. | Homeowners or renters insurance....................................... | $ 420.00 |
| | Gas................................................................................... | $ 290.00 |
| | Electric.............................................................................. | $ 160.00 |
| | Telephone.......................................................................... | $ 265.00 |
| | Cable or satellite TV.......................................................... | $ |
| | Internet.............................................................................. | $ 250.00 |
| | Water and sewer................................................................ | $ 60.00 |
| | Garbage removal................................................................ | $ 100.00 |
| | Laundry and dry cleaning.................................................... | $ |

| | | $ | 150.00 |
|---|---|---|---|
| House cleaning service | | $ | 500.00 |
| Necessary repairs and maintenance to my property | | $ | |
| Pet care | | $ | 1,200.00 |
| Groceries, household supplies, and toiletries | | $ | |
| Other | | | |
| **Subtotal Monthly Household Expenses** | | $ | 11,998.00 |

In Subtotal Monthly Household Expenses, add the amounts in 12a together and enter the total.

**b. Transportation Expenses**

| | | $ | |
|---|---|---|---|
| Car payment | | $ | 200.00 |
| Repairs and maintenance | | $ | 260.00 |
| Insurance, license, registration and city sticker | | $ | 700.00 |
| Gasoline | | $ | |
| Taxi, ride-share, bus, and train | | $ | 50.00 |
| Parking | | $ | |
| Other | | | |
| **Subtotal Monthly Transportation Expenses** | | $ | 1,210.00 |

In 12b, enter the amount you spend monthly on each type of transportation expense.

If you have other transportation expenses not listed in 12b, describe the expense in Other and enter the monthly amount.

In Subtotal Monthly Transportation Expenses, add the amounts in 12b together and enter the total.

In 12c, enter the amount you spend monthly only for yourself on each type of expense. Do not include expenses you are reimbursed for through insurance or your employer.

**c. Personal Expenses**

Medical *(out-of-pocket expenses)*

| | | $ | 200.00 |
|---|---|---|---|
| Doctor visits | | $ | |
| Therapy and counseling | | $ | 25.00 |
| Dental and orthodontia | | $ | 25.00 |
| Optical | | $ | |
| Medicine | | $ | 70.00 |
| Life insurance | | | |
| Life *(term)* | | $ | 360.00 |
| Life *(whole or annuity)* | | $ | 242.00 |
| Clothing | | $ | 150.00 |
| Grooming *(hair, nails, spa, etc.)* | | $ | 100.00 |
| Gym & Club membership Dues | | $ | |
| Entertainment, dining out, and hobbies | | $ | 100.00 |
| Newspapers, magazines, and subscriptions | | $ | 120.00 |
| Gifts | | $ | |
| Donations *(political, religious, charity, etc.)* | | $ | 300.00 |
| Vacations | | $ | 200.00 |
| Mandatory or voluntary union, trade or professional association dues | | $ | 200.00 |
| Professional fees *(accountants, tax preparers, attorneys)* | | $ | 100.00 |
| Other | | $ | |
| **Subtotal Monthly Personal Expenses** | | $ | 2,192.00 |

If you have other personal expenses not listed in 12c, describe the expense in Other and enter the monthly amount.

In Subtotal Monthly Personal Expenses, add the amounts in 12c together and enter the total.

In 12d, enter the amount spent monthly for the minor and dependent children of this relationship only.

**d. Minor and Dependent Children Expenses**

| | | $ | |
|---|---|---|---|
| Clothing | | $ | |
| Grooming *(hair, nails, spa, etc.)* | | $ | |
| Education | | | |
| Tuition | | $ | |
| Books, fees, and supplies | | $ | |
| School lunch | | $ | |
| Transportation | | $ | |

|  | $ |
| School-sponsored trips and special events........................... | $ |
| Uniforms................................................................................. | $ |
| Before and after-school care................................................. | $ |
| Tutoring and summer school................................................. | $ |

Medical *(out-of-pocket expenses)*

| | |
| Doctor visits........................................................................... | $ |
| Therapy and counseling ....................................................... | $ |
| Dental and orthodontia ......................................................... | $ |
| Optical.................................................................................... | $ |
| Medicine................................................................................. | $ |

| | |
| Allowance............................................................................... | $ |
| Childcare and sitters.............................................................. | $ |
| Extracurricular activities and sports *(including equipment, uniforms, etc.)*...... | $ |
| Summer and school-break camps.......................................... | $ |
| Vacations *(children only)*....................................................... | $ |
| Entertainment, dining out, and hobbies *(children only)*........ | $ |
| Gifts children give to others.................................................. | $ |
| Other: _____ | $    0.00 |

**Subtotal Monthly Minor and Dependent Children Expenses** $

**Total Monthly Living Expenses** *(add the subtotals from 12a-d above)* $ 15,400.00

In Medical, do not include expenses you are reimbursed for through insurance or your employer.

If there are other child-related expenses not listed in 12d, describe the expense in Other and enter the amount.

In Subtotal Monthly Minor and Dependent Children Expenses, add the amounts in 12d together and enter the total.

In 13, enter information about the primary health insurance you have for yourself and your family.

If you have more than one Health Insurance carrier, then list other health insurance company in the *Additional Health Insurance* forms and attach it.

**13. Health Insurance**

I have health insurance:   ☑ Yes   ☐ No
The insurance company is:   Blue Cross Blue Shield of Illinois
The type of insurance is:   ☑ Medical   ☐ Dental   ☐ Optical
Deductible: Per individual $   1,000.00   Per family $          2,500.00
It covers:   ☑ Me   ☑ My spouse/partner   ☐ My dependents
Type of Policy:   ☐ HMO   ☑ PPO   ☐ Other
Provided by:   ☐ Employer   ☐ Private Policy   ☐ Other Group   ☐ Medicaid/All Kids
Monthly cost is paid by:   ☑ Me   ☐ My spouse   ☐ Other
Total number of people covered by this policy:   2

The amount I pay monthly for insurance for children of this relationship:   $ _____

The amount I pay monthly for deductibles, co-insurance, and co-payments for the children of this relationship:   $ 2,300.00

**Total Monthly Health Insurance Cost** $ 2,300.00

☐ I have attached one or more *Additional Health Insurance* forms.

2023 DN 000129

**14. My Debts** *(do not list expenses included in section 12)*

In 14, enter your debts including credit cards and past due bills. Do not include debt payments previously listed in 12 and 13 above, such as your mortgage or car payment.

| | Creditor Name | Describe Nature of Debt *(parking tickets, household goods, attorney's fees, etc.)* | Amount Owed | Monthly Payment Being Made |
|---|---|---|---|---|
| 1. | Chase Freedom | Mainly JACKIE's purchases | $23,000.00 | $800.00 |
| 2. | | | $ | $ |
| 3. | | | $ | $ |
| 4. | | | $ | $ |
| 5. | | | $ | $ |
| 6. | | | $ | $ |

If you have more than 4 creditors, list them on *Additional My Debts* forms and attach them.

In Total Monthly Debt Payments, add the Monthly Payment amounts from 14 together and enter the total. Include any debts listed on any *Additional My Debts* forms.

☐ I have attached one or more *Additional My Debts* forms.

Amount from *Additional My Debts* (if any) $

**Total Monthly Debt Payments** $800.00

| Note: | Fair Market Value (FMV) is generally defined as a selling price for an item to which an unrelated buyer and seller can agree. For more information on FMV, read *How to Complete a Financial Affidavit (Family & Divorce Case)* available at https://www.illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

**15. My Assets**

In 15a, enter your cash and cash equivalents. Do not list account numbers.

If you have more than 4 Checking, Savings, Money Market or Other Bank or Credit Union Accounts, list them in *Additional Cash and Cash Equivalents* forms and attach them.

a. **Cash and Cash Equivalents** *(list balance as of the date of this affidavit)*

Checking, Savings, Money Market, and Other Bank or Credit Union Accounts

| | Name of Bank or Institution | Name on Account | Account Type | Balance |
|---|---|---|---|---|
| 1. | Bank of America | Madison Sample Jr. | | $6,811.32 |
| 2. | Charles Schwab (41073) | Madison Sample Jr. | | $2,966.40 |
| 3. | BofA Bernstein & Reikes | Madison Sample Jr. | Business | $914.97 |
| 4. | BofA Sample Anesthesia | Madison Sample Jr. | Business | $11,437.00 |

☑ I have attached one or more *Additional Cash and Cash Equivalents* forms.

If you have more than 3 Certificates of Deposit, list them in *Additional Certificates of Deposit* forms and attach them.

Certificates of Deposit *(list balance as of the date of this affidavit)*

| | Name of Bank or Institution | Name on Account | Balance |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |

☐ I have attached one or more *Additional Certificates of Deposit* forms.

A Prepaid Debit Card is a card that can be used to make purchases much as you would use cash. Many prepaid cards carry the brand of a card network, like MasterCard, Visa, or American Express.

If you have more than 3 Cash or Prepaid Debit Cards or locations for your cash, list them in *Additional Cash and Prepaid Debit Card* forms and attach them.

Cash and Prepaid Debit Cards *(list balance as of the date of this affidavit)*

| | Location of Cash/Card | Held By | Balance |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |

☐ I have attached one or more *Additional Cash and Prepaid Debit Card* forms.

DV-A 120.3

(06/21)

b. **Investment Accounts and Securities** *(list FMV or balance as of the date of this affidavit)*
Stocks, Bonds, Options, Employee Stock Ownership Plans

| | Company Name | # Shares | Type | Owner | FMV |
|---|---|---|---|---|---|
| 1. | | | | | $ |
| 2. | | | | | $ |
| 3. | | | | | $ |

☐ I have attached one or more *Additional Investment Accounts and Securities* forms.

Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes *(list balance as of the date of this affidavit)*

| | Description of Asset | Owner | Balance |
|---|---|---|---|
| 1. | Trust Capital (IRA) | Madison Sample Jr. | $64,865.43 |
| 2. | Atomic Wallet | Madison Sample Jr. | $8,445.43 |
| 3. | Coinbase | Madison Sample Jr. | $4,819.31 |

☑ I have attached one or more *Additional Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes* forms.

c. **Real Estate** *(list FMV and balance due as of the date of this affidavit)*

| | Address | Name on Title | FMV | Balance Due |
|---|---|---|---|---|
| 1. | 9476 Falling Water Dr. E. Burr Ridg | Madison Sample Jr. | $2,000,000.0 | $1,490,000.00 |
| 2. | 649, 651, 653 W. 199th St., Chicag | Jackie Sample | $75,000.00 | $0.00 |
| 3. | 645 W. 199th St., Chicago, IL | Jackie Sample | $400,000.00 | $0.00 |

☑ I have attached one or more *Additional Real Estate* forms.

d. **Motor Vehicles** *(cars, boats, trailers, motorcycles, aircrafts, etc.)* *(list FMV and balance due as of the date of this affidavit)*

| | Year, Make, and Model | Name on Title | FMV | Balance Due |
|---|---|---|---|---|
| 1. | BMW 2016, 750 | Madison Sample Jr. | $20,900.00 | $ |
| 2. | Jeep Cherokee 2016 | Madison Sample Jr. | $15,000.00 | $ |
| 3. | | | $ | $ |
| 4. | | | $ | $ |

☐ I have attached one or more *Additional Motor Vehicles* forms.

e. **Business Interests** *(list FMV as of the date of this affidavit)*

| | Name of Business | Type of Business | % of Ownership | FMV |
|---|---|---|---|---|
| 1. | | | | $ |
| 2. | | | | $ |
| 3. | | | | $ |

☐ I have attached one or more *Additional Business Interests* forms.

---

**Sidebar (left column):**

In 15b, enter information for your investments and securities.

If you have more than 3 Investment Accounts and Securities, list them in *Additional Investment Accounts and Securities* forms and attach them.

If you have more than 3 Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes, list them in *Additional Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes* forms and attach them.

In 15c, enter information for your real estate, including your home if you own it.

If you have more than 3 pieces of Real Estate, list them in *Additional Real Estate* forms and attach them.

In 15c and 15d, in Balance Due, enter the total amount remaining on your loan.

In 15d, enter information about your motor vehicles.

If you have more than 4 Motor Vehicles, list them in *Additional Motor Vehicles* forms and attach them.

In 15e, enter information about your business interests. In Type of Business, enter whether the business is a corporation, S Corp, or LLC, etc.

If you have more than 3 Business Interests, list them in *Additional Business Interests* forms and attach them.

---

DV-A 120.3

(06/21)

2023 DN 000129

Enter the Case Number given by the Court.

**f. Life Insurance Policies** *(list cash balance as of the date of this affidavit)*

| | Name of Insurance Company | Type of Policy | Death Benefit | Cash Value |
|---|---|---|---|---|
| 1. | Bahner Life (Madison) | Term Life | $1,000,000.00 | $0.00 |
| 2. | Bahner Life (Jackie) | Term Life | $250,000.00 | $0.00 |
| 3. | | | $ | $ |

☐ I have attached one or more *Additional Life Insurance Policies* forms.

**g. Retirement Benefits and Deferred Compensation** *(pension plan, annuity, IRA, 401(k), 403(b), SEP)* *(list FMV and/or account balance as of the date of this affidavit)*

| | Name of Plan | Type of Plan | FMV or Account Balance |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

☐ I have attached one or more *Additional Retirement Benefits and Deferred Compensation* forms.

**h. Valuable Collectibles** *(coins, stamps, art, antiques, etc.)*

| | Description | FMV |
|---|---|---|
| 1. | | $ |
| 2. | | $ |

☐ I have attached one or more *Additional Valuable Collectibles* forms.

**i. Other Personal Property Valued Over $500**

| | Description | FMV |
|---|---|---|
| 1. | JACKIE's Furs | $23,000.00 |
| 2. | | $ |

☐ I have attached one or more *Additional Other Personal Property Valued over $500* forms.

**j. Transfer or Sale of Assets or Property Within the Last 2 Years With a FMV of at Least $1,000**

| | Description | Transferred or Sold to | Date of Transfer | Amount |
|---|---|---|---|---|
| 1. | | | | $ |
| 2. | | | | $ |

☐ I have attached one or more *Additional Transfer or Sale of Assets or Property Within the Last 2 Years With a FMV of at Least $1,000* forms.

---

*Sidebar (left column):*

In 15f, enter information about each life insurance policy you have for yourself, the other party, or your children.

If you have more than 3 Life Insurance Policies, list them in *Additional Life Insurance Policies* forms and attach them.

In 15g, enter information about retirement benefits (vested and non-vested).

If you have more than 4 Retirement Benefits and Deferred Compensation plans, list them in *Additional Retirement Benefits and Deferred Compensation* forms and attach them.

In 15h, enter information for valuable collectible items.

If you have more than 2 Valuable Collectibles, list them in *Additional Valuable Collectibles* forms and attach them.

In 15i, enter information for other personal property with fair market value over $500.

If you have more than 2 items of Personal Property Valued Over $500, list them in *Additional Other Personal Property Valued over $500* forms and attach them.

In 15j, enter information for assets or property you transferred or sold in the last 2 years with FMV of at least $1,000. Do not include income items listed above in 8.

If you have sold or transferred more than 2 Assets or Properties Within the Last 2 Years With a FMV of at Least $1,000, list them in *Additional Transfer or Sale of Assets or Property Within the Last 2 Years with a FMV of at least $1,000* forms and attach them.

DV-A 120.3

(06/21)

**16. Lawsuits and Claims (workers' compensation, disability, etc.)**

In 16, enter information about lawsuits and claims you have filed or have been filed against you. If you did not recover anything, enter $0. If your case is still pending or has not yet been filed, enter unknown.

If you have more than 3 Lawsuits and Claims, list them in *Additional Lawsuits and Claims* form and attach them.

| | Case Number | Date Lawsuit or Claim Filed | Amount Recovered |
|---|---|---|---|
| 1. | 22 AR 1330 | 01/22/2023 | $16,340.20 |
| 2. | | | $ |
| 3. | | | $ |

☐ I have attached one or more *Additional Lawsuits and Claims* forms.

**17. Income Tax Refunds or Amounts Owed for the Last 2 Years (federal and state)**

In 17, enter information about your federal and state tax returns for the last 2 years. Check Refund if you received money or a check, or Amount Owed if you owed additional taxes.

| | Tax year | Federal | | State | |
|---|---|---|---|---|---|
| 1. | 2021 | ☑ Refund | $24,343.00 | ☑ Refund | $1,709.00 |
| | | ☐ Amount Owed | $ | ☐ Amount Owed | $ |
| 2. | 2020 | ☑ Refund | $48,436.00 | ☑ Refund | $12,520.00 |
| | | ☐ Amount Owed | $ | ☐ Amount Owed | $ |

**IMPORTANT:** If you intentionally or recklessly enter inaccurate or misleading information on this form, you may face significant penalties and sanctions, including costs and attorney's fees.

Under the Code of Civil Procedure, 735 ILCS 51-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

After you finish this form, sign and print your name and date it.

I certify that everything in the *Financial Affidavit* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.

_Madison Sample_
Your Signature

_Madison Sample Jr_
Your Name

_5-24-2023_
Date

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | FINANCIAL AFFIDAVIT (FAMILY & DIVORCE CASES) | For Court Use Only |
|---|---|---|
| DuPage      COUNTY | ☑ Pre-Judgment   ☐ Post-Judgment | |

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | MADISON SAMPLE, JR. | |
| Enter name of the Petitioner, the Respondent, and the case number as listed in the initial Petition or Complaint. | Petitioner *(First, middle, last name)*  v.  JACKIE L. SAMPLE | 2023 DN 000129 |
| Enter the Case Number given by the Circuit Clerk. | Respondent *(First, middle, last name)* | Case Number |

**IMPORTANT:** (1) If you intentionally or recklessly enter inaccurate or misleading information on this form, you may face significant penalties and sanctions, including costs and attorney's fees; (2) If you need more room for a section, complete and attach the *Additional Information* form for that section. *Do not file this document and the enclosures with the Circuit Clerk unless a local rule or court order requires you to do so. Ask the Circuit Clerk where to find these rules.*

**NOTE:** Do not include in this affidavit any Social Security or individual taxpayer-identification numbers, driver's license numbers, financial account numbers, or debit or credit card numbers. If any of these items are included on documents you are going to attach to this affidavit, hide them by covering them with black ink or otherwise removing.

In 3a-d, check the boxes of the documents you are attaching to this form as evidence of your income, assets, and debts. If you select 3d, enter the names of the additional documents you are attaching.

In 4, do not complete 4b and 4c if your contact information is protected pursuant to court order because of domestic violence or abuse.

1. I am the   ☑ **Petitioner**   ☐ **Respondent** in this case.

2. I swear or affirm the information in this *Financial Affidavit* and all attached statements are true and correct as of   <u>01/05/2024</u>   .
   *Date*

3. I attached the most recent copies of the following documents *(Check all that apply. You must attach these documents if you have or can get them.)*
   a. ☑ pay stubs or other proof of income
   b. ☑ income tax returns *(including K-1, W-2, 1099, and all schedules.)*
   c. ☑ bank statements
   d. ☐ other documents in verifying your debts in 14 and your assets in 15:
      _____
      _____

4. **Information about myself**
   a. Name <u>Madison</u>                                          <u>Sample, Jr.</u>
      *First*                          *Middle*                          *Last*
   b. Phone Number   <u>(847) 873-3241</u>
   c. Home Address  <u>12638 S Talbot Circule</u>
      *Street Address, Apt.*
      <u>Plainfield</u>                          <u>IL</u>                          <u>60585</u>
      *City*                          *State*                          *ZIP*
   d. Date of Birth   <u>06/29/1965</u>

5. **Information about other household members**
   I live with another adult who helps me pay my expenses. This person is not the Petitioner or Respondent in this case.   ☐ Yes   ☑ No

**6. My Employment/Business**

<table>
<tr><td rowspan="30" valign="top" width="22%">

In 6, check all that apply. Provide all information requested about your jobs, including all full-time, part-time, temporary, contract, or other work. Provide all the requested information about any business you own or operate and the business income.

If you have more than one job or business, fill out and attach the *Additional My Employment/ Business* forms.

In 6b, enter your total gross income from this employer from January 1 of this year through the date you complete this form.

In 6c, check the box that best describes your self-employment, and/or the box that describes the type of business you have. List the name and address of the business, and the gross receipts for last year and this year.

</td><td>

a. I am ☐ unemployed

b. I am ☐ employed by someone else

Employer name _____

Employer address _____
                 *Street Address, Apt.*

_____
*City*                  *State*          *ZIP*

Number of paychecks per year:  ☑ 12 *(monthly)*      ☐ 24 *(two times a month)*
                                  ☐ 26 *(every two weeks)*  ☐ 52 *(weekly)*
                                  ☐ I am paid in cash

Gross income *(pay before taxes and deductions)* so far this year  $ 294,962.00
as of  12/04/2023
      *Date*

c. Self-Employment or Other Business Income:

    ☐ own a business as a sole proprietorship.
    ☑ as an independent contractor.
    ☐ as a member of a partnership.
    ☐ as a member of a limited liability company (LLC) not treated as a corporation.
    ☐ closely held corporation.
    ☐ other flow-through business entity.

Business name:  Sample Anesthesia Limited (incorporated March 29, 2023)
Business address: 9476 Falling Water Drive East
                 *Street Address, Apt.*

Burr Ridge                IL            60527
*City*                     *State*           *ZIP*

Gross business receipts for last year  $_____ and so far this year  $ 173,644.72
Ordinary and necessary expenses required to carry on the business for
this year  $_____ and last year  $_____
Do you receive any of the following from the business *(check all that apply)*:

    ☐ Reimbursed meals
    ☐ Company car
    ☐ Free housing or housing allowance
    ☑ Other:  reimbursed travel and lodging

*(You must attach complete federal and state business tax returns for the most recent tax year.)*

☐ I have attached one or more *Additional My Employment/Business* forms.

</td></tr>
</table>

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| In 7a, check only one. | **7.** **My gross income and taxes from last year** |

**7.** **My gross income and taxes from last year**

a. Tax filing status ☑ Married *(Joint)*   ☐ Married *(Separate)*   ☐ Single
   ☐ Head of Household   ☐ Did not file

b. Number of dependent exemptions claimed   1

c. Total number of exemptions claimed   2

d. I claim on my federal tax return
   ☐ the standardized deduction
   ☑ itemized deductions

e. Gross income *(before taxes and deductions)* last year   $ 230,021.48

**8.** **My monthly gross income from all sources**

| | |
|---|---|
| Regular employment/self-employment earnings from all jobs *(salary, wages, base pay, etc)*............................................................................. | $ 26,814.73 |
| Overtime............................................................................................... | $ |
| Commission.......................................................................................... | $ |
| Tips...................................................................................................... | $ |
| Bonus.................................................................................................. | $ |
| Pension................................................................................................ | $ |
| Annuity................................................................................................ | $ |
| Interest income.................................................................................... | $ |
| Dividend income................................................................................... | $ |
| Trust income........................................................................................ | $ |
| Social Security Retirement .................................................................. | $ |
| Social Security Disability...................................................................... | $ |
| Social Security Income (SSI) *(not included as income for child support purposes)* | $ |
| Unemployment..................................................................................... | $ |
| Disability payment *(not Social Security)*............................................... | $ |
| Workers' Compensation........................................................................ | $ |
| TANF and SNAP *(not included as income for child support purposes)*............ | $ |
| Military allowances............................................................................... | $ |
| Investment income............................................................................... | $ |
| Rental income...................................................................................... | $ |
| Partnership income.............................................................................. | $ |
| Distributions and draws........................................................................ | $ |
| Royalty income.................................................................................... | $ |
| Maintenance received under an order entered in this case or another case that you must report as income on your tax return ................................... | $ |
| Maintenance received under an order entered in this case or another case that you do not have to report as income on your tax return...................... | $ |
| Child support for children of this relationship *(if this support is paid by the other parent, it does not affect the support calculation)*................................... | $ |
| Social Security payment made to the children of this relationship based on your disability or retirement.................................................................. | $ |
| Gifts of money...................................................................................... | $ |
| Other: _____ | $ |

Side notes:

For help in calculating monthly amounts, see *How to Complete a Financial Affidavit (Family & Divorce Cases)*.

In **8, Regular employment** earnings mean the monthly gross income you receive on a regular basis from employment.

In 7a-e, enter the information you submitted on last year's IRS tax return. If you did not file a tax return for last year, check **Did not file** in 7a, leave 7b-d blank, but still complete 7e.

If you have other income not listed in 8, describe the source of the income in **Other** and enter the monthly amount.

In **Total Gross Monthly Income**, add the amounts in 8 together and enter the total.

**Total Gross Monthly Income**   $ 26,814.73

Enter the Case Number given by the Circuit Clerk: _____ 2023 D 000129

| | | | | |
|---|---|---|---|---|
| In 9, use information from your paystubs, tax records, and other sources to identify the deductions being taken from your income. List money deducted for health insurance below in Section 13. | **9.** | **My monthly payroll deductions** | | |
| | | Federal tax.................................................................... | $ | 6,552.70 |
| | | State tax........................................................................ | $ | 1,362.75 |
| | | FICA *(or Social Security equivalent, for example, Self-employment) tax)*........... | $ | 952.00 |
| | | Medicare tax.................................................................. | $ | 479.55 |
| | | Mandatory retirement contributions *(by law or condition of employment, but only if no FICA or Social Security equivalent)*...................................... | $ | |
| In Total Monthly Deductions, add the amounts from 9 together and enter the total. | | **Total Monthly Deductions** | $ | 9,347.00 |
| In 10, list any maintenance payments you are making. If you are not sure about whether your payments are tax-deductible, speak to your attorney or tax-preparer. Generally, maintenance payments court ordered after January 1, 2019 are not tax deductible. | **10.** | **Monthly maintenance payments** | | |
| | | Maintenance being paid or payable to the other party by you under a court order in this case................................................................. | $ | |
| | | Maintenance being paid under a court order to a former spouse by you, which is tax deductible to you................................................ | $ | |
| | | Maintenance being paid under a court order to a former spouse by you, which is not tax deductible to you......................................... | $ | |
| | | **Total Maintenance Payments** | $ | 0.00 |
| For 11, attach a copy of the support order and proof that you are making the payments, e.g. cancelled checks, court records. | **11.** | **Monthly child Support payments** | | |
| | | Child support being paid for the children of this relationship under a court order in this case or a different case........................................ | $ | |
| | | Child support being paid under a court order for children not shared with the other party and who are not part of this case............................... | $ | |
| For help in calculating monthly amounts, see *How to Complete a Financial Affidavit.* | | Child support being paid, but there is no court order, for children not shared with the other party and who are not part of this case and (1) that are presumed to be yours, (2) for whom there is a voluntary acknowledgment of paternity (VAP) signed by you and the other parent, **OR** (3) for whom there is a court order naming you as a parent, but there is no support order............................................................... | $ | |
| | | **Total Child Support Payments** | $ | 0.00 |
| In 12a, enter the amount your household spends on each item each month. | **12.** | **My monthly Living Expenses** | | |
| | | a. Household Expenses | | |
| | | Mortgage or rent............................................................ | $ | 9,500.00 |
| | | Home equity *(HELOC)* and second mortgage................................. | $ | |
| | | Real estate taxes........................................................... | $ | 2,000.00 |
| | | Homeowners or condo association dues and assessments..................... | $ | 321.00 |
| | | Homeowners or renters insurance............................................ | $ | 440.00 |
| If you have other living expenses not listed in 12a, describe the expense in Other and enter the monthly amount. | | Gas............................................................................ | $ | 420.00 |
| | | Electric........................................................................ | $ | 290.00 |
| | | Telephone..................................................................... | $ | 180.00 |
| | | Cable or satellite TV......................................................... | $ | 265.00 |
| | | Internet....................................................................... | $ | |
| | | Water and sewer............................................................. | $ | 250.00 |
| | | Garbage removal............................................................. | $ | 80.00 |
| | | Laundry and dry cleaning.................................................... | $ | 100.00 |

FN

DV-A 120.3                                              Page 4 of 10                                              (06/21)

FN1 Marital Residence: $6300/mo mortgage, $2000/mo real est taxes, $2000 utilities (incl landscaping, electric, gas, HOA, water, waste, snow,
[illegible] $1,100 utilities (incl cable, waste, gas, electric, etc.) = $4,300/mo

Enter the Case Number given by the Circuit Clerk _____

| | | |
|---|---|---|
| House cleaning service........................................................ | $ | 150.00 |
| Necessary repairs and maintenance to my property....................... | $ | 500.00 |
| Pet care......................................................................... | $ | |
| Groceries, household supplies, and toiletries............................. | $ | 1,200.00 |
| Other: _____ | $ | |
| **Subtotal Monthly Household Expenses** | $ | 15,696.00 |

> In Subtotal Monthly Household Expenses, add the amounts in 12a together and enter the total.

b. Transportation Expenses

| | | |
|---|---|---|
| Car payment................................................................... | $ | |
| Repairs and maintenance.................................................... | $ | 200.00 |
| Insurance, license, registration and city sticker......................... | $ | 260.00 |
| Gasoline........................................................................ | $ | 700.00 |
| Taxi, ride-share, bus, and train............................................ | $ | |
| Parking......................................................................... | $ | 50.00 |
| Other: _____ | $ | |
| **Subtotal Monthly Transportation Expenses** | $ | 1,210.00 |

> In 12b, enter the amount you spend monthly on each type of transportation expense.
>
> If you have other transportation expenses not listed in 12b, describe the expense in **Other** and enter the monthly amount.
>
> In Subtotal Monthly Transportation Expenses, add the amounts in 12b together and enter the total.

c. Personal Expenses

Medical *(out-of-pocket expenses)*

| | | |
|---|---|---|
| Doctor visits............................................... | $ | 200.00 |
| Therapy and counseling................................... | $ | |
| Dental and orthodontia.................................... | $ | 25.00 |
| Optical...................................................... | $ | 25.00 |
| Medicine.................................................... | $ | 70.00 |

Life insurance

| | | |
|---|---|---|
| Life *(term)*............................................... | $ | 360.00 |
| Life *(whole or annuity)*................................. | $ | 242.00 |
| Clothing......................................................... | $ | 150.00 |
| Grooming *(hair, nails, spa, etc.)*............................ | $ | 100.00 |
| Gym & Club membership Dues................................ | $ | 45.00 |
| Entertainment, dining out, and hobbies...................... | $ | 100.00 |
| Newspapers, magazines, and subscriptions.................. | $ | 120.00 |
| Gifts............................................................. | $ | |
| Donations *(political, religious, charity, etc.)*.............. | $ | 300.00 |
| Vacations...................................................... | $ | 200.00 |
| Mandatory or voluntary union, trade or professional association dues...... | $ | 200.00 |
| Professional fees *(accountants, tax preparers, attorneys)*............. | $ | 100.00 |
| Other: _____ | $ | |
| **Subtotal Monthly Personal Expenses** | $ | 2,237.00 |

> In 12c, enter the amount you spend monthly **only** for yourself on each type of expense. Do not include expenses you are reimbursed for through insurance or your employer.
>
> If you have other personal expenses not listed in 12c, describe the expense in Other and enter the monthly amount.
>
> In Subtotal Monthly Personal Expenses, add the amounts in 12c together and enter the total.

> In 12d, enter the amount spent monthly for the minor and dependent children of this relationship only.

d. Minor and Dependent Children Expenses

| | | |
|---|---|---|
| Clothing......................................................... | $ | |
| Grooming *(hair, nails, spa, etc.)*............................ | $ | |
| Education | | |
| Tuition..................................................... | $ | |
| Books, fees, and supplies................................ | $ | |
| School lunch.............................................. | $ | |
| Transportation............................................ | $ | |

Enter the Case Number given by the Circuit Clerk: _____ 2023 DN060125 _____

| | |
|---|---|
| School-sponsored trips and special events…………………… | $ _____ |
| Uniforms……………………………………………………… | $ _____ |
| Before and after-school care……………………………… | $ _____ |
| Tutoring and summer school……………………………… | $ _____ |

Medical *(out-of-pocket expenses)*

| | |
|---|---|
| Doctor visits……………………………………………… | $ _____ |
| Therapy and counseling ………………………………… | $ _____ |
| Dental and orthodontia ………………………………… | $ _____ |
| Optical…………………………………………………… | $ _____ |
| Medicine………………………………………………… | $ _____ |
| Allowance……………………………………………………… | $ _____ |
| Childcare and sitters………………………………………… | $ _____ |
| Extracurricular activities and sports *(including equipment, uniforms, etc.)*…… | $ _____ |
| Summer and school-break camps…………………………… | $ _____ |
| Vacations *(children only)*…………………………………… | $ _____ |
| Entertainment, dining out, and hobbies *(children only)*………………… | $ _____ |
| Gifts children give to others……………………………… | $ _____ |
| Other: _____ | $ _____ |

| | |
|---|---|
| **Subtotal Monthly Minor and Dependent Children Expenses** | $ 0.00 |
| **Total Monthly Living Expenses** *(add the subtotals from 12a-d above)* | $ 19,143.00 |

**13. Health Insurance**

I have health insurance: ☑ Yes ☐ No

The insurance company is: Blue Cross Blue Shield

The type of insurance is: ☑ Medical ☐ Dental ☐ Optical

Deductible: Per individual $ 1,000.00 Per family $ 2,500.00

It covers: ☑ Me ☑ My spouse/partner ☐ My dependents

Type of Policy: ☐ HMO ☑ PPO ☐ Other

Provided by: ☐ Employer ☑ Private Policy ☐ Other Group ☐ Medicaid/All Kids

Monthly cost is paid by: ☑ Me ☐ My spouse ☐ Other

Total number of people covered by this policy: 2

The amount I pay monthly for insurance for myself and my spouse: $ 2,300.00

The amount I pay monthly for deductibles, co-insurance, and co-payments for the children of this relationship: $ _____

| | |
|---|---|
| **Total Monthly Health Insurance Cost** | $ 2,300.00 |

☐ I have attached one or more *Additional Health Insurance* forms.

---

In Medical, do not include expenses you are reimbursed for through insurance or your employer.

If there are other child-related expenses not listed in 12d, describe the expense in Other and enter the amount.

In Subtotal Monthly Minor and Dependent Children Expenses, add the amounts in 12d together and enter the total.

In 13, enter information about the primary health insurance you have for yourself and your family.

If you have more than one Health Insurance carrier, then list other health insurance company in the *Additional Health Insurance* forms and attach it.

**14. My Debts** *(do not list expenses included in section 12)*

In 14, enter your debts including credit cards and past due bills. Do not include debt payments previously listed in 12 and 13 above, such as your mortgage or car payment.

| | Creditor Name | Describe Nature of Debt *(parking tickets, household goods, attorney's fees, etc.)* | Amount Owed | Monthly Payment Being Made |
|---|---|---|---|---|
| 1. | Chase Freedom card | Jackie's purchases, living exp | $ 19,560.00 | $ 800.00 |
| 2. | | | $ | $ |
| 3. | | | $ | $ |
| 4. | | | $ | $ |
| 5. | | | $ | $ |
| 6. | | | $ | $ |

If you have more than 4 creditors, list them on *Additional My Debts* forms and attach them.

In Total Monthly Debt Payments, add the Monthly Payment amounts from 14 together and enter the total. Include any debts listed on any *Additional My Debts* forms.

☐ I have attached one or more *Additional My Debts* forms.

Amount from *Additional My Debts (if any)* $

Total Monthly Debt Payments $ 800.00

| Note: | Fair Market Value (FMV) is generally defined as a selling price for an item to which an unrelated buyer and seller can agree. For more information on FMV, read *How to Complete a Financial Affidavit (Family & Divorce Case)* available at https://www.illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

**15. My Assets**

In 15a, enter your cash and cash equivalents. Do not list account numbers.

a. **Cash and Cash Equivalents** *(list balance as of the date of this affidavit)*

Checking, Savings, Money Market, and Other Bank or Credit Union Accounts

If you have more than 4 Checking, Savings, Money Market or Other Bank or Credit Union Accounts, list them in *Additional Cash and Cash Equivalents* forms and attach them.

| | Name of Bank or Institution | Name on Account | Account Type | Balance |
|---|---|---|---|---|
| 1. | Bank of Amer x2803 (11/30) | Bernstein & Relkes | bus ckg | $ 5,886.10 |
| 2. | Bank of Amer x3900 (11/30) | Sample Anesth Ltd | bus ckg | $ 20,408.15 |
| 3. | Bank of Amer x4144 (11/13) | Madison Sample Jr | ckg | $ 11,528.67 |
| 4. | Chas Schwab x1073 (9/29) | Madison Sample Jr | invest ckg | $ 3,000.79 |

☐ I have attached one or more *Additional Cash and Cash Equivalents* forms.

If you have more than 3 Certificates of Deposit, list them in *Additional Certificates of Deposit* forms and attach them.

Certificates of Deposit *(list balance as of the date of this affidavit)*

| | Name of Bank or Institution | Name on Account | Balance |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |

☐ I have attached one or more *Additional Certificates of Deposit* forms.

A Prepaid Debit Card is a card that can be used to make purchases much as you would use cash. Many prepaid cards carry the brand of a card network, like MasterCard, Visa, or American Express.

If you have more than 3 Cash or Prepaid Debit Cards or locations for your cash, list them in *Additional Cash and Prepaid Debit Card* forms and attach them.

Cash and Prepaid Debit Cards *(list balance as of the date of this affidavit)*

| | Location of Cash/Card | Held By | Balance |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |

☐ I have attached one or more *Additional Cash and Prepaid Debit Card* forms.

b. Investment Accounts and Securities *(list FMV or balance as of the date of this affidavit)*
   Stocks, Bonds, Options, Employee Stock Ownership Plans

| | Company Name | # Shares | Type | Owner | FMV |
|---|---|---|---|---|---|
| 1. | | | | | $ |
| 2. | | | | | $ |
| 3. | | | | | $ |

☐ I have attached one or more *Additional Investment Accounts and Securities* forms.

Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes *(list balance as of the date of this affidavit)*

| | Description of Asset | | Owner | Balance | |
|---|---|---|---|---|---|
| 1. | Coinbase (crypto invest) | (1/5) | Madison Sample Jr | $ 5,147.08 | |
| 2. | Crypto.com (crypto invest) | (1/5) | Madison Sample Jr | $ 20,344.03 | |
| 3. | Celsius (in BK) (crypto invest) | (1/5) | Madison Sample Jr | $ 170,047.00 | FN2 |

☐ I have attached one or more *Additional Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes* forms.

c. Real Estate *(list FMV and balance due as of the date of this affidavit)*

| | Address | Name on Title | FMV | Balance Due |
|---|---|---|---|---|
| 1. | 9476 Falling Water Dr E Burr Rldg | Madison Sample Jr | $ 2,600,000.0 | $ 1,490,000.00 |
| 2. | 653 W 119th St Chicago (vac lot) | Jackie Johnson | $ | $ |
| 3. | 645 W 119th St Chicago | Jackie Johnson | $ | $ |

☐ I have attached one or more *Additional Real Estate* forms.

d. Motor Vehicles *(cars, boats, trailers, motorcycles, aircrafts, etc.)* *(list FMV and balance due as of the date of this affidavit)*

| | Year, Make, and Model | Name on Title | FMV | Balance Due |
|---|---|---|---|---|
| 1. | 2016 BMW 750 | Madison Sample Jr | $ 18,900.00 | $ 0.00 |
| 2. | 2016 Jeep Cherokee | Madison Sample Jr | $ 14,000.00 | $ 0.00 |
| 3. | | | $ | $ |
| 4. | | | $ | $ |

☐ I have attached one or more *Additional Motor Vehicles* forms.

e. Business Interests *(list FMV as of the date of this affidavit)*

| | Name of Business | Type of Business | % of Ownership | FMV |
|---|---|---|---|---|
| 1. | Sample Anesthesia Ltd | Domestic BCA | | $ |
| 2. | Bernstein & Relkes Corp | Domestic BCA | | $ |
| 3. | | | | $ |

☐ I have attached one or more *Additional Business Interests* forms.

In 15b, enter information for your investments and securities.

If you have more than 3 Investment Accounts and Securities, list them in *Additional Investment Accounts and Securities* forms and attach them.

If you have more than 3 Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes, list them in *Additional Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes* forms and attach them.

In 15c, enter information for your real estate, including your home if you own it.

If you have more than 3 pieces of Real Estate, list them in *Additional Real Estate* forms and attach them.

In 15c and 15d, in Balance Due, enter the total amount remaining on your loan.

In 15d, enter information about your motor vehicles.

If you have more than 4 Motor Vehicles, list them in *Additional Motor Vehicles* forms and attach them.

In 15e, enter information about your business interests. In Type of Business, enter whether the business is a corporation, S Corp, or LLC, etc.

If you have more than 3 Business Interests, list them in *Additional Business Interests* forms and attach them.

FN2 Celsius is in bankruptcy; expected payout is 22 cents on the dollar in Q1 or Q2 202 resulting in approximately $37,410.34 payout on current balance .

Charles Schwab investor checking account was linked to a brokerage account which was liquidated and cash used to pay subcontractors working on fomer marital residence.

Enter the Case Number given by the Circuit Clerk: _____

| | | | |
|---|---|---|---|
| In 15f, enter information about each life insurance policy you have for yourself, the other party, or your children. | **f. Life Insurance Policies** *(list cash balance as of the date of this affidavit)* | | |

| | Name of Insurance Company | Type of Policy | Death Benefit | Cash Value |
|---|---|---|---|---|
| 1. | Banner Life | Term (Madison) | $ 100,000,000.0 | $ 0.00 |
| 2. | Banner Life | Term (Jackie) | $ 250,000.00 | $ 0.00 |
| 3. | | | $ | $ |

☐ I have attached one or more *Additional Life Insurance Policies* forms.

| | |
|---|---|
| If you have more than 3 Life Insurance Policies, list them in *Additional Life Insurance Policies* forms and attach them. | **g. Retirement Benefits and Deferred Compensation** *(pension plan, annuity, IRA, 401(k), 403(b), SEP)* *(list FMV and or account balance as of the date of this affidavit)* |
| In 15g, enter information about retirement benefits (vested and non-vested). | |

| | Name of Plan | Type of Plan | FMV or Account Balance |
|---|---|---|---|
| 1. | ITrust Capital IRA x8989 | traditional IRA (crypto investments) | $ 102,806.00 |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

☐ I have attached one or more *Additional Retirement Benefits and Deferred Compensation* forms.

| | |
|---|---|
| If you have more than 4 Retirement Benefits and Deferred Compensation plans, list them in *Additional Retirement Benefits and Deferred Compensation* forms and attach them. | **h. Valuable Collectibles** *(coins, stamps, art, antiques, etc.)* |
| In 15h, enter information for valuable collectible items. | |

| | Description | FMV |
|---|---|---|
| 1. | Investigation continues | $ |
| 2. | | $ |

☐ I have attached one or more *Additional Valuable Collectibles* forms.

| | |
|---|---|
| If you have more than 2 Valuable Collectibles, list them in *Additional Valuable Collectibles* forms and attach them. | **i. Other Personal Property Valued Over $500** |
| In 15i, enter information for other personal property with fair market value over $500. | |

| | Description | FMV |
|---|---|---|
| 1. | investigation continues | $ |
| 2. | | $ |

☐ I have attached one or more *Additional Other Personal Property Valued over $500* forms.

| | |
|---|---|
| If you have more than 2 items of Personal Property Valued Over $500, list them in *Additional Other Personal Property Valued over $500* forms and attach them. | |
| In 15j, enter information for assets or property you transferred or sold in the last 2 years with FMV of at least $1,000. Do not include income items listed above in 8. | **j. Transfer or Sale of Assets or Property Within the Last 2 Years With a FMV of at Least $1,000** |

| | Description | Transferred or Sold to | Date of Transfer | Amount |
|---|---|---|---|---|
| 1. | | | | $ |
| 2. | | | | $ |

☐ I have attached one or more *Additional Transfer of Sale of Assets or Property Within the Last 2 Years With a FMV of at Least $1,000* forms.

| | |
|---|---|
| If you have sold or transferred more than 2 Assets or Properties Within the Last 2 Years With a FMV of at Least $1,000, list them in *Additional Transfer or Sale of Assets or Property Within the Last 2 Years with a FMV of at least $1,000* forms and attach them. | |

Enter the Case Number given by the Circuit Clerk: _____

In 16, enter information about lawsuits and claims you have filed or have been filed against you. If you did not recover anything, enter $0. If your case is still pending or has not yet been filed, enter unknown.

If you have more than 3 Lawsuits and Claims, list them in *Additional Lawsuits and Claims* forms and attach them.

**16. Lawsuits and Claims** *(workers' compensation, disability, etc.)*

| | Case Number | Date Lawsuit or Claim Filed | Amount Recovered |
|---|---|---|---|
| 1. | 22 AR 1330 (Jackie, Plaintiff) | 01/22/2023 | $ 16,310.20 |
| 2. | | | $ |
| 3. | | | $ |

FN3

☐ I have attached one or more *Additional Lawsuits and Claims* forms.

FN3 Jackie received $16,310.20 as a result of a car accident.

In 17, enter information about your federal and state tax returns for the last 2 years. Check **Refund** if you received money or a check, or **Amount Owed** if you owed additional taxes.

**17. Income Tax Refunds or Amounts Owed for the Last 2 Years** *(federal and state)*

| | Tax year | Federal | | State | |
|---|---|---|---|---|---|
| 1. | 2021 | ☑ Refund | $ 24,343.00 | ☑ Refund | $ 1,709.00 |
| | | ☐ Amount Owed | $ | ☐ Amount Owed | $ |
| 2. | 2020 | ☑ Refund | $ 48,436.00 | ☑ Refund | $ 12,520.00 |
| | | ☐ Amount Owed | $ | ☐ Amount Owed | $ |

**IMPORTANT:** If you intentionally or recklessly enter inaccurate or misleading information on this form, you may face significant penalties and sanctions, including costs and attorney's fees.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

After you finish this form, sign and print your name and date it.

I certify that everything in the *Financial Affidavit* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.

_____
Your Signature

Madison Sample, Jr
Your Name

01/05/2024
Date

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | Additional Cash and Cash Equivalents (FINANCIAL AFFIDAVIT) | For Court Use Only |
|---|---|---|
| DuPage **COUNTY** | ☑ **Pre-Judgment** ☐ **Post-Judgment** | |

| Instructions ▾ | | |
|---|---|---|
| Enter above the county name where the case was filed. | MADISON SAMPLE, JR. | |
| | Petitioner *(First, middle, last name)* | |
| Enter name of the Petitioner, the Respondent, and the case number as listed in the initial Petition or Complaint. | v. | |
| | JACKIE L. SAMPLE | 2023 DN 000129 |
| Enter the Case Number given by the Circuit Clerk. | Respondent *(First, middle, last name)* | **Case Number** |

**IMPORTANT:** (1) If you intentionally or recklessly enter inaccurate or misleading information on this form, you may face significant penalties and sanctions, including costs and attorney's fees; (2) If you need more room for a section, complete and attach the *Additional Information* form for that section. Do not file this document and the enclosures with the Circuit Clerk unless a local rule or court order requires you to do so. Ask the Circuit Clerk where to find these rules.

**15. My Assets**

Fill out this form only if you have additional **Checking, Savings, Money Market or Other Bank or Credit Union Accounts. If you fill it out, attach this form to your** *Financial Affidavit.*

Do not list account numbers.

a. Additional Cash and Cash Equivalents *(list balance as of the date of this affidavit)*
Checking, Savings, Money Market, and Other Bank or Credit Union Accounts

| | Name of Bank or Institution | Name on Account | Account Type | Balance |
|---|---|---|---|---|
| 1. | Bank of Amer x2803 (11/30) | Bernstein & Reikes | bus ckg | $ 5,886.10 |
| 2. | Bank of Amer x3900 (11/30) | Sample Anesth Ltd | bus ckg | $ 20,408.15 |
| 3. | Bank of Amer x4144 (11/13) | Madison Sample Jr | ckg | $ 11,528.67 |
| 4. | Chas Schwab x1073 (9/29) | Madison Sample Jr | invest ckg | $ 3,000.79 |
| 5. | BOA x2396 (closed 7/17) | Bernstein & Reikes | bus ckg | $ 0.00 |
| 6. | BOA x8792 (closed 3/30) | Madison and Jackie | joint ckg | $ 0.00 |
| 7. | BOA x8214 (closed 7/24) | Bernstein & Reikes | credit card | $ 0.00 |
| 8. | Chase x0170        (04/01) | Madison Sample Jr | savings | $ 1,363.68 |
| 9. | | | | $ |
| 10. | | | | $ |
| 11. | | | | $ |
| 12. | | | | $ |
| 13. | | | | $ |
| 14. | | | | $ |
| 15. | | | | $ |
| 16. | | | | $ |
| 17. | | | | $ |
| 18. | | | | $ |
| 19. | | | | $ |
| 20. | | | | $ |

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | Additional Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes (FINANCIAL AFFIDAVIT) | For Court Use Only |
|---|---|---|
| DuPage  **COUNTY** | ☑ Pre-Judgment ☐ Post-Judgment | |

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | MADISON SAMPLE, JR. | |
| Enter name of the Petitioner, the Respondent, and the case number as listed in the initial Petition or Complaint. | _____<br>Petitioner *(First, middle, last name)*<br><br>v.<br><br>JACKIE L. SAMPLE | |
| Enter the Case Number given by the Circuit Clerk. | _____<br>Respondent *(First, middle, last name)* | 2023 DN 000129<br>**Case Number** |

**IMPORTANT:** (1) If you intentionally or recklessly enter inaccurate or misleading information on this form, you may face significant penalties and sanctions, including costs and attorney's fees; (2) If you need more room for a section, complete and attach the *Additional Information* form for that section. *Do not file this document and the enclosures with the Circuit Clerk unless a local rule or court order requires you to do so.* Ask the Circuit Clerk where to find these rules.

Fill out this form only if you have additional Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes. If you fill it out, attach this form to your *Financial Affidavit*.

In 15b, enter information for your investments and securities.

**15. My Assets**

  b. Investment Accounts and Securities *(list FMV or balance as of the date of this affidavit)*

Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes

| | Description of Asset | Owner | Balance |
|---|---|---|---|
| 1. | Coinbase (crypto invest) (1/5) | Madison Sample Jr | $ 5,147.08 |
| 2. | Crypto.com (crypto invest) (1/5) | Madison Sample Jr | $ 20,344.03 |
| 3. | Celsius (in BK) (crypto invest) (1/5) | Madison Sample Jr | $ 170,047.00 |
| 4. | BlockFi (crypto) - in Bankruptcy | Madison Sample Jr | $ 0.00 |
| 5. | | | $ |
| 6. | | | $ |
| 7. | | | $ |
| 8. | | | $ |
| 9. | | | $ |
| 10. | | | $ |
| 11. | | | $ |
| 12. | | | $ |
| 13. | | | $ |
| 14. | | | $ |
| 15. | | | $ |
| 16. | | | $ |
| 17. | | | $ |
| 18. | | | $ |
| 19. | | | $ |
| 20. | | | $ |

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | Additional Real Estate (FINANCIAL AFFIDAVIT) | For Court Use Only |
|---|---|---|
| DuPage _____ COUNTY | ☑ Pre-Judgment ☐ Post-Judgment | |

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | MADISON SAMPLE, JR. | |
| | **Petitioner** *(First, middle, last name)* | |
| Enter name of the Petitioner, the Respondent, and the case number as listed in the initial Petition or Complaint. | v. | |
| | JACKIE L. SAMPLE | 2023 DN 000129 |
| | **Respondent** *(First, middle, last name)* | **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | | |

**IMPORTANT:** (1) If you intentionally or recklessly enter inaccurate or misleading information on this form, you may face significant penalties and sanctions, including costs and attorney's fees; (2) If you need more room for a section, complete and attach the *Additional Information* form for that section. *Do not file this document and the enclosures with the Circuit Clerk unless a local rule or court order requires you to do so.* Ask the Circuit Clerk where to find these rules.

Fill out this form only if you have additional **Real Estate**. If you fill it out, attach this form to your *Financial Affidavit.*

In 15c, enter information for your real estate, including your home if you own it.

In 15c, in Balance Due, enter the total amount remaining on your loan.

**FMV** means Fair Market Value throughout this form.

**15. My Assets**

c. **Real Estate** *(list FMV and balance due as of the date of this affidavit)*

| | Address | Name on Title | FMV | Balance Due |
|---|---|---|---|---|
| 1. | 9476 Falling Water Dr E Burr Rldg | Madison Sample Jr | $ 2,600,000.0 | $ 1,490,000.( |
| 2. | 653 W 119th St Chicago (vac lot) | Jackie Johnson | $ | $ |
| 3. | 645 W 119th St Chicago | Jackie Johnson | $ | $ |
| 4. | 641-643 W 119th St Chicago | Jackie Johnson | $ | $ |
| 5. | 7439 S Prairie Ave Chicago (forecl) | Jackie Johnson | $ | $ |
| 6. | | | $ | $ |
| 7. | | | $ | $ |
| 8. | | | $ | $ |
| 9. | | | $ | $ |
| 10. | | | $ | $ |
| 11. | | | $ | $ |
| 12. | | | $ | $ |
| 13. | | | $ | $ |
| 14. | | | $ | $ |
| 15. | | | $ | $ |
| 16. | | | $ | $ |
| 17. | | | $ | $ |
| 18. | | | $ | $ |
| 19. | | | $ | $ |
| 20. | | | $ | $ |

THE FOLLOWING LIST IS NOT ALL INCLUSIVE AND INCLUDES ACCOUNTS NOT YET DISCLOSED. THE SAMPLE MARITAL ESTATE HAS BUSINESS INTEREST, STOCK, OWNERSHIP, FINANCIAL INVESTMENTS, AND PLATFORMS USED. THESE COMPANIES MUST BE SUBPOENAED TO DETERMINE THE NET WORTH AND FOR ME TO RECEIVE MY EQUITABLE SHARE OF OUR MARITAL ESTATE.

There is a pattern of frequently withdrawing cash, then doing business with 314 W Ogden Ave, Westmont, IL 60559 and 12912 S La Grange Rd Palos Park, IL 60464

CARESKOREC AKA AUTONOMOUS HEALTHCARE

RESONANCE MEDICAL, LLC

WEST CETRAL ANESTESTESIA

AMERICAN ANESTHESIOLOGY ASSOCIATION OF ILLINOIS

PEDIATRIX MEDICA

INFRA SHARES-MAD ENERGY-MAD VENTURES-MADdeck.INFO-

MONEY REVEALED

DEALMAKER

CKO PATREON

TFUEL NODE

PALM BEACH GROUP

TRADING COMPUTER

ATOMIC WALLET

EXODUS

METAMASK

TRON

ADA

POLKADOT KSM

POLKADOT DOT

ELROND

AAVE

ASCEND EX

LEDGER

BLOCK FI

CELSIUS

CRYPTO.COM

CASEY RESEARCH

BANYAN HILL

CSC SERVICEWORKS

OLD NATIONAL BANK

CIBC NETWORK BANKING

SAMPLE TRUST-

ITRUST-CHARLES SCHWAB

MULTIPLE CHARLES SCHWAB ACCOUNT

ETRADE

FIDELITY

MULTIPLE BOA ACCOUNTS AND CARDS

MULTIPLE FINANCIAL CARDS

THE PENSION SPECIALIST

TBG ANESTHESIA HOLDINGS, INC/NORTHSTAR ANESTHESIA/CONTINENTAL ANESTHESIA

May 7, 2024

Ms. Fitz and Mr. Cores,

What day can we meet with Mr. Cores and go over the financial binders that I have prepared for you, Ms. Fitz? Additionally, It is my understanding that the K1 meeting has already taken place. It was also my understanding that I would be present at this meeting. The reason why it is critical that I am present at the K1 meeting is I have an extensive list of our assets which has not been shared with the court.

Unfortunately, Madison and his legal team have a known habit of submitting falsified information, including falsified tax returns and omitting information from financial documents. I have a list of bank accounts, digital currency, business interests, and companies that I have not seen on the record to date.

The reason I need to be at this meeting is to confirm that the business interests, past and present bank accounts, business companies, and closed accounts are submitted to the court record. I have provided these lists to my previous attorneys, the court, and including my current attorney, Ms. Fitz. I am formally requesting a K1 meeting that serves the interest of all parties, not just Dr. Sample. We need our home computer to access some additional financial information so that Mr. Cores can report complete financial information to Judge Orel.

That is why I am exercising my right to attend this K1 meeting.

Jackie Sample

State of Illinois

County of DuPage

Signed and attested before me on 5/7/2024 [Date] by JACKIE L. SAMPLE [name/s of person/s]

(DL #J505-4927-0616)

(Signature of Notary Public)

"OFFICIAL SEAL"
BRANDI N. GRAYER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/07/26

**Total** 3,343,660 20820

**DAO** 21,000 775
**Wonderland TIME** 14,000 530
**Hector DAO** 271,000 57,000
**STRONG ETH**

306,000 58305

**Total**

**Total Crypto Summary** 5,022,195

**iTrust Capital Traditional IRA** $133,000

**NFTs** 699
**BigTime Epic Medium Space**

**Investments** 50000
**POCKT with Thomas** 7000
**MAD Infrashares Digital Dave**

**Farming or Liquidity Pools** 20000 3000
**SummitDefi SUM-FTM** 18000 2000
**EGLD-MEX** 55000 9000
**MEX-LMEX** 95000 10000
**mSAND-MATIC**

188000 24000

**Total**

State of Illinois
County of DUPAGE

Signed and attested before me on 5/7/2024 (Date) by

_____ (name(s) of person(s))

ILL#J52 4327 0b4

_____ (Signature of Notary Public)

I certify this is a copy of the original

"OFFICIAL SEAL"
BRANDI N. GRAYER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/07/26

| Crypto Wallets | Monetary Value $ | Generated Dollars per month |
|---|---|---|
| | 272,000 | |
| Atomic Wallet | 210,000 | |
| Exodus Wallet | 43,000 | |
| Trust Wallet | 215,000 | |
| Ledger Wallet | 22,000 | |
| Coinbase Wallet | | |
| | 762,000 | |
| Total | | |

"OFFICIAL SEAL"
BRANDI N. GRAYER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/07/26

I certify this is a copy of the original

State of Illinois
County of DuPage ___ 5/7/200_ (Date) by
Signed and attested before me on
JAckie L Johnson
ILDL#J 585-4387-0060
[Signature of Notary Public]

| Exchanges | Monetary Value $ | Generated Dollars per month |
|---|---|---|
| | 43,000 | |
| Hotbit | 5 | |
| KucoinA | 130,000 | |
| KucoinB | 100 | |
| Binance | 123,000 | |
| Metamask ERC20 | 4,000 | |
| Metamask BSC | 450 | |
| Metamask Fantom | 25,000 | |
| Metamask Matic | 25,000 | |
| Metamask BNB | 4,000 | |
| Bitrue | 1,400 | |
| Huobi | | |
| | 355,955 | |
| Total | | |

| Staking Coins | Monetary Value $ | Generated Dollars per month |
|---|---|---|
| | 29,120 | 120 |
| Luna | 600,000 | 2,900 |
| Adalite | 189,915 | 1,500 |
| Polkadot | 361,100 | 3500 |
| Elrond SOLD | 380,000 | ~~350~~ 4,400 |
| StormX | 690,000 | 2600 |
| Celsius | 83,000 | 950 |
| BlockFi | | 1,050 |
| Solana | 1,150,000 | 2,200 |
| Theta/Tfuel | | 1,000 |
| Zilliqa | 56,025 | ~~2,000~~ |
| Cake | 77,000 | 500 |
| Aave | 26,500 | 650 |
| Raydium | 17,000 | 500 |
| XPRT | 16,000 | |
| API3 | 27,000 | |
| GRT | 21,000 | |
| Livepeer | | |

phantasma (SOUL)
Persistence (XPRT)

| | |
|---|---|
| Trading Computer | $730,000 |
| Atomic Wallet | $72,000 |
| EXODUS | $1,000 |
| Metamask | 72 K +18F-2+14.15+18.43+5+10 |
| | $72,000 |
| | |
| Tron | $7,500 |
| ADA | $1,205,00 |
| Polkadot | →KSM $53,00 |
| | DOT $174,744 |
| | |
| ELRond | - $275,000 |
| AAVE | $108,500 |
| Ascend Ex | $5,000 |
| Ledger | $305,000 |
| Block F: | $205,500 |
| Celsius | $1,155,000 |
| Crypto.com | $438,000 |
| | |
| | $4074,000. |

State of Illinois
County of _____
Signed and attested before me on __5__/__7__/__/____ (Date) by
_____ (name(s) of person(s))
_____
(Signature of Notary Public)

"OFFICIAL S[...]
BRANDI N. GR[...]
NOTARY PUBLIC, STATE [...] ILINOIS
MY COMMISSION EXPIRES [...] 7/26

I certify this is a copy of the original

THE FOLLOWING LIST IS NOT ALL INCLUSIVE AND INCLUDES ACCOUNTS NOT YET DISCLOSED. THE SAMPLE MARITAL ESTATE HAS BUSINESS INTEREST, STOCK, OWNERSHIP, FINANCIAL INVESTMENTS, AND PLATFORMS USED. THESE COMPANIES MUST BE SUBPOENAED TO DETERMINE THE NET WORTH AND FOR ME TO RECEIVE MY EQUITABLE SHARE OF OUR MARITAL ESTATE.

CARESKOREC AKA AUTONOMOUS HEALTHCARE

RESONANCE MEDICAL, LLC

WEST CETRAL ANESTESTESIA

AMERICAN ANESTHESIOLOGY ASSOCIATION OF ILLINOIS

PEDIATRIX MEDICA

INFRA SHARES-MAD ENERGY-MAD VENTURES-MADdeck.INFO-

MONEY REVEALED

DEALMAKER

CKO PATREON

TFUEL NODE

PALM BEACH GROUP

TRADING COMPUTER

ATOMIC WALLET

EXODUS

METAMASK

TRON

ADA

POLKADOT KSM

POLKADOT DOT

ELROND

AAVE

ASCEND EX

LEDGER

BLOCK FI

CELSIUS
CRYPTO.COM

CASEY RESEARCH

"OFFICIAL SEAL"
BRANDI N. GRAYER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/07/26

X _Jaden Sure_

State of Illinois
County of _____
Signed and attested before me on _5/7/2024_ [Date] by
_____ [name/s of person/s]
_____
Notary Public

BANYAN HILL

CSC SERVICEWORKS

OLD NATIONAL BANK

CIBC NETWORK BANKING

SAMPLE TRUST-

ITRUST-CHARLES SCHWAB

MULTIPLE CHARLES SCHWAB ACCOUNT

ETRADE

FIDELITY

MULTIPLE BOA ACCOUNTS AND CARDS

MULTIPLE FINANCIAL CARDS

THE PENSION SPECIALIST

TBG ANESTHESIA HOLDINGS, INC/NORTHSTAR ANESTHESIA/CONTINENTAL ANESTHESIA

State of Illinois

County of DuPage

Signed and attested before me on 5/7/2024 [Date] by

[Name of person]

[Signature of Notary Public]

"OFFICIAL SEAL"
BRANDI N. GRAYER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/07/26

| | |
|---|---|
| [illegible] | |
| Luna - 836 [illegible] | [illegible] Luna/month — $120/month |
| Ad Lite - 257,000 ADA | 1,285 ADA/month $2,900/month |
| KSM - 133 KSM | 1.7 KSM/month $670/month |
| Polkadot - 5,755 DOT | 43 DOT/month $1,500/month |
| EGold - 1634 EGLD | 16 EGLD/month $3,500/month |
| | |
| | |
| | |
| Storm X | $350/month |
| Celsius - $690,000 | $2600/month |
| BlockFi - $218,000 | $950/month |
| Crypto.com - $330,000 | $1,650/month |
| Solana (A wallet) | $1,250/month |
| Theta - 136,597 theta $1.15 million - 710,070 tfuel | ~~$3 + fuel/month~~ → 7,000 + fuel/month ($3,000/month) |
| Zilliqa - (Atomic Wallet) | $1,000/month |
| CAKE - 2548 CAKE | 176 CAKE/month $4,000/month |
| AAVE - $77,000 | $500/month |
| Raydium - $26,508 | $650/month |
| Celo - 7436 CELO | |
| XPRT - $17,000 | $500/month |
| iTrust Capital Traditional IRA — $115,000 | |

State of Illinois

County of [illegible]

Signed and attested before me on 5/7/2021 (Date) by [illegible]

I certify this is a copy of the original

[signature]

"OFFICIAL SEAL" [illegible] NOTARY PUBLIC, STATE OF ILLINOIS MY COMMISSION EXPIRES [illegible]

**Jurat Notary Certificate (Only for use in AR, AZ, CO, CT, DC, DE, GA, ID, IA, IL, KS, KY, MA, MD, ME, MN, MO, MT, NH, NJ, NM, NY, NV, NC, OH, OK, OR, PA, RI, SC, TX, UT, VA, WA)**

**Document Name:** Meeting Agreement

**STATE OF** Illinois

**COUNTY OF** Du Page

(County where notarization occurred)

Subscribed and sworn before me on 07 day of May , 2024 , by
Jackie Sample (name(s) of signer(s)), who personally appeared before me and (is personally known to me or whose identity was proved on the basis of satisfactory evidence) to be the person whose name is subscribed to in this document.

"OFFICIAL SEAL"
**KRYSTA TOCZEK**
Notary Public, State of Illinois
Commission No. 973677
My Commission Expires June 20, 2027

_(Signature of notary public)_

Krysta Toczek , Notary Public

_(Name of notary public)_

My commission expires: 06/20/27

**Official Seal**

Personally known _____ OR
Produced identification __X__ Type of identification produced: IL DL

From: madison sample jr msamplejr1@icloud.com
Subject: Emailing CareSkore for Health Systems v3.pdf
Date: January 2, 2016 at 7:12 PM
To: Medhat Ayed Jayad00000@aol.com

Medhat

It was good talking with you. I forgot to mention my new endeavor.

I partnered with a company, CareSkor late last year. We offer a platform for much better care coordination. This results in decreased 30 day readmission rates and decreased CMS hospital reimbursement penalties.
Would you help me get in touch with the right person to do a demo at your hospitals? Hospitals are losing a lot of money here. Usually my CEO and I present to the hospital CMO and Care Coordination Director.
This has nothing to do with Continental. Thanks in advance.
Madison

Sent from my iPad
Madison Sample Jr., MD

CareSkore for
Health...v3.pdf

Install        GetLatka Chrome Extension        now and access our data right on the website you're browsing

 SaaS Database     Magazine     Community     Podcast     Blog        LOGIN        GET STARTED
Pricing

 **CareSkore**
Mountain View, United States
cb



| About Company | Revenue | Funding | Team | Founder/CEO | CEO Net Worth |
|---|---|---|---|---|---|

# How CareSkore hit $39.8M revenue with a 619 person team in 2021.

Developer of a predictive and prescriptive population health management platform intended to transform the way providers help patients across the continuum of care. The company's platform offers patient management services, cost optimization services, workflow management and automated patient outreach services by aggregating and normalizing data through machine learning, enabling clients to manage population with real time assessments.

 **2014**
Founded

 **$39.8M**
2021 Revenue

 **-----**
YOY

 **$4.3M**
Funding

# CareSkore Revenue



In 2021, CareSkore's revenue reached $39.8M . Since its launch in 2014, CareSkore has shown consistent revenue growth, reflecting its expanding user base and increasing adoption across various industries.

- **2021**
  CareSkore hit $39.8M in revenue in 2021

- **2014**
  CareSkore launched in 2014 with $0 revenue



# CareSkore Valuation, Funding Rounds

icon

- **2017**
  CareSkore raised a of   in August, 2017

| FUNDING DATE | ROUND | AMOUNT | VALUATION | % Sold |
|---|---|---|---|---|
| August, 09 2017 | |  |  | - |

# Team

icon

**From:** madison sample jr msamplejr1@icloud.com 📎
**Subject:** Re: CareSkore nominated for 2015 Chicago Innovation Award
**Date:** August 26, 2015 at 11:24 AM
**To:** CareSkore (Jas Grewal) info@careskore.com

Absolutely excellent news!

Sent from my iPod

Madison Sample Jr MD
President & Chief Medical Officer
Continental Anesthesia

On Aug 25, 2015, at 5:45 PM, CareSkore (Jas Grewal) <info@careskore.com> wrote:

All,

It is with great pleasure that I inform you that CareSkore has been nominated for the **2015 Chicago Innovation Award**. It is a testament to our innovate predictive analytics solution we are developing to solve some of the hardest and most pressing healthcare issues, and make life better, for the patients and their providers.

I will be reaching out to you from time to time to give an update on how we are doing. We will garner your support (and votes) late October for the People's choice Award.

Thank you for supporting us at different levels.

JAS GREWAL
Founder & CEO, CareSkore
info@careskore.com | 312 978 7909 | 312 248 1551
222 W. Merchandise Mart Plaza, Suite 1212,
Chicago, IL 60654

*Attorney Client privileged*

About CareSkore - CareSkore is a web based predictive analytics platform for health systems, physician organizations and ACOs to better manage their patient populations and operations using real time feedback and analytics

<4161DE64-A92B-403A-8369-1D175570E944.png>



Jas, congratulations on being among this year's Chicago Innovation Award nominees! We look forward to celebrating you at the Nominee Reception on September 9th at Park West. This annual event recognizes all our nominees who are pioneering innovation with brand new products, services and processes in the Chicago region.

# CareSkore Founder Advisor Agreement

This Founder Advisor Standard Agreement (the "Agreement") is entered into the date set forth on the signature page by and between the undersigned company CareSkore (the "Company") and the undersigned advisor (the "Advisor").

The parties agree as follows:

1.   **Services.** Advisor agrees to act as a mentor or advisor to the Company and provide advice and assistance to the Company from time to time as further described on Schedule A attached hereto or as otherwise mutually agreed to by the parties (collectively, the "Services").

2.   **Compensation.** Advisor shall not be entitled to receive cash compensation; however, Advisor shall be entitled to receive the equity compensation indicated on the signature page hereto at an exercise or purchase price equal to the fair market value of the Company's Common Stock, which will be documented in the applicable Stock Option Agreement or Restricted Stock Purchase Agreement to be entered into by Advisor and the Company as contemplated on the signature page hereto. The Company will seek written approval or have a meeting of the Board of Directors to authorize the Advisor compensation and deliver definitive stock purchase or option agreements regarding the stock compensation within 90 days from the date of this Agreement. If the Company fails to provide the foregoing documentation within such 90-day period, then the Advisor shall have right to contact directors of the Company.

3.   **Expenses.** In connection with any reasonable travel and related expenses incurred in the course of performing services hereunder in which Advisor desires to be reimbursed, Advisor shall provide written notice to the Company in advance describing the nature and maximum amount of such expense (email notice shall be sufficient).  If the Company pre-approves in writing (email notice shall be sufficient), then the Company shall reimburse Advisor, such pre-approved expenses.   .

4.   **Term and Termination.** The term of this Agreement shall continue until terminated by either party for any reason upon five (5) days prior written notice without further obligation or liability.

5.   **Independent Contractor.** Advisor's relationship with the Company will be that of an independent contractor and not that of an employee. Advisor will not be eligible for any employee benefits, nor will the Company make deductions from payments made to Advisor for employment or income taxes, all of which will be Advisor's responsibility. Advisor will have no authority to enter into contracts that bind the Company or create obligations on the part of the Company without the prior written authorization of the Company.

6.   **Nondisclosure of Confidential Information.**

a.   **Agreement Not to Disclose.** Advisor agrees not to use any Confidential Information (as defined below) disclosed to Advisor by the Company for Advisor's own use or for any purpose other than to carry out discussions concerning, and the undertaking of, the Services. Advisor agrees to take all reasonable measures to protect the secrecy of and avoid disclosure or use of Confidential Information of the Company in order to prevent it from falling into the public domain or the possession of persons other than agents of the Company or persons to whom the Company consents to such disclosure. Upon request by the Company, any materials or documents that have been furnished by the Company to Advisor in connection with the Services shall be promptly returned by Advisor to the Company.

b.   **Definition of Confidential Information.** "Confidential Information" means any information, technical data or know-how (whether disclosed before or after the date of this Agreement), including, but not limited to, information relating to business and product or service plans, financial projections, customer lists, business forecasts, sales and merchandising, human resources, patents, patent applications, computer object or source code, research, inventions, processes, designs, drawings, engineering, marketing or finance to be confidential or proprietary or which information would, under the circumstances, appear to a reasonable person to be

From: InfraShares <brian@infrashares.com>
Subject: Thank You for Your Pending Investment on InfraShares
Date: November 5, 2021 at 8:55 PM
To: msamplejr@gmail.com



madison,

Thank you for your pending investment in Make A Difference Ventures II, LP (Common Limited Partnership Units) Here are the details of your investment commitment:

**Investment Amount: $7,000 USD**
**The price of securities in this offering: $25 USD**
**Number of securities purchased: 280**

You may cancel this investment up to 48 hours before the end date of the campaign, 02/26/2022 11:59pm CST.

The issuer will now review the details of your investment commitment and you will receive a notification when the transaction has been approved. Remember, you can always view the progress of your submission in your Investor Dashboard at any time. If you have any questions or concerns about your investment, please reach out to us at support@infrashares.com.

Thank you!

**VIEW INVESTOR DASHBOARD**



ecommen... | Apple | ESPN | Bing | G. Google | Perioperative Surgi... | YouTube | Wiki | News | Popular | Savored | Imported From Safari | ScoreSense | Login | Wod

# Transactions

You have no transactions this month

| | Deposits | Withdrawals | Trades | Targets | Limit | | | Summary | Filters |

| Type | Currency | | Date | Amount | Status | |
|------|----------|---|------|--------|--------|---|
| Fiat Deposit | | | 18 Apr 2023 7:31 pm | $59,980.00 | Completed | |
| Buy Order | × | | 16 Apr 2023 7:21 am | $10,000.00 | Completed | |
| Buy Order | ● ● ● ••• | | 15 Apr 2023 2:07 pm | $50,000.00 | Completed | |

*Transactions Made by Madison*

## Crypto Wallets:

- NL Coin
- Redd Coin
- Ontology - atomic wallet
- Galleon
- Agama - Komodo
- TezBox
- Decred
- Exodus
- Jaxx
- Ledger Live
- Scatter
- Stacks Wallet CSTX - connected to ledger
- Loki Wallet
- Energi
- Neblio

## Known Crypto Currency Accounts and Investments

- Bilavy
- IDCM
- Bibox
- HotBit
- Charles Schwab
- Kucoin
- VCC
- Xraken
- Supplements Revealed
- IDEX
- Dun Scan
- Io Tex
- I Conex
- Binance
- Block F
- Graviex
- Crazy 4 Crypto
- Zen Ledger
- Omega Kingdom
- Numanna
- I OST
- IUTEX
- Loom
- Lunie

- VSYS
- QGENDA
- Live Heer
- BIDAO
- Synthetia Exchange
- Coin Base Pro
- Adalite Cardeno Wallet
- KOINLY
- Gemini
- Theta Wallet
- Polkadot.org
- Wallet.elrond.com

**Mobile Wallets**

- Tomo Wallet
- Celsius Wallet
- Crypterium
- Algor and Wallet
- Rain Box
- Caleb & Brown

**Knwon Crypto Currency Passive Income / Staking**

- LUNA
- Adalite
- KSM
- Polka Dot
- EGold

**Miscellaneous Financials**

- Yield Pledge #9671

- iTrust Capital IRA

**Bank of America Accounts Numbers**

- 2475

- 2650

- 7810

- 4057
- 2628
- 8091
- 6212
- 4676
- 0818
- 3900
- 4144
- 1808
- 8792
- 7810
- 2678
- 4057
- 2628

**Everbank Accounts & Investments Last 4 Digits**
- 1092
- 0201
- 1508
- 2808
- 9671
- 1092
- 0209
- 1508

**E-Trade Account**
- 3273

**Chase Accounts & Investments**
- 7833
- 0239

- 7399
- 8310
- 8257
- 8213
- 2823
- 1538
- 6926
- 3737

**Fidelity Accounts & Investments**
- Fidelity Stock Investments
- Bond Investments
- Short Term Investments
- 401k
- F.A. Freedom 2030 A

**Old National Bank Account & Investment**
- 5481

**Schwab Currency Accounts & Investments**
- 2418
- 9976
- 1073
- 5842
- 4679
- 4353
- 2105
- 7527
- 9671
- 105
- 3582

 Bank of America

**Account Name: Business Adv Customized Cash Rewards - 0818 Transaction Details**

| | |
|---:|:---|
| **Merchant:** | TFUEL NODE |
| **Transaction date:** | 09/20/2023 |
| **Transaction amount:** | $29.00 |
| **Balance:** | $16,838.50 |
| **Reference number:** | 85383903263000007328052 |
| **Transaction type:** | Purchase |
| **Merchant category:** | MANAGEMENT, CONSULTING, AND PUBLIC RELATION S |
| **Expense category:** | Business Services |
| **Code:** | 7392 |





# MADISON STOLE DIGITAL CURRENCY CARD LINKED TO SOME OF OUR DIGITAL ACCOUNTS

Bank of America

## Account Name: Business Adv Customized Cash Rewards - 0818

### Account Summary as of 05/01/2023

### Account Details

| | | | |
|---|---|---|---|
| **Current balance:** | **$489.94** | **Credit limit:** | |
| Cash balance: | $0.00 | | **$22,500.00** |
| Available credit for purchases: | $21,916.86 | Cash credit line: | $4,500.00 |
| Available credit for cash advances: | $4,500.00 | Amount over limit: | $0.00 |
| Pending transactions: | $174.63 | | |

### Rewards

Total Cash Rewards:
**$0.00 Cash Rewards**
3% choice: **Gas Stations**

**Go to:** Current transactions

| Date | Description | Amount | Balance |
|---|---|---|---|
| 04/26/2023 | THE UPS STORE 4774 | $11.98 | $489.94 |
| 04/24/2023 | TFUEL NODE | $29.00 | $477.96 |
| 04/24/2023 | TFUEL NODE | $29.00 | $448.96 |
| 04/24/2023 | SPEEDWAY 05343 RT 83 9 | $75.93 | $419.96 |
| 04/24/2023 | GIBSONS,HUGOS | $130.00 | $344.03 |
| 04/21/2023 | FOUR POINTS BY SHERATO | $0.01 | $214.03 |
| 04/19/2023 | CAPITAL GRILLE 0138065 | $133.28 | $214.02 |

Bank of America

## Account Name: Business Advantage Travel Rewards - 4057

### Account Summary as of 05/01/2023

| | |
|---|---|
| **Current balance:** | **$924.32** |
| Cash balance: | $0.00 |
| Available credit for purchases: | $19,075.68 |
| Available credit for cash advances: | $4,000.00 |
| Pending transactions: | $18.88 |

### Account Details

| | |
|---|---|
| **Credit limit:** | **$20,000.00** |
| Cash credit line: | $4,000.00 |
| Amount over limit: | $0.00 |

### Rewards

Total Rewards: **0 Points**

**Go to:** Current transactions

| Date | Description | Amount | Balance |
|---|---|---|---|
| | CKO*Patreon* Membership | $18.88 | $943.20 |
| 04/28/2023 | PARK CHICAGO MOBILE | $20.00 | $924.32 |
| 04/24/2023 | PARK CHICAGO MOBILE | $20.00 | $904.32 |
| 04/20/2023 | TMOBILE*AUTO PAY | $148.00 | $884.32 |
| 04/18/2023 | GOOGLE *Google Storage | $1.99 | $736.32 |
| 04/18/2023 | TRADING COMPUTER | $45.00 | $734.33 |
| 04/17/2023 | PARK CHICAGO MOBILE | $20.00 | $689.33 |
| 04/10/2023 | COSTCO MEMBERSHIP FEE | $60.00 | $669.33 |



...ll T-Mobile Wi-Fi 🛜    1:54 AM

< 8

+1 (630) 785-8321 ›

iMessage
Tue, Feb 6, 9:58 AM

Hey Madison hope you're doing well. And hope you and your family had a good holiday season. I'm sorry haven't been able to get an invoice you for the work that was performed at the second half of the season. It was a little hectic for me. I had a lot of family stuff going on.....Anyways I just sent the invoice for the work that was done. Please let me know when you can take care of it. No rush

  iMessage

     

From: **Fawn Youngdahl** info@mad.energy
Subject: **IMPORTANT** Exciting UPDATE For MAD Investors!
Date: December 10, 2021 at 9:09 AM
To: madison sample msamplejr@gmail.com

GREAT news!

We just got the word from our bank that our Escrow is officially LIVE, which means your MAD Ventures investor payment is ready to be processed!

Click Here for a quick word from our Director, George Wentz!

Please, login to your Infrashares account, click on "view next steps", and submit your payment.

https://invest.infrashares.com/

You will see a "Transaction Pending" notification for about 1-2 business days.

Thank you so much for your patience as an investor in our exciting journey to bring clean energy technologies to the world!

Thank you,

**Fawn & Donny**

Sent to: msamplejr@gmail.com

Unsubscribe

**From:** Fawn Youngdahl info@mad.energy
**Subject:** New MAD info Deck! :-)
**Date:** December 11, 2021 at 9:08 AM
**To:** madison sample msamplejr@gmail.com

Hello Friends!

We just launched a NEW Info Deck!

This is one more way to spread the word about Make a Difference Ventures, especially with more sophisticated investors. They're usually fans of info decks. 

MADdeck info

The deck will give you insider info on our team, our projects, our mission, and how we can solve the world's energy crisis, while creating more FREEDOM for all.

Even for those in denial, this will give you a 30,000 foot view of our overall plan...

Come be a part of it!

To learn more about Make a Difference Ventures (MAD), check us out at https://mad.energy

Fawn and Donny

Sent to: msamplejr@gmail.com

Unsubscribe

Make a Difference Ventures, 414 Church St, STE 308, Sandpoint, ID 83864, United States

From: **Money Revealed** money-revealed@t.kajabimail.net
Subject: Your New Money Revealed Account
Date: May 17, 2019 at 3:38 PM
To: msamplejr@gmail.com

Dear Madison Sample,

We have set up an account for you on Money Revealed.

username: msamplejr@gmail.com
password: Ync3JbV2sN

To login to the site, just follow the link below:
Login

-- Money Revealed

Update notification settings

# EXHITBIT: 8

## SQUANDERING DISSIPATION OF MARITAL INCOME AND ASSETS, HIDING INCOME AND BUSINESS ASSETS, WIRE FRAUD, TRANSFERRING MONEY OVERSEAS, AND MORE

*Dissipation and Income*

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

SAMPLE ANESTHESIA LIMITED
9476 FALLING WATERS DR E
BURR RIDGE, IL 60527

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for April 1, 2023 to April 30, 2023                        Account number: ████████

**SAMPLE ANESTHESIA LIMITED**

## Account summary

| | |
|---|---|
| Beginning balance on April 1, 2023 | $75,000.00 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -60,170.00 |
| Checks | -0.00 |
| Service fees | -45.00 |
| **Ending balance on April 30, 2023** | **$14,785.00** |

# of deposits/credits: 0

# of withdrawals/debits: 3

# of items-previous cycle[1]: 0

# of days in cycle: 30

Average ledger balance: $46,911.00

[1]Includes checks paid, deposited items and other debits

---

| REMEMBER | BUSINESS ADVANTAGE |
|---|---|
| ## You've got a banking partner ready to help. | **Contact me today.** |
| As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities. | Lauren Orseno
708.928.8742
lauren.orseno@bofa.com |

SSM-08-22-0105.B | 4878868

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and ⌂ Equal Housing Lender

SAMPLE ANESTHESIA LIMITED | Account # ▓▓▓▓▓ | April 1, 2023 to April 30, 2023

## BANK OF AMERICA 

<div align="right">

# Your checking account
</div>

SAMPLE ANESTHESIA LIMITED | Account # ▓▓▓▓▓ | April 1, 2023 to April 30, 2023

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 04/17/23 | WIRE TYPE:INTL OUT DATE:230417 TIME:0409 ET TRN:2023041700080325 SERVICE REF:716076 BNF:C AND B CORP PTY LTD ID:06300014168255 BNF BK: COMMONWEALTH BANK OF AU ID:CTBAAU2S PMT DET:GL5WMR DR5 POP CUSTOMER ID NO. CU035248 | -60,000.00 |
| 04/19/23 | Online Banking payment to CRD 4696 Confirmation# 1391525913 | -170.00 |
| **Total withdrawals and other debits** | | **-$60,170.00** |

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 03/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓  $15,000+ combined average monthly balance in linked business accounts has been met

◯  Become a member of Preferred Rewards for Business has not been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 04/17/23 | Wire Transfer Fee | -45.00 |
| **Total service fees** | | **-$45.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 04/01 | 75,000.00 | 04/17 | 14,955.00 | 04/19 | 14,785.00 |

---

🔒 # Important information about a trending payment scam

- **We will never** call and ask you to send money using Zelle® to yourself or anyone else.
- **We will never** contact you via phone or text to ask for a security code.
- If anyone reaches out to you and asks you to send money or provide a code, it is likely a scam. Bank of America will not do this.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.                    SSM-08-22-0187-B | 4956677

This page intentionally left blank

Bank of America Business Advantage

# Welcome to Business Advantage Relationship Banking

## Thanks for opening your new account with us!

Here are a few reminders to help you get started.

### Avoid monthly fees

To help avoid monthly fees on your new small business checking, be sure to take one of the following actions each statement cycle:

- Maintain a combined average monthly balance of at least $15,000 in your linked Bank of America small business accounts (footnote 1)
- Become a member of Preferred Rewards for Business (first four checking accounts per enrolled business) (footnote 2)

### Enroll in Business Advantage 360

If you haven't already, enroll in Business Advantage 360, our small business online and mobile banking (footnote 3) platform. Here is how to get started:

- Go to bofa.com/SBOnline to enroll your accounts and enter the last six digits of your account number along with your business Tax ID Number (TIN).
- Once you are enrolled, sign in to your account conveniently and securely to explore all the tools and services available for your business. This will allow you to:
  - o  Go paperless and eliminate the hassle of storing and shredding old statements.
  - o  Set up alerts (footnote 4) and deposit checks (footnote 5) right from your phone.
  - o  Use Cash Flow Monitor (footnote 6) to manage, track and project cash flow — and now you can even connect your apps (footnote 7).

### Remember:

- Keep contact information up to date — verify your email, mailing address and phone number.
- Enable extra security features by visiting the online Business Security Center at bankofamerica.com/SecurityBusiness.
- Set up security alerts and download the Mobile Banking app by visiting bankofamerica.com/SBMobileBanking.

## Learn more at bankofamerica.com/SBWelcome or call 888.287.4637.

4693900

# Bank of America Preferred Rewards for Business

## Earn Rewards for your business

Become a Preferred Rewards for Business member (footnote 2) and earn valuable benefits and rewards across your Bank of America business relationship; such as no monthly maintenance fees on your new checking account, bonus rewards on eligible business credit cards, interest rate discounts on new loans and more. And there is no fee to join or participate in the program.

## To learn how to qualify and enroll, visit: bankofamerica.com/RewardsforBusiness.

1 You may link additional Business Advantage Relationship Banking, Business Economy Checking, Business Interest Checking, Business Advantage Savings (all variations), Business Investment Account and Business CDs.

2 Preferred Rewards for Business Overall Program Rules: The Preferred Rewards for Business program is only available to Small Business, Merrill Small Business, and Bank of America Private Bank® Small Business clients. Other categories of clients, such as those commonly referred to as Business Banking, Global Commercial Banking, Global Corporate Investment Banking, or Institutional clients are not eligible to participate in the program. Subject to certain exceptions, eligible business checking accounts generally are any Small Business checking account and the following Analyzed checking accounts: Full Analysis Business Checking or Analyzed Business Interest Checking. Clients in the eligible business categories may enroll in the program. To enroll you must have an active, eligible Bank of America business checking account, and maintain a qualifying balance of at least $20,000 for the Gold tier, $50,000 for the Platinum tier, or $100,000 for the Platinum Honors tier in your combined qualifying Bank of America business deposit accounts (such as checking, savings, certificate of deposit) and/or your Merrill business investment accounts (such as Working Capital Management Accounts, Business Investor Accounts, Delaware Business Accounts). The qualifying balance is calculated based on either (i): your average daily balance for a three-calendar-month period, or (ii) your current combined balance, provided that you enroll at the time you open your first eligible business checking account and satisfy the balance requirement at the end of at least one (1) day within thirty (30) days of opening that account. Refer to your Business Schedule of Fees for details on accounts that qualify toward the combined balance calculation and receive program benefits. Eligibility to enroll is generally available three (3) or more business days after the end of the calendar month in which you satisfy the requirements. Benefits become effective within thirty (30) days of your enrollment, or for new accounts within thirty (30) days of account opening, unless we indicate otherwise. Certain benefits may be available without enrolling in the program if you satisfy balance and other requirements.

Banking made better with no-fee services: Fee waivers do not apply to analyzed business checking or savings account products or to cards issued under these products. Visit bankofamerica.com/RewardsforBusiness for a complete list of no-fee banking services.

3 Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

4 You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

5 Mobile check deposits are subject to verification and not available for immediate withdrawal. Other restrictions apply. In the Mobile Banking app menu, select Menu > Help > Browse More Topics > Mobile Check Deposit for details and other terms and conditions. Message and data rates may apply.

6 You must be enrolled in Business Advantage 360, our small business online banking or Mobile Banking to use the Cash Flow Monitor and Connected Apps and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

7 When you use Cash Flow Monitor and Connected Apps to access services or information from third parties ("Third-Party Account Information"), you will be subject to any terms and conditions established by those third parties, in addition to Cash Flow Monitor and Connected Apps Terms and Conditions. Bank of America, N.A. provides access to third-party websites and Third-Party Account Information only as a convenience, and is not responsible for, does not guarantee or endorse the services offered, and does not monitor or review such information for accuracy, completeness or otherwise. Information displayed through Cash Flow Monitor and Connected Apps may be more up-to-date when obtained directly from relevant third-party websites. Neither Bank of America, its affiliates, nor their employees provide legal, accounting and tax advice. Bank of America and/or its affiliates or service providers may receive compensation from third parties for clients' use of their services. All third party trademarks, service marks, trade names and logos referenced in this material are the property of their respective owners. Bank of America does not deliver and is not responsible for the products, services or performance of any third party.

Bank of America, N.A. Member FDIC. ©2022 Bank of America Corporation                                    SSM-OS-22-0116.D | 4693900

SAMPLE ANESTHESIA LIMITED | Account # ■■■■■■■■ | April 1, 2023 to April 30, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

SAMPLE ANESTHESIA LIMITED
9476 FALLING WATERS DR E
BURR RIDGE, IL 60527-0723

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for July 1, 2023 to July 31, 2023                    Account number: ▓▓▓▓▓▓▓▓

**SAMPLE ANESTHESIA LIMITED**

## Account summary

| | | |
|---|---|---|
| Beginning balance on July 1, 2023 | $10,437.00 | # of deposits/credits: 2 |
| Deposits and other credits | 42,321.91 | # of withdrawals/debits: 7 |
| Withdrawals and other debits | -25,499.00 | # of items-previous cycle[1]: 0 |
| Checks | -5,000.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $13,707.97 |
| **Ending balance on July 31, 2023** | **$22,259.91** | [1]Includes checks paid, deposited items and other debits |

---

<div>REMEMBER</div>

# You've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities.

BUSINESS ADVANTAGE

**Contact me today.**

Lauren Orseno
708.928.8742
lauren.orseno@bofa.com

SSM-08-22-0105.B | 4878868

---

SAMPLE ANESTHESIA LIMITED | Account # ▮▮▮▮▮▮▮▮ | July 1, 2023 to July 31, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**

**BANK OF AMERICA**

# Your checking account

SAMPLE ANESTHESIA LIMITED  |  Account #███████████  |  July 1, 2023 to July 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 07/14/23 | AHCSTAFFING    DES:CONS PAY   ID:   INDN:SAMPLE ANESTHESIA LIMI  CO ID:9810803001 PPD | 22,153.14 |
| 07/26/23 | AHCSTAFFING    DES:CONS PAY   ID:   INDN:SAMPLE ANESTHESIA LIMI  CO ID:9810803001 PPD | 20,168.77 |
| **Total deposits and other credits** | | **$42,321.91** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 07/12/23 | Online Banking payment to CRD 4696 Confirmation# 1715750516 | -1,000.00 |
| 07/17/23 | Online Banking payment to CRD 4696 Confirmation# 0545909596 | -3,400.00 |
| 07/17/23 | IL TLR transfer to CHK 4144 Banking Ctr WILLOWBROOK              #8890134 IL Confirmation# 0562892855 | -12,000.00 |
| 07/24/23 | Online Banking payment to CRD 4696 Confirmation# 3003731148 | -810.00 |
| 07/27/23 | Online Banking payment to CRD 4696 Confirmation# 0348339723 | -4,400.00 |
| 07/31/23 | IRS          DES:USATAXPYMT ID:220361214580429  INDN:BERNSTEIN AND REIKES C  CO ID:3387702000 CCD | -3,889.00 |
| **Total withdrawals and other debits** | | **-$25,499.00** |

## Checks

| Date | Check # | Amount |
|------|---------|-------:|
| 07/05/23 | 1026 | -5,000.00 |
| **Total checks** | | **-$5,000.00** |
| **Total # of checks** | | **1** |

## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-12-22-0030.A 1 5197654





SAMPLE ANESTHESIA LIMITED | Account # ███████ | July 1, 2023 to July 31, 2023

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 06/30/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

◯ $15,000+ combined average monthly balance in linked business accounts has not been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 07/01 | 10,437.00 | 07/14 | 26,590.14 | 07/26 | 30,548.91 |
| 07/05 | 5,437.00 | 07/17 | 11,190.14 | 07/27 | 26,148.91 |
| 07/12 | 4,437.00 | 07/24 | 10,380.14 | 07/31 | 22,259.91 |

**BANK OF AMERICA**

SAMPLE ANESTHESIA LIMITED | Account # ██████████  July 1, 2023 to July 31, 2023

## Check images
**Account number:** ██████████
Check number: 1026 | Amount: $5,000.00

This page intentionally left blank

This page intentionally left blank

This page intentionally left blank



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

SAMPLE ANESTHESIA LIMITED
12638 S TALBOT CIR
PLAINFIELD, IL 60585-9619

🔔 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for August 1, 2023 to August 31, 2023                           Account number: █████████

**SAMPLE ANESTHESIA LIMITED**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on August 1, 2023 | $22,259.91 | # of deposits/credits: 7 | |
| Deposits and other credits | 76,674.21 | # of withdrawals/debits: 13 | |
| Withdrawals and other debits | -52,091.22 | # of items-previous cycle[1]: 1 | |
| Checks | -0.00 | # of days in cycle: 31 | |
| Service fees | -0.00 | Average ledger balance: $34,320.81 | |
| **Ending balance on August 31, 2023** | **$46,842.90** | [1]Includes checks paid, deposited items and other debits | |



## Mobile and Online Banking — convenient, secure, simple[1]

Help reduce check fraud by writing fewer checks and switching to digital payments.
Scammers are targeting the mail to steal checks and other information.

To learn more, scan the code or go to **bofa.com/BillPay**.

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
When you use the QRC feature, certain information is collected from your mobile device for business purposes.



SSM-02-23-0509.C   5471548

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and ⌂ Equal Housing Lender

# BANK OF AMERICA 

# Your checking account

SAMPLE ANESTHESIA LIMITED | Account █████████ | August 1, 2023 to August 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 08/01/23 | Accountable Heal DES:PAYROLL  ID:412846  INDN:Madison Sample Jr.  CO ID:1452469689 PPD | 4,849.78 |
| 08/02/23 | Accountable Heal DES:PAYROLL  ID:412846  INDN:Madison Sample Jr.  CO ID:1452469689 PPD | 8,010.37 |
| 08/08/23 | Accountable Heal DES:PAYROLL  ID:412846  INDN:Madison Sample Jr.  CO ID:1452469689 PPD | 16,145.73 |
| 08/15/23 | Accountable Heal DES:PAYROLL  ID:412846  INDN:Madison Sample Jr.  CO ID:1452469689 PPD | 17,342.63 |
| 08/22/23 | Accountable Heal DES:PAYROLL  ID:412846  INDN:Madison Sample Jr.  CO ID:1452469689 PPD | 14,518.20 |
| 08/29/23 | Accountable Heal DES:PAYROLL  ID:412846  INDN:Madison Sample Jr.  CO ID:1452469689 PPD | 15,020.73 |
| 08/29/23 | Accountable Heal DES:PAYROLL  ID:412846  INDN:Madison Sample Jr.  CO ID:1452469689 PPD | 786.77 |
| **Total deposits and other credits** | | **$76,674.21** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 08/01/23 | MI TLR transfer to CHK 4144 Banking Ctr MERIDIAN                    #0000308 MI Confirmation# 0390976257 | -12,000.00 |
| 08/02/23 | IL DEPT OF REVEN DES:EDI PYMNTS ID:00001434044880  INDN:BERNSTEIN REIKES CORP  CO ID:5555566257 CCD  PMT INFO:TXP*47338840301*20099*20230630*T*60588\ | -605.88 |
| 08/03/23 | IL DEPT EMPL SEC DES:UNEMPL TAX ID:XXXXXXXXX  INDN:BERNSTEIN & REIKES COR  CO ID:1363042127 CCD  PMT INFO:TXP*4767737**230630**0000000000**0000052 489**XXXXXXXXX\ | -524.89 |
| 08/07/23 | Online Banking payment to CRD 4696 Confirmation# 1344418647 | -6,400.00 |
| 08/09/23 | Online Banking payment to CRD 4696 Confirmation# 2662999583 | -1,418.69 |
| 08/14/23 | IRS           DES:USATAXPYMT ID:220362611288429  INDN:BERNSTEIN AND REIKES C  CO ID:3387702000 CCD | -3,889.00 |
| 08/15/23 | IL DEPT OF REVEN DES:EDI PYMNTS ID:00001527917008  INDN:BERNSTEIN REIKES CORP  CO ID:5555566257 CCD  PMT INFO:TXP*473388403000*0112*20230930*T*59400\ | -594.00 |
| 08/18/23 | Online Banking payment to CRD 4696 Confirmation# 0436340740 | -2,300.00 |
| 08/21/23 | Customer Withdrawal Image | -15,000.00 |
| 08/23/23 | Online Banking payment to CRD 4696 Confirmation# 2683105633 | -875.76 |

*continued on the next page*

BUSINESS ADVANTAGE

# Go paperless. Greater convenience. Less clutter.

Store and review your statements online. You can access up to seven years of account statements — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in online to Business Advantage 360 and click on **Profiles & Settings**.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. Not all account documents are available in paperless format.

SSM-01-23-2637.B | 5421106

SAMPLE ANESTHESIA LIMITED | Account ▓▓▓▓▓▓▓ | August 1, 2023 to August 31, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 08/31/23 | Online Banking payment to CRD 4696 Confirmation# 0648517959 | -4,000.00 |
| 08/31/23 | IRS          DES:U5ATAXPYMT ID:220364373323854  INDN:BERNSTEIN AND REIKES C  CO ID:3387702000 CCD | -3,889.00 |
| 08/31/23 | IL DEPT OF REVEN DES:EDI PYMNTS ID:00000295626192  INDN:BERNSTEIN REIKES CORP   CO ID:5555566257 CCD  PMT INFO:TXP*473388403000*0112*20230930*T*59400\ | -594.00 |
| **Total withdrawals and other debits** | | **-$52,091.22** |

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 07/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○ $15,000+ combined average monthly balance in linked business accounts has not been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 08/01 | 15,109.69 | 08/09 | 30,316.33 | 08/22 | 40,394.16 |
| 08/02 | 22,514.18 | 08/14 | 26,427.33 | 08/23 | 39,518.40 |
| 08/03 | 21,989.29 | 08/15 | 43,175.96 | 08/29 | 55,325.90 |
| 08/07 | 15,589.29 | 08/18 | 40,875.96 | 08/31 | 46,842.90 |
| 08/08 | 31,735.02 | 08/21 | 25,875.96 | | |

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Now funds deposited by check may be available to you earlier.**

We are changing when funds are available to you when your check deposit is not made in person to one of our employees at a financial center. Beginning August 11, 2023, the funds from your check deposit will be available the first business day after the day of your deposit.

Please keep in mind, all deposits are subject to a hold review at any time – and we may place longer holds on certain items in some cases, which could impact your ability to withdraw or use the deposited funds or result in a reduction of your available balance. For more information, please refer to your Deposit Agreement & Disclosures at bankofamerica.com/deposits/resources/deposit-agreements.go.deposit.

This page intentionally left blank



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

SAMPLE ANESTHESIA LIMITED
12638 S TALBOT CIR
PLAINFIELD, IL  60585-9619

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum

for September 1, 2023 to September 30, 2023                    Account number: ▓▓▓▓▓▓▓▓

**SAMPLE ANESTHESIA LIMITED**

## Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2023 | $46,842.90 | # of deposits/credits: 4 |
| Deposits and other credits | 66,347.15 | # of withdrawals/debits: 8 |
| Withdrawals and other debits | -45,149.83 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $64,009.91 |
| **Ending balance on September 30, 2023** | **$68,040.22** | [1]Includes checks paid, deposited items and other debits |

## Account security you can see

Check your security meter level and watch it rise as you take action
to help protect against fraud. See it in the Mobile Banking app and
Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.





SSM-12-22-0030A  1 5197654



SAMPLE ANESTHESIA LIMITED | Account ⬛⬛⬛⬛⬛⬛ | September 1, 2023 to September 30, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and ⬛ Equal Housing Lender

**BANK OF AMERICA**                                  **Your checking account**

SAMPLE ANESTHESIA LIMITED   |   Account #▓▓▓▓▓▓▓▓▓   |   September 1, 2023 to September 30, 2023

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 09/06/23 | Accountable Heal DES:PAYROLL   ID:412846  INDN:Madison Sample Jr.   CO ID:1452469689 PPD | 17,521.16 |
| 09/12/23 | Accountable Heal DES:PAYROLL   ID:412846  INDN:Madison Sample Jr.   CO ID:1452469689 PPD | 17,267.63 |
| 09/19/23 | Accountable Heal DES:PAYROLL   ID:412846  INDN:Madison Sample Jr.   CO ID:1452469689 PPD | 17,240.73 |
| 09/26/23 | Accountable Heal DES:PAYROLL   ID:412846  INDN:Madison Sample Jr.   CO ID:1452469689 PPD | 14,317.63 |
| **Total deposits and other credits** | | **$66,347.15** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 09/11/23 | Online Banking payment to CRD 4696 Confirmation# 3730869352 | -1,749.29 |
| 09/12/23 | BKOFAMERICA BC  09/12 #000003291 WITHDRWL | -12,000.00 |
| 09/18/23 | PLANET FIT     DES:CLUB FEE5  ID:2325803972869  INDN:Madison Sample     CO ID:1710602737 PPD  PMT INFO:815-600-9018 | -25.04 |
| 09/19/23 | Online Banking payment to CRD 4696 Confirmation# 0414180448 | -18,100.00 |
| 09/20/23 | ISMIE MUTUAL INS DES:PAYMENT   ID:29440762  INDN:MADISON SAMPLE JR     CO ID:1362883612 WEB  PMT INFO:002*64031*2442.00*MADISON SAMPLE JR*2309 20 | -2,442.00 |
| 09/28/23 | Online Banking payment to CRD 4696 Confirmation# 2992059264 | -540.00 |
| 09/29/23 | IRS         DES:USATAXPYMT ID:220367293679027  INDN:BERNSTEIN AND REIKES C  CO ID:3387702000 CCD | -8,957.00 |
| 09/29/23 | IL DEPT OF REVEN DES:EDI PYMNTS ID:00001039991760  INDN:BERNSTEIN REIKES CORP  CO ID:5555566257 CCD  PMT INFO:TXP*473388403000*0112*20230930*T*133650\ | -1,336.50 |
| **Total withdrawals and other debits** | | **-$45,149.83** |

BANK OF AMERICA BUSINESS ADVANTAGE

## Start receiving online alerts today

Get alerts about your account activity online, by phone or by email. Turn on alerts at **bankofamerica.com/SmallBusiness** by clicking on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.                SSM-01-23-2633 B | 5421083

SAMPLE ANESTHESIA LIMITED   |   Account # ███████████   |   September 1, 2023 to September 30, 2023

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 08/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 09/01 | 46,842.90 | 09/18 | 67,857.36 | 09/26 | 78,873.72 |
| 09/06 | 64,364.06 | 09/19 | 66,998.09 | 09/28 | 78,333.72 |
| 09/11 | 62,614.77 | 09/20 | 64,556.09 | 09/29 | 68,040.22 |
| 09/12 | 67,882.40 | | | | |

This page intentionally left blank

This page intentionally left blank

**BANK OF AMERICA** 

P.O. Box 15284
Wilmington, DE 19850

SAMPLE ANESTHESIA LIMITED
12638 S TALBOT CIR
PLAINFIELD, IL 60585-9619

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖳 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for October 1, 2023 to October 31, 2023

Account number: [redacted]

**SAMPLE ANESTHESIA LIMITED**

## Account summary

| | |
|---|---|
| Beginning balance on October 1, 2023 | $68,040.22 |
| Deposits and other credits | 26,695.56 |
| Withdrawals and other debits | -63,981.61 |
| Checks | -15,000.00 |
| Service fees | -30.00 |
| **Ending balance on October 31, 2023** | **$15,724.17** |

# of deposits/credits: 2
# of withdrawals/debits: 12
# of items-previous cycle[1]: 0
# of days in cycle: 31
Average ledger balance: $37,970.73

[1]Includes checks paid, deposited items and other debits

BUSINESS ADVANTAGE

## View your key business metrics all in one place.

Track the trends that matter most to your business, from cash flow and expense management to accounting and payroll data, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. SSM-08-22-0109.B | 4878896

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation



Bank of America, N.A. Member FDIC and Equal Housing Lender

**BANK OF AMERICA**

# Your checking account

SAMPLE ANESTHESIA LIMITED  |  Account # ▓▓▓▓▓▓▓  |  October 1, 2023 to October 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 10/24/23 | Accountable Heal DES:PAYROLL   ID:412846  INDN:Madison Sample Jr.    CO ID:1452469689 PPD | 8,655.78 |
| 10/31/23 | Accountable Heal DES:PAYROLL   ID:412846  INDN:Madison Sample Jr.    CO ID:1452469689 PPD | 18,039.78 |
| **Total deposits and other credits** | | **$26,695.56** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 10/02/23 | Customer Withdrawal Image | -15,000.00 |
| 10/02/23 | PLANET FIT    DES:CLUB FEES  ID:2327200980961  INDN:Madison Sample      CO ID:1710602737 PPD  PMT INFO:815-600-9018 | -49.00 |
| 10/05/23 | T-MOBILE     DES:PCS SVC    ID:9605240  INDN:MADISON SAMPLE      CO ID:0000450304 WEB | -73.00 |
| 10/17/23 | PLANET FIT    DES:CLUB FEES  ID:2328902929011  INDN:Madison Sample      CO ID:1710602737 PPD  PMT INFO:815-600-9018 | -25.04 |
| 10/19/23 | Online Banking payment to CRD 4696 Confirmation# 4073190016 | -3,118.07 |
| 10/19/23 | Customer Withdrawal Image | -28,251.00 |
| 10/20/23 | WIRE TYPE:WIRE OUT DATE:231020 TIME:1420 ET TRN:2023102000407320 SERVICE REF:483543 BNF:BEERMANN LLP ID:004155548 BNF BK:JPMORGAN CHAS E BANK, N. ID:0002 PMT DET:TVWEEG5YA POP Services | -10,000.00 |
| 10/31/23 | IRS       DES:USATAXPYMT ID:220370424219430  INDN:BERNSTEIN AND REIKES C  CO ID:3387702000 CCD | -5,068.00 |
| 10/31/23 | Online scheduled payment to CRD 4696 Confirmation# 2275021842 | -1,655.00 |
| 10/31/23 | IL DEPT OF REVEN DES:EDI PYMNTS ID:00001962474448  INDN:BERNSTEIN REIKES CORP   CO ID:5555566257 CCD  PMT INFO:TXP*473388403000*0112*20231231*T*74250\ | -742.50 |
| **Total withdrawals and other debits** | | **-$63,981.61** |

---

# Check fraud is on the rise

Consider writing fewer checks and paying bills in our Mobile app, Online Banking, or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: **bofa.com/HelpPreventFraud**



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.     SSM-05-23-0809.C I 5695722

SAMPLE ANESTHESIA LIMITED   |   Account #███████████   |   October 1, 2023 to October 31, 2023

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 10/30/23 | 1401 | -15,000.00 |
| **Total checks** | | **-$15,000.00** |
| **Total # of checks** | | **1** |

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 09/29/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 10/20/23 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$30.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 10/01 | 68,040.22 | 10/17 | 52,893.18 | 10/24 | 20,149.89 |
| 10/02 | 52,991.22 | 10/19 | 21,524.11 | 10/30 | 5,149.89 |
| 10/05 | 52,918.22 | 10/20 | 11,494.11 | 10/31 | 15,724.17 |

**BANK OF AMERICA**

SAMPLE ANESTHESIA LIMITED   |   Account # ▮▮▮▮▮▮▮ |   October 1, 2023 to October 31, 2023

## Check images
**Account number:** ▮▮▮▮▮▮▮▮▮
Check number: 1401   | Amount: $15,000.00

This page intentionally left blank

**BANK OF AMERICA** 

P.O. Box 15284
Wilmington, DE 19850

SAMPLE ANESTHESIA LIMITED
12638 S TALBOT CIR
PLAINFIELD, IL  60585-9619

BANK OF AMERICA
## Preferred Rewards
For Business

### Customer service information

▢  1.888.BUSINESS (1.888.287.4637)

▨  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for November 1, 2023 to November 30, 2023                Account number: ▓▓▓▓▓▓▓

**SAMPLE ANESTHESIA LIMITED**

## Account summary

| | | |
|---|---|---|
| Beginning balance on November 1, 2023 | $15,724.17 | # of deposits/credits: 4 |
| Deposits and other credits | 44,235.14 | # of withdrawals/debits: 15 |
| Withdrawals and other debits | -19,510.12 | # of items–previous cycle[1]: 1 |
| Checks | -20,000.00 | # of days in cycle: 30 |
| Service fees | -41.04 | Average ledger balance: $30,318.63 |
| **Ending balance on November 30, 2023** | **$20,408.15** | [1]Includes checks paid, deposited items and other debits |

---

Can you spot a scam?   Be aware of these common red flags:

⊿ Contacted unexpectedly and
asked for sensitive information

⊿ Pressured to
act immediately

⊿ Asked to provide codes or
click links to verify information

 Share these tips with friends and family so they can help protect themselves
Scan this code or visit **bofa.com/HelpProtectYourself** to see trending scams

When you use the QRC feature certain information is collected from your mobile device for business purposes.                SSM-02-23-0079.B  |  5449173

---

SAMPLE ANESTHESIA LIMITED | Account # ██████████ | November 1, 2023 to November 30, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- − Tell us your name and account number.
- − Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- − Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation



Bank of America, N.A. Member FDIC and　　　Equal Housing Lender

**BANK OF AMERICA** 🦅

# Your checking account

SAMPLE ANESTHESIA LIMITED | Account # ▇▇▇▇▇▇▇ | November 1, 2023 to November 30, 2023

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 11/03/23 | Bank of America DES:CASHREWARD ID:ANESTHESIA LTD INDN:0000000007470315000000 CO ID:2002290310 PPD | 929.81 |
| 11/07/23 | Accountable Heal DES:PAYROLL ID:412846 INDN:Madison Sample Jr. CO ID:1452469689 PPD | 17,565.36 |
| 11/14/23 | Accountable Heal DES:PAYROLL ID:412846 INDN:Madison Sample Jr. CO ID:1452469689 PPD | 17,985.43 |
| 11/28/23 | Accountable Heal DES:PAYROLL ID:412846 INDN:Madison Sample Jr. CO ID:1452469689 PPD | 7,754.54 |
| **Total deposits and other credits** | | **$44,235.14** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 11/03/23 | Online Banking payment to CRD 4696 Confirmation# 4201577263 | -1,250.00 |
| 11/06/23 | T-MOBILE DES:PCS SVC ID:8573720 INDN:MADISON SAMPLE CO ID:0000450304 WEB | -164.88 |
| 11/08/23 | Online Banking payment to CRD 4696 Confirmation# 1544113835 | -1,018.15 |
| 11/09/23 | Online Banking payment to CRD 4696 Confirmation# 1555813935 | -4,800.00 |
| 11/09/23 | IL DEPT OF REVEN DES:EDI PYMNTS ID:00001328519120 INDN:BERNSTEIN REIKES CORP CO ID:5555566257 CCD PMT INFO:TXP*47338840301*20099*20221231*T*8753\ | -87.53 |
| 11/14/23 | Online Banking payment to CRD 4696 Confirmation# 1501335599 | -725.04 |
| 11/17/23 | PLANET FIT DES:CLUB FEES ID:2332002836782 INDN:Madison Sample CO ID:1710602737 PPD PMT INFO:815-600-9018 | -25.04 |
| 11/21/23 | ISMIE MUTUAL INS DES:PAYMENT ID:30261467 INDN:MADISON SAMPLE JR CO ID:1362883612 WEB PMT INFO:002*64031*3421.25*MADISON SAMPLE JR*2311 21 | -3,421.25 |
| 11/22/23 | Online Banking payment to CRD 4696 Confirmation# 2667370460 | -1,200.00 |
| 11/27/23 | BCBS HEALTH DES:BILL PAY ID:19317601381 INDN:MADISON SAMPLE JR CO ID:7529139811 CCD | -1,007.73 |

*continued on the next page*

---

BUSINESS ADVANTAGE

## View your key business metrics all in one place.

Track the trends that matter most to your business, from cash flow and expense management to accounting and payroll data, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-08-22-0108 B | 4878896

SAMPLE ANESTHESIA LIMITED | Account # ▓▓▓▓▓▓ | November 1, 2023 to November 30, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 11/30/23 | IRS          DES:USATAXPYMT ID:220373420741704  INDN:BERNSTEIN AND REIKES C  CO ID:3387702000 CCD | -5,068.00 |
| 11/30/23 | IL DEPT OF REVEN DES:EDI PYMNTS ID:00001245470672  INDN:BERNSTEIN REIKES CORP  CO ID:5555566257 CCD  PMT INFO:TXP*473388403000*0112*20231231*T*74250\ | -742.50 |

| **Total withdrawals and other debits** | | **-$19,510.12** |
|---|---|---|

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|---|---|---|---|---|---|---|
| 11/14/23 | 1402 | -5,000.00 | | 11/30/23 | 1403 | -15,000.00 |
| | | | | **Total checks** | | **-$20,000.00** |
| | | | | **Total # of checks** | | **2** |

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 10/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | | | Amount |
|---|---|---|---|---|
| 11/02/23 | CHECK ORDER00885 DES:FEE         ID:140R2876 PMT INFO: PRODUCT(S): 25.61      S&H: 15.02   IL TAX: 0.41 | | | -41.04 |

| **Total service fees** | **-$41.04** |
|---|---|

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 11/01 | 15,724.17 | 11/08 | 31,745.27 | 11/22 | 34,471.84 |
| 11/02 | 15,683.13 | 11/09 | 26,857.74 | 11/27 | 33,464.11 |
| 11/03 | 15,362.94 | 11/14 | 39,118.13 | 11/28 | 41,218.65 |
| 11/06 | 15,198.06 | 11/17 | 39,093.09 | 11/30 | 20,408.15 |
| 11/07 | 32,763.42 | 11/21 | 35,671.84 | | |

**BANK OF AMERICA**

SAMPLE ANESTHESIA LIMITED | Account # ▓▓▓▓▓▓ | November 1, 2023 to November 30, 2023

## Check images

**Account number:** ▓▓▓▓▓▓

Check number: 1402 | Amount: $5,000.00



Check number: 1403 | Amount: $15,000.00

This page intentionally left blank

SAMPLE ANESTHESIA LIMITED | Account ████████ | November 1, 2023 to November 30, 2023

This page intentionally left blank

This page intentionally left blank

*Wire fraud, Dispatch* (handwritten)

# BANK OF AMERICA

## Your checking account

SAMPLE ANESTHESIA LIMITED | –Account # | April 1, 2023 to April 30, 2023

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 04/17/23 | WIRE TYPE:INTL OUT DATE:230417 TIME:0409 ET TRN:2023041700080325 SERVICE REF:716076 BNF:C AND B CORP PTY LTD ID:06300014168255 BNF BK: COMMONWEALTH BANK OF AU ID:CTBAAU2S PMT DET:GL5WMR DR5 POP CUSTOMER ID NO. CU035248 | -60,000.00 |
| 04/19/23 | Online Banking payment to CRD 4696 Confirmation# 1391525913 | -170.00 |
| **Total withdrawals and other debits** | | **-$60,170.00** |

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 03/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

$15,000+ combined average monthly balance in linked business accounts has been met

◯ Become a member of Preferred Rewards for Business has not been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 04/17/23 | Wire Transfer Fee | -45.00 |
| **Total service fees** | | **-$45.00** |

Note your Ending Balance already reflects the subtraction of Service Fees.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 04/01 | 75,000.00 | 04/17 | 14,955.00 | 04/19 | 14,785.00 |

---

🔒 # Important information about a trending payment scam

- **We will never** call and ask you to send money using Zelle® to yourself or anyone else.
- **We will never** contact you via phone or text to ask for a security code.
- If anyone reaches out to you and asks you to send money or provide a code, it is likely a scam. Bank of America will not do this.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

SSM-08-22-0187.B | 4956677

**BANK OF AMERICA**

**Your checking account**

SAMPLE ANESTHESIA LIMITED | Account # | August 1, 2023 to August 31, 2023

## Deposits and other credits

| Date | Description | | | Amount |
|------|------|------|------|------|
| 08/01/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 4,849.78 |
| 08/02/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 8,010.37 |
| 08/08/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 16,145.73 |
| 08/15/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 17,342.63 |
| 08/22/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 14,518.20 |
| 08/29/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 15,020.73 |
| 08/29/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 786.77 |

**Total deposits and other credits** — $76,674.21

## Withdrawals and other debits

| Date | Description | | Amount |
|------|------|------|------|
| 08/01/23 | MI TLR transfer to CHK 4144 Banking Ctr MERIDIAN 0390976257 | #0000308 MI Confirmation# | -12,000.00 |
| 08/02/23 | IL DEPT OF REVEN DES:EDI PYMNTS ID:00001434044880 INDN:BERNSTEIN REIKES CORP CO ID:5555566257 CCD PMT INFO:TXP*47338840301*20099*20230630*T*60588\ | | -605.88 |
| 08/03/23 | IL DEPT EMPL SEC DES:UNEMPL TAX ID:XXXXXXXXX INDN:BERNSTEIN & REIKES COR CO ID:1363042127 CCD PMT INFO:TXP*4767737**230630*0000000000**00000052 489**XXXXXXXXX\ | | -524.89 |
| 08/07/23 | Online Banking payment to CRD 4696 Confirmation# 1344418647 | | -6,400.00 |
| 08/09/23 | Online Banking payment to CRD 4696 Confirmation# 2662999583 | | -1,418.69 |
| 08/14/23 | IRS DES:USATAXPYMT ID:220362611288429 INDN:BERNSTEIN AND REIKES C CO ID:3387702000 CCD | | -3,889.00 |
| 08/15/23 | IL DEPT OF REVEN DES:EDI PYMNTS ID:00001527917008 INDN:BERNSTEIN REIKES CORP CO ID:5555566257 CCD PMT INFO:TXP*473388403000*0112*20230930*T*59400\ | | -594.00 |
| 08/18/23 | Online Banking payment to CRD 4696 Confirmation# 0436340740 | | -2,300.00 |
| 08/21/23 | Customer Withdrawal Image | | -15,000.00 |
| 08/23/23 | Online Banking payment to CRD 4696 Confirmation# 2683105633 | | -875.76 |

*continued on the next page*

BUSINESS ADVANTAGE

**Go paperless.** Greater convenience. Less clutter.

Store and review your statements online. You can access up to seven years of account statements — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in online to Business Advantage 360 and click on **Profiles & Settings**.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. Not all account documents are available in paperless format.

SSM-01-23-2637-B | 5421106

 **Bank of America**  Online Banking

**Account Name: Business Adv Customized Cash Rewards - 0818 Transaction Details**

| | |
|---|---|
| **Merchant:** | JAL 1312138741414 |
| **Transaction date:** | 08/09/2023 |
| **Transaction amount:** | $2,120.95 |
| **Reference number:** | 55417343221872215601154 |
| **Transaction type:** | Purchase |
| **Merchant category:** | JAPAN AIR LINES |
| **Expense category:** | Airlines |
| **Code:** | 3006 |

*Dating and Possible business interest overseas.*

*Details regarding this trip are stored on our home computer, which was stolen from our home by Mason*

| ate ↓ | Description | Type | |
|---|---|---|---|
| 08/11/2023 | MCDONALD'S F11921 | 🛒 | $1.69 |
| 08/10/2023 | MCALISTER'S 103790 | 🛒 | $12.18 |
| 08/10/2023 | JAL 1312138741414 | 🛒 | $2,120.95 |

| | | | |
|---|---|---|---|
| **Transaction date:** | 08/09/2023 | | |
| **Reference number:** | 554173432218722156011154 | | |
| **Transaction type:** | Purchase | | |
| **Merchant category:** | JAPAN AIR LINES | | |
| **Expense category:** | Airlines | | |
| **Code:** | 3006 | | |

Print transaction details | _Dispute this transaction_

| 08/09/2023 | SPEEDWAY 05343 RT 83 9 | 🛒 | $53.96 |
|---|---|---|---|
| 08/09/2023 | KROGER #795 | 🛒 | $46.55 |

 **Bank of America**  **Online Banking**

**Account Name: Business Adv Customized Cash Rewards - 0818 Transaction Details**

|  |  |
|---|---|
| Merchant: | CEBU AIR I |
| Transaction date: | 09/01/2023 |
| Transaction amount: | $120.10 |
| Reference number: | 75206233244080735157702 |
| Transaction type: | Purchase |
| Merchant category: | CEBU PACIFIC - CEBU PA |
| Expense category: | Airlines |
| Code: | 3072 |

*Dating and Possible Business Interest Overseas.*

*Details regarding this overseas trip is stored on our home computer which was taken by Madison.*



Mileage will be valid until the last day of the 36th month following the month of transaction.

 **Bank of America**    Online Banking

**Account Name: Business Adv Customized Cash Rewards - 0818 Transaction Details**

*Some Dating Service Spendings*

| | |
|---|---|
| **Merchant:** | CHRISTIAN FILIPINA |
| **Transaction date:** | 07/02/2023 |
| **Transaction amount:** | $597.00 |
| **Balance:** | $852.05 |
| **Reference number:** | 85247863183900012469941 |
| **Transaction type:** | Purchase |
| **Merchant category:** | DATING SERVICES |
| **Expense category:** | Personal Service Providers |
| **Code:** | 7273 |

*This transaction is repeated throughout 2023 for dating*

*Dating Service is over the $100.00 limit re: 4/11/2023 court orders. The Court ignores Dr Ahles citations time and time again. Why?*

 Bank of America  Online Banking

**Account Name: MADISON SAMPLE JR 0818 Transaction Details**

|  |  |
|---|---|
| **Merchant:** | CHRISTIAN FILIPINA |
| **Transaction date:** | 08/04/2023 |
| **Transaction amount:** | $229.95 |
| **Reference number:** | 85247863216900015796804 |
| **Transaction type:** | Purchase |
| **Merchant category:** | DATING SERVICES |
| **Expense category:** | Personal Service Providers |
| **Code:** | 7273 |

| | | | |
|---|---|---|---|
| 23 | AIRBNB HMF9X4WJ59 | | $850.43 |
| 023 | WALGREENS #11955 | | $24.25 |
| 2023 | CHRISTIAN FILIPINA | | $229.95 |

**Transaction date:** 08/04/2023
**Reference number:** 85247863216900015796804
**Transaction type:** Purchase
**Merchant category:** DATING SERVICES
**Expense category:** Personal Service Providers
**Code:** 7273

Print transaction details | Dispute this transaction

| | | | |
|---|---|---|---|
| 08/07/2023 | BIG JOHN STEAK & ONION | | $9.96 |
| 08/04/2023 | SORIANO'S MEXICAN KITC | | $56.47 |
| 08/04/2023 | RBT SUNOCO 0805953700 | | -$0.41 |
| 08/04/2023 | RBT PANDA EXPRESS #278 | | -$0.41 |
| 08/04/2023 | RBT FIRST WATCH - 0686 | | -$1.05 |

Therefore what god joins together, let not man separate." (Matthew 19:6)

W. Maulute,

You're receiving this letter because our records show that you may have found god's match for you through our Christian Filipina community. Now we want to help you take the next step by physically uniting you with your partner.

Inside this packet you'll find valuable and important information about how to apply for and obtain a K-1 or CR1 visa for you and your significant other.

The information enclosed will answer important questions such as:

1. What's the difference between a K-1 and CR1 Visa?
2. How long does each Visa take to process?
3. How do they differ in terms of work authorization upon arrival in the U.S.?
4. For whom is each visa type best suited?

Our experienced team has helped thousands of happy people with bringing their loved ones to the United States as quickly as possible, through safe and legal means. We're here to help you make the process fast, easy, and hassle-free.

Yours in success,
Genevieve Maulute, Visa Specialist at Filipina Visa
(808) 466-3657

P.S. I've included a ticket redeemable for a free travel and immigration consultation with one of our experts. It expires on May 23rd, 2024 and our calendar fills up quickly, so please call us today at (808) 466-3657 to claim your free consultation while spots are still available.

Hi Jiuawan

As you are a valued Christian Filipina member, I want to share with you an important update in the immigration world right now.

The U.S. Citizenship and Immigration Services (USCIS) has issued a final rule to increase travel and immigration application fees.

Fortunately, the new prices do not take effect until April 1st, 2024. Do you have someone special in your life that you might like helping travel to the U.S. to be with you? If you start the application processing now, you may be able to beat the fee increase.

Allow me to introduce myself.

I'm Gent, a Visa Specialist at Filipino Visa, the sister company of Christian Filipina. My team and I want to help you with all of your visa and travel needs. We can also help if you are already engaged, or even married.

In this envelope, I've included a ticket redeemable for a free travel and immigration consultation with one of our experts. Call to speak with us.

But hurry. The ticket expires on March 23rd, 2024 - and our calendar will fill up quickly. Call us today at (808) 466-3657.

Yours in success,
Genevieve Maniatac
Filipino Visa Specialist
(808) 466-3657





# YOUR TICKET TO VISA SUCCESS

Call us to redeem your free visa consultation:

## (800) 468-3657

TICKET EXPIRES:

## 3/23/2024

TALK WITH OUR EXPERTS TODAY



**FILIPINO VISA**
FREE FILIPINO VISA EVALUATION SERVICE

### Differences Between CRI and K-1 Visas for U.S. Immigration

| CRI Visa - Spousal Visa | K-1 Visa – Fiancé(e) Visa |
|---|---|
| **What is the purpose of each visa type?** | |
| For married couples – spouses of U.S. citizens or lawful permanent residents. | For engaged couples – fiancé(e)s of U.S. citizens who plan to marry in the U.S. within 90 days of arrival. |
| **How long does it take to process each visa type?** | |
| It takes longer than the K-1 visa due to the necessary steps of obtaining an immigrant visa abroad. | Generally faster than the CRI visa as it involves fewer steps to approval. |
| **How do the visa types differ in terms of getting permanent residency?** | |
| Upon arrival in the U.S., the spouse receives a social security number, two-year green card (conditional residence) and must later apply for permanent residence. | The foreign fiancé(e) can enter the U.S. and must marry the U.S. citizen within 90 days. After marriage, they must apply for adjustment of status to become a permanent resident. |
| **How do the visa types differ in terms of work authorization upon arrival in the U.S.?** | |
| The spouse can work right away. | The spouse needs to apply to get an authorization to work. |
| **For whom is each visa best suited?** | |
| Couples who are already married and ready to begin their journey toward permanent residence in the U.S. | Couples who are engaged but not yet married and want to be together in the U.S. as soon as possible. |

Whatever your choice, remember that both processes require thorough preparation, adherence to U.S. immigration laws, and clear communication between you and your partner. Always consult with an immigration expert for personalized guidance.

We can help you decide which visa process is best suited for you depending on your needs. Don't let this information slip you away. Call now at **(808) 466-3657** to claim your FREE immigration consultation.

 **Bank of America**  **Online Banking**

**Account Name: MADISON SAMPLE JR 4057 Transaction Details**

| | |
|---|---|
| **Merchant:** | REDWOOD LODGE - F&B |
| **Transaction date:** | 03/06/2023 |
| **Transaction amount:** | $21.82 |
| **Reference number:** | 24000973066528401177182 |
| **Transaction type:** | Purchase |
| **Merchant category:** | EATING PLACES, RESTAURANTS |
| **Expense category:** | Amusement and Entertainment |
| **Code:** | 5812 |

Excessive Hotel Bookings, Dating Business
Dissapation, etc.

 **Bank of America**  **Online Banking**

**Account Name: MADISON SAMPLE JR 4057 Transaction Details**

| | |
|---|---|
| **Merchant:** | AIRBNB HM8X3TXB8B |
| **Transaction date:** | 03/20/2023 |
| **Transaction amount:** | $684.67 |
| **Reference number:** | 24492153079868853446027 |
| **Transaction type:** | Purchase |
| **Merchant category:** | TRAVEL AGENCIES |
| **Expense category:** | Transportation |
| **Code:** | 4722 |

 **Bank of America**  **Online Banking**

**Account Name: Business Adv Customized Cash Rewards - 0818 Transaction Details**

| | |
|---|---|
| **Merchant:** | FOUR POINTS BY SHERATO |
| **Transaction date:** | 04/19/2023 |
| **Transaction amount:** | $0.01 |
| **Reference number:** | 55432863110201170996098 |
| **Transaction type:** | Purchase |
| **Merchant category:** | LODGING-HOTELS, MOTELS, AND RESORTS |
| **Expense category:** | Hotels and Motels |
| **Code:** | 7011 |

Bank of America

Account Name: MA/01504 SAMPLE IB 0818 Transaction Details

Merchant:
Transaction date:
Transaction amount:
Reference number:
Transaction type:
Merchant category:
Expense category:
Code:

Financial Spendings

Key not reporting

**Bank of America**

**Online Banking**

**Account Name: MADISON SAMPLE JR 0818 Transaction Details**

| | |
|---|---|
| **Merchant:** | COURTYARD STEELE |
| **Transaction date:** | 05/24/2023 |
| **Transaction amount:** | $724.92 |
| **Reference number:** | 55432863144201283684953 |
| **Transaction type:** | Purchase |
| **Merchant category:** | COURTYARD BY MARRIOTT |
| **Expense category:** | Hotels and Motels |
| **Code:** | 3690 |

Further details regarding these hotel transactions are stored on our home computer stolen by Madison.

Bank of America

Account Name: MADISON FORECLOSURE Transaction Detail

Merchant:
Transaction Date: 05/24/2021
Transaction Amount:
Reference Number:
Transaction Type:
Merchant Category: AVERAGE M
Business Category:
Code: 4700



  

**Account Name: MADISON SAMPLE JR 4057 Transaction Details**

|  |  |
|---|---|
| **Merchant:** | HILTON GARDEN INN |
| **Transaction date:** | 06/25/2023 |
| **Transaction amount:** | $595.98 |
| **Reference number:** | 24755423177151774530173 |
| **Transaction type:** | Purchase |
| **Merchant category:** | HILTON GARDEN INN |
| **Expense category:** | Hotels and Motels |
| **Code:** | 3604 |

 Bank of America  Online Banking

**Account Name: Business Adv Customized Cash Rewards - 0818 Transaction Details**

|  |  |
|---|---|
| **Merchant:** | AIRBNB HMKRCD3PCQ |
| **Transaction date:** | 07/07/2023 |
| **Transaction amount:** | $372.36 |
| **Reference number:** | 55429503188717903512013 |
| **Transaction type:** | Purchase |
| **Merchant category:** | TRAVEL AGENCIES |
| **Expense category:** | Transportation |
| **Code:** | 4722 |



  

**Account Name: Business Adv Customized Cash Rewards – 0818 Transaction Details**

|  |  |
|---|---|
| **Merchant:** | COURTYARD STEELE |
| **Transaction date:** | 07/19/2023 |
| **Transaction amount:** | $0.01 |
| **Reference number:** | 55432863205206954309968 |
| **Transaction type:** | Purchase |
| **Merchant category:** | COURTYARD BY MARRIOTT |
| **Expense category:** | Hotels and Motels |
| **Code:** | 3690 |

 **Bank of America**  **Online Banking**

**Account Name: Business Adv Customized Cash Rewards - 0818 Transaction Details**

|  |  |
|---|---|
| **Merchant:** | BUDGET RENT A CAR |
| **Transaction date:** | 07/23/2023 |
| **Transaction amount:** | $265.85 |
| **Reference number:** | 52708063205826655433998 |
| **Transaction type:** | Purchase |
| **Merchant category:** | BUDGET RENT-A-CAR |
| **Expense category:** | Automobile/Vehicle Rentals |
| **Code:** | 3366 |



  

**Bank of America** **Online Banking**

**Account Name: Business Adv Customized Cash Rewards – 0818 Transaction Details**

|  |  |
|---|---|
| **Merchant:** | COMSTOCK INN & CONFERE |
| **Transaction date:** | 07/29/2023 |
| **Transaction amount:** | $102.60 |
| **Reference number:** | 55506293211750384940721 |
| **Transaction type:** | Purchase |
| **Merchant category:** | LODGING-HOTELS, MOTELS, AND RESORTS |
| **Expense category:** | Hotels and Motels |
| **Code:** | 7011 |

  

**Account Name: Business Adv Customized Cash Rewards - 0818 Transaction Details**

|  |  |
|---|---|
| **Merchant:** | COMSTOCK INN & CONFERE |
| **Transaction date:** | 07/30/2023 |
| **Transaction amount:** | -$102.60 |
| **Reference number:** | 5550629321275038509773 |
| **Transaction type:** | Purchase |
| **Merchant category:** | LODGING-HOTELS, MOTELS, AND RESORTS |
| **Expense category:** | Hotels and Motels |
| **Code:** | 7011 |

**Bank of America** 

Online Banking

Account Name: Business Advantage Cash Rewards - 8818 Transaction Details

| | |
|---|---|
| Merchant | |
| Transaction date | |
| Transaction amount | |
| Reference number | |
| Transaction type | |
| Merchant category | |
| Expense category | |
| Code | |

Bank of America 🇺🇸

Online Banking

Account Name: MADISON SAMPLE Mobile Transaction Details

Merchant: MERCHANT NAME 342

Transaction date: 10/20

Transaction amount:

Reference number: 2055250 2167423 8

Transaction type:

Merchant category: MERCHANT AGENCIES

Expense category:

Code:

 **Bank of America** 

**Online Banking**

**Account Name: Business Adv Customized Cash Rewards – 0818 Transaction Details**

| | |
|---|---|
| **Merchant:** | AIRBNB HMF9X4WJ59 |
| **Transaction date:** | 08/05/2023 |
| **Transaction amount:** | $850.43 |
| **Reference number:** | 55429503217743399205909 |
| **Transaction type:** | Purchase |
| **Merchant category:** | TRAVEL AGENCIES |
| **Expense category:** | Transportation |
| **Code:** | 4722 |

 

**Bank of America** 🏛️                                    **Online Banking**

**Account Name: Business Adv Customized Cash Rewards - 0818 Transaction Details**

|  |  |
|---|---|
| **Merchant:** | HOTELSCOM7263618373662 |
| **Transaction date:** | 08/20/2023 |
| **Transaction amount:** | $192.10 |
| **Reference number:** | 55432863232204998827019 |
| **Transaction type:** | Purchase |
| **Merchant category:** | TRAVEL AGENCIES |
| **Expense category:** | Transportation |
| **Code:** | 4722 |

  Online Banking

**Account Name: Business Adv Customized Cash Rewards - 0818 Transaction Details**

|  |  |
|---|---|
| Merchant: | AIRBNB HMNEA4WH2P |
| Transaction date: | 08/22/2023 |
| Transaction amount: | $786.77 |
| Reference number: | 55429503234713095338857 |
| Transaction type: | Purchase |
| Merchant category: | TRAVEL AGENCIES |
| Expense category: | Transportation |
| Code: | 4722 |

**Bank of America** 🇺🇸

Online Banking

Account Name: MADISON SAMPLE JR 0818 Transaction Details

| | |
|---|---|
| **Merchant:** | EXPEDIA 72640611155288 |
| **Transaction date:** | 08/25/2023 |
| **Transaction amount:** | $907.92 |
| **Reference number:** | 55432863237206681335627 |
| **Transaction type:** | Purchase |
| **Merchant category:** | TRAVEL AGENCIES |
| **Expense category:** | Transportation |
| **Code:** | 4722 |

*TRAVEL*



**Bank of America**

Online Banking

Account Name: MADISON SAMPLE IR 0818 Transaction Details

Merchant: EXPEDIA 72640611552BB

Transaction date: 08/29/2023

Transaction amount: $4.66

Reference number: 55432863241207888945178

Transaction type: Purchase

Merchant Category: TRAVEL AGENCIES

Expense category: Transportation

Code: 4722

 **Bank of America** **Online Banking**

**Account Name: Business Adv Customized Cash Rewards - 0818 Transaction Details**

| | |
|---|---|
| **Merchant:** | EXPEDIA 72640611155288 |
| **Transaction date:** | 09/01/2023 |
| **Transaction amount:** | $129.90 |
| **Reference number:** | 55432863244208590136352 |
| **Transaction type:** | Purchase |
| **Merchant category:** | TRAVEL AGENCIES |
| **Expense category:** | Transportation |
| **Code:** | 4722 |



 **Bank of America**                                     **Online Banking**

**Account Name: MADISON SAMPLE JR 0818 Transaction Details**

|  |  |
|--|--|
| **Merchant:** | AIRBNB HMDRJHTY3M |
| **Transaction date:** | 09/08/2023 |
| **Transaction amount:** | $1,121.90 |
| **Reference number:** | 55429503251743807027306 |
| **Transaction type:** | Purchase |
| **Merchant category:** | TRAVEL AGENCIES |
| **Expense category:** | Transportation |
| **Code:** | 4722 |

 

**Bank of America** **Online Banking**

**Account Name: Business Adv Customized Cash Rewards - 0818 Transaction Details**

|  |  |
|---|---|
| **Merchant:** | COMSTOCK INN & CONFERE |
| **Transaction date:** | 09/12/2023 |
| **Transaction amount:** | $945.00 |
| **Balance:** | $1,089.27 |
| **Reference number:** | 55506293256750395567162 |
| **Transaction type:** | Purchase |
| **Merchant category:** | LODGING-HOTELS, MOTELS, AND RESORTS |
| **Expense category:** | Hotels and Motels |
| **Code:** | 7011 |

**Bank of America**  MY COPY                          Online Banki

---

**Account Name: Business Adv Customized Cash Rewards ▮▮▮▮ Transaction Details**

---

**Merchant:** CHRISTIAN FILIPINA

**Transaction date:** 07/02/2023

**Transaction amount:** $597.00

**Balance:** $852.05

**Reference number:** 85247863183900012469941

**Transaction type:** Purchase

**Merchant category:** DATING SERVICES

**Expense category:** Personal Service Providers

**Code:** 7273

*Some Dating Service Spendings.*

*This transaction is repeated throughout 2023, for dating.*

*Dating Service is over the $400.00 limit per 4/11/2023 Court order. The Court ignors DR. Si actions time and time again. Why?*

**Bank of America**

**Online Banking**

**Account Name: MADISON SAMPLE JR** ▮▮▮ **Transaction Details**

| | |
|---|---|
| **Merchant:** | CHRISTIAN FILIPINA |
| **Transaction date:** | 08/04/2023 |
| **Transaction amount:** | $229.95 |
| **Reference number:** | 85247863216900015796804 |
| **Transaction type:** | Purchase |
| **Merchant category:** | DATING SERVICES |
| **Expense category:** | Personal Service Providers |
| **Code:** | 7273 |

| 23 | AIRBNB HMF9X4WJ59 | | $850.43 |
| .023 | WALGREENS #11955 | | $24.25 |
| '2023 | CHRISTIAN FILIPINA | | $229.95 |

| | | |
|---|---|---|
| **Transaction date:** | 08/04/2023 | |
| **Reference number:** | 85247863216900015796804 | |
| **Transaction type:** | Purchase | |
| **Merchant category:** | DATING SERVICES | |
| **Expense category:** | Personal Service Providers | |
| **Code:** | ▮▮▮▮ | |

Print transaction details | Dispute this transaction

| 08/07/2023 | BIG JOHN STEAK & ONION. | | $9.96 |
| 08/04/2023 | SORIANO'S MEXICAN KITC | | $56.47 |
| 08/04/2023 | RBT SUNOCO 0805953700 | | -$0.41 |
| 08/04/2023 | RBT PANDA EXPRESS #278 | | -$0.41 |
| 08/04/2023 | RBT FIRST WATCH - 0686 | | -$1.03 |

 **Bank of America**

 Online Bankir

**Account Name: Business Adv Customized Cash Rewards -**  **Transaction Details**

|  |  |
|---|---|
| **Merchant:** | JAL 1312138741414 |
| **Transaction date:** | 08/09/2023 |
| **Transaction amount:** | $2,120.95 |
| **Reference number:** | 55417343221872215601154 |
| **Transaction type:** | Purchase |
| **Merchant category:** | JAPAN AIR LINES |
| **Expense category:** | Airlines |
| **Code:** | 3006 |

*Dating and Possible busines[s] Interest overseas.*

*Details regarding this trip are stored on our home Computer, which was Stolen from our home by Madison.*

| te ↓ | Description | | |
|---|---|---|---|
| 08/11/2023 | MCDONALD'S F11921 | 🛒 | $1. |
| 08/10/2023 | MCALISTER'S 103790 | 🛒 | $12. |
| ) 08/10/2023 | JAL 1312138741414 | 🛒 | $2,120.9! |

| Transaction date: | 08/09/2023 |
|---|---|
| Reference number: | 55417343221872215601154 |
| Transaction type: | Purchase |
| Merchant category: | JAPAN AIR LINES |
| Expense category: | Airlines |
| Code: | ████ |

Print transaction details | Dispute this transaction

| ▶ 08/09/2023 | SPEEDWAY 05343 RT 83 9 | 🛒 | $53.96 |
|---|---|---|---|
| ▶ 08/09/2023 | KROGER #795 | 🛒 | $46.55 |

**Bank of America** 

Online Banking

**Account Name: Business Adv Customized Cash Rewards -** ▮▮▮▮ **Transaction Details**

| | |
|---|---|
| **Merchant:** | CEBU AIR I |
| **Transaction date:** | 09/01/2023 |
| **Transaction amount:** | $120.10 |
| **Reference number:** | 75206233244080735157702 |
| **Transaction type:** | Purchase |
| **Merchant category:** | CEBU PACIFIC - CEBU PA |
| **Expense category:** | Airlines |
| **Code:** | 3072 |

Dating and Possible busines
interest overseas.

Details regarding this
overseas trip is stored on
our home computer. Which was
taken by Madison.



**YOUR TICKET TO VISA SUCCESS**

Call us to redeem your free visa consultation:

**(808) 466-3657**

TICKET EXPIRES:

**3/23/2024**

TAKE ACTION BEFORE EXPIRES TODAY!



# BREAKING NEWS

Release Date: 1/30/2024

## U.S. CITIZENSHIP & IMMIGRATION SERVICE

### MOST VISA & IMMIGRATION FEES INCREASING ON APRIL 1st, 2024

IMMIGRATION AND NATURALIZATION FEES WILL
INCREASE EFFECTIVELY ON APRIL 2024

BEGIN THE VISA PROCESS NOW
BEFORE THE FEES INCREASE!

CALL NOW AT (808) 466-3657

HELPING VISA



**FILIPINO VISA**
FREE FILIPINO VISA EVALUATION SERVICE

### Differences Between CR1 and K-1 Visas for U.S. Immigration

| CR1 Visa - Spousal Visa | K-1 Visa - Fiancé(e) Visa |
|---|---|

*What is the purpose of each visa type?*

| For married couples— spouses of U.S. citizens or lawful permanent residents. | For engaged couples— fiancé(e)s of U.S. citizens who plan to marry in the U.S. within 90 days of arrival. |
|---|---|

*How long does it take to process each visa type?*

| It takes longer than the K-1 visa due to the necessary steps of obtaining an immigrant visa abroad. | Generally faster than the CR1 visa as it involves fewer steps to approval. |
|---|---|

*How do the visa types differ in terms of getting permanent residency?*

| Upon arrival in the U.S., the spouse receives a social security number, two-year green card (conditional residence) and must later apply for permanent residence. | The foreign fiancé(e) can enter the U.S. and must marry the U.S. citizen within 90 days. After marriage, they must apply for adjustment of status to become a permanent resident. |
|---|---|

*How do the visa types differ in terms of work authorization upon arrival in the U.S.?*

| The spouse can work right away. | The spouse needs to apply to get an authorization to work. |
|---|---|

*For whom is each visa best suited?*

| Couples who are already married and ready to begin their journey toward permanent residence in the U.S. | Couples who are engaged but not yet married and want to be together in the U.S. as soon as possible. |
|---|---|

Whatever your choice, remember that both processes require thorough preparation, adherence to U.S. immigration laws, and clear communication between you and your partner. Always consult with an immigration expert for personalized guidance.

We can help you decide which visa process is best suited for you depending on your needs. Don't let this information slip you away. Call now at **(808) 466-3657** to claim your FREE immigration consultation.

2023/2024    Possibly supporting someone overseas.
Hi Madison,    Further information stored on home computer stolen by Madison

As you are a valued Christian Filipina member, I want to share with you an important update in the immigration world right now.

The U.S. Citizenship and Immigration Services (USCIS) has issued a final rule to increase travel and immigration application fees.

Fortunately, the new prices do not take effect until April 1st, 2024. Do you have someone special in your life that you might like helping travel to the U.S. to be with you? If you start the application processing now, you may be able to beat the fee increase.

Allow me to introduce myself.

I'm Gen, a Visa Specialist at Filipino Visa, the sister company of Christian Filipina. My team and I want to help you with all of your visa and travel needs. We can also help if you are already engaged, or even married.

In this envelope, I've included a ticket redeemable for a free travel and immigration consultation with one of our experts. Call to speak with us.

But hurry. The ticket expires on March 23rd, 2024 – and our calendar will fill up quickly. Call us today at (808) 466-3657.

Yours in success,
Genevieve Manlutac
Filipino Visa Specialist
(808) 466-3657

"Therefore what God joins together, let not man separate." (Matthew 19:6)

Madison,

You're receiving this letter because our records show that you may have found God's match for you through our Christian Filipina community. Now we want to help you take the next step by physically uniting you with your partner.

Inside this packet you'll find valuable and important information about how to apply for and obtain a K-1 or CR1 visa for you and your significant other.

The information enclosed will answer important questions such as:

1. What's the difference between a K-1 and CR1 Visa?
2. How long does each Visa take to process?
3. How do they differ in terms of work authorization upon arrival in the U.S.?
4. For whom is each visa type best suited?

Our experienced team has helped thousands of happy people with bringing their loved ones to the United States as quickly as possible, through safe and legal means. We're here to help you make the process fast, easy, and hassle-free.

Yours in success,

Genevieve Manlutac, Visa Specialist at Filipino Visa

(808) 466-3657

P.S. I've included a ticket redeemable for a free travel and immigration consultation with one of our experts. It expires on May 23rd, 2024 and our calendar fills up quickly, so please call us today at (808) 466-3657 to claim your free consultation while spots are still available.

 **Bank of America**                    **Online Banking**

**Account Name: MADISON SAMPLE JR** ▮ **Transaction Details**

|  |  |
|---|---|
| **Merchant:** | REDWOOD LODGE - F&B |
| **Transaction date:** | 03/06/2023 |
| **Transaction amount:** | $21.82 |
| **Reference number:** | 24000973066528401177182 |
| **Transaction type:** | Purchase |
| **Merchant category:** | EATING PLACES, RESTAURANTS |
| **Expense category:** | Amusement and Entertainment |
| **Code:** | 5812 |

Excessive Hotel Bookings, Dating, Business Dissapation, etc,



**Bank of America**             **Online Banking**

**Account Name: MADISON SAMPLE JR**    **Transaction Details**

|  |  |
|---|---|
| **Merchant:** | AIRBNB HM8X3TXBBB |
| **Transaction date:** | 03/20/2023 |
| **Transaction amount:** | $684.67 |
| **Reference number:** | 24492153079868853446027 |
| **Transaction type:** | Purchase |
| **Merchant category:** | TRAVEL AGENCIES |
| **Expense category:** | Transportation |
| **Code:** | 4722 |

 Bank of America

Online Banking

**Account Name: Business Adv Customized Cash Rewards –** ▮▮▮ **Transaction Details**

| | |
|---|---|
| **Merchant:** | FOUR POINTS BY SHERATO |
| **Transaction date:** | 04/19/2023 |
| **Transaction amount:** | $0.01 |
| **Reference number:** | 55432863110201170996098 |
| **Transaction type:** | Purchase |
| **Merchant category:** | LODGING-HOTELS, MOTELS, AND RESORTS |
| **Expense category:** | Hotels and Motels |
| **Code:** | 7011 |

 Bank of America

Online Banking

**Account Name: MADISON SAMPLE JR** ███ **Transaction Details**

|  |  |
|---|---|
| **Merchant:** | COURTYARD STEELE |
| **Transaction date:** | 05/24/2023 |
| **Transaction amount:** | $724.92 |
| **Reference number:** | 55432863144201283684953 |
| **Transaction type:** | Purchase |
| **Merchant category:** | COURTYARD BY MARRIOTT |
| **Expense category:** | Hotels and Motels |
| **Code:** | 3690 |

Further details regarding these hotel transactions are
Stored on our home computer, stolen by Madison.



Bank of America | Online Banking

Account Name: MADISON SAMPLE JR [redacted] Transaction Details

Merchant: UNITED [illegible] VACATION

Transaction date: 05/24/2023

Transaction amount: $[illegible]

Reference number: [illegible]

Transaction type: Purchase

Merchant category: TRAVEL AGENCIES

Expense category: Transportatio[illegible]

Code: [illegible]

Bank of America

Online Banking

Account Name: MADISON SAMPLE JR ████  Transaction Details

Merchant: COUNTRY INN & ...

Transaction date: ...

Transaction amount: ...

Reference number: ...

Transaction type: Purchase

Merchant category: COUNTRY INN & ...

Expense category: ...

Code: ...

*Financial Spendings*

*led not*

*reporting ...*

**Bank of America**  Online Banking

Account Name: MADISON SAMPLE — Transaction Details

**Merchant:** Memorial Network Int'l

**Transaction date:**

**Transaction amount:**

**Reference number:**

**Transaction type:** Purchase

**Merchant category:** PAYMENT TRANSACTION / FINANCIAL INSTITUTIONS

**Expense category:** Services

**Code:**



**Bank of America** **Online Ban.**

**Account Name: MADISON SAMPLE JR** **Transaction Details**

| | |
|---|---|
| **Merchant:** | HILTON GARDEN INN |
| **Transaction date:** | 06/25/2023 |
| **Transaction amount:** | $595.98 |
| **Reference number:** | 24755423177151774530173 |
| **Transaction type:** | Purchase |
| **Merchant category:** | HILTON GARDEN INN |
| **Expense category:** | Hotels and Motels |
| **Code:** | 3604 |

**Bank of America** 🇺🇸

**Online Banking**

**Account Name: Business Adv Customized Cash Rewards ▬** **Transaction Details**

| | |
|---|---|
| **Merchant:** | AIRBNB HMKRCD3PCQ |
| **Transaction date:** | 07/07/2023 |
| **Transaction amount:** | $372.36 |
| **Reference number:** | 55429503188717903512013 |
| **Transaction type:** | Purchase |
| **Merchant category:** | TRAVEL AGENCIES |
| **Expense category:** | Transportation |
| **Code:** | 4722 |



  

**Bank of America**                                                                              **Online Banking**

**Account Name: Business Adv Customized Cash Rewards**  **Transaction Details**

| | |
|---|---|
| **Merchant:** | COURTYARD STEELE |
| **Transaction date:** | 07/19/2023 |
| **Transaction amount:** | $0.01 |
| **Reference number:** | 55432863205206954309968 |
| **Transaction type:** | Purchase |
| **Merchant category:** | COURTYARD BY MARRIOTT |
| **Expense category:** | Hotels and Motels |
| **Code:** | 3690 |



Bank of America 🇺🇸                                    Online Banking

Account Name: Business Adv Customized Cash Rewards      Transaction Details

Merchant:          COURTYARD STEEL

Transaction date:  07/21/2023

Transaction amount:  $31.05

Reference number:

Transaction type:  Purchase

Merchant category:  COURTYARD BY MARRIOTT

Expense category:  Hotels & Motels

Code:

 **Bank of America** **Online Banking**

**Account Name: Business Adv Customized Cash Rewards** ▇ **Transaction Details**

|  |  |
|---|---|
| **Merchant:** | BUDGET RENT A CAR |
| **Transaction date:** | 07/23/2023 |
| **Transaction amount:** | $265.85 |
| **Reference number:** | 52708063205826655433998 |
| **Transaction type:** | Purchase |
| **Merchant category:** | BUDGET RENT-A-CAR |
| **Expense category:** | Automobile/Vehicle Rentals |
| **Code:** | 3366 |

 Bank of America  Online Banking



**Account Name: Business Adv Customized Cash Rewards** ▓▓ **Transaction Details**

| | |
|---|---|
| **Merchant:** | COMSTOCK INN & CONFERE |
| **Transaction date:** | 07/29/2023 |
| **Transaction amount:** | $102.60 |
| **Reference number:** | 55506293211750384940721 |
| **Transaction type:** | Purchase |
| **Merchant category:** | LODGING-HOTELS, MOTELS, AND RESORTS |
| **Expense category:** | Hotels and Motels |
| **Code:** | 7011 |

  

**Bank of America** **Online Banking**

**Account Name: Business Adv Customized Cash Rewards ▮▮▮ Transaction Details**

|  |  |
|---|---|
| **Merchant:** | COMSTOCK INN & CONFERE |
| **Transaction date:** | 07/30/2023 |
| **Transaction amount:** | -$102.60 |
| **Reference number:** | 55506293212750385099773 |
| **Transaction type:** | Purchase |
| **Merchant category:** | LODGING-HOTELS, MOTELS, AND RESORTS |
| **Expense category:** | Hotels and Motels |
| **Code:** | 7011 |



**Bank of America** 🇺🇸

Online Banking

Account Name: Business Adv Customized Cash Rewards    Transaction Details

Merchant:    AIRBNB  HM3Z5RA42?

Transaction date:

Transaction amount:

Reference number:

Transaction type:    Purchase

Merchant category:    TRAVEL AGENCIES

Expense category:

Code:



 **Bank of America**  **Online Banking**

**Account Name: Business Adv Customized Cash Rewards** ▬▬▬ **Transaction Details**

|  |  |
|---|---|
| **Merchant:** | AIRBNB HMF9X4WJ59 |
| **Transaction date:** | 08/05/2023 |
| **Transaction amount:** | $850.43 |
| **Reference number:** | 55429503217743399205909 |
| **Transaction type:** | Purchase |
| **Merchant category:** | TRAVEL AGENCIES |
| **Expense category:** | Transportation |
| **Code:** | 4722 |

 **Bank of America** 

**Online Banking**

**Account Name: Business Adv Customized Cash Rewards –** ▓▓▓ **ransaction Details**

|  |  |
|---|---|
| **Merchant:** | HOTELSCOM7263618373662 |
| **Transaction date:** | 08/20/2023 |
| **Transaction amount:** | $192.10 |
| **Reference number:** | 55432863232204998827019 |
| **Transaction type:** | Purchase |
| **Merchant category:** | TRAVEL AGENCIES |
| **Expense category:** | Transportation |
| **Code:** | 4722 |

  

**Bank of America** **Online Banking**

**Account Name: Business Adv Customized Cash Rewards ▬▬ Transaction Details**

|  |  |
|---|---|
| **Merchant:** | AIRBNB HMNEA4WH2P |
| **Transaction date:** | 08/22/2023 |
| **Transaction amount:** | $786.77 |
| **Reference number:** | 55429503234713095338857 |
| **Transaction type:** | Purchase |
| **Merchant category:** | TRAVEL AGENCIES |
| **Expense category:** | Transportation |
| **Code:** | 4722 |

**Bank of America** 〈〈〈〈

Online Banking

**Account Name: MADISON SAMPLE JR** ▮▮▮▮ **Transaction Details**

*TRAVEL*

| | |
|---|---|
| **Merchant:** | EXPEDIA 72640611155288 |
| **Transaction date:** | 08/25/2023 |
| **Transaction amount:** | $907.92 |
| **Reference number:** | 55432863237206681335627 |
| **Transaction type:** | Purchase |
| **Merchant category:** | TRAVEL AGENCIES |
| **Expense category:** | Transportation |
| **Code:** | 4722 |

**Bank of America** 🇺🇸

Online Banking

Account Name: MADISON SAMPLE JR ▉▉ Transaction Details

| | |
|---|---|
| Merchant: | EXPEDIA 72640611155288 |
| Transaction date: | 08/29/2023 |
| Transaction amount: | $44.38 |
| Reference number: | 55432863241207888946178 |
| Transaction type: | Purchase |
| Merchant category: | TRAVEL AGENCIES |
| Expense category: | Transportation |
| Code: | 4722 |



**Online Banking**

Account Name: Business Adv Customized Cash Rewards - ▮▮▮ Transaction Details

| | |
|---|---|
| **Merchant:** | EXPEDIA 72640611155288 |
| **Transaction date:** | 09/01/2023 |
| **Transaction amount:** | $129.90 |
| **Reference number:** | 55432863244208590136352 |
| **Transaction type:** | Purchase |
| **Merchant category:** | TRAVEL AGENCIES |
| **Expense category:** | Transportation |
| **Code:** | 4722 |



Bank of America 🇺🇸      Online Banking

Account Name: MADISON SAMPLE JR    Transaction Detail

Merchant : AIRBNB HM47MNTZ4

Transaction date : 06/01/2023

Transaction amount : $3,421.90

Reference number : 5543050308473101052813

Transaction type : Purchase

Merchant category : TRAVEL AGENCY

Expense category : Transportation

Code : 4722

 **Bank of America**   **Online Banking**

**Account Name: MADISON SAMPLE JR** ████ **Transaction Details**

|  |  |
|---|---|
| **Merchant:** | AIRBNB HMDRJHTY3M |
| **Transaction date:** | 09/08/2023 |
| **Transaction amount:** | $1,121.90 |
| **Reference number:** | 55429503251743807027306 |
| **Transaction type:** | Purchase |
| **Merchant category:** | TRAVEL AGENCIES |
| **Expense category:** | Transportation |
| **Code:** | 4722 |

**Bank of America**  **Online Banking**

**Account Name: Business Adv Customized Cash Rewards** ▮ **Transaction Details**

|  |  |
|---|---|
| **Merchant:** | COMSTOCK INN & CONFERE |
| **Transaction date:** | 09/12/2023 |
| **Transaction amount:** | $945.00 |
| **Balance:** | $1,089.27 |
| **Reference number:** | 55506293256750395567162 |
| **Transaction type:** | Purchase |
| **Merchant category:** | LODGING-HOTELS, MOTELS, AND RESORTS |
| **Expense category:** | Hotels and Motels |
| **Code:** | 7011 |

 Bank of America

Account Name: Business Adv Customized Cash Rewards -  Transaction Details

| | |
|---|---|
| **Merchant:** | BP#9736190CAPL IL00QPS |
| **Transaction date:** | 09/19/2023 |
| **Transaction amount:** | $50.83 |
| **Balance:** | $16,692.86 |
| **Reference number:** | 55316583263744001986226 |
| **Transaction type:** | Purchase |
| **Merchant category:** | AUTOMATED FUEL DISPENSERS |
| **Expense category:** | Automobiles and Vehicles |
| **Code:** | 5542 |

 Bank of America

Account Name: Business Adv Customized Cash Rewards  ansaction Details

| | |
|---|---|
| **Merchant:** | BP#6447288BATTLE CRQPS |
| **Transaction date:** | 09/17/2023 |
| **Transaction amount:** | $45.09 |
| **Balance:** | $16,455.82 |
| **Reference number:** | 55316583261744009703112 |
| **Transaction type:** | Purchase |
| **Merchant category:** | AUTOMATED FUEL DISPENSERS |
| **Expense category:** | Automobiles and Vehicles |
| **Code:** | 5542 |

# EXHITBIT: 9

## DEATH THREAT, JUDICIAL THREATS, INTIMIDATION, AND HARASSMENT BY DEFENDANT, DR MADISON SAMPLE

 **Gmail**

Jack Johnson <jackshousinganddevelopment@gmail.com>

## Summary

**Madison Sample Jr** <msamplejr@gmail.com>
To: Jack Sample <jackshousinganddevelopment@gmail.com>
Cc: "Madison (share) Sample, Jr" <msamplejr@gmail.com>

Tue, Jul 25, 2023 at 10:46 AM

Jackie

I prefer talking to you but I am sure that will not go well.

I am sure you heard the Judge. He made it clear that this should be easier without kids. This should be like contract negotiations. Divorce is always hard. It is hard on me like it is on you. But do we really want to make a hard situation worse! We are at a critical point. Either we
1. Work together and mediate to an agreement or
2. We will continue to litigate, spend money we don't have or we should split and come out the other end far worse.
Do you really want to spend proceeds from the 7439 Prairie sale to hurt me, or is it better to have that money for yourself?

I have instructed John to make you a good offer that you and your attorney can review. We need to remove emotions out of it because emotions can lead to both of us being a lot poorer!

I know you are angry with me. But I beg you to look at this moment critically. I remember when you used to brag "I am not like most women. I think like a man". You (not me) said this to disparage women. I am not saying all men think logically. What I am saying is that our current situation demands that we think logical.

I have not been able to talk with you in many months! I pray we can talk about this tonight.

The Judge could not of been more clear! Is it more important to hurt me or you having a piece of a bigger money pie to live more important. It's up to you. I have been consistent from the beginning. It's more important to sale the house, divide assets and liabilities and move on.

Madison

Sent from my iPod

Madison Sample Jr MD

 **Gmail**

Jack Johnson <jackshousinganddevelopment@gmail.com>

---

## Re: Settlement Outline.

---

**Madison Sample Jr** <msamplejr@gmail.com>                                    Mon, Aug 7, 2023 at 4:50 PM
To: Jack Johnson <jackshousinganddevelopment@gmail.com>

You still underestimate me. I know who you are and what you have. And it has a name.

The Judges impassioned speech I thought would not rest in your soul.

Several things I know about you:
1. Your Number one game is control. You take glee in trying to control and manipulate me. Even when it is not in your best interest.
2. I have become a cash cow only. I spent a big savings account to zero and even money I didn't have.
I can never give you enough! There is often a Violent reaction when i tell you NO. Your will is the only thing that is important in your dominion.
3. You want to break me. It is more important that you tarnish my reputation with my family and job, Even if that hurts you. The Judge could not have been more clear. The path you have chosen leads to death. You don't care.
4. You do not even have the ability to say you are sorry. You cannot apologize.
5. Your master plan is to delay this home sale until it doesn't sale. I cannot pay house not anymore. And we lose Big money to the non black man Bank. Of course, it will be my fault for your delay. Again.

Those attributes have a name. Your chosen path will lead to destruction and once achieved you will blame me for your decision. Again, that has a diagnosis.

A. I was Very important for your parents when medical problems arose. I am Not sure your mother would be alive without me.
B. I took good care of you. You experienced things you never would have otherwise!
C. Many times I took care of you when sick including asthma. It didn't matter what time of day or my work schedule the next day.

It is CLEAR, that it is More important that I lose everything including my reputation; than you being in the best position to succeed post divorce. You say you are different than most women. That is not true. This is all emotion and no logic. Just like what most men in the West experience. Same path. Different woman.

You want to burn the house down. I see really clearly. I don't even believe you have any intellectual control over your actions. It is all reflex actions. That's saying something.

Sent from my iPod

Madison Sample Jr MD

> On Aug 6, 2023, at 8:31 AM, Jack Johnson <jackshousinganddevelopment@gmail.com> wrote:
>
> Thanks Madison Understood.
>
> I need access to our credit card. You have seen how badly I need new-underwear for over 6 months.
> I've been wearing underwear which is fit for the trash since January, and it's embarrassing.
>
> Also, my daughter, Tayler need me. May i use our card to go and check on my daughter?
> Hopefully you agree that checking on Tayler's well being shouldn't be based on you punishing me or negotiating your leverage.
>
> You have taken at least 5 getaways and haven't you seen your family and kids recently?
> I hope so. Withholding financial means is cruel especially when blocking my access results in me being unable to check on my daughter, Tayler.
>
> Not only does Tayler need me. I need her too. Will you please not stand in the way of this?
>
> If you don't undo this and make this trip possible for me to check on Tayler and for me to be able to meet basic needs,

there will never be a reason that you should refer to me as Jackie dear.

This is my last time requesting that you make allowance for my humanistic basic need be met,

Thanks Madison

<image0.jpeg>
<image1.jpeg>

> On Aug 5, 2023, at 4:08 AM, Madison Sample Jr <msamplejr@gmail.com> wrote:
>
> It's one account. Itrust capital is an IRA account  Even now you don't realize how much I cashed out to build this house.
> I don't want to spend any more more money on lawyers.
>
> I will be home Monday morning.
>
> <image0.png>
>
> Sent from my iPod
>
> Madison Sample Jr MD
>
>> On Aug 5, 2023, at 1:07 AM, Jack Johnson <jackshousinganddevelopment@gmail.com> wrote:
>>
>>
>> Thanks for sending Madison. How much is in the IRA and IT trust?
>>
>> On Fri, Aug 4, 2023 at 9:28AM Madison Sample Jr <msamplejr@yahoo.com> wrote:
>> Jackie dear
>> Let's get this done.
>>
>>
>> Sent from my iPod
>>
>> Madison Sample Jr MD

8:32 ☾

Madison Sample

Sat, Feb 18 at 3:14 PM

I won't talk with you on the phone. Will try once to talk like adults when and IF I see you again.
The Judge will determine everything else.

Text Message
Sat, Feb 18 at 6:26 PM

I won't talk with you on the phone. Will try once to talk like adults when and IF I see you again.
The Judge will determine everything else.

iMessage
Sun, Feb 19 at 1:59 PM

*Judicial Intimidation* ←



🍎Cash

*Madison (handwritten)*

*Force the Agreement below, to me to sign? (handwritten)*

Divorce Negotiation Agreed issues

*Manipulation (handwritten)*

*I Never Agreed To This (handwritten, right margin, vertical)*

1. Sale of 7439 s Prairie. Happening now. Jackie will take all the money from this sale. However, Jackie will pay me all monies I gave her to have property readied for sale within 48 hours of property close.
2. I will keep the house at 9476 Falling water drive east. I solely earned the $1.2 million dollars in addition to the $1.5 million dollar loan to finish the house.
3. Jeep title is in Madison's name. Needs to be changed to Jackie's name. I will assist in this with Jackie.
4. Jackie's name will be removed from iPass Illinois after this change.
5. Jackie will rescind ALL rights to property at 9476 Falling Water drive East Burr Ridge IL. This will be done freely and without coercion. This includes removing her name from home title or quit claim deed to my name only. A separate dated and notarized document to this effect will occur. Madison will pay attorney fees if needed.
6. I will then provide proof of funds for $200,000. These funds will be paid out to Jackie within 18 months of date of this signature.
7. If money is needed from me for Jackie to move out, those funds will be subtracted from the TOTAL payment of $200,000.
8. Madison and Jackie will file Federal and State of Illinois taxes as joint for the years 2022 and 2023. Any refund will be split 50/50 between both parties. Madison will show PROOF of refund to Jackie's satisfaction. Jackie will make every good faith effort to get tax documents to Madison or the accountant so we meet the filing deadline. If there are taxes due, Madison will pay those solely himself.
9. Jackie will keep solely her businesses including– salon119spa, LeKula, the land next to LeKula, the apartments for rent on 119th street.
10. Madison has no claim to Jackies businesses, building, rents, booth rents, LeKula present and future profits. Madison also has no claim to Jackies fur coats, 5 computers and phones, Jeep, wedding rings, clothing, investments of all types, multiple jewelry of all types.
11. Jackie has no claim to my salary including alimony, bmw, 9476 falling water drive east home, rolex watch, business interests, wedding ring, music equipment, investments of all types.
12. Madison and Jackie will remove our names from the others business accounts as a signator. This includes Jackie removing her name from joint BofA account and Chase credit card account.
13. Jackie will receive all funds from Chase savings account.
14. Cash money in safe will be divided 50/50 between both parties. All other items in the safe are the property of Madison alone.
15. There is a lot of alcohol. All is the property of Jackie except 10 bottles Madison will possess of his own choosing.
16. Madison will keep one piece of exercise equipment.
17. Madison will keep all his personal items accrued over the years before knowing Jackie. For example, all awards, certificates, recognition trophies, diplomas, and certifications.
18. Jackie will keep all her personal items accrued over the years before knowing Madison. For example, all her children many awards and photos, business awards and photos, videos, etc..
19. Jackie can possess the new extra tv with remote at her own discretion.

20. Jackie will assist in good faith, to resolve the open claim with Prime Time Painting.  Madison will in good faith do the same.  All Prime Time painting attorneys' fees will be the sole bill of Madison.

21. Jackie is continuing her round of pain injections.  She will continue these for next 2 surgical procedures.  At Madison's sole expense.  This will not decrease total $200K payout to Jackie.

 Gmail

Jack Johnson <jackshousinganddevelopment@gmail.com>

---

### Re:

**Madison Sample Jr** <msamplejr@gmail.com>
To: Jack Johnson <jackshousinganddevelopment@gmail.com>

Sat, Jun 10, 2023 at 6:52 PM

Jack

It is simple. You talk to my lawyer for a SIGNED mediation agreement. Then you will have the money you need.
Using excess testosterone in taking my car, not consulting me etc.., will not work. Mediation as I suggested December 2022 would have been much better for both of us. This is just giving money to lawyers and wasting money.
The ball is still in your court; not mine.
It is not only about what you get. That is a one sided contract. You don't understand that.

Please forward me countertop contact person info. Again, if I were you, I would do EVERYTHING I could to sale this house. That will be a big chunk of money for you and I. Maybe you don't need the help, but I do.

Sent from my iPod

Madison Sample Jr MD

> On Jun 10, 2023, at 4:35 PM, Jack Johnson <jackshousinganddevelopment@gmail.com> wrote:
>
> The actions you have taken are jeopardizing the contract on 7439 South Prairie Street, which will cause additional financial devastation if I lose this buyer. It is best for US as a whole to not let this happen.
>
> I recently discovered that our joint Bank of America checking account was closed last Thursday for the second time. It appears that you have taken complete control and are making unilateral decisions based on what you believe is best. I also noticed that you are intentionally hindering my efforts to finalize the sale of the building at 7439 S Prairie Street by denying me access to any marital funds necessary for the purpose of closing on this building, which is crucial for me to achieve financial independence. Your actions have consistently obstructed my progress, and I am concerned your actions may put the existing contract with a qualified buyer at risk, potentially leading to its cancellation on the contract currently in place.
>
> I kindly request that you use this email as an opportunity to reconsider your decisions. I sincerely hope that you will reverse the course of action you have taken, such as decreasing our Chase credit limit, depleting our joint Bank of America account without replenishing it, and ultimately closing it again. Additionally, the dissipation of our accounts and investments, as well as transferring funds from old accounts to newly opened ones with the intention of concealing finances and investments, must come to an end. It is crucial that we put a stop to these actions before the situation worsens.
>
> Madison, in all fairness, it was you who pursued me on three separate occasions and on the third time persistently pleaded for my hand in marriage. Based on the promises you made, I accepted your proposal. I did not ask to be in this situation where I no longer have the financial independence I once had but gave it up per your requests. Since 2013, my life's decisions have been redirected, altered, or coerced, starting with the extravagant wedding that I did not desire but went through to please you. I wanted to invest in another piece of property instead of spending $50,000 or so on a wedding. Giving up my Claremont house, taking a leave of absence from my career, and accepting a burdensome SBA loan of $11,000 were choices I made, acknowledging your leadership in our household. I did not willingly put myself in a position of dependence; it is the consequence of your leadership and the promises you made. You cannot discard me as if I were worthless with no means to take care of myself, simply because you choose to do so.
>
> It is crucial for me to close the transaction on Prairie Street so that I can access the necessary funds during this divorce process. I must emphasize that no legal system or christian church affiliation would approve of what you have done and what you are currently doing. I implore you to immediately cease these actions and make things fair as it relates to our finances starting now.
>
> Sincerely,
>
> Jackie

<IMG_5533.png>
<IMG_5534.png>

 Gmail

Jack Johnson <jackshousinganddevelopment@gmail.com>

## Re: Visiting Tayler

Thu, Jun 8, 2023 at 3:45 PM

Madison Sample Jr <msamplejr@gmail.com>
To: Jack Johnson <jackshousinganddevelopment@gmail.com>

Jack

I appreciate the desires and wants you have. You express them liberally and sometimes you just take what you want. Every day this divorce is prolonged, hurts me in multiple ways. I will not be giving you additional monies. The quick way to get some money you request is to come to the table; and finish the divorce process asap.
It's time to live in the real world.

Sent from my iPod

Madison Sample Jr MD

On Jun 8, 2023, at 7:59 AM, Jack Johnson <jackshousinganddevelopment@gmail.com> wrote:

Hi Madison
I would appreciate the opportunity to visit San Antonio and check on Tayler. As you are aware, this was our plan before the divorce filing and the subsequent blocking of my access to our funds. We had discussed the possibility of going to San Antonio together during your vacation week in March or April. Although we were unable to make the trip, I still have a strong desire to spend time with my daughter. However, due to my current financial limitations, I am unable to do so at this time. I have always supported your relationship with your children and extended family members, and I kindly request that you refrain from using my lack of resources as a bargaining tactic to prevent me from seeing my daughter. I hope you can understand and support me during this challenging period. Can we make this visit happen?
Jack

 Gmail

Jack Johnson <jackshousinganddevelopment@gmail.com>

---

**Last Offer**

---

**Madison Sample Jr** <msamplejr@gmail.com>                                                   Fri, Jun 2, 2023 at 1:07 PM
To: Jack Sample <jackshousinganddevelopment@gmail.com>
Cc: "Madison (share) Sample, Jr" <msamplejr@gmail.com>

Jackie. You find yourself in a precarious situation. This is what I am willing to do. I am NOT willing to just give you money.

1. Our attorneys ratify the below agreement.
2. AFTER that is done, then monies can be dispersed
3. Save the $12-15,000 for mediation.
4. All proceeds for 7439 sale go to you. Well over $140K.
5. $10K from me to you so you can close.
6. You move out within 30 days of your closing at 7439.
7. $40K to you within 30 days after you move out.
8. Another $50K 12 month after you move out.
9. $3,000 per month to you, starting 60 days after you move out for 36 months. Then spousal support ends.
10. You sign over any and all rights to me to house at 9476 Falling water drive east Burr Ridge IL.
11. You remove your name from all my BofA accounts including #1808 and business accounts.
12. You remove your name from my Chase account.
13. I remove my name from your BofA accounts.
14. You return all items you stole from me within 24 hours.
15. I will pay for Jeep auto repair coming up soon.
16. You accompany me to transfer Jeep into your name.
17. Your movers be careful upon moving your items out

Simple. Straight forward. Clean. This gives you the money to close and more. Gives me the peace to move on.

If you refuse. Good luck to you. Your attorney is not going to force me to do anything. I already changed beneficiary for my life insurance if anything were to happen to me.
You have forgotten how much I have done for you. Money does not appear like magic. I studied long and hard and dedicated myself to a profession.
You will have your wish to make your own decisions.
Don't come to me asking for ANYTHING and yet trying to treat me like a child! Taking my car. Taking my watch. Trying to take my dignity. You already withdrew your respect long ago. I have to be careful not to get a spanking. I already get lots of words of Affirmation that I am evil. I will be done with this soon.
This is my best offer.

Madison

Sent from my iPod

Madison Sample Jr MD

 **Gmail**

Jack Johnson <jackshousinganddevelopment@gmail.com>

## Re:

**Madison Sample Jr** <msamplejr@gmail.com>
To: Jack Johnson <jackshousinganddevelopment@gmail.com>

Wed, Apr 12, 2023 at 12:08 PM

Hello Jackie

I talk to everyone much less that I was before. My fuse is too short.
I was looking at rents in Bolingbrook. Could find something $1500 or less.
You should consider taking my offer sooner than later. I also believe you should
Not lose the Salon.

It is ashamed it has come to this. I pleaded for years for a change. Now we have this change instead. I view this less of a spiritual issue and more of a battle between us. As I said when we were dating, I never wanted a battle with a wife.

Sent from my iPod

Madison Sample Jr MD

> On Apr 12, 2023, at 5:18 AM, Jack Johnson <jackshousinganddevelopment@gmail.com> wrote:
>
> Good morning Madison
> Is there someone in your ear speaking or advising you about what's happening with us? Be cautious of them. They want to see you self destruct. May God protect you and shield you from anyone that want to see you fell. Amen!
>

Ringer

**Madison Sample** ›

Florin is supposed to come soon.

Sat, Mar 25 at 11:50 AM

You will look back on this time and wonder why you made the decisions you have.
You will wish you just took the deal I offered. Now we will go down a path of contention and going nearly broke. Then you will continue to blame me— this time will be why I won't invest money to finish LeKula. That will be simple. Because I don't have any. Connect the dots!

I will look back at this moment for sure Madison. I will reflect on how amazing the true Madison Sample ir

M



**Madison Sample**

My car was having problems for months.

I switched cars because I had no money to fix mine.

This is satanic and Evil. You have surprised me beyond. I am very glad this marriage is over.
You operate like you direct everything! You should be happy!
I see why my life and joy was taken from me— I had a parasite on me.
I can barely wait for freedom

My Tires blew out a month or so later

One of the tires can blow out at anytime. Hope you stay safe. I will get it fixed when we have money.

Can you dropped the jeep off for service then get a rental?
I don't have a credit card otherwise i would have taken the jeep in for service and gotten a rental myself.
Thank you Madison





Madison Sample



Florin will be there tomorrow 8:30am.

> Ok

I strongly urge you to consider my offer. The clock is ticking for both of us.

> Lets you and I pray for each other throughout this time.

> I'm almost dressed I told the front gate to tell florin i needed 15 mins or so

> I only need 5 mins now

Sorry!  Stressful case. I opened garage. Sorry about that!!!!!!

Threat →



Madison Sample >

I need a credit card or access to our funds to have them done.
Thanks

Wed, Aug 16 at 6:30 AM

Hi Jack

Please don't text, email or talk to me about any items until you have signed both the cancellation agreement and new realtor agreement. You have wasted market time since the beginning of March 2023.
We have no thing to discuss until AFTER that is done.

Wed, Aug 16 at 2:46 PM

Please just sign realtor cancellation agreement of Susan and Linda. We will move on.

iMessage 



 Gmail

Jack Johnson <jackshousinganddevelopment@gmail.com>

---

## Today's Showing is 12-12:30

---

**Jack Johnson** <jackshousinganddevelopment@gmail.com>                           Tue, May 2, 2023 at 10:06 AM
To: Madison Sample <msamplejr@gmail.com>

Good morning Madison
The showing is between 12:00-12:30 pm today. I also want to communicate issues respectfully.

Last Friday, the smoke from the strong-smelling cigar caused asthma exacerbation. In the future, please avoid smoking where I can likely smell it. Smoking underneath my bedroom window will cause further health issues with my asthma and bronchitis.

Yesterday you cleaned our garage, but you threw out stuff that belonged to me. Why would you set my property out in the rain? I will have somebody take my construction material to my job site on 119th Street. Some of the construction items you placed outside the garage and left in the rain may no longer be salvageable. The things piled in the middle of the garage that you plan on throwing out today also include some of my construction materials. I will have someone take my work materials to 119th Street. Please place my belongings inside the garage along the window wall where I left them.

In addition, I pray we both consider noise levels during sleeping hours. Madison, you practice medicine and have an essential job that requires proper rest. The elevator is loud and will wake anyone sleeping at 2:30 am. I use the stairs instead of the elevator during our sleeping hours. Doors slamming after falling asleep causes palpitations and further health issues with my heart. Last night, it took a while for me to fall asleep again. Sleep deficiency caused by a loud noise during sleeping hours is unsuitable for us.

It's best if neither of us further escalates our home situation. I pray we can agree on the matters mentioned above.
Jack







 Gmail

Jack Johnson <jackshousinganddevelopment@gmail.com>

---

## Re:

---

**Madison Sample Jr** <msamplejr@gmail.com>                                      Mon, May 29, 2023 at 5:41 PM
To: Jack Johnson <jackshousinganddevelopment@gmail.com>

What are you afraid of, meeting mediator? Help me to understand.

Sent from my iPod

Madison Sample Jr MD

> On May 29, 2023, at 4:50 PM, Jack Johnson <jackshousinganddevelopment@gmail.com> wrote:
>
> Hello Madison
>
> I do not understand. I do not accept. I do not consent.
>
>> On Mon, May 29, 2023 at 7:04 AM Madison Sample Jr <msamplejr@gmail.com> wrote:
>> Jackie
>>
>> I see you have put thought in your response and wishlist. In summary, your responses show you agree with items beneficial to you, you do not agree with items not beneficial to you and you have added further items to your benefit.
>> This itself proves that my initial offer contained suggestions which were NOT beneficial to me, but I offered them anyway. Your response is completely one sided.
>> It was easily predictable that our current worsening financial situation would come if we moved on emotion only. Mediation was and is the only way to go. Intellectually, any other path leads to MAD- mutual assured destruction. Here we don't even get money from the house we both spent so much time and money on. Please I beg you. Let's not be like the Smiths.
>> Further, we have over 200 bottles of alcohol, yet you still want to exert your authority over your Madison child for just 10 bottles I want? Really? I am not shocked though. You want credit for so much in our marriage. We made choices as couples do. I paid every mortgage, rent, food, utilities, health care bills, vacations, and much more! But I am not asking for credit for this. This is a part of normal marriage.
>>
>> I sent a request for Mediator Alex. Hopefully we can meet her this week and get this done.
>> Thanks for no confrontations or arguments yesterday!
>>
>> Sent from my iPod
>>
>> Madison Sample Jr MD



Meighan,
My Attorney
Align with
Madison.

 Gmail        **Jack Johnson <jackshousinganddevelopment@gmail.com>**

## Life insurance

**Tracey A. Wertman** <TWertman@sdflaw.com>        Thu, May 25, 2023 at 3:54 PM
To: Jack Johnson <jackshousinganddevelopment@gmail.com>
Cc: "Meighan A. Harmon" <MHarmon1@sdflaw.com>

Hi Jackie - I spoke to John who will instruct Madison to pay your life insurance premiums.

As we discussed yesterday, mediation is an option. Apparently, you must have talked to Madison about it. He is in agreement to mediate both short term issues as well as a resolution to this matter in its entirety. Let's discuss next week.

Any questions, please let me know.

Best,
Tracey

**Get** Outlook for iOS

Tracey A. Wertman | Partner

## SCHILLER DuCANTO & FLECK LLP
321 N. Clark St., Suite 1200 | Chicago, IL 60654
twertman@sdflaw.com | www.sdflaw.com
Direct (312) 609-5504 | Fax (312) 641-6361

Service by Facsimile Transmission and Email Will Be Accepted at chicagoservice@sdflaw.com , Unless Opted Out

This email contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee above. If you are not the intended recipient of this email, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us by telephone and delete this message.



MJ
9624 S. Cicero Ave #108
Oak Lawn, IL 60453

INDIANAPOLIS IN 460

3 SEP 2024 PM 4 L

Mrs. Billie Griggs
2518 Brookwood Dr.
Flossmoor, IL 60422

60422-182818





MJ
9624 S. Cicero Ave, #100
Oak Lawn, IL 60453

INDIANAPOLIS IN 460
3 SEP 2024 PM 4 L

I SAIAH JOHNSON
5813 S. PRINCETON Ave
Chicago, IL 60621

60621-332513

 Gmail

Jack Johnson <jackshousinganddevelopment@gmail.com>

___

## Fwd: Settlement Outline.

___

**Jack Johnson** <jackshousinganddevelopment@gmail.com>
To: Jackie Johnson-Sample <salon119spa@yahoo.com>

Thu, Nov 14, 2024 at 4:34 PM

---------- Forwarded message ---------
From: **Madison Sample Jr** <msamplejr@yahoo.com>
Date: Fri, Aug 4, 2023 at 9:28 AM
Subject: Settlement Outline.
To: Jack Sample <jackshousinganddevelopment@gmail.com>

Jackie dear
Let's get this done.

Sent from my iPod

Madison Sample Jr MD

___

📄 **Sample Settlement Outline Draft 080323.pdf**
58K

PRIVILEGED AND CONFIDENTIAL
FOR SETTLEMENT DISCUSSION
PURPOSES ONLY

IN RE THE MARRIAGE OF SAMPLE
OUTLINE SETTLEMENT PROPOSAL
DRAFT JULY 31, 2023

I.    <u>Maintenance</u>

    1.    MADISON waives his right to receive maintenance or alimony from JACKIE.

    2.    MADISON shall pay statutory maintenance to JACKIE in the amount of FOUR THOUSAND FOUR HUNDRED THIRTEEN DOLLARS AND 58/100 for a period of FORTY-THREE (43) months.

II.   <u>Real Estate</u>

    1.  <u>9476 Falling Water Dr. East, Burr Ridge, Illinois 60527.</u> The marital home shall be listed for sale with an agreed upon realtor. Both parties shall fully cooperate to effectuate the sale of the marital residence. Upon sale of the marital home, the parties shall pay all marital debt in full and the proceeds shall be split 50/50

III.  <u>Property Division</u>

    1.  <u>Personal Property</u> – Each party shall keep their own property.

    2.  <u>Automobiles</u>

        a.  Both parties shall keep the automobiles in their possession.
        b.  MADISON shall transfer to title to the Jeep in JACKIE's possession.

    3.  <u>Bank Accounts and Stock Dividends</u>

        a.  Both parties shall keep any accounts in their sole name.
        b.  Parties shall split all joint bank accounts equally (50/50) and all joint accounts shall be closed.

    4.  <u>Retirement Accounts</u>

        a.  The parties shall equally (50/50) split the ITrust IRA Retirement Account.

IV.   <u>Debts</u>

    1.  The parties shall pay all remaining debts using the proceeds from the marital home.

V.    <u>Health Insurance</u>

    1.  Each party shall each be responsible for maintaining and paying the premiums on his or her own health insurance.

PRIVILEGED AND CONFIDENTIAL
FOR SETTLEMENT DISCUSSION
PURPOSES ONLY

VI.  Attorneys' and Expert Fees

     1. Each party shall be responsible for their own attorney's fees and costs.

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

IN RE THE MARRIAGE OF:      )
MADISON SAMPLE, JR.,       )
                                )
         Petitioner,       )
                                )     Case No: 2023 DN 129
                                )
   and                  )
                                )
JACKIE SAMPLE,         )
                                )
         Respondent. )

## AGREED ORDER SUBMITTED VIA ELECTRONIC MEANS

THIS MATTER coming before the Court by agreement of the parties, with Petitioner, MADISON SAMPLE, JR., ("Madison"), appearing through the Law Offices of John A. Conniff and Beermann LLP, and Respondent, JACKIE SAMPLE ("Jackie"), appearing through the Akiwowo Law Group, P.C.; the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Within 14 days of entry of this Order, Jackie shall vacate the parties' marital residence located at 9476 Falling Water Dr. East, Burr Ridge, Illinois 60527 ("marital residence") and Madison shall have exclusive possession thereof. Upon her vacating of the marital residence, Jackie shall surrender all keys and garage door openers to Madison. Madison shall be solely responsible for all expenses associated with the marital residence, including but not limited to monthly mortgage payments, real estate taxes, HOA dues, utilities, etc., without contribution by Jackie until such time as it is sold

2. Madison shall be granted sole authority to engage a broker to list the marital residence for sale and shall be authorized on behalf of both parties to execute any required documentation to relative to the listing and sales process, including the acceptance of any *bona fide* offer to purchase. Neither party shall intentionally or unintentionally interfere with the sales process. The issue of the allocation of the proceeds of sale is hereby reserved.

3. Within seven days of entry of this Order, Jackie shall provide a full accounting of those funds withdrawn from the now-closed Bank of America account, totaling approximately $81,000.00.

4. Commencing on the first of October, Madison shall pay the sum of $4,413.00 per month to Jackie as and for temporary maintenance pursuant to statutory guidelines. Any maintenance payments paid by Madison to Jackie shall be considered a corresponding credit to the total duration of maintenance, if so ordered, pursuant to 750 ILCS 5/504(b-1)(1.5).

5. Within 7 days of the entry of this Agreed Order, Madison shall tender directly to the Akiwowo Law Group, P.C. the sum of $5,000 as and for temporary attorney's fees and costs.

6. Each party is enjoined and restrained from contacting the other party's friends, family members, business colleagues, vendors, clients. Further, each party is enjoined and restrained from making or defamatory or disparaging comments about the other party to or in the presence of third parties in verbally or in writing.

_____

MADISON SAMPLE, JR, Petitioner          JACKIE SAMPLE Respondent


ENTERED:



_____          JUDGE


Kathryn H. Mickelson
**BEERMANN LLP**
*Attorneys for Petitioner*
161 North Clark Street, Suite 3000
Chicago, Illinois 60601
Tel: (312) 621-9700
Fax: (312) 621-0909
Firm No. 4620
khmickelson@beermannlaw.com

# EXHITBIT: 10

## HIDING INVESTMENTS, BUSINESS INCOME, BUSINESS INTEREST AND MORE

*Income*

**BANK OF AMERICA**

## Your checking account

SAMPLE ANESTHESIA LIMITED | Account # 2█████████ | August 1, 2023 to August 31, 2023

## Deposits and other credits

| Date | Description | | | | Amount |
|------|-------------|--|--|--|--------|
| 08/01/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | | 4,849.78 |
| 08/02/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | | 8,010.37 |
| 08/08/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | | 16,145.73 |
| 08/15/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | | 17,342.63 |
| 08/22/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | | 14,518.20 |
| 08/29/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | | 15,020.73 |
| 08/29/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | | 786.77 |

**Total deposits and other credits**       *Income* →     **$76,674.21**

## Withdrawals and other debits

| Date | Description | | Amount |
|------|-------------|--|--------|
| 08/01/23 | MI TLR transfer to CHK 4144 Banking Ctr MERIDIAN 0390976257 | #0000308 MI Confirmation# | -12,000.00 |
| 08/02/23 | IL DEPT OF REVEN DES:EDI PYMNTS ID:00001434044880 INDN:BERNSTEIN REIKES CORP CO ID:5555566257 CCD PMT INFO:TXP*47338840301*20099*20230630*T*60588\ | | -605.88 |
| 08/03/23 | IL DEPT EMPL SEC DES:UNEMPL TAX ID:XXXXXXXXX INDN:BERNSTEIN & REIKES COR CO ID:1363042127 CCD PMT INFO:TXP*4767737**230630**0000000000**0000052 489**XXXXXXXXX\ | | -524.89 |
| 08/07/23 | Online Banking payment to CRD 4696 Confirmation# 1344418647 | | -6,400.00 |
| 08/09/23 | Online Banking payment to CRD 4696 Confirmation# 2662999583 | | -1,418.69 |
| 08/14/23 | IRS        DES:USATAXPYMT ID:220362611288429 INDN:BERNSTEIN AND REIKES C CO ID:3387702000 CCD | | -3,889.00 |
| 08/15/23 | IL DEPT OF REVEN DES:EDI PYMNTS ID:00001527917008 INDN:BERNSTEIN REIKES CORP CO ID:5555566257 CCD PMT INFO:TXP*473388403000*0112*20230930*T*59400\ | | -594.00 |
| 08/18/23 | Online Banking payment to CRD 4696 Confirmation# 0436340740 | | -2,300.00 |
| 08/21/23 | Customer Withdrawal Image | | -15,000.00 |
| 08/23/23 | Online Banking payment to CRD 4696 Confirmation# 2683105633 | | -875.76 |

continued on the next page

BUSINESS ADVANTAGE

# Go paperless. Greater convenience. Less clutter.

Store and review your statements online. You can access up to seven years of account statements — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in online to Business Advantage 360 and click on **Profiles & Settings**.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. Not all account documents are available in paperless format.



SSM-01-23-2637 B | 5421106



*Madison's Weekly Income of $12,000 and Higher. Further Information was submitted to SDF Law And is Also on our Home Computer which Madison removed From the house.*

*My Attorneys have refused to get it back? Why*

**Bernstein & Reikes**
United States

{ Rernstein & }

Dr Sample hours

BILL TO
**Guardian Anesthesia. Rush Copley Hospital**
Raj Iyer MD

+1 (630) 544-9348
riyer1@icloud.com

| Invoice Number: | 001 |
| Invoice Date: | January 27, 2023 |
| Payment Due: | January 27, 2023 |
| Amount Due (USD): | $12,000.00 |

| Items | Hours | $375/Hour | $15,000 |
|---|---|---|---|
| **1-23** 0700-1500 | 8 | $375.00 | $3,000.00 |
| **1-24** 0700-1500 | 8 | $375.00 | $3,000.00 |
| **1-25** 0700-1500 | 8 | $375.00 | $3,000.00 |
| **1-26** 0700-1500 | 8 | $375.00 | $3,000.00 |
| **1-27** 0700-1500 | 8 | $375.00 | $3,000.00 |

| | |
|---|---|
| **Subtotal:** | $15,000.00 |
| $375 hour discount: | ($3,000.00) |
| **Total:** | $12,000.00 |
| **Amount Due (USD):** | **$12,000.00** |

**Notes / Terms**

$375/hour

EIN #47-3388403

Madison Sample Jr MD

*Madison's writing →* (PAID)

# Accountable
## HEALTHCARE STAFFING

**WEEKLY TIME SLIP**

**Instructions to HCP**
1. Complete all sections of Time Slip.
2. Have client sign; retain a copy for your records.
3. Fax or e-mail a copy at the end of every week to (586) 262-4484/ JoyceRunner@AHCStaff.com.

Week Ending __2 / 5 /2023__

Classification _____

YOUR NAME _Madison Sample II MD_

CLIENT/ _Howard Hospital Owosso, MI_

AREA / FLOOR WORKING _ANESTHESIOLOGY_

| DAY M,T,W,T,F,S,S | DATE | UNIT WORKED | TIME IN | MEAL BREAK | TIME OUT | TOTAL REG TIME | TOTAL OVER TIME | MILES | TOTAL HOURS WORKED |  |
|---|---|---|---|---|---|---|---|---|---|---|
| SUN Mon | 1-30-23 | Owosso | 0645 | ✓ | 1715 | 10hr 30 mW | | 266 | TOTAL REGULAR TIME | |
| Tues | 1-31 | | 0630 | ✓ | 1400 | 7hr 30 min | | | HOURS | MINUTES |
| W | 2-1 | | 0700 | ✓ | 1700 | 10hr | | | 47 | |
| Th | 2-2 | | 0700 | ✓ | 1700 | 10 hr | | | TOTAL OVERTIME | |
| F | 2-3 | | 0700 | ✓ | 1600 | 9 hr | | | HOURS | MINUTES |
| F | 2-3 | → Chicago | | | | | | 266 | OVERTIME APPROVED BY CLIENT YES ☐ NO ☐ | |
| SUN | 2-5 | → Owosso | | | | | | 266 | TOTAL MILEAGE: 798 | |

**COMMENTS** Daily per #25 × 5 days = $125

**HCP Signature:** I hereby certify that the stated hours are correct and were properly verified by Client. I certify that I was not injured during the performance of my duties on these shifts. Not complying with AHS policies and procedures or falsifying hours may have serious legal consequences.

_Madison Sample MD_ 2-5-2023
HCP SIGNATURE             DATE

**Client Approval:** Client certifies that the hours worked shown on this time sheet are correct and the work was performed satisfactorily.

CLIENT NAME        CLIENT SIGNATURE        DATE

# Accountable HEALTHCARE STAFFING

**Instructions to HCP**
1. Complete all sections of Time Slip.
2. Have client sign; retain a copy for your records.
3. Fax or e-mail a copy at the end of every week to (586) 262-4464/ JoyceRunner@AHCStaff.com.

Week Ending __2 / 11 / 2023__

Classification _____

YOUR NAME _Marline Joseph Jr (?)_
CLIENT _Research Hospital   Chicago IL_
AREA / FLOOR WORKING _Anesthesiology_

| DAY S,M,T,W,T,F,S,S | DATE | UNIT WORKED | TIME IN | MEAL BREAK | TIME OUT | TOTAL REG TIME | TOTAL OVER TIME | MILES | TOTAL HOURS WORKED |
|---|---|---|---|---|---|---|---|---|---|
| Sun | 2-5-23 | r'go → ow29pm2 | | | | | | 2.66 | |
| Mon | 2-6 | | 0700 | ✓ | 1700 | 16 hrs | | | |
| Tues | 2-7 | | 0630 | ✓ | 1700 | 16h-30m | | | |
| Wed | 2-8 | | 0630 | ✓ | 1630 | 10 hr | | | |
| Thurs | 2-9 | owned → rtehrs | | | | | | 2.66 | |
| Sat | 2-11 | Chg → ow29pm2 | | | | | | 266 | |

| TOTAL REGULAR TIME | |
|---|---|
| HOURS | MINUTES |
| 30 | 30 |
| **TOTAL OVERTIME** | |
| HOURS | MINUTES |
| | |

OVERTIME APPROVED BY CLIENT
YES ☐   NO ☐

TOTAL MILEAGE: _798_

COMMENTS _Daily rate all rate   N25 X5 days —  $75 per totl_

---

**HCP Signature:** I hereby certify that the stated hours are correct and were properly verified by Client. I certify that I was not injured during the performance of my duties on these shifts. Not complying with AHS policies and procedures or falsifying hours may have serious legal consequences.

HCP SIGNATURE _Marline Joseph_   DATE _2-11-2023_

**Client Approval:** Client certifies that the hours worked shown on this time sheet are correct and the work was performed satisfactorily.

CLIENT NAME _____   CLIENT SIGNATURE _____   DATE _____

# accountable
HEALTHCARE STAFFING

**Instructions to HCP**
1. Complete all sections of Time Slip.
2. Have client sign; retain a copy for your records.
3. Fax or e-mail a copy at the end of every week to (586) 262-4464/ JoyceRunner@AHCStaff.com.

YOUR NAME __Joe _____ Sample_ go MD__

Week Ending __2 / 18 / 2023__

Classification _____

CLIENT __Memorial Hospital   Owosso, MI__

AREA / FLOOR WORKING __Anesthesiology__

| DAY M.T.W.T.F.S.S | DATE | UNIT WORKED | TIME IN | MEAL BREAK | TIME OUT | TOTAL REG TIME | TOTAL OVER TIME | MILES | TOTAL HOURS WORKED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **TOTAL REGULAR TIME** | |
| Sun | 2-12-23 | | Chgo → Owosso MI | | | | | 266 | HOURS | MINUTES |
| Mon | 2-13-23 | | 0700 | 0 | 1700 | 10 hr | | | 40 | |
| T | 2-14 | | 0630 | | 1630 | 10 hr | | | **TOTAL OVERTIME** | |
| W | 2-15 | | 0630 | | 1630 | 10 hr | | | HOURS | MINUTES |
| Thu | 2-16 | | 0645 | | 1645 | 10 hr | | | | |
| Fri | 2-17 | | Owosso → Chgo | | | | | 266 | OVERTIME APPROVED BY CLIENT YES ☐ NO ☐ | |
| COMMENTS Daily mileage  $25 × 4 = $100 | | | | | | | | | TOTAL MILEAGE: 532 | |

**HCP Signature:** I hereby certify that the stated hours are correct and were properly verified by Client. I certify that I was not injured during the performance of my duties on these shifts. Not complying with AHS policies and procedures or falsifying hours may have serious legal consequences.

_Joe Sample, MD_   HCP SIGNATURE   2-18-2023  DATE

**Client Approval:** Client certifies that the hours worked shown on this time sheet are correct and the work was performed satisfactorily.

CLIENT NAME   CLIENT SIGNATURE   DATE

1 week

# Qcountable
## HEALTHCARE STAFFING

**WEEKLY TIME SLIP**

**Instructions to HCP**
1. Complete all sections of Time Slip.
2. Have client sign; retain a copy for your records.
3. Fax or e-mail a copy at the end of every week to (586) 262-4464/ JoyceRunner@AHCStaff.com.

YOUR NAME _Madison Sample Jr. MD_

CLIENT _Memorial Healthcare Owosso, MI_

AREA / FLOOR WORKING _Anesthesiology_

Week Ending ___ / ___ / ___

Classification _____

| DAY M,T,W,T,F,S,S | DATE | UNIT WORKED | TIME IN | MEAL BREAK | TIME OUT | TOTAL REG TIME | TOTAL OVER TIME | MILES | IF # TOTAL HOURS WORKED 51.17 TOTAL REGULAR TIME | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | HOURS | MINUTES |
| W | 3-8 | | 0630 | ☞ | 1900 | 10.5 | | | | |
| Th | 3-9 | | 0645 | ☞ | 1700 | 10.25 | | | 30.75 | |
| Fri | 3-10 | | 0700 | ☞ | 1700 | 10 | | | TOTAL OVERTIME | |
| | | | | | | | | | HOURS | MINUTES |
| Tues | 3-7 | Chgo → Owosso | | | | | | 266 | | |
| SAT | 3-11 | Owosso → Chgo | | | | | | 266 | OVERTIME APPROVED BY CLIENT YES ☐ NO ☐ | |
| | | | | | | | | | TOTAL MILEAGE: | |

**COMMENTS** Daily travel allowance $25x3days = $75.00

**HCP Signature:** I hereby certify that the stated hours are correct and were properly verified by Client. I certify that I was not injured during the performance of my duties on these shifts. Not complying with AHS policies and procedures or falsifying hours may have serious legal consequences.

**Client Approval:** Client certifies that the hours worked shown on this time sheet are correct and the work was performed satisfactorily.

_____ 3-11-23
HCP SIGNATURE          DATE

_____  _____  _____
CLIENT NAME    CLIENT SIGNATURE    DATE

# accountable
## HEALTHCARE STAFFING

**WEEKLY TIME SLIP**

**Instructions to HCP**
1. Complete all sections of Time Slip.
2. Have client sign; retain a copy for your records.
3. Fax or e-mail a copy at the end of every week to (586) 262-4464/ JoyceRunner@AHCStaff.com.

YOUR NAME _Medrew Semple Jr_

CLIENT _Mercy Healthcare  Owosso, MI_

AREA / FLOOR WORKING _Anesthesiology_

Week Ending _4 / 1 / 2023_

Classification _____

| DAY M,T,W,T,F,S,S | DATE | UNIT WORKED | TIME IN | MEAL BREAK | TIME OUT | TOTAL REG TIME | TOTAL OVER TIME | MILES | TOTAL HOURS WORKED |  |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **TOTAL REGULAR TIME** | |
| | 3-26 | Clss ⇒ | Owosso | | | | | 266 | **HOURS** | **MINUTES** |
| Mon | 3-27 | | 0645 | ⊖ | 1700 | 10.25 | | | 38.75 | |
| Tues. | 3-28 | | 0630 | ⊖ | 1700 | 10.50 | | | **TOTAL OVERTIME** | |
| Wed | 3-29 | | 0700 | ⊘ | 1700 | 1000 | | | **HOURS** | **MINUTES** |
| Fri | 3-31 | Owosso → Clss | | | | | | 266 | | |
| | | | | | | | | | OVERTIME APPROVED BY CLIENT YES ☐  NO ☐ | |
| | | | | | | | | | **TOTAL MILEAGE:** | |

COMMENTS: _Daily Travel #25 X 3 = #75_

**HCP Signature:** I hereby certify that the stated hours are correct and were properly verified by Client. I certify that I was not injured during the performance of my duties on these shifts. Not complying with AHS policies and procedures or falsifying hours may have serious legal consequences.

_Medrew Semple MD_      _3-31-23_
HCP SIGNATURE          DATE

**Client Approval:** Client certifies that the hours worked shown on this time sheet are correct and the work was performed satisfactorily.

CLIENT NAME        CLIENT SIGNATURE        DATE

Bernstein & Reikes
United States



# Bernstein & Reikes Invoice

Dr Sample hours

**BILL TO**
**Guardian Anesthesia. Rush Copley Hospital**
Raj Iyer MD

+1 (630) 544-9348
riyer1@icloud.com

**Invoice Number:** 003
**Invoice Date:** March 24, 2023
**Payment Due:** March 24, 2023
**Amount Due (USD):** **$12,000.00**

| Items | Hours | $300/Hour | Total |
|---|---|---|---|
| **3-20-23** 0700-1500 | 8 | $300.00 | $2,400.00 |
| **3-21-23** 0700-1500 | 8 | $300.00 | $2,400.00 |
| **3-22-23** 0700-1500 | 8 | $300.00 | $2,400.00 |
| **3-23-23** 0700-1500 | 8 | $300.00 | $2,400.00 |
| **3-24-23** 0700-1500 | 8 | $300.00 | $2,400.00 |
| | | **Total:** | $12,000.00 |

**Amount Due (USD):** **$12,000.00**

*1 week.* →

PAID

**Notes / Terms**
$300/hour,
EIN #47-3388403

Page 1 of 2 for Bernstein & Reikes Invoice #003

Case: 1:24-cv-12470 Document #: 1-1 Filed: 12/04/24 Page 292 of 392 PageID #:355



**Bernstein & Reikes**
United States

{ Reikstein & }

Dr Sample hours

BILL TO
**Guardian Anesthesia. Rush Copley Hospital**
Raj Iyer MD

+1 (630) 544-9348
riyer1@icloud.com

| Invoice Number: | 004 |
| Invoice Date: | April 15, 2023 |
| Payment Due: | April 15, 2023 |
| Amount Due (USD): | **$12,000.00** |

| Items | Hours | $300/Hour | Total |
|---|---|---|---|
| **4-10-23**<br>0700-1500 | 8 | $300.00 | $2,400.00 |
| **4-11-23**<br>0700-1500 | 8 | $300.00 | $2,400.00 |
| **4-12-23**<br>0700-1500 | 8 | $300.00 | $2,400.00 |
| **4-13-23**<br>0700-1500 | 8 | $300.00 | $2,400.00 |
| **4-14-23** | 8 | $300.00 | $2,400.00 |

| | Total: | $12,000.00 |
| | **Amount Due (USD):** | **$12,000.00** |

**Notes / Terms**

$375/hour

EIN #47-3388403

Madison Sample Jr MD

*1 week* →

Week 1/23 – 1/27/2023



# ⦿RUSH

| ISSUE DATE | DEPOSIT NUMBER | AMOUNT |
|---|---|---|
| 05/03/2023 | 13039 | $ ****12,000.00 |

PAY *VOID  VOID  VOID  VOID  VOID  VOID  VOID  VOID*

PAY
TO THE  **BERNSTEIN AND REIKES CORP**
ORDER  9476 FALLING WATER DR EAST
OF  BURR RIDGE IL  60527

## NON-NEGOTIABLE

## ⦿RUSH
Rush Copley Medical Center

BERNSTEIN AND REIKES CORP 9476 FALLING WATER DR EAST, BURR RIDGE IL  60527

| | | Amount | Discount | Net Amount |
|---|---|---|---|---|
| 04/21/23 | 006 | $12,000.00 | $0.00 | $12,000.00 |

*I gave a stack of these Pay stubs to my former attorney's, Schiller, Ducanto & Fleck. They did not return themwhen I picked up my File.*

*1 week*

| DEPOSIT DATE | 5/3/2023 | DEPOSIT NUMBER | 13039 | TOTALS: | $12,000.00 | $0.00 | $12,000.00 |

Page 1 of 1

## DIRECT DEPOSIT SUMMARY



**Bernstein & Reikes**
United States

*PAID*



❪ **Bernstein &** ❫

Dr Sample hours

BILL TO
**Guardian Anesthesia. Rush Copley Hospital**
Raj Iyer MD

+1 (630) 544-9348
riyer1@icloud.com

| | | | |
|---|---|---|---|
| **Invoice Number:** | 006 | | |
| **Invoice Date:** | April 21, 2023 | | |
| **Payment Due:** | April 21, 2023 | | |
| **Amount Due (USD):** | $12,000.00 | | |

| Items | Hours | $300/Hour | Total |
|---|---|---|---|
| **4-17-23** 0700-1500 | 8 | $300.00 | $2,400.00 |
| **4-18-23** 0700-1500 | 8 | $300.00 | $2,400.00 |
| **4-19-23** 0700-1500 | 8 | $300.00 | $2,400.00 |
| **4-20-2023** 0700-1500 | 8 | $300.00 | $2,400.00 |
| **4-21-2023** 0700-1500 | 8 | $300.00 | $2,400.00 |

| | | |
|---|---|---|
| **Total:** | | $12,000.00 |
| **Amount Due (USD):** | | **$12,000.00** |

*1 Week ⟶*

**Notes / Terms**
$375/hour

EIN #47-3388403

Madison Sample Jr MD



**Bernstein & Reikes**
United States

## 〔 Bernstein & Reikes 〕

Dr Sample hours

BILL TO
**Guardian Anesthesia. Rush Copley Hospital**
Raj Iyer MD

+1 (630) 544-9348
riyer1@icloud.com

| Invoice Number: | 007 |
| Invoice Date: | April 30, 2023 |
| Payment Due: | April 30, 2023 |
| Amount Due (USD): | $12,000.00 |

| Items | Hours | $300/Hour | Total |
|---|---|---|---|
| **4-24-23**<br>0700-1500 | 8 | $300.00 | $2,400.00 |
| **4-25-23**<br>0700-1500 | 8 | $300.00 | $2,400.00 |
| **4-26-23**<br>0700-1500 | 8 | $300.00 | $2,400.00 |
| **4-27-23**<br>0700-1500 | 8 | $300.00 | $2,400.00 |
| **4-28-23**<br>0700-1500 | 8 | $300.00 | $2,400.00 |

| | |
|---|---|
| **Total:** | $12,000.00 |
| **Amount Due (USD):** | $12,000.00 |

**Notes / Terms**
$375/hour

EIN #47-3388403

Madison Sample Jr MD

1 week ↗

Week 1/23– 1/27/2023



Bernstein & Reikes
United States

{ Reikstein & }

Dr Sample hours

BILL TO
**Guardian Anesthesia, Rush Copley Hospital**
Raj Iyer MD

+1 (630) 544-9348
riyer1@icloud.com

| Invoice Number: | 008 |
|---|---|
| Invoice Date: | May 8, 2023 |
| Payment Due: | May 8, 2023 |
| Amount Due (USD): | $12,900.00 |

| Items | Hours | $300/Hour | Total |
|---|---|---|---|
| **5-08-2023** 0700-1530 | 8.5 | $300.00 | $2,550.00 |
| **5-09-2023** 0700-1500 | 8 | $300.00 | $2,400.00 |
| **5-10-2023** 0700-1500 | 8 | $300.00 | $2,400.00 |
| **5-11-2023** 0700-1500 | 8 | $300.00 | $2,400.00 |
| **5-12-2023** 0700-1730 | 10.5 | $300.00 | $3,150.00 |

| | |
|---|---|
| **Total:** | $12,900.00 |
| **Amount Due (USD):** | $12,900.00 |

**Notes / Terms**
$375/hour

EIN #47-3388403

Madison Sample Jr MD

1 week

Week 1/23– 1/27/2023



<div style="text-align:right">

**Bernstein & Reikes**
United States

</div>

{ **Reikstein &** }

Dr Sample hours

BILL TO
**Guardian Anesthesia, Rush Copley Hospital**
Raj Iyer MD

+1 (630) 544-9348
riyer1@icloud.com

| | | | |
|---|---|---|---|
| **Invoice Number:** | 009 | | |
| **Invoice Date:** | May 18, 2023 | | |
| **Payment Due:** | May 18, 2023 | | |
| **Amount Due (USD):** | $10,500.00 | | |

| Items | Hours | $300/Hour | Total |
|---|---|---|---|
| **05-15-2023** 0700-1700 | 10 | $300.00 | $3,000.00 |
| **05-16-2023** 00-1600 | 9 | $300.00 | $2,700.00 |
| **05-17-2023** 0700-1500 | 8 | $300.00 | $2,400.00 |
| **05-19-2023** 0700-1500 | 8 | $300.00 | $2,400.00 |

| | | |
|---|---|---|
| | **Total:** | $10,500.00 |
| | **Amount Due (USD):** | $10,500.00 |

**Notes / Terms**

$375/hour

EIN #47-3388403

Madison Sample Jr MD

Week 1/23– 1/27/2023



4 days

Madison Sample JR    Profile & Settings    Saved Items    Log Out (https://secure.bankofamerica.com/myaccounts/signoff/signoff-default.go)

## Online Banking

Search

Accounts    Pay & Transfer    Rewards & Deals    Tools & Investing (/myaccounts/brain/redirect.go?target=toolsAndInvestment)    Security Center

Open an Account (/secure-offers/openAnAccount?request_locale=en-us)    Help & Support

## ATM/Cash Withdrawals

All Expense Accounts

Custom Dates
05/01/2023 - 05/31/2023

*Madison Made weekly Withdrawals Despite the 4-11-2023 court order.*



ATM/Cash Withdrawals
$3,700.00

*The court allowed it.*

$ ATM/Cash Withdrawals                                          100%   $3,700.00

*Madison closed Joint accounts, opening new ones in his name alone. The court is allowing this to Continue.*

Transactions
Share Your Feedback



GUARDIAN ANESTHESIA ASSOCIATES, S.C.
337 SHUMAN BLVD, STE 210W
NAPERVILLE, IL 60563

up

3233

PAY **Twelve Thousand And 00/100 Dollars**

DATE 02/01/2023

AMOUNT $ ******12,000.00

TO THE ORDER OF

Bornstein & Rakes SC
9476 Falling Water Dr East
Burr Ridge, IL 60527

Memo: DOS 1/23-1/27/23 Invoice #.001

⑈003233⑈ ⑆071025661⑆ 1400724696⑈

1 week

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

0029137022 116

Date 02/09/23 Seq#:0001

Device ID: 0L02296

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

DR. Sample closed all Joint accounts opening new ones in his name alone. The court is allowing this to continue.

**Business Adv Relationship - ▮▮▮▮: Account Activity Transaction Details**

Post date:     02/07/2023     *1 week*

Amount:     15,922.06

Type:     Deposit

Description:     Accountable Heal DES:PAYROLL ID:412846
INDN:Madison Sample Jr. CO ID:1452469689
PPD

Merchant name:     ACCOUNTABLE HEAL

Merchant
information:

Transaction
category:     Income: Paychecks/Salary

*Madison closed this account opening new ones in his name alone. The court is allowing this to continue.*



**Business Adv Relationship –  Account Activity Transaction Details**

|  |  |
|---|---|
| **Post date:** | 02/09/2023 |
| **Amount:** | 12,000.00 *1 week* |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Merchant information:** | |
| **Transaction category:** | Income: Deposits |

*Madison's Income ignored by the court*

Bank of America  Online Banking

**Business Adv Relationship – ████: Account Activity Transaction Details**

---

**Post date:** 02/14/2023     *1 week*

**Amount:** 8,810.96

**Type:** Deposit

**Description:** Accountable Heal DES:PAYROLL ID:412846
INDN:Madison Sample Jr. CO ID:1452469689
PPD

**Merchant name:** ACCOUNTABLE HEAL

**Merchant information:**

**Transaction category:** Income: Paychecks/Salary

**Bank of America** 

**Business Adv Relationship - ****: Account Activity Transaction Details**

| | |
|---|---|
| **Post date:** | 02/16/2022 |
| **Amount:** | 50,000.00 |
| **Type:** | Deposit |
| **Description:** | BKOFAMERICA MOBILE 02/16 3672205165 DEPOSIT *MOBILE IL |
| **Merchant name:** | BKOFAMERICA MOBILE DEPOSIT IL |
| **Merchant information:** | *MOBILE,IL |
| **Transaction category:** | Income: Deposits |



**Bank of America**

**Business Adv Relationship - [account]: Account Activity Transaction Details**

| | |
|---|---|
| Check number: | 0C000001425 |
| Post date: | 03/01/2023 |
| Amount: | -12,000.00 |
| Type: | Check |
| Description: | Check |
| Merchant name: | Check |
| Merchant information: | |
| Transaction category: | Cash, Checks & Misc: Other Expenses |

*I week* (handwritten)

Amount: $12,000.00
Account:
Bank Number: 58133700

Sequence Number: 6452498952
Capture Date: 03/17/2023
Check Number: 22973468

*1 WeeKs Pay*

# Deposit

This deposit was made without a paper deposit slip. We have generated this
information to document your deposit. Thank you for banking with Bank of America.



Electronic Endorsements
Date          Sequence          Bank #        Endrs Type      TRN      RRC      Bank Name
03/17/2023  6452498952       111000025   Rtn Loc/BOFD   Y                        Bank of America NA

*DR. Madison Sample closed this account and opened a new one in his name only.*

Bank of America

Business Adv Relationship - ●●●●: Account Activity Transaction Details

Post date: 06/01/2023 *1 Week*

Amount: 12,900.00

Type: Deposit

Description: COPLEY MEMORIAL3 DES:AP PAYMENT
ID:071103619 INDN:0000BERNSTEIN AND RE
CO ID:1362170840 PPD

Merchant name: COPLEY MEMORIAL3

Merchant information:

Transaction category: Income: Deposits

*INCOME FOR JUNE 2023*

*Missing week of June 15th*

*$41,400.00*

*Madison's Income Ignored By The court.*

*Madison closed this account and opened a new one in his name only*

Bank of America

**Business Adv Relationship - ⊗⊗⊗: Account Activity Transaction Details**

| | |
|---|---|
| **Post date:** | 06/08/2023 |
| **Amount:** | 16,500.00 |
| **Type:** | Deposit |
| **Description:** | COPLEY MEMORIAL3 DES:AP PAYMENT ID:071103619 INDN:0000BERNSTEIN AND RE CO ID:1362170840 PPD |
| **Merchant name:** | COPLEY MEMORIAL3 |
| **Merchant information:** | |
| **Transaction category:** | Income: Deposits |

*Handwritten annotations:*

*1 week*

*INCOME*

*Madison's Income Ignored by the court.*

*Madison closed this account and opened a new one in his name only*

**Bank of America**

Online Banking

**Business Adv Relationship - ****: Account Activity Transaction Details**

---

*I week*                                                                                    *INCOME*

**Post date:** 06/22/2023

**Amount:** 12,000.00

**Type:** Deposit

**Description:** COPLEY MEMORIAL3 DES:AP PAYMENT
ID:071103619 INDN:0000BERNSTEIN AND RE
CO ID:1362170840 PPD

**Merchant name:** COPLEY MEMORIAL3

**Merchant information:**

**Transaction category:** Income: Deposits

*Madison's Income Ignored by The court*

*Madison's Pay for Four days is $11,448.49*

02/20/2023

**Bernstein & Reikes**

\*\* VOID \*\*

\*\*\*\*VOID\*\*\*\*THIS IS NOT A CHECK\*\*\*\*VOID\*\*\*\*

**Bernstein & Reikes**
9476 Falling Water Drive East
Burr Ridge, IL 60527

\*\* NON-NEGOTIABLE \*\*

**Accountable Healthcare Staffing, Inc.**
999 Yamato Rd.
Suite 210
Boca Raton, FL 33431

| Employee | | Pay Period | | Shift Dates | | Check | | | Gross Pay | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| Name: Bernstein & Reikes | | Start: 02/12/2023 | From: | 02/12/2023 | | Paid Date: | 02/20/2023 | Current: | $11,000.00 | $11,448.46 |
| FedID xxx-xx-8403 | | End: 02/18/2023 | To: | 02/18/2023 | | Check #: | E000640572 | YTD: | $65,587.50 | $72,072.89 |

| Agency Notice |
|---|
| Any questions you may have concerning your pay please contact (888) 740-4341. |

| Client | Department | Date | Sft | Type | Hr/Mi | Rate | Amount | | Amount | Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| Memorial Healthcare Hospital | Anesthesia | 02/13/23 | AP | REG | 10.00 | 275.00 | 2,750.00 | Regular: | $11,000.00 | 40.00 |
| Memorial Healthcare Hospital | Anesthesia | 02/14/23 | AP | REG | 10.00 | 275.00 | 2,750.00 | Overtime: | $.00 | .00 |
| Memorial Healthcare Hospital | Anesthesia | 02/15/23 | AP | REG | 10.00 | 275.00 | 2,750.00 | Doubletime: | $.00 | .00 |
| Memorial Healthcare Hospital | Anesthesia | 02/16/23 | AP | REG | 10.00 | 275.00 | 2,750.00 | Travel | $.00 | .00 mi |
| | | | | | 40.00 Hours | | 11,000.00 | Adjustments: | $.00 | |
| | | | | | | | | Earnings: | $11,000.00 | |
| Adjustments | | | | Type | | Amount | Garns: | $.00 | |
| Per Diem 2/13 - 2/16/23 | | | | Deduction | | 100.00 | Deductions: | $448.46 | |
| Mileage 2/13 - 2/16/23 - 532 miles @ $.655/mile | | | | Deduction | | 348.46 | Benefits: | $.00 | |
| | | | | | | 448.46 | Taxes: | $.00 | |
| | | | | | | | Net: | $11,448.46 | |

| Taxes | | | | | Basis | Current | YTD |
|---|---|---|---|---|---|---|---|
| | | | | | | 0.00 | 0.00 |



☐ CORRECTED (if checked)

**PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.**

999 Yamato Rd
Suite 210
Boca Raton FL 33431
561-235-7822

OMB No. 1545-0116

Form **1099-NEC**

(Rev. January 2022)

For calendar year
20 23

**Nonemployee Compensation**

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|

**1 Nonemployee compensation**
$ 365037.50

**Copy B**
**For Recipient**

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

**RECIPIENT'S name, Street address (including apt. no.), City or town, state or province, country, and ZIP or foreign postal code**

Sample Anesthesia Limited

9476 Falling Water Drive East

Burr Ridge IL 60527

**2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale** ☐

**3**

**4 Federal income tax withheld**
$

| 5 State tax withheld | 6 State/Payer's state no. | 7 State income |
|---|---|---|
| $ | | $ |
| $ | | |

Account number (see instructions)

Form **1099-NEC** (Rev. 1-2022)　(keep for your records)　www.irs.gov/Form1099NEC　Department of the Treasury - Internal Revenue Service

Case 2:24-cv-13470 Document *-_-_ Filed 12/04/24 Page 311 of 392 PageID #:374

**BERNSTEIN AND REIKES CORP**

| Earnings | | Rate | Hours | Current | YTD |
|---|---|---|---|---|---|
| Salary | | | | $2,500.00 | $2,500.00 |

| Withholdings | | Current | YTD |
|---|---|---|---|
| Federal Tax | | $2,166.75 | $2,166.75 |
| Social Security | | $155.00 | $155.00 |
| Medicare | | $36.25 | $36.25 |
| State | | $150.00 | $150.00 |

| Net Pay | $0.00 | $0.00 |
|---|---|---|

Bornstein And REIKES

12/31/2022

Zero dollars and 00 Cents

MADISON SAMPLE
13815 FALLING WATERS
PITTSBURGH, TEXAS

**BERNSTEIN AND REIKES CORP**

| Earnings | | Rate | Hours | Current | YTD |
|---|---|---|---|---|---|
| Salary | | | | $2,500.00 | $2,500.00 |

| Withholdings | | Current | YTD |
|---|---|---|---|
| Federal Tax | | $2,166.75 | $2,166.75 |
| Social Security | | $155.00 | $155.00 |
| Medicare | | $36.25 | $36.25 |
| State | | $150.00 | $150.00 |

| Net Pay | $0.00 | $0.00 |
|---|---|---|

CORRECTED (if checked)

| | OMB No. 1545-0116 | Nonemployee Compensation |
|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Form 1099-NEC | |
| | (Rev. January 2022) | |
| | For calendar year 20__ | |

| PAYER'S TIN | RECIPIENT'S TIN | 1 Nonemployee compensation | Copy B |
|---|---|---|---|
| | | $ | For Recipient |
| RECIPIENT'S name | | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) | | 3 | |
| City or town, state or province, country, and ZIP or foreign postal code | | 4 Federal income tax withheld | |
| | | $ | |
| Account number (see instructions) | | 5 State tax withheld | 6 State/Payer's state no. | 7 State income |
| | | $ | | $ |

Form 1099-NEC (Rev. 1-2022)    www.irs.gov/Form1099NEC    Department of the Treasury - Internal Revenue Service

VOID    CORRECTED

| | OMB No. 1545-0116 | Nonemployee Compensation |
|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Form 1099-NEC | |
| | (Rev. January 2022) | |
| | For calendar year 20__ | |

| PAYER'S TIN | RECIPIENT'S TIN | 1 Nonemployee compensation | Copy C |
|---|---|---|---|
| | | $ | For Payer |
| RECIPIENT'S name | | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale | To be filed with recipient's state income tax return, when required. |
| Street address (including apt. no.) | | 3 | |
| City or town, state or province, country, and ZIP or foreign postal code | | 4 Federal income tax withheld | |
| | | $ | |
| Account number (see instructions) | | 5 State tax withheld | 6 State/Payer's state no. | 7 State income |
| | | $ | | $ |

Form 1099-NEC (Rev. 1-2022)    www.irs.gov/Form1099NEC    Department of the Treasury - Internal Revenue Service

Accountable Health Care Solutions

Madison SAMPLE

**Copy B — To Be Filed With Federal Tax Return.**

a Employee's soc. no. ...

b Employer ID number ...

c Employer's name, address, and ZIP code
MADISON FOOD STRIKES ...
... AVE #108
OAK LAWN ... IL 60453

... FALLING WATERS ...
... RIDGE ... 60527

**Copy 2 — To Be Filed with Employee's State, City, or Local Income Tax Return.**

c Employer's name, address, and ZIP code
MADISON AND BSTRIKES ...
... AVE ...
OAK LAWN ... IL 60453

... FALLING WATERS ...
... RIDGE ... IL 60527

**Copy C — For EMPLOYEE'S RECORDS.**

$2500
$158.05
$155
...36

c Employer's name, address, and ZIP code
MADISON AND BSTRIKES CORP
... AVE #108
OAK LAWN ... IL 60453

... FALLING WATERS ...
... RIDGE ... 60527

**Copy 2 — To Be Filed with Employee's State, City, or Local Income Tax Return.**

$2500
$2500.00
$158.05
...36.25

c Employer's name, address, and ZIP code
MADISON AND BSTRIKES ...
... AVE ...
OAK LAWN ... IL 60453

... FALLING WATERS ...
... RIDGE ... 60527

# EXHITBIT: 11

## CARESKORE 2021 REVENUE $39.8 MILLION

Install    GetLatka Chrome Extension    now and access our data right on the website you're browsing

 **SaaS Database** Magazine Community Podcast Blog    LOGIN    GET STARTED
Pricing

## CareSkore

Mountain View, United States

🔗 cb



| About Company | Revenue | Funding | Team | Founder/CEO | CEO Net Worth |
| --- | --- | --- | --- | --- | --- |

# How CareSkore hit $39.8M revenue with a 619 person team in 2021.

Developer of a predictive and prescriptive population health management platform intended to transform the way providers help patients across the continuum of care. The company's platform offers patient management services, cost optimization services, workflow management and automated patient outreach services by aggregating and normalizing data through machine learning, enabling clients to manage population with real time assessments.

 **2014** Founded     **$39.8M** 2021 Revenue     ----- YOY     **$4.3M** Funding

## CareSkore Revenue



In 2021, CareSkore's revenue reached $39.8M . Since its launch in 2014, CareSkore has shown consistent revenue growth, reflecting its expanding user base and increasing adoption across various industries.

- **2021**
  CareSkore hit $39.8M in revenue in 2021

- **2014**
  CareSkore launched in 2014 with $0 revenue



# CareSkore Valuation, Funding Rounds

 icon

- **2017**
  CareSkore raised a of 🖼 🖼 in August, 2017

| FUNDING DATE | ROUND | AMOUNT | VALUATION | % Sold |
|---|---|---|---|---|
| August, 09 2017 | | 🖼 | 🖼 | - |

# Team

🖼 icon

**From:** madison sample jr msamplejr1@icloud.com @
**Subject:** Re: CareSkore nominated for 2015 Chicago Innovation Award
**Date:** August 26, 2015 at 11:24 AM
**To:** CareSkore (Jas Grewal) info@careskore.com

Absolutely excellent news!.

Sent from my iPod

Madison Sample Jr MD
President & Chief Medical Officer
Continental Anesthesia

On Aug 25, 2015, at 5:45 PM, CareSkore (Jas Grewal) < ... > wrote:

All,

It is with great pleasure that i inform you that CareSkore has been nominated for the **2015 Chicago Innovation Award**. It is a testament to our innovate predictive analytics solution we are developing to solve some of the hardest and most pressing healthcare issues, and make life better, for the patients and their providers

I will be reaching out to you from time to time to give an update on how we are doing. We will garner your support (and votes) late October for the People's choice Award.

Thank you for supporting us at different levels.

JAS GREWAL
Founder & CEO, CareSkore
info@careskore.com | 312 978 7909 | 312 248 1551
222 W. Merchandise Mart Plaza, Suite 1212,
Chicago, IL 60654

*Attorney Client privileged.*

About CareSkore - CareSkore is a web based predictive analytics platform for health systems, physician organizations and ACOs to better manage their patient populations and operations using real time, feedback and analytics

<4161DE64-A92B-403A-8369-1D175570E944.png>



Jas, congratulations on being among this year's Chicago Innovation Award nominees! We look forward to celebrating you at the Nominee Reception on September 9th at Park West. This annual event recognizes all our nominees who are pioneering innovation with brand new products, services and processes in the Chicago region.



1 (630) 785-8321

Message Tue, Feb 6 6:58 AM

Hey Madison hope you're doing well. And hope you and your family had a good holiday season. I'm sorry I haven't been able to get an invoice/ you for the work that was performed at the second half of the season. It was a little hectic for me I had a lot of family stuff going on. Anyways I just sent the invoice for the work that was done. Please let me know when you can (ake care of it. No rush

iMessage

# CareSkore Founder Advisor Agreement

This Founder Advisor Standard Agreement (the "Agreement") is entered into the date set forth on the signature page by and between the undersigned company CareSkore (the "Company") and the undersigned advisor (the "Advisor").

The parties agree as follows:

1. **Services**. Advisor agrees to act as a mentor or advisor to the Company and provide advice and assistance to the Company from time to time as further described on Schedule A attached hereto or as otherwise mutually agreed to by the parties (collectively, the "Services").

2. **Compensation.** Advisor shall not be entitled to receive cash compensation; however, Advisor shall be entitled to receive the equity compensation indicated on the signature page hereto at an exercise or purchase price equal to the fair market value of the Company's Common Stock, which will be documented in the applicable Stock Option Agreement or Restricted Stock Purchase Agreement to be entered into by Advisor and the Company as contemplated on the signature page hereto. The Company will seek written approval or have a meeting of the Board of Directors to authorize the Advisor compensation and deliver definitive stock purchase or option agreements regarding the stock compensation within 90 days from the date of this Agreement. If the Company fails to provide the foregoing documentation within such 90-day period, then the Advisor shall have right to contact directors of the Company.

3. **Expenses**. In connection with any reasonable travel and related expenses incurred in the course of performing services hereunder in which Advisor desires to be reimbursed, Advisor shall provide written notice to the Company in advance describing the nature and maximum amount of such expense (email notice shall be sufficient). If the Company pre-approves in writing (email notice shall be sufficient), then the Company shall reimburse Advisor, such pre-approved expenses.

4. **Term and Termination.** The term of this Agreement shall continue until terminated by either party for any reason upon five (5) days prior written notice without further obligation or liability.

5. **Independent Contractor.** Advisor's relationship with the Company will be that of an independent contractor and not that of an employee. Advisor will not be eligible for any employee benefits, nor will the Company make deductions from payments made to Advisor for employment or income taxes, all of which will be Advisor's responsibility. Advisor will have no authority to enter into contracts that bind the Company or create obligations on the part of the Company without the prior written authorization of the Company.

6. **Nondisclosure of Confidential Information.**

a. **Agreement Not to Disclose.** Advisor agrees not to use any Confidential Information (as defined below) disclosed to Advisor by the Company for Advisor's own use or for any purpose other than to carry out discussions concerning and the undertaking of, the Services. Advisor agrees to take all reasonable measures to protect the secrecy of and avoid disclosure or use of Confidential Information of the Company in order to prevent it from falling into the public domain or the possession of persons other than agents of the Company or persons to whom the Company consents to such disclosure. Upon request by the Company, any materials or documents that have been furnished by the Company to Advisor in connection with the Services shall be promptly returned by Advisor to the Company.

b. **Definition of Confidential Information.** "Confidential Information" means any information, technical data or know-how (whether disclosed before or after the date of this Agreement), including, but not limited to, information relating to business and product or service plans, financial projections, customer lists, business forecasts, sales and merchandising, human resources, patents, patent applications, computer object or source code, research, inventions, processes, designs, drawings, engineering, marketing or finance to be confidential or proprietary or which information would, under the circumstances, appear to a reasonable person to be

# EXHITBIT: 12

**DEFENDANT, DR MADISON SAMPLE'S USE OF MARITAL FUNDS FOR WORK RESOURCES**

**DR. SAMPLE'S WILLFUL INTERFERENCE WITH THE PLAINTIFF, JACKIE SAMPLE'S RIGHT TO FINANCIAL STABILITY AND SELF SUFFICIENCY**

**BANK OF AMERICA**

<span style="text-align:right">Your checking account</span>

SAMPLE ANESTHESIA LIMITED | Account # 2910 3751 3900 | August 1, 2023 to August 31, 2023

## Deposits and other credits

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 08/01/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 4,849.78 |
| 08/02/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 8,010.37 |
| 08/08/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 16,145.73 |
| 08/15/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 17,342.63 |
| 08/22/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 14,518.20 |
| 08/29/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 15,020.73 |
| 08/29/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 786.77 |

| Total deposits and other credits | $76,674.21 |
|---|---|

## Withdrawals and other debits

| Date | Description | | Amount |
|------|-------------|---|--------|
| 08/01/23 | MI TLR transfer to CHK 4144 Banking Ctr MERIDIAN #0000308 MI Confirmation# 0390976257 | | -12,000.00 |
| 08/02/23 | IL DEPT OF REVEN DES:EDI PYMNTS ID:00001434044880 INDN:BERNSTEIN REIKES CORP CO ID:5555566257 CCD PMT INFO:TXP*47338840301*20099*20230630*T*60588\ | | -605.88 |
| 08/03/23 | IL DEPT EMPL SEC DES:UNEMPL TAX ID:XXXXXXXXX INDN:BERNSTEIN & REIKES COR CO ID:1363042127 CCD PMT INFO:TXP*4767737**230630**0000000000**0000052 489**XXXXXXXXX\ | | -524.89 |
| 08/07/23 | Online Banking payment to CRD 4696 Confirmation# 1344418647 | | -6,400.00 |
| 08/09/23 | Online Banking payment to CRD 4696 Confirmation# 2662999583 | | -1,418.69 |
| 08/14/23 | IRS DES:USATAXPYMT ID:220362611288429 INDN:BERNSTEIN AND REIKES C CO ID:3387702000 CCD | | -3,889.00 |
| 08/15/23 | IL DEPT OF REVEN DES:EDI PYMNTS ID:00001527917008 INDN:BERNSTEIN REIKES CORP CO ID:5555566257 CCD PMT INFO:TXP*473388403000*0112*20230930*T*59400\ | | -594.00 |
| 08/18/23 | Online Banking payment to CRD 4696 Confirmation# 0436340740 | | -2,300.00 |
| 08/21/23 | Customer Withdrawal Image | | -15,000.00 |
| 08/23/23 | Online Banking payment to CRD 4696 Confirmation# 2683105633 | | -875.76 |

*continued on the next page*

BUSINESS ADVANTAGE

## Go paperless. Greater convenience. Less clutter.

Store and review your statements online. You can access up to seven years of account statements — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in online to Business Advantage 360 and click on **Profiles & Settings**.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. Not all account documents are available in paperless format.



SSM-01-23-2637 B | 5421106

From: Jack Johnson (jackshousinganddevelopment@gmail.com)

To:     salon119spa@yahoo.com

Date:  Monday, November 11, 2024 at 06:56 PM CST

---------- Forwarded message ---------
From: **Jack Johnson** <jackshousinganddevelopment@gmail.com>
Date: Fri, May 26, 2003 at 8:50 AM
Subject: Re: Life Insurance
To: Tracey A. Wertman <TWertman@sdflaw.com>

Hi Tracey

resolution to my financial access issue. Having this documentation will assist me in understanding the proceedings and any further steps that may be necessary. I kindly request that you address the status quo order during today's court proceedings.
As we previously agreed, I agreed to filing an emergency order to prevent the unfavorable circumstances I am currently facing. One of the main obstacles preventing progress is my inability to pay the required fees, including the General Contractor's license fee, GC Insurance, and the engineer's fee for Prairie. This financial limitation is holding up the sale of Prairie, exacerbating the urgency of the matter.

Please understand the urgency of my situation, and I would be immensely grateful for your immediate attention and action on this matter. Your prompt response and resolution would greatly alleviate the financial burden I am currently facing.

(from a previous email sent on May 23rd)

a. Could you assist me in regaining access to all our investment accounts, particularly cryptocurrency, before June 2nd?
d. I am still facing credit issues due to the CHASE credit card. Despite the ongoing situation, Madison has reduced the card's limit for the second time. Furthermore, I am currently unable to log into CHASE as before. Could you please follow up on this matter and ensure that the CHASE issue is resolved by June 2nd?

Thank you for your understanding and assistance

Jack

On Thu, May 25, 2023 at 3:54 PM Tracey A. Wertman <TWertman@sdflaw.com> wrote:
Hi Jackie - I spoke to John who will instruct Madison to pay your life insurance premiums.

As we discussed yesterday, mediation is an option. Apparently, you must have talked to Madison about it. He is in agreement to

Any questions, please let me know.

Best,
Tracey

Tracey A. Wertman | Partner
**SCHILLER DuCANTO & FLECK** LLP
321 N. Clark St., Suite 1200 | Chicago, IL 60654
TWertman@sdflaw.com | www.sdflaw.com
Direct (312) 609-5504 | Fax (312) 641-6361

you but we need water to flush toilets etc and I am only here 10 more days.

Today 6:03 AM

Good morning Jack I'm going to stop back by the house after my workout this morning and I wanted to discuss getting a refund for the month of March and I will let you keep $50 a day for the days that I've spent at the house I know you have a lot of issues going on, but I definitely need running water, and it is unsanitary to live without it at this point because of the toilets

iMessage

6:29 🌙





**Tenant Scott**

Hey Scott
Please call me at your earliest

Tue, Mar 5 at 9:59 PM

Hey Jack.. let's discuss tomorrow .. I am thinking the following: I am only here for another 10 days max because of spring break and going back to the Naperville house end of next week.. why don't I just pay you for the 10 days I am here at the $50 a day rate like we did in December and you refund me the rest and I will go to a hotel where there is running water? I feel bad for you but we need water to flush toilets etc and I am only

iMessage 🎤

 Gmail

**Jack Johnson <jackshousinganddevelopment@gmail.com>**

## Project

~~ywafford@gmail.com~~ ~~ywafford~~@gmail.com>
To: jackshousinganddevelopment@gmail.com

Wed, Oct 16, 2024 at 12:25 PM

Good Afternoon Mrs. Sample,
I am reaching out regarding a project that is am currently pursuing.
I am searching for a personal residence and I am requesting your professional assistance.
I would like to know would you have any immediate availability to take the role of a general contractor from start to finish on that project.
This will include the gutting of the property to the final furnishings of the project.
I need this quote immediately as I am submitting the quote to the bank
I look forward to your response.
Respectfully,
~~████████████████~~

# EXHITBIT: 13

# RACIAL DISCRIMINATION BY DR MADISON SAMPLE

 Gmail

**Jack Johnson <jackshousinganddevelopment@gmail.com>**

---

### Re: Jeep Repair

---

**Madison Sample Jr <msamplejr@gmail.com>**                                   Wed, Jun 7, 2023 at 7:54 PM
To: Jack Johnson <jackshousinganddevelopment@gmail.com>

I do not accept your premise.
During slavery, black men and women called the white male "massa" and "the man". Black men worked back breaking work in the field all day, where some black women worked in massa house calling him the man. Bearing his chillren.
What you have done to me is as if you are my massa. I answer to you and the white man system of the State. There is no place in this country you could treat a white man as you have treated me. I will never forget it.
You would not have even thought of treating your previous white boyfriend like you have me. I will never be in this position with a black woman during my life.
I don't accept you blaming me for your issues. That doesn't work anymore on me.

Sent from my iPod

Madison Sample Jr MD


> On Jun 7, 2023, at 6:41 PM, Jack Johnson <jackshousinganddevelopment@gmail.com> wrote:
>
>
> Hello
> Considering recent events, I have reservations about your commitment to cover the costs of repairing the Jeep. Your actions have hindered my access to our shared funds, and it's evident that I lack the financial resources to pay for vehicle repairs, Madison. I need to exercise caution to avoid being burdened with an unaffordable car repair bill and left without a means of transportation. I would prefer to wait until the Jeep is repaired before switching back to our original cars.
> Jack

Around 2020-2021, I noticed that the Defendant, Dr. Madison Sample, had become a fan of Kevin Samuels, a well-known internet personality and image consultant. Kevin Samuels was widely recognized for belittling women, particularly women of color, and his comments toward Black women were often derogatory.

The Defendant, Dr. Madison Sample, began directing racial and sexist insults toward the Plaintiff, Jackie Sample. These included statements such as, "It would be impossible for a Black woman to get a high-net-worth man like me. Black women, especially at your age, can't get a successful man like me because they don't appreciate men like me. Women from other ethnic groups are easier to deal with. Black women don't know how to stay in their place. I have a degree from Harvard and an MD from Washington University. You don't have a degree."

# EXHITBIT: 14

**SOME PREVIOUS TRAVEL EXPENSES OVER $90K, EXCLUDING SHOPPING WEEKEND TRIPS, TOURS, RESTAURANTS, AND MORE**

 Gmail

Jack Johnson <jackshousinganddevelopment@gmail.com>

---

## Booked! Your reservation at Iberostar Berkeley Shore Hotel in Miami Beach is confirmed
1 message

---

**TripAdvisor** <Members@e.tripadvisor.com>
Reply-To: TripAdvisor <reply-fe501178736502797d1d-18_HTML-391157013-10834732-139118@e.tripadvisor.com>
To: jackshousinganddevelopment@gmail.com

Sat, Apr 21, 2018 at 9:16 AM

$ 250⁰⁰

 tripadvisor

know better ⊛ book better ⊛ go better

*Hi jackshousinganddevelopment*

## Thanks for booking on TripAdvisor, Jackie.

Your reservation is confirmed.

Your hotel reservation at Iberostar Berkeley
Shore Hotel is confirmed.

**View or modify your booking with** 

To cancel or change your booking call **Cancelon** at 1-
**855-226-2359**, or go to My Bookings to manage your
booking on TripAdvisor

Confirmation Number:
681660 - Modify your booking

🗒 Modify your booking

⊗ Cancel your booking

*If you are not getting the help you need, call TripAdvisor at
1-800-753-7914, or +1-857-288-1073 if you are calling
from overseas.*

## Your trip and payment details



**Iberostar Berkeley Shore Hotel**
⊚⊚⊚⊚⊙  182 Reviews

1610 COLLINS AVE
Miami Beach, FL 33139   ☐ 0013055315731

**Confirmation Number:** 681660

**Check in:** 5/03/2018

**Check out:** 5/06/2018

3 nights

1 room

1 guest

**Total:** 935.0 USD

**Cancellation Policy:** Cancellations before Apr 29, 2018 12:00 PM (Local Time) are 86 USD processing fee will be charge. Bookings cancelled after Apr 29, 2018 12:00 PM (Local Time) are non-refundable and cannot be amended. There is no refund for no-shows or early checkouts.

**Cancelon will charge your card prior to your stay.**

 **Need another hotel?**

**Shop hotels >**

Download the TripAdvisor app to make the most of your Miami Beach trip.



**Get free app for iPhone >**

**Get free app for Android >**

Go to TripAdvisor | Privacy Policy | Contact Us

Please do not reply directly to this e-mail. This e-mail was sent from a notification-only address that cannot accept incoming e-mail. If you have questions or need assistance, ask us here

TripAdvisor LLC, 400 1st Ave., Needham, MA 02494, USA

© 2018 TripAdvisor LLC. All rights reserved. TripAdvisor, the TripAdvisor logo, the logo of the owl, Travelers' Choice and the logo of Travelers' Choice are registered trademarks or trademarks of TripAdvisor LLC in the US and / or other countries.

VACATIONS

**KATHY ECOB**
20875 S LAGRANGE ROAD
FRANKFORT, IL 60423

| | |
|---|---|
| Issue Date | 07Nov19 |
| Booking Number | GW71408Z |
| Agent Code | 14504862 |
| Agent Reference | TERESA-018 |
| Departing Date | 06Dec19 |
| Your Reference | SRMKWT |

### Booking Confirmation

The following recaps the details of your travel arrangements. Please review all items thoroughly; including components booked, dates of travel and passenger names prior to submitting payment. All prices are subject to change until applicable payment is received. Your Travel Agent can review the deposit and final payment requirements as well as any cancellation or change fees.

### Passenger Details

| Passenger | Age | Gateway |
|---|---|---|
| DR MADISON SAMPLE-JR | | ORD |
| MS JACKIE LORESE SAMPLE | | ORD |

### Payment Details

| | | |
|---|---|---|
| Passenger Total: | | $3799.90 |
| Deposit Requirement: | $1975.90 due on 08Nov19 | |
| **Balance Outstanding (Due on 08Nov19):** | | $3799.90 |

### Agent Information

LINCOLN TRAVEL
KATHY ECOB

20875 S LAGRANGE ROAD
FRANKFORT, IL 60423
8154697454
8154697461

### Notes

$100.00 PER ADULT LAND DEPOSIT IS NON-REFUNDABLE

### Rules and Conditions

PASSPORT: A valid passport is required for U.S. Citizens traveling internationally. Visit www.travel.state.gov for specific requirements. If you are not a U.S. Citizen please check with the consulate of the country to which you are traveling for entry requirements.

BAGGAGE FEES: Additional fees for baggage may apply. Please contact the airline or refer to its website for detailed information regarding their checked baggage policies, or alternatively please visit http://www.gogowwv.com/booking-terms-and-conditions for more information.

IMPORTANT: Availability is subject to change and prices are subject to increase prior to the time you make full payment. Prices are not subject to increase after you make full payment, except for charges resulting from increased government-imposed taxes or fees.

PAYMENT TERMS: If you are booking your vacation more than 45 days before departure, you may elect to pay your balance in full at time of booking, or (if applicable) to make an initial deposit and pay the remaining balance no less than 45 days before departure. The initial deposit will be charged to a credit card at time of booking or may be payable by check. GOGO Vacations may require a non-refundable $100 per person deposit depending on the type of services associated with your booking.

AIR: If your booking includes air travel, such airfare is subject to the policies of the issuing airline and may be non-refundable once ticketed. Thereafter, any amendment or any changes to a reservation once booked and paid or deposited constitutes a cancellation and any ticket exchanges, changes, reissues and cancellations may require additional funds. In addition to retaining any non refundable deposit, cancelled bookings may incur charges up to 100% of the cost of the booking depending on the Airlines rules. In the event the airfare is canceled, the airfare may be exchanged for another trip, under the same passenger names, so long as the trip is completed within 365 day of the original ticket issue date.

ADDITIONAL TAXES: Additional taxes and surcharges that cannot be pre-collected may be charged locally by car rental agencies, hotels or other suppliers.

TRAVEL PROTECTION: We always recommend that all travelers purchase travel protection for their vacation package. Any coverage you have purchased is listed under insurance components. Please contact your travel agent for plan details, plan costs and a description of coverage.

HAZARDOUS MATERIALS: Federal law prohibits the carriage of certain hazardous materials, such as aerosols, fireworks, and flammable liquids, aboard an aircraft. If you do not understand these restrictions contact your airline.

LIABILITY: GOGO Vacations and its employees, affiliates, officers, directors, successors, agents and assigns do not own or operate any entity which provides goods and services for your travel including without limitation, lodging facilities, airline, vessel, motor coach or other transportation companies, guides or guide services, local ground operators, providers or organizers of optional excursions, food service providers, etc. All such persons and entities are independent contractors and are in no way affiliated with GOGO Vacations. GOGO Vacations is not liable for any negligent or willful act or failure to act of any travel service provider or of any third party. GOGO Vacations is not responsible for any injury, loss, death, inconvenience, delay / damage to person or property in connection with the provision of any goods or services whether resulting from, but not limited to, acts of God or force majeure, illness, disease, acts of war or civil unrest, insurrection or revolt, animals, strike or other labor activities, criminal or terrorist activities, of any kind, overbooking or downgrading of accomodations, mechanical or other failure of airplanes or other means of transportation, or any failure of any transportation mechanism to arrive or depart on time. If due to weather, flight schedules or other uncontrollable factors you are required to spend additional night(s), you will be responsible for your own hotel, transfers and meal costs. Baggage is entirely at owner's risk. You may see the name GOGO Vacations affixed to motor vehicles, on signs around the hotel or elsewhere. This use of our name is purely for reasons of identification and does not denote ownership, supervision, or control by GOGO Vacations in any way. You specifically agree that GOGO Vacations is not liable for any consequential loss or damage. Conditions can change rapidly in a country at any time. It is the travelers responsibility to check the USA Government Travel Advisories for your intended destination at https://travel.state.gov/content/travel .html

**Itinerary**

# FRI 06 DEC 2019



**Flight - Departing**

6:20PM          Depart CHICAGO on TAP AIR PORTUGAL flight TP242          Confirmed

Reservation Number: SRMKWT

# SAT 07 DEC 2019

**Flight - Arriving**

8:00AM          Arrives LISBON



**Flight - Departing**

9:25AM          Depart LISBON on TAP AIR PORTUGAL flight TP1128          Confirmed

Reservation Number: SRMKWT

**Flight - Arriving**

11:55AM          Arrives TENERIFE

 **Transfer**

Private Vehicle Transfer to your hotel                                         Confirmed

TP1128 1155A TO H10 Big Sur Tenerife

For 2 adults

HOLIDAY TAXIS

13 Black Lion Street, 2nd Flr

Brighton, BN1 1ND

UNITED KINGDOM                               TEL: 44 12 73 828 200

RECONFIRMATION
Please reconfirm transfer at least 48 hours prior to transfer departure
IMPORTANT INFORMATION

* This is a non assisted transfer
* Luggage limit is 1 suitcase and 1 piece of hand luggage per passenger
* Additional charges will apply on extra luggage or special requests (eg. for passengers in wheelchair)
* In the unlikely event of a delay or difficulty in locating your driver pleae use the emergency number to contact
a representative
* Please do not leave the arrivals hall until you have located your driver/ representative.
* In the event of being delayed with your luggage please sent one person of your party to the Canary Shuttle
Office to advise our representative.
DURATION
Approximately 15 minutes
MEETING POINT
Once you have collected your luggage please proceed to Canary Shuttle Office at arrivals hall (desk number
2). Please identify yourself to a representative by showing them a copy of your booking voucher.

 **Accommodation**

SEA VIEW TWIN                                           Confirmed

H10 Big Sur Tenerife

28 Av.Juan Carlos I

Los Cristianos 38650

SPAIN                                       TEL: 92 279 0366

In a 2 Adults room

For 5 nights In: 07 DEC Out: 12 DEC

Inclusions:                                 Bed And Breakfast

Supplier Reference:                         2756024

Twin

Car park NO. Check-in hour 14:00 - . Only Adults.

Online Price

**THU 12 DEC 2019**

 **Transfer**

Private Vehicle Transfer to your flight          Confirmed

H10 Big Sur Tenerife TO TP1127 1P

For 2 adults

HOLIDAY TAXIS

13 Black Lion Street, 2nd Flr

Brighton, BN1 1ND

UNITED KINGDOM          TEL: 44 12 73 828 200

RECONFIRMATION
There is no need to reconfirm your transfer unless your pick up time has changed. If your pick up time has changed please call the supplier on the reconfirmation number provided 24 hours prior to departure
IMPORTANT INFORMATION

* This is a non assisted transfer
* Luggage limit is 1 suitcase and 1 piece of hand luggage per passenger
* Additional charges will apply on extra luggage or special requests (eg. for passengers in wheelchair)
* In the unlikely event of a delay or difficulty in locating your driver pleae use the emergency number to contact a representative
DURATION
Approximately 15 minutes
MEETING POINT
Please ensure that you are at your confirmed pick up point (outside the hotel) at least 15 minutes in advance and have your voucher ready to give to the driver.

 **Flight - Departing**

1:00PM          Depart TENERIFE on TAP AIR PORTUGAL flight TP1127          Confirmed

Reservation Number: SRMKWT

**Flight - Arriving**

3:15PM          Arrives LISBON

 **Transfer**

Private Vehicle Transfer to your hotel          Confirmed

TP1127 315P TO Sofitel Lisbon Liberdade

For 2 adults

I NEED TOURS

Via de Pinedo 18

55041 Lido di Camaiore

LUCCA                                              TEL: 39 06 9763 0256


RECONFIRMATION
Please reconfirm transfer 24 hours prior to departure
iMPORTANT INFORMATION

* Luggage Allowance: Each passenger is allowed to a maximum of 1 suitcase and 1 carry-on bag (Hand luggage
whose weight not exceeding 10 kg, with maximum dimensions of 55 cm x 40 cm x 20 cm)
* Surcharges will apply for multiple drop-offs
* If you have any issues locating their driver you must call the local contact number
* Driver will wait for 1.5 hours after scheduled arrival time
* Driver will arrive at the airport 30 minutes after the scheduled arrival time
* Driver will wait at arrivals for clients
* In the event of delays, please call the emergency assistance line
INCLUSION
Includes:-

* Transfer from airport
TRANSFER SCHEDULE
Daily 24 hours
MEETING POINT
AIRPORT: Driver will wait at the arrival gate holding a sign with customer name.


 **Accommodation**

SUPERIOR ROOM, 1 KING SIZE BED                                    Confirmed

Sofitel Lisbon Liberdade

127 Avenida da Liberdade

Lisbon

PORTUGAL 1269-038                          TEL: 351 21 322 8300

  In a 2 Adults room

  For 2 nights In: 12 DEC Out: 14 DEC

  Inclusions:                                Room Only

  Supplier Reference:                        GJB071749CJ39O

A C A T I O N S

SAT 14 DEC 2019

 **Transfer**

Private Vehicle Transfer to your flight                                      Confirmed

Sofitel Lisbon Liberdade TO TP243 120P

For 2 adults

I NEED TOURS


RECONFIRMATION
Please reconfirm transfer 24 hours prior to departure
IMPORTANT INFORMATION

* Luggage Allowance: Each passenger is allowed to a maximum of 1 suitcase and 1 carry-on bag (Hand luggage
whose weight not exceeding 10 kg, with maximum dimensions of 55 cm x 40 cm x 20 cm)
* Surcharges will apply for multiple drop-offs
* If you have any issues locating their driver you must call the local contact number
* Pick-up time is at least 3.5 hours before flight departure
INCLUSION
Includes:-

* Transfer from city centre hotel to airport
TRANSFER SCHEDULE
Daily 24 hours
MEETING POINT
Driver will meet the client in the hotel lobby - Customers are required to be ready 10 minutes before the scheduled
pick-up time and consider a flexibility of 20 minutes due to the varying conditions of traffic


 **Flight - Departing**

1:20PM                          Depart LISBON on TAP AIR PORTUGAL flight TP243                    Confirmed

Reservation Number: SRMKWT


**Flight - Arriving**

4:35PM                          Arrives CHICAGO

$ 6750.00



 

## Thank You for Registering for "FOLLOW THE BIBLE" ISRAEL TOUR

Madison Sample Jr,

**Dates**: October 31, 2018 to November 9, 2018

**Login Details**: A login will be required to edit your registration; use the following information or click the **Edit My Registration** button at the top of this page.

Your registration URL is https://www.rsvpbook.com/event.php?582128
Your email address is msamplejr@gmail.com
Your password is

## Purchase Summary

| | |
|---|---|
| Land and Air - 2 Person (Qty 1) | $ 7,031.25 |
| **Subtotal** | $ 7,031.25 |
| **Discount Total** | ($ -281.25) |
| Check Payment Discount ($ -281.25) | |
| **Total** | $ 6,750.00 |
| **Payments** | ($ -6,750.00) |
| Check Payment [CK 309] ($ -2,750.00) | |
| Check Payment [CK 1024] ($ -2,000.00) | |
| Credit Card Payment [CC VI8310] ($ -2,000.00) | |
| **Balance Due** | $ 0.00 |



**Payment Instructions:** *TO GUARANTEE PROPER CREDIT TO YOUR ACCOUNT:* THE TOUR ID NUMBER "582128" MUST BE WRITTEN ON THE MEMO LINE OF YOUR CHECKS.

Make checks payable to:
Bell Wholesale Travel, Inc.
834 E Rand Road, Suite 7
Mount Prospect, IL 60056

AVOID CANCELLATION BY MAKING SURE YOUR INITIAL DEPOSIT REACHES OUR OFFICE WITHIN 10 DAYS OF YOUR ORIGINAL REGISTRATION DATE.

**Early Bird Payment Due in Full by JULY 25, 2018, to Avoid a $200 per Person Late Payment Fee. Final Payment Due No Later than SEPTEMBER 10, 2018, to Avoid Cancellation.**

**Sincerely,**

**Bell Wholesale Travel, Inc**
reservations@bwti.com



Gmail                                                    Jack Johnson <jackshousinganddevelopment@gmail.com>

## nvitation: Lighthouse dinner. Israel trip @ Sun Oct 21, 2018 2:30pm - 5:30pm (CDT) (Jack Johnson)

message

adison Sample Jr <msamplejr@gmail.com>                                    Thu, Aug 23, 2018 at 9:08 AM
ply-To: Madison Sample Jr <msamplejr@gmail.com>
: jackshousinganddevelopment@gmail.com, Jackie Johnson <salon119spa@yahoo.com>

### Lighthouse dinner. Israel trip                                          more details »

When    Sun Oct 21, 2018 2:30pm – 5:30pm Central Time - Chicago

Where   Lighthouse Church of All Nations 4501 W 127th St, Alsip, IL 60803, United States (map)

Calendar  Jack Johnson

Who     • Madison Sample Jr - organizer
        • Jack Johnson
        • Jackie Johnson

Going?  **Yes** - **Maybe** - **No**   more options »

Invitation from Google Calendar

You are receiving this email at the account jackshousinganddevelopment@gmail.com because you are subscribed for invitations on calendar Jack Johnson.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.

📄 **invite.ics**
  2K



Record Locator **TNFGRA**

## Itinerary

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---------|----------|-----------|----------|-----------|
| American | 1185 | CHICAGO OHARE<br>TUE 13SEP<br>7:00 AM | PHILADELPHIA<br>9:59 AM | Q |
| Madison Sample | Seat 12C | Economy | | Food For Purchase |
| Jackie Johnson | Seat 12B | Economy | | Food For Purchase |
| American | 824 | PHILADELPHIA<br>TUE 13SEP<br>10:30 AM | BERMUDA<br>1:45 PM | Q |
| Madison Sample | Seat 14D | Economy | | Food For Purchase |
| Jackie Johnson | Seat 14E | Economy | | Food For Purchase |
| American | 825 | BERMUDA<br>SUN 18SEP<br>3:05 PM | PHILADELPHIA<br>4:26 PM | M |
| Madison Sample | Seat 11D | Economy | | Food For Purchase |
| Jackie Johnson | Seat 11E | Economy | | Food For Purchase |
| American | 437 | PHILADELPHIA<br>SUN 18SEP<br>5:50 PM | CHICAGO OHARE<br>7:19 PM | M |
| Madison Sample | Seat 7D | Economy | | Food For Purchase |
| Jackie Johnson | Seat 7E | Economy | | Food For Purchase |



Receipt

| Passenger | Ticket # | Fare-USD | Taxes and Carrier-Imposed Fees | Ticket Total |
|-----------|----------|----------|-------------------------------|--------------|
| Madison Sample | 0012379676614 | 516.00 | 155.06 | 671.06 |
| Jackie Johnson | 0012379676615 | 516.00 | 155.06 | 671.06 |

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE -ORDBDA-No free checked bags/ American Airlines BAG ALLOWANCE -BDAORD-No free checked bags/ American Airlines 1STCHECKED BAG FEE-ORDBDA-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM** 1STCHECKED BAG FEE-BDAORD-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM** 2NDCHECKED BAG FEE-ORDBDA-USD40.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM** 2NDCHECKED BAG FEE-BDAORD-USD40.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM** **BAG FEES APPLY AT EACH CHECK IN LOCATION ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have 24 hours to cancel your trip for a full refund if you booked at least 7 days prior to departure. You must cancel your trip before requesting a refund. To cancel your trip, login on aa.com or Contact Reservations. For our refund policy and to request a refund, go to www.aa.com/refunds.

        

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

*[handwritten: May 2022 Family Parents Trip     2,618     1,500     4,118.⁰⁰]*

# our quote

| | |
|---|---|
| 500.00 x 4 nights | $2,000.00 |
| ost Fees ⌄ | $300.00 |
| rvice Fee ⓘ | $248.00 |
| ıx | $120.00 |
| **otal** | **$2,668.00** |
| ue on April 30, 2022 [Paid] | $2,618.00 |
| ue on May 3, 2022 [Paid] | $50.00 |

you incur incidental fees or cause damage to the rental property, your credit card may be charged up to $400. Learn more about policies on our Help Center. ttps://help.homeaway.com/articles/What-happens-if-my-card-on-file-is-charged-for-property-damage)

**Get special offers, travel inspiration, and more from Vrbo**

| Email Address | ✉ |
|---|---|

**Explore Vrbo**

List your property (https://www.vrbo.com/lyp?)
Book with Confidence (https://www.vrbo.com/l/travel-with-confidence)
Trust & Safety (https://www.vrbo.com/trust)
Partner resources (https://host.expediagroup.com/vrbo/en-us/)
Vacation rental guides (https://www.vrbo.com/vacation-ideas)

**Meet the Vrbo family**

Vrbo (https://www.vrbo.com/)
Abritel.fr (https://www.abritel.fr/)
FeWo-direkt.de (https://www.fewo-direkt.de/)
Bookabach.co.nz (https://www.bookabach.co.nz/)
Stayz.com.au (https://www.stayz.com.au/)

**Company**

About (https://www.vrbo.com/l/about-vrbo)
Careers (https://lifeatexpediagroup.com/brands?utm_source=vrbo&%3Butm_medium=homepage%23brands-vrbo)

(https://www.vrbo.com/)

☰

< (/traveler/th/bookings)

**Pullman, Michigan, United States of America**

(/traveler/th/inbox/conversation/ac2cefe1-3f08-3b(/traveler/th/inbox/conversation/ac2cefe1-3f08-3b(/traveler/th/inbox/conversation/ac2cefe1-3f08-434a-a81a-afc0feccb5c0/payments)

ullman, Michigan, United States of America (/1465661?unitId=2024255&noDates=true)

roperty ID: 1465661

heck-in

**Iay 4, 2022**

**5:00 PM**

heckout

**Iay 8, 2022**

**1:00 AM**

**Elizabeth Kosten**

Joined in 2018



Re: Booking Confirmation Regina Hotel Baglioni (updated)

From: Madison Sample Jr. MD (msamplejr@gmail.com)

To: reservations.reginaroma@baglionihotels.com

Cc: salon119spa@yahoo.com

Date: Tuesday, September 8, 2015 at 01:05 AM CDT

I appreciate your response. We tried this bed again. The bed is still separating.

Is it possible to exchange this bed for a King mattress bed? If not, we will move. We will be out on a tour till late again. Let us know. It will be a luxury to get a good night sleep. We both sleep in the middle of the bed together, unlike some married couples who sleep on both ends. This bed would work great for them, not us.

Please keep me informed.

Sent from my iPad
Madison Sample Jr., MD
CEO & Chief Medical Officer
Continental Anesthesia

On Sep 6, 2015, at 9:29 AM, Madison Sample Jr <msamplejr@gmail.com> wrote:


Hello

We are out all day on a tour and won't return till late. Yesterday, however it was a difficult night sleeping.

Housekeeping was gone for the night and a night manager came and did his best to correct problem. Our King bed (2 twin beds put together) kept coming apart!

Even afterward, we did not sleep well because it was as if we kept falling in the middle.

We need a new bed or this fixed while we are out please. I've never experienced this and I do a lot of traveling for work.

Thanks for your attention to this. Room 410.

Sent from my iPod

Madison Sample Jr MD

President & Chief Medical Officer
Continental Anesthesia

On Jul 2, 2015, at 2:41 PM, <reservations.reginaroma@baglionihotels.com> <reservations.reginaroma@baglionihotels.com> wrote:

Dear Mr Johnson-Sample,

Warm Greetings from *Regina Hotel Baglioni*.

We are delighted you have decided to stay with us and we are pleased to confirm your reservation as follows:

| | |
|---|---|
| **Reservation N°** | **5631933** |
| **Arrival Date** | 05.09.15 |
| **Departure Date** | 12.09.15 |
| **No. of nights** | 7 nights |
| **Room** | 1 Double Deluxe room |
| **Daily Rate** | € 320.00 per night, including 10% VAT |
| **Breakfast** | American Buffet Breakfast included |
| **Payment** | Upon departure |
| **Guarantee** | Visa ****2823 Exp. Date: 08/17 |
| | *The hotel reserves the right to verify the validity of the credit card before Guests' arrival (either by requesting a preauthorization on the card or by contacting the credit card provider directly). If the credit card is invalid and /or is declined, the reservation may be cancelled.* |
| **Cancellation** | At midday Italian time 2 days before arrival. One night will be charged to your credit card on failure to cancel. *Early departures must be communicated 24 hours in advance in order to avoid a penalty.* |
| **Parking** | Available starting from € 50,00 per night/car, provided with valet service |
| **Arrival Time** | We would be very grateful if you could advise us on your estimated arrival time in order to offer you our warm welcome. |

*Costa Rica 2015*

*$5,000*

Reservation Confirmation #84469982 for JW Marriott Guanacaste Resort & Spa

From: JW Marriott Hotels & Resorts Reservations (reservations@jwmarriott-res.com)

To: SALON119SPA@YAHOO.COM

Date: Thursday, January 8, 2015 at 04:42 PM CST

Please review your reservation details and keep for your records.

JW Marriott Guanacaste Resort & Spa

[[[|JW|CNF|en_US]]]

506-26812000   Hotel Website   Map & Directions   Plan Your Stay

## Reservation Confirmation: 84469982

### For MADISON SAMPLE

| | |
|---|---|
| CHECK-IN DATE **Saturday, February 21, 2015** | CHECK-OUT DATE **Friday, February 27, 2015** |
| CHECK-IN TIME **03:00 PM** | CHECK-OUT TIME **12:00 PM** |

Modify your reservation

Cancel your reservation

### Dear MADISON SAMPLE,

Thank you for choosing JW Marriott as your next travel destination. You have our commitment to provide a curated stay experience that eliminates distractions and the unnecessary — so you have the time and space you can call your own. The detailed information below confirms your reservation.

With kind regards,
JW Marriott Guanacaste Resort & Spa

## Hang On for Free Wi-Fi
Join Marriott Rewards® and connect free worldwide.

Join Marriott Rewards

## Bon Appetit
Extraordinary culinary and wine selections

Treat your senses

## Golf is For Everyone
Book time to tee off with family and friends.

Learn more

## Relax and Rejuvenate
Calming, rejuvenating, invigorating or indulging

Learn More

ROOM TYPE              Guest room, 1 King, Garden view, Balcony
NUMBER OF ROOMS        1
GUESTS PER ROOM        2
GUARANTEED METHOD      Other guarantee
SPECIAL REQUESTS
Room 1

**Property does not offer**
• 1 King Bed
• Non-Smoking Room

RATES ARE PER ROOM, PER NIGHT (USD)

| | | |
|---|---|---|
| **Saturday, February 21, 2015-Sunday, February 22, 2015** | 1 night | 203.00 USD |
| Leisure rate | | |
| **Sunday, February 22, 2015-Friday, February 27, 2015** | 5 nights | 259.00 USD |
| Leisure rate | | |
| ESTIMATED GOVERNMENT TAXES & FEES | | 32.46 USD |
| **Total for stay (for all rooms)** | | **1,692.74 USD** |

**Parking Information**
· Complimentary on-site parking
· Valet parking, fee: 10 USD daily

· Please note that a change in the length or dates of your reservation may result in a rate change.
· You may cancel your reservation for no charge until Wednesday, February 18, 2015 (3 day[s] before arrival).
· Please note that we will assess a fee of 292.67 USD if you must cancel after this deadline.

If you have made a prepayment, we will retain all or part of your prepayment. If not, we will charge your credit card.

**RATE GUARANTEE LIMITATION(S)**
· Changes in taxes or fees implemented after booking will affect the total room price.
· Please note that a change in the length or dates of your reservation may result in a rate change.

*$3,000*

# Gmail

*Miami 2015*

Jack Johnson <jackshousinganddevelopment@gmail.com>

## wd: Your Reservation Confirmation (MODIFICATION)

**ck Johnson <jackshousinganddevelopment@gmail.com>**                    Tue, Dec 8, 2015 at 1:30 PM
: Madison Sample <msamplejr@gmail.com>

---------- Forwarded message ----------
From: **momia-reservations@mohg.com** <momia-reservations@mohg.com>
Date: Tue, Dec 8, 2015 at 1:23 PM
Subject: Your Reservation Confirmation (MODIFICATION)
To: jackshousinganddevelopment@gmail.com



Dear   Sample

Thank you for booking at Mandarin Oriental, Miami. We are pleased to confirm your
reservation as stated below. If we may be of any further assistance, please call or send us

an email.

We look forward to welcoming you soon.

**Mandarin Oriental, Miami**
500 Brickell Key Drive, Miami, Florida 33131, USA
+1 (305) 913 8288
momia-reservations@mohg.com

♀ Map & Directions

## Reservation Details

**Dr. Madison And Mrs. Jackie Sample**
9624 South Cicero Avenue #108,
Oak Lawn, Illinois 60453, United States
773-719-0397
jackshousinganddevelopment@gmail.com

RESERVATION NUMBER
**526SB110857**

ARRIVAL
**Tuesday, December 15, 2015**

DEPARTURE
**Sunday, December 20, 2015**

GUESTS
**2 Adults 0 Children**

ROOM TOTAL
**USD 1,356**

CHARGES
**USD 176**

ROOM & RATE INFORMATION
**Deluxe Bay View Room - Deluxe Bay View -
King Bed**

**More in Miami - Third Night Complimentary,
free night included in Average Rate**
Tuesday, December 15, 2015 USD 339
Wednesday, December 16, 2015 USD 339
Thursday, December 17, 2015 USD 0
Friday, December 18, 2015 USD 339
Saturday, December 19, 2015 USD 339

ENHANCE YOUR STAY ADD-ON

Total:

TRAVEL INFORMATION
Arrival: **x - Not Specified -**

Departure: **x - Not Specified -**

If you have arranged for transportation,
Concierge will confirm via a separate email.
**Please note transportation is not yet
confirmed**

ADDITIONAL INFORMATION
**Non smoking room, High floor, King bed,
Early check-in requested
DFW.BethAnn.12/7/15;10:59AM-1st time**

*Party 2015* *$5000.*

Below is your confirmation for Hotel Le Six! I have also attached your flight reservations to this e-mail.

Best,

Sara Purdy - Team Leader
LaSalle & Jackson
=================================================
175 West Jackson Blvd
Chicago, IL 60604
p:312-922-2041
f:312-922-2344
e: PurdyS@libertytravel.com
**Your feedback is important to us. In order to better serve your travel needs in the future, please** click here **to share your Liberty experience.**

**From:** info@hotel-le-six.com [mailto:info@hotel-le-six.com]
**Sent:** Friday, June 19, 2015 6:58 PM
**To:** Purdy, Sara
**Subject:** Booking confirmed: Hôtel Le Six

**Thank you for booking**
Hôtel Le Six
**This reservation is now confirmed**
You may request to cancel your reservation online by clicking HERE
You may request to modify your reservation online by clicking HERE

**REF: FRApurdys-1182133**
Booked on: Jun 20, 2015. 01:55 CEST

Booking Summary
Hôtel Le Six
14 Rue Stanislas
Paris, Paris, 75006
France
**Tel:** +33 142 22 00 75
**Email:** info@hotel-le-six.com
**Arriving:** Sat 29-Aug-2015, **Departing:** Sat 5-Sep-2015 (7 nights)
**Arrival Time:** 12noon
**Party:** 2 adults and 0 children
How to get there
**BY METRO**
Métro n°12 station Notre Dame des Champs
Métro n°4 station Vavin
Bus n°58 / n°68 / n°82 station Notre Dame des Champs
Bus n°91 station Vavin
Gare Montparnasse (TGV) 200 meters
RER B station Port Royal direct trains to Charles de Gaulle and Orly airports (30 minutes)

**BY PLANE**

view website

view location on map

Re: Booking confirmed: Hôtel Le Six

From: Jackie Johnson-Sample (salon119spa@yahoo.com)

To: PurdyS@libertytravel.com

Date: Thursday, July 30, 2015 at 07:31 AM CDT

Hi Sara
Please call me today regarding booking tours.
Jackie Johnson

**From:** Jackie Johnson-Sample <salon119spa@yahoo.com>
**To:** "Purdy, Sara" <PurdyS@libertytravel.com>
**Sent:** Tuesday, July 28, 2015 7:08 AM
**Subject:** Re: Booking confirmed: Hôtel Le Six

Hi Sara

I'd like to book a few tours for Rome and France. Do you have any suggestions on day travel from Paris. I'm looking for day trips which are 2 hours or less each way. I attached a list of places. I probably wont need to buy advance tickets for all but I would like to if it will save us from standing in long lines. I would like to do a Cognac tour in Paris and a wine tour in both Rome and Paris. I also want to do to private tour of both citie as soon as we arrive, if time permits. I don't know how long those city tours are.

Please call me when time permits.
Thanks
Jack
(773)719-0337

**From:** "Purdy, Sara" <PurdyS@libertytravel.com>
**To:** Jackie Johnson <salon119spa@yahoo.com>
**Sent:** Tuesday, June 30, 2015 12:08 PM
**Subject:** FW: Booking confirmed: Hôtel Le Six

Hi Jackie,

# A. NASH TRAVEL

# INVOICE

5865 McLaughlin Road, Unit 2B, Mississauga, Ontario, Canada, L5R 1B8

**Invoice Number:** 244418

**Invoice Date:** 2017-03-03

**Sold To:** MRS. JACKIE JOHNSON
9715 SOUTH CLAREMONT STREET
CHICAGO, ILLINOIS 60643 USA

**Agent:** Jury Krytiuk
**Phone:** (905) 755-0647
**Fax:** (905) 755-0729
**Toll Free:** 1-800-818-2004

## ITINERARY SUMMARY

| Passengers: | JOHNSON/JACKIE L MRS |
|---|---|
| Itinerary: | 16MAR2017 Flight AA1317 CHICAGO OHARE - MIAMI INTERNTNL |
| | 16MAR2017 Flight AA1345 MIAMI INTERNTNL - HAVANA |
| | 20MAR2017 Flight AA2482 HAVANA - MIAMI INTERNTNL |
| | 20MAR2017 Flight AA1612 MIAMI INTERNTNL - CHICAGO OHARE |

## CHARGES

| Supplier | Charge Type | | Ticket Number | Form of Payment | |
|---|---|---|---|---|---|
| SUNSPOTS HOLIDAYS | TICKET | | 75695 | CA5581***4395 | |
| **Fare** | **G/HST** | **QST** | **Other Taxes** | **Item Total** | **Outstanding** |
| $646.00 | $0.00 | $0.00 | $154.81 | $800.81 | $0.00 |

| Supplier | Charge Type | | | Form of Payment | |
|---|---|---|---|---|---|
| A. NASH TRAVEL | TRANSACTION FEE | | | CA5581***4395 | |
| **Fare** | **G/HST** | **QST** | **Other Taxes** | **Item Total** | **Outstanding** |
| $50.00 | $0.00 | $0.00 | $0.00 | $50.00 | $0.00 |

## TOTALS

| | |
|---|---|
| **Total Fare:** | $696.00 |
| **Total GST/HST:** | $0.00 |
| **Total QST:** | $0.00 |
| **Total Other Tax:** | $154.81 |
| **Invoice Total:** | $850.81 |
| **Total Outstanding Balance:** | $0.00 |
| Invoice Currency: | Canadian Dollars |

**GST/HST #123-231-987 TICO #3012696 PNR #VLXRVE**

Page 1/3

# A. NASH TRAVEL      ITINERARY

5865 McLaughlin Road, Unit 2B, Mississauga, Ontario, Canada, L5R 1B8

## PASSENGERS

**JOHNSON/JACKIE L MRS**

Checked baggage policies vary by airline, frequent flyer status, booking class, bag size and weight. Fees may apply if (1) you plan to check a bag or (2) you plan to carry sports equipment or an odd shaped item or (3) your bag exceeds airline weight limits.

| SYMBOL LEGEND | |
|---|---|
| | Click where you see this image in your itinerary for weather at that airport. |
| | Click where you see this image in your itinerary for the google map for your hotel. |
| | Click where you see this image in your itinerary for that airline's check-in web page. |
| | Click where you see this image for a coupon for airport parking in that city. |
| | Click where you see this image to check if you can bid on upgrades for that flight. |

---

**AIRLINE:** AMERICAN AIRLINES      **Flight Number:** AA1317
**Departing Terminal:**
  **Arrival Terminal:**
    **Departure Date:** 16MAR2017 (Thursday)      **Booking Code:** G
  **Departure Time:** 705A      **Arrival Time:** 1110A
    **Departure City:** CHICAGO OHARE      **Arrival City:** MIAMI INTERNTNL
      Online check-in is available within 24 hours of your departure by clicking here.

---

**AIRLINE:** AMERICAN AIRLINES      **Flight Number:** AA1345
**Departing Terminal:**
  **Arrival Terminal:**
    **Departure Date:** 16MAR2017 (Thursday)      **Booking Code:** G
  **Departure Time:** 121P      **Arrival Time:** 234P
    **Departure City:** MIAMI INTERNTNL      **Arrival City:** HAVANA
      Online check-in is available within 24 hours of your departure by clicking here.

---

**AIRLINE:** AMERICAN AIRLINES      **Flight Number:** AA2482
**Departing Terminal:**
  **Arrival Terminal:**
    **Departure Date:** 20MAR2017 (Monday)      **Booking Code:** L
  **Departure Time:** 330P      **Arrival Time:** 443P
    **Departure City:** HAVANA      **Arrival City:** MIAMI INTERNTNL
      Online check-in is available within 24 hours of your departure by clicking here.

# A. NASH TRAVEL
## INVOICE

5865 McLaughlin Road, Unit 2B, Mississauga, Ontario, Canada, L5R 1B8

**Invoice Number:** 244418

**Invoice Date:** 2017-03-03

**Sold To:** MRS. JACKIE JOHNSON
9715 SOUTH CLAREMONT STREET
CHICAGO, ILLINOIS 60643 USA

**Agent:** Jury Krytiuk
**Phone:** (905) 755-0647
**Fax:** (905) 755-0729
**Toll Free:** 1-800-818-2004

## ITINERARY SUMMARY

| Passengers: | JOHNSON/JACKIE L MRS |
|---|---|
| Itinerary: | 16MAR2017 Flight AA1317 CHICAGO OHARE - MIAMI INTERNTNL |
| | 16MAR2017 Flight AA1345 MIAMI INTERNTNL - HAVANA |
| | 20MAR2017 Flight AA2482 HAVANA - MIAMI INTERNTNL |
| | 20MAR2017 Flight AA1612 MIAMI INTERNTNL - CHICAGO OHARE |

## CHARGES

| Supplier | Charge Type | | Ticket Number | Form of Payment | |
|---|---|---|---|---|---|
| SUNSPOTS HOLIDAYS | TICKET | | 75695 | CA5581***4395 | |
| **Fare** | **G/HST** | **QST** | **Other Taxes** | **Item Total** | **Outstanding** |
| $646.00 | $0.00 | ·$0.00 | $154.81 | $800.81 | $0.00 |

| Supplier | Charge Type | | | Form of Payment | |
|---|---|---|---|---|---|
| A. NASH TRAVEL | TRANSACTION FEE | | | CA5581***4395 | |
| **Fare** | **G/HST** | **QST** | **Other Taxes** | **Item Total** | **Outstanding** |
| $50.00 | $0.00 | $0.00 | $0.00 | $50.00 | $0.00 |

## TOTALS

| | |
|---|---|
| **Total Fare:** | $696.00 |
| **Total GST/HST:** | $0.00 |
| **Total QST:** | $0.00 |
| **Total Other Tax:** | $154.81 |
| **Invoice Total:** | $850.81 |
| **Total Outstanding Balance:** | $0.00 |
| Invoice Currency: | Canadian Dollars |

**GST/HST #123-231-987 TICO #3012696 PNR #VLXRVE**

Page 1/3

# A. NASH TRAVEL

# INVOICE

5865 McLaughlin Road, Unit 2B, Mississauga, Ontario, Canada, L5R 1B8

**Invoice Number:** 244418

**Sold To:** MRS. JACKIE JOHNSON
9715 SOUTH CLAREMONT STREET
CHICAGO, ILLINOIS 60643 USA

**Invoice Date:** 2017-03-03

**Agent:** Jury Krytiuk
**Phone:** (905) 755-0647
**Fax:** (905) 755-0729
**Toll Free:** 1-800-818-2004

## ITINERARY SUMMARY

| | |
|---|---|
| **Passengers:** | JOHNSON/JACKIE L MRS |
| **Itinerary:** | 16MAR2017 Flight AA1317 CHICAGO OHARE - MIAMI INTERNTNL |
| | 16MAR2017 Flight AA1345 MIAMI INTERNTNL - HAVANA |
| | 20MAR2017 Flight AA2482 HAVANA - MIAMI INTERNTNL |
| | 20MAR2017 Flight AA1612 MIAMI INTERNTNL - CHICAGO OHARE |

## CHARGES

| Supplier | Charge Type | | Ticket Number | Form of Payment | |
|---|---|---|---|---|---|
| SUNSPOTS HOLIDAYS | TICKET | | 75695 | CA5581***4395 | |
| **Fare** | **G/HST** | **QST** | **Other Taxes** | **Item Total** | **Outstanding** |
| $646.00 | $0.00 | $0.00 | $154.81 | $800.81 | $0.00 |

| Supplier | Charge Type | | | Form of Payment | |
|---|---|---|---|---|---|
| A. NASH TRAVEL | TRANSACTION FEE | | | CA5581***4395 | |
| **Fare** | **G/HST** | **QST** | **Other Taxes** | **Item Total** | **Outstanding** |
| $50.00 | $0.00 | $0.00 | $0.00 | $50.00 | $0.00 |

## TOTALS

| | |
|---|---|
| **Total Fare:** | $696.00 |
| **Total GST/HST:** | $0.00 |
| **Total QST:** | $0.00 |
| **Total Other Tax:** | $154.81 |
| **Invoice Total:** | $850.81 |
| **Total Outstanding Balance:** | $0.00 |
| Invoice Currency: | Canadian Dollars |

**GST/HST #123-231-987 TICO #3012696 PNR #VLXRVE**

Page 1/3

# A. NASH TRAVEL

## ITINERARY

5865 McLaughlin Road, Unit 2B, Mississauga, Ontario, Canada, L5R 1B8

# PASSENGERS

### JOHNSON/JACKIE L MRS

Checked baggage policies vary by airline, frequent flyer status, booking class, bag size and weight. Fees may apply if (1) you plan to check a bag or (2) you plan to carry sports equipment or an odd shaped item or (3) your bag exceeds airline weight limits.

| SYMBOL LEGEND | |
|---|---|
| | Click where you see this image in your itinerary for weather at that airport. |
| | Click where you see this image in your itinerary for the google map for your hotel. |
| | Click where you see this image in your itinerary for that airline's check-in web page. |
| | Click where you see this image for a coupon for airport parking in that city. |
| | Click where you see this image to check if you can bid on upgrades for that flight. |

---

**AIRLINE:** AMERICAN AIRLINES     **Flight Number:** AA1317
**Departing Terminal:**
  **Arrival Terminal:**
    **Departure Date:** 16MAR2017 (Thursday)     **Booking Code:** G
    **Departure Time:** 705A     **Arrival Time:** 1110A
    **Departure City:** CHICAGO OHARE     **Arrival City:** MIAMI INTERNTNL
    Online check-in is available within 24 hours of your departure by clicking here.

---

**AIRLINE:** AMERICAN AIRLINES     **Flight Number:** AA1345
**Departing Terminal:**
  **Arrival Terminal:**
    **Departure Date:** 16MAR2017 (Thursday)     **Booking Code:** G
    **Departure Time:** 121P     **Arrival Time:** 234P
    **Departure City:** MIAMI INTERNTNL     **Arrival City:** HAVANA
    Online check-in is available within 24 hours of your departure by clicking here.

---

**AIRLINE:** AMERICAN AIRLINES     **Flight Number:** AA2482
**Departing Terminal:**
  **Arrival Terminal:**
    **Departure Date:** 20MAR2017 (Monday)     **Booking Code:** L
    **Departure Time:** 330P     **Arrival Time:** 443P
    **Departure City:** HAVANA     **Arrival City:** MIAMI INTERNTNL
    Online check-in is available within 24 hours of your departure by clicking here.

Page 2/3

# A NASH TRAVEL

5865 McLaughlin Road, Unit 2B, Mississauga, Ontario, Canada, L5R 1B8

---

**AIRLINE:** AMERICAN AIRLINES      **Flight Number:** AA1612

**Departing Terminal:**

**Arrival Terminal:**

**Departure Date:** 20MAR2017 (Monday)     **Booking Code:** L

**Departure Time:** 626P                  **Arrival Time:** 849P

**Departure City:** MIAMI INTERNTNL     **Arrival City:** CHICAGO OHARE

Online check-in is available within 24 hours of your departure by clicking here.

---

# GENERAL REMARKS

THANK YOU FOR USING A NASH TRAVEL
905-755-0647 OR 1-800-818-2004 MON-FRI 0830-1900
EASTERN TIME

DUE TO FEDERAL REGULATIONS A GOVERNMENT ISSUED
PHOTO ID IS REQUIRED FOR ALL DOMESTIC FLIGHTS
AT CHECK IN.  A VALID PASSPORT IS *MANDATORY* FOR
ALL INTERNATIONAL TRAVEL.

WHEN TRAVELLING ON ELECTRONIC TICKETS, AIRPORT SECURITY
REQUIRES PASSENGERS TO HAVE A COPY OF THEIR ITINERARY
/INVOICE WITH TICKET NUMBER TO PROVE AN ELECTRONIC
TICKET HAS BEEN ISSUED.
INTERNATIONAL CHECK-IN SHOULD BE DONE THREE HOURS
PRIOR TO DEPARTURE.

PURCHASE CONTRACTS ON THIS INVOICE DO NOT PERMIT
PRICE INCREASES.

IF YOU ARE TRAVELLING OUTSIDE OF CANADA, PLEASE
BE AWARE THAT ENTRY TO ANOTHER COUNTRY MAY BE
REFUSED EVEN IF THE REQUIRED INFORMATION AND TRAVEL
DOCUMENTS ARE COMPLETE AND THAT LIVING STANDARDS AND
CONDITIONS THERE WITH RESPECT TO THE PROVISION OF
UTILITIES, SERVICES AND ACCOMMODATION MAY DIFFER FROM
THOSE FOUND IN CANADA.

****IMPORTANT INFORMATION ****
THE REGISTRATION COUNTER WILL CLOSE ONE HOUR
PRIOR TO DEPARTURE. PASSENGERS ARE RESPONSIBLE
FOR CHECKING THEIR FLIGHT TIME WITHIN 24 HOURS
PRIOR TO DEPARTURE AND RETURN. IF PURCHASING AIR
ONLY YOU HAVE TO PROVIDE US WITH YOUR PHONE NUMBER
AT DESTINATION DURING YOUR STAY IF WE EVER NEED
TO CONTACT YOU.
*****************************
BY CUBAN LAW, ALL TRAVELLERS *MUST* HAVE
MEDICAL INSURANCE WHEN TRAVELLING TO CUBA.

Insurance is pending subsequent information.

$ 1,000

**Gmail**

Jack Johnson <jackshousinganddevelopment@gmail.com>

**hank you for choosing The Geneva Inn!**

nessage

e Geneva Inn <inquiry@genevainn.com>          Thu, May 23, 2019 at 12:21 PM
ply-To: inquiry@genevainn.com
Jackie Sample <jackshousinganddevelopment@gmail.com>

View in Browser

The
GENEVA
INN
===== on the lake =====



# Reservation Confirmation

| | |
|---:|:---|
| **Name:** | Jackie Sample |
| **Reservation Number:** | 58837 |
| **Arrival:** | May 25, 2019 |
| **Departure:** | May 27, 2019 |
| **Number of Adults:** | 2 |
| **Number of Children:** | 0 |

**Room Type:** Luxury Lake View Suite

**Total Cost of Stay:** $ 667.82

Including Taxes & Fees

## Thank you for choosing The Geneva Inn!

Please read additional details regarding your stay below and contact us at
inquiry@genevainn.com or 262-248-5680 with any questions or concerns.

We look forward to welcoming you!





**Check-In**
Any time after 3:00 P.M.

**Check-Out**
By 11:00 A.M.

**Cancellations must be made by 3:00 PM
at least 72 hours prior to your scheduled
arrival.**

Cancellations within the 72 hour time frame
are subject to first night rate + tax.

Waikiki $6,500

 Gmail

**Jack Johnson <jackshousinganddevelopment@gmail.com>**

___

### dEx Shipment 774963992094 Notification

**ikiki Concierge** <waikiki.concierge@trumphotels.com>
jackshousinganddevelopment@gmail.com

Sat, Apr 13, 2019 at 8:08 PM

Aloha Ms. Sample,

Thank you for staying at Trump International Hotel Waikiki.

Your package is scheduled to be picked up on Monday, April 15th .

Should you have any other questions, please do not hesitate to contact us.


Mahalo


HANAE SAKAMOTO
*Concierge*
*P*: 808.683.7431 | F: 808.683.7788

TRUMP INTERNATIONAL HOTEL WAIKIKI
223 Saratoga Road  Honolulu, HI, 96815

XPLORE OUR DESTINATIONS

https://sites.google.com/a/trumphotels.com/trump-soho-public-photo/twitter/twitter%20small.png?attredirects=0
https://sites.google.com/a/trumphotels.com/trump-soho-public-photo/facebook/facebook%20small.png?attredirects=0
https://sites.google.com/a/trumphotels.com/trump-soho-public-photo/instag/instagram%20%281%29.png?attredirects=0

TRUMP INTERNATIONAL HOTEL
WAIKIKI

NEVER SETTLE

ARTUN TRAVEL    **Phone: 312-263-1991**
info@artuntravel.com
Case: 1:24-cv-12164 Document #: 1-1 Filed: 12/04/24 Page 366 of 392 PageID #:429

*Bang Kok, China, Japan*

*$ 9,000*

# eTicket Receipt

**Prepared For**
SAMPLE/JACKIE MRS

| | |
|---|---|
| RESERVATION CODE | KJNLNW |
| ISSUE DATE | 10Jun17 |
| TICKET NUMBER | 9998625870434 |
| ISSUING AIRLINE | AIR CHINA LIMITED |
| ISSUING AGENT | Artun Travel/ALD |
| ISSUING AGENT LOCATION | CHICAGO IL |
| IATA NUMBER | 14509261 |
| CUSTOMER NUMBER | 3122631991 |

## Itinerary Details

| TRAVEL DATE | AIRLINE | DEPARTURE | ARRIVAL | OTHER NOTES |
|---|---|---|---|---|
| 19Aug17 | AIR CHINA LIMITED CA979 | BEIJING, CHINA | BANGKOK SUVARNABH, THAILAND | Class  ECONOMY Seat Number  CHECK-IN REQUIRED Baggage Allowance  1PC Booking Status  CONFIRMED Fare Basis  SLOWAA9 Not Valid After  31MAR |
| | | Time 7:35pm Terminal TERMINAL 3 | Time 11:40pm | |

Please contact your travel arranger for fare details.

**Positive identification required for airport check in**

**Notice:**

PASSENGERS ON A JOURNEY INVOLVING AN ULTIMATE DESTINATION OR A STOP IN A COUNTRY

OTHER THAN THE COUNTRY OF DEPARTURE ARE ADVISED THAT INTERNATIONAL TREATIES

KNOWN AS THE MONTREAL CONVENTION, OR ITS PREDECESSOR, THE WARSAW CONVENTION,

INCLUDING ITS AMENDMENTS (THE WARSAW CONVENTION SYSTEM), MAY APPLY TO THE ENTIRE

JOURNEY, INCLUDING ANY PORTION THEREOF WITHIN A COUNTRY. FOR SUCH PASSENGERS, THE

APPLICABLE TREATY, INCLUDING SPECIAL CONTRACTS OF CARRIAGE EMBODIED IN ANY

APPLICABLE TARIFFS, GOVERNS AND MAY LIMIT THE LIABILITY OF THE CARRIER.

Important Legal Notices

PREPARED FOR
**SAMPLE/MADISON JR
JOHNSON SAMPLE/JACKIE MRS**

 ARTUN TRAVEL

312-263-1991
info@artuntravel.com

RESERVATION CODE   KNJWHF
AIRLINE RESERVATION CODE   2Y4EK3 (JL), KX8YJD (TG)

 DEPARTURE: **MONDAY 14 AUG** Please verify flight times prior to departure

| | | | |
|---|---|---|---|
| **JAPAN AIRLINES** | **PEK** | ▶ **HND** | Aircraft: |
| **JL 0022** | BEIJING, CHINA | TOKYO HANEDA, JAPAN | BOEING 787-8 JET |
| | | | Distance (in Miles): 1301 |
| Duration: | Departing At: | Arriving At: | Stop(s): 0 |
| 3hr(s) 35min(s) | **4:30pm** | **9:05pm** | |
| Class: | Terminal: | Terminal: | Meals: |
| Economy | TERMINAL 3 | INTERNATIONAL TERMINAL | Meals |
| Status: | | | |
| Confirmed | | | |

Passenger Name:
» SAMPLE/MADISON JR
» JOHNSON SAMPLE/JACKIE MRS

Seats:
Check-In Required
Check-In Required

DEPARTURE: **SATURDAY 19 AUG** Please verify flight times prior to departure

| | | | |
|---|---|---|---|
| **THAI AIRWAYS INTL LTD** | **HND** | ▶ **BKK** | Aircraft: |
| **TG 0683** | TOKYO HANEDA, JAPAN | BANGKOK SUVARNABH, THAILAND | BOEING 744 JET |
| | | | Distance (in Miles): 2851 |
| Duration: | Departing At: | Arriving At: | Stop(s): 0 |
| 6hr(s) 30min(s) | **10:35am** | **3:05pm** | |
| Class: | Terminal: | Terminal: | Meals: |
| Economy | INTERNATIONAL TERMINAL | Not Available | Meals |
| Status: | | | |
| Confirmed | | | |

Passenger Name:
» SAMPLE/MADISON JR
» JOHNSON SAMPLE/JACKIE MRS

Seats:
Check-In Required
Check-In Required

**Notes**
TICKETS ARE NON-REFUNDABLE
TICKETS ARE RESTRICTED TO DATE CHANGES
IN CASE OF NO SHOW TICKETS HAVE NO VALUE
NAME CHANGE IS NOT ALLOWED
********** PLEASE SEE THE PRICING BELOW **********
PER JL TICKET COST 490.60USD
PER TG TICKET COST 575.20USD
PER CA TICKET REFUND WILL BE 260.30USD
GRAND TOTAL YOU WILL CHARGED 2131.60USD TAX AND FEES INCLUDED
YOU WILL BE RECEIVING TOTAL OF 520.60USD REFUND FROM CA

Artun Travel
312-263-1991

 Gmail

**Jack Johnson <jackshousinganddevelopment@gmail.com>**

## e: Your Updated Reservation Confirmation # 68083729 at InterContinental.
nessage

dison Sample Jr <msamplejr@gmail.com>
Artun Travel <info@artuntravel.com>
: JACKSHOUSINGANDDEVELOPMENT@gmail.com

Tue, Jul 25, 2017 at 10:00 AM

.et me know when done. Thanks.

Sent from my iPod

Madison Sample Jr MD

On Jul 21, 2017, at 9:51 AM, Madison Sample Jr <msamplejr@gmail.com> wrote:

> Please apply our IHG Rewards #289925593 to our reservation.
>
> Sent from my iPod
>
> Madison Sample Jr MD
>
> On Jul 18, 2017, at 4:03 PM, Artun Travel <info@artuntravel.com> wrote:
>
>
>
> **From:** InterContinental Reservations [mailto:Reservations@InterContinental.com]
> **Sent:** Tuesday, July 18, 2017 4:03 PM
> **To:** levent@artuntravel.com
> **Subject:** Your Updated Reservation Confirmation # 68083729 at InterContinental.

Thank you for choosing InterContinental.

View with Images

InterContinental

# Reservation Updated.

Reservations | Locations | Customer Care | Ambassador



**InterContinental Bangkok**
973 Ploen Chit Road
Pathum Wan
Bangkok,   10330

Hotel Front Desk: 66-2-6560444

**Guest Name:** Jackie Sample

MODIFY RESERVATION

CUSTOMER CARE

DOWNLOAD THE IHG® APP

CANCEL RESERVATION

| Check In: | Check Out: | Rooms: | Adults: |
|-----------|-----------|--------|---------|
| **19/08/17 – 26/08/17** | | **1** | **2** |
| 03:00 PM | 12:00 PM | | |

**1 King Bed Grande Deluxe**

Rate Type: Best Flexible Rate
Number of Rooms: 1

Upgrade your IHG® Rewards
Club membership to enjoy
exclusive benefits at
InterContinental® Hotels &
Resorts.

**Room Rate Per Night:**

| | |
|---|---|
| Sat 19 Aug 2017 - Sat 26 Aug 2017 | ฿6,163.43 (THB) |

Learn More

| | |
|---|---|
| **Total Fees:** | ฿4,314.38 (THB) |
| **Total Taxes:** | ฿3,322.06 (THB) |

**Rate your Service**

Thank you for calling our
Reservations department.
Please provide feedback for
your phone representative.

| | |
|---|---|
| **Estimated Total Price:** | ฿50,780.45 (THB)* |

Give Your Feedback

*Fiji — Sydney Australie 2014 — 915,000*

# YTB Travel Network Reservation

From: YTB Travel Network Customer Support (service.tpn@cs.travelpn.com)

To:　SALON119SPA@YAHOO.COM

Date: Wednesday, January 8, 2014 at 09:25 PM CST

# thank you!
## travel reservation confirmation

Dear Jackie,

Thank you for booking your travel through YTB Travel Network.

Your trip to Sydney, NS Australia (SYD) is confirmed. A summary of your reservation is provided below. Please be sure to:

- Review your trip details
- Confirm your special request or meal request with the airline
- Read the instructions and policies listed below
- Print this email for your records
- **Contact us immediately if any issues arise with your reservation before or during your trip.**

**Your YTB Travel Network Trip ID is: 4400 8718 1994**

Your phone number for this trip: 773-719-0337

Ticket(s) issued on Wed, Jan 8, 2014 at 09:25 PM CST.

---

**This is an e-ticket, so no paper ticket will be sent.** <u>What is an e-ticket?</u>
In addition, <u>flight schedules</u> may be changed by the airline.

---

Primary Contact: Jackie Johnson

**Flight: 2 One-Way Tickets**　　　　　　　　　　　　　　　　　<u>Change/cancel Flight</u>
All flight times are local to each city.

For your boarding pass, use reference code **YOCZ4J** for online or airport check-in.

| **Fri, Feb 7, 2014** | **Nadi, (NAN) to Sydney Kingsford Smith Airport, (SYD)** | |
|---|---|---|
| Depart: 09:00 AM | Nadi, Fiji (NAN) to | Fiji Airways |
| Arrive: 12:30 PM | Sydney, NS Australia (SYD) | Flight 911 |
| | | (on Airbus A330-200) |

Baggage fees: In most cases, the applicable baggage fees and allowances for the entire trip will be those of the first carrier listed on your itinerary, Fiji Airways. However, in a limited number of multiple carrier itineraries for international travel, the first carrier may apply the fees and allowances of another carrier listed on your itinerary. For more information, including detailed baggage allowances and fees by carrier, please click here. If you need additional information regarding baggage allowance and fees, please contact the first carrier listed on your itinerary.

| Passenger Name | Frequent Flyer Information | Ticket Number |
|---|---|---|
| JACKIE JOHNSON | You can add your frequent flyer number at the airport. | 2607372819444 |
| MADISON JR SAMPLE | You can add your frequent flyer number at the airport. | 2607372819443 |

TSA Travel Information

The TSA has determined that liquids, aerosols and gels, in limited quantities, are safe to bring aboard an aircraft. When packing, please follow these guidelines:

- All liquids, gels and aerosols must be in 3.4 ounce (100ml) or smaller bottles.
- All containers must fit in one quart-sized, clear, plastic, zip-top bag.
- Each passenger is allowed only one bag.
- Each bag must be placed in its own screening bin and X-rayed separately.
- If you are carrying on larger amounts of prescriptions liquid medications, baby formula, and/or diabetic glucose treatments, you must declare these at the security checkpoint.

**Arrive at the airport early.** Enhanced security measures may mean longer lines at security checkpoints.

**This new security policy applies to all domestic and international flights departing from U.S. airports.** We always recommend checking the TSA Web site (www.tsa.gov) for the most up-to-date information about security procedures. If you are departing from a non-U.S. airport, be sure to check that airport's security policies and pack accordingly.

**Instructions and Policies**

**General Policies**

Feb 2014 - $15,000

Shirley & John Rozell
312-203-6613
www.jgytravel.com
www.jgyzqtravel.com
www.yourshoppingdealz.com

JACKIE & M....xls

1949

Attorney Tom Pa... 6
Bacerra Educat... 33
Background checks...
Bank of America 3
Best Buy 2015
Black Beach Week 2
Blue Cross-Blue Shi...
Cafe LeKula Win... 7
Calumet City Gener...
Capitol One 0019
Capitol One GM 6593
Chatam Business 2
Chester Wilson
Chicago Housin... 2
City of Chicago- C. ...
Coach - Coach 9
Colleen M. Henes
Common Wealth... 6
Community Dev... 9
Contractor-Fire Spri...
Contractor-plumbin...
Contractor-Video Su...
Cook County Treasur
Craigslist
Dearborn Architects
DMETEK
Dorian Johnson
Drawings Lekula by ...
e-rewards
Equipment List
Ernest Fenton
Ewa Romanowska-...
Far South Cham... 5

SAMPLES TRAVEL FEB2014

| Travel date | one way flight | | Airlines | 2/8/14 Trip ID# | FLIGHT | SEAT |
|---|---|---|---|---|---|---|
| 2/6/14 | From CHI | To FJI-NAN | American OZDLCB | $1,818.09 440007181547 | (1)# 2271 (2)# 7163 20A/20B |
| 2/7/2014 | From NAN | TO SYDNEY-SYD | FIJI AIRWAYS | 608.30 440007181994 | # 911 |
| 2/7/2014 | From SYD | TO MELBOURNE-MEL | VIRGIN AUSTRALIA | 704.36 440007184885 | # 608 |
| 2/15/2014 | FROM MEL | TO CHI | QANTAS AIRWAYS | 2505.38 440007189721 | (1)# 90 (2)# 1438 | 25A/25B |
| | | | # 6S787R | | | |
| | | | FLIGHT TOTAL | $5,346.12 | | |

| HOTEL STAY | | | | | confirmation # | Hotel Conf# |
|---|---|---|---|---|---|---|
| 2/5/2014 | 2/7/2014 FIJI | | RAFFLES GATEWAY | $327.26 WCT409098696 | 102146/5615 |
| 2/7/2014 | 2/12/2014 SYDNEY | | INTERCONTINENTAL | 1684.15 WCTB10755140 | 60520102 |
| 2/12/2014 | 2/15/2014 MELBOURNE | | THE RIALTO | 660.52 | 66516593 |
| | | | HOTEL TOTAL | $2,671.85 | |

| | | | TRIP TOTAL | $8,519.07 |
| Petroleos# 915836640 | 1800-826-4918 | | Travel Guard | $187.00 |
| Release ver 34749795 | | | Viator (Transfer) | $185.20 |
| | | | | $8,890.27 |

Sydney voucher #50093417 Airport to Hotel          call&Sunbus 61 30609 6868
Sydney voucher #50093457 Hotel to Airport
Melbourne voucher#50093476 Airport to Hotel          call&Sunbus 03 9689 6899
Melbourne voucher#50093495 Airport to Hotel

emergency # 0432 841 454

RAFFLES GATEWAY HOTEL          CK IN 12:00 noon CK OUT 10:00 am
QUEENS ROAD NADI, FJ
+679 672 2044

                                                REWARD# 2209905031
INTERCONTINENTAL SYDNEY          CK IN 3:00PM CK OUT 11:00 am
117 MACQUARIE STEET
SYDNEY, NSW 2000AU

THE RIALTO          18003152621 CK IN 3:00PM CK OUT 11:00 am

2014        1200

Reservations | Explore Hotels | Customer Care | Ambassador

# Your Reservation with InterContinental

## Your Confirmation Number is 66516590.

Below you will find helpful information about your InterContinental reservation. Your satisfaction is our top priority, so please let us know if there is anything we can do to make your stay more rewarding.

| | |
|---|---|
| Guest Name: | JACKIE JOHNSON |
| Number of Rooms: | 1 |
| Room Type: | 1 KING DELUXE |
| Rate Type: | IHG® Special |
| Number of Guests: | 2 adult(s) |
| Check-In: | Wed 12 Feb 2014 03:00 PM |
| Check-Out: | Sat 15 Feb 2014 11:00 AM |
| Rate Description: | Special savings for staying multiple nights. Reservation requires full prepayment for the entire stay at time of booking. Prepayment is non-refundable. Prepayment is charged to |

credit card between the time of booking and day of arrival.

**Daily Valet Parking Fee:** $50.00 (AUD)

**Cancellation Policy:** A deposit for the entire stay is due at time of booking. Canceling your reservation or failing to arrive will result in forfeiture of your deposit. Taxes may apply. Failing to call or show before check-out time after the first night of a reservation will result in cancellation of the remainder of your reservation.



**MELBOURNE THE RIALTO**
495 Collins Street
Melbourne 3000
Front Desk: 61-3-86271400

| Room Rate Per Night: | Wed 12 Feb 2014 - | $296.10 (AUD) |
|---|---|---|
| | Thu 13 Feb 2014 - | $271.80 (AUD) |
| | Fri 14 Feb 2014 - | $279.90 (AUD) |
| **Hotel Fees:** | | $12.72 (AUD) |
| **Estimated Total Price:** | | **$860.52 (AUD)** |

View Cancellation Policy and Complete Room & Rate Details

InterContinental Hotels & Resorts.

Learn More

## Local Information and Attractions

Learn about things to see and do near your hotel.

See What's Nearby

Explore dining options at the hotel and in the nearby area.

See Dining Options

## Driving Directions to Your Hotel

Travelling to the Intercontinental Melbourne The Rialto from the NORTH Travelling along the Hume Highway continue as it changes to Sydney Road. Continue along Sydney Road it will change to Royal Parade, travel 2.5km. Continue along Royal Parade it will then change to Elizabeth Street, travel 0.1km. At the roundabout take the 2nd exit onto Peel Street, travel 0.8km. At the roundabout exit onto William St. Continue along William Street, travel 1km. Turn left on Flinders Lane, travel 0.1km. Turn left again on Market Street travel 0.3km. Turn left on to Collins Street , travel 0.4Km . Travel along

## Exclusive Deals & Updates

Sign up to receive email updates from InterContinental. Be the first to know about exclusive offers,

M Gmail                                                           Jack Johnson <jackshousinganddevelopment@gmail.com>

our reservation is confirmed                    Milwukee        $1,500

                                                                            Sun, Feb 16, 2020 at 12:11 PM

e Pfister Hotel <reservations@thepfisterhotel.com>
ply-To: The Pfister Hotel <reservations@thepfisterhotel.com>
  Jackie Sample <jackshousinganddevelopment@gmail.com>

                                          View in browser

                                            The Pfister

                            hotel

Dear Jackie Sample,

We are delighted that you chose The Pfister Hotel and look forward to making your stay here memorable. It is our pleasure to confirm the details of your reservation below.

PLEASE TELL US YOUR PREFERENCES

Sincerely,
Pfister Reservations

_divider

## CONFIRMATION DETAILS

| | |
|---|---|
| **Confirmation** | R2TLUESMR |
| **Guest Name** | Jackie Sample |
| **Arrival Date** | Thursday, February 20, 2020 |
| **Departure Date** | Saturday, February 22, 2020 |
| **Nightly Rate** | $179.01 |
| **Room Type** | Grand Tower King |

The above rate(s) may not reflect all possible fees, additional charges or taxes associated with this reservation. For clarification regarding these charges, please contact our reservations department.

_divider
## OUR POLICIES

| | |
|---|---|
| **Cancellation** | Guest room reservations can be canceled without penalty until 3pm 2 days prior to your scheduled arrival. After that time, a cancellation charge applies equal to one night's room rate. |
| **Check-In Time** | 3:00 PM |
| **Check-Out Time** | 12:00 noon |

$1,500

# Fwd: Marina Grand Resort Confirmation

From: Madison Sample Jr (msamplejr@gmail.com)

To:     salon119spa@yahoo.com

Date:  Sunday, September 6, 2020 at 12:09 PM CDT

Sent from my iPod

Madison Sample Jr MD

Begin forwarded message:

> **From:** Madison Sample Jr <msamplejr@gmail.com>
> **Date:** September 6, 2020 at 11:51:20 AM CDT
> **To:** "res@harborgrand.com" <res@harborgrand.com>
> **Subject: Re: Marina Grand Resort Confirmation**
>
> Thanks.
> We need a king not 2 queens.
>
> Sent from my iPod
>
> Madison Sample Jr MD
>
> > On Sep 6, 2020, at 9:45 AM, "res@harborgrand.com" <res@harborgrand.com> wrote:
> >
> > Dear Sample,
> >
> > It is our pleasure to confirm your reservation.
> >
> > Madison Sample
> > Res #:        10P2J6

Arrival:          Thursday, September 17, 2020
Depart:           Sunday, September 20, 2020
Type:             Marina Double Queen
Average Rate:     $343.33
Total:            $1030.00+tax

Check-in time is 4:00pm; check-out is 11am. Should you need to cancel your reservation, please notify us 72 hours prior to arrival for a full refund of your deposit.

For the comfort of all our guests, Marina Grand Resort is a non-smoking, no-pets property.

It is our mission to make your stay as pleasant and memorable as you can handle! Please feel free to give us a call or email us with any questions or requests. We look forward to your stay - thank you for choosing us.

Warm regards,

Mina Nelson
Guest Services Representative


Directions <http://www.marinagrandresort.com/sub_pages/directions>
Restaurant Reservations <http://www.marinagrandresort.com/bentwood>
Things to Do <http://www.marinagrandresort.com/activities>

Marina Grand Resort · 600 West Water Street · New Buffalo, MI · 877.945.8600 · marinagrandresort.com
<http://www.marinagrandresort.com/>

$ 6,000

# Gmail

Jack Johnson <jackshousinganddevelopment@gmail.com>

## eservation Confirmation #75700523 for Aruba Marriott Resort & Stellaris Casino

nessage

Tue, Feb 16, 2021 at 4:17 PM

arriott Hotels & Resorts Reservations <reservations@res-marriott.com>
ply-To: "reservations@res-marriott.com" <reservations@res-marriott.com>
: jackshousinganddevelopment@gmail.com

ENHANCE YOUR STAY  |  SUMMARY OF CHARGES  |  CONTACT US

Our Top Priority — Our Guests: COVID-19 update and cancellation policy.



## Aruba Marriott Resort & Stellaris Casino

📍 L.G. Smith Boulevard # 101 Palm Beach Aruba     📞 +297-5-869000

Thank you for booking with us, Jackie Sample.

# Inspiration is waiting for you.

## Sat, Mar 20, 2021 – Sat, Mar 27, 2021
Confirmation Number: 75700523





Check-In:   Saturday, March 20, 2021                    04:00 PM

Check-Out:  Saturday, March 27, 2021                    12:00 PM

## Important Information About Your Stay

In response to current travel advisories, this hotel may have modified hours or
limitations on certain services and amenities. Learn More

Less Contact, More Convenience with the Marriott Bonvoy™ App ›

Number of rooms                                          1 Room

Guests per room                                          2 Adults

Guarantee Method              Credit card deposit Visa

Total for Stay (all rooms)              3,950.10 USD

$600.⁰⁰

M Gmail

Jack Johnson <jackshousinganddevelopment@gmail.com>

## ooking cancelled for Holiday Inn Express & Suites - Elkhorn - Lake Geneva Area, an IHG Hotel

message

liday Inn Express & Suites - Elkhorn - Lake Geneva Area, an IHG Hotel <customer.service@booking.com>
ply-To: "Holiday Inn Express & Suites - Elkhorn - Lake Geneva Area, an IHG Hotel" <cs-noreply@booking.com>
: jackshousinganddevelopment@gmail.com

Sat, Aug 7, 2021 at 3:37 PM

Confirmation number: Door9,218889

.com

# Your booking has been successfully cancelled for free

Dear Jackie Sample,

We can confirm that your reservation at Holiday Inn Express & Suites - Elkhorn - Lake Geneva Area, an IHG Hotel has been cancelled. You don't need to take further action, but if you have any queries for the property, their contact details are: +12627231888. The property is responsible for payment and they'll handle any refunds (if applicable) automatically.

## Holiday Inn Express & Suites - Elkhorn - Lake Geneva Area, an IHG Hotel

200 W. O'Connor Drive, Elkhorn, 53121, United States

CANCELLED

**Phone:** +12627231888
Email property

**You booked for**

2 adults

**Check-in**

Saturday 7 August 2021

| | |
|---|---|
| **Check-out** | Sunday 8 August 2021 |
| **Booking number** | 3553121883 |
| **PIN code** | 7407 |

## Terms of cancellation cost

> Holiday Inn Express & Suites - Elkhorn - Lake Geneva Area, an IHG Hotel has agreed to waive the cancellation fee on this occasion. You will not be charged for this cancellation.

**Total cancellation cost:**          ~~US$ 299~~   US$ 0

You might still receive notifications about this booking while our system is updating, but your booking is definitely cancelled.



**Still searching for your next trip?**

Get access to lower mobile-only prices by booking on the app.

Get the app »

$ 1,200

Gmail          Jack Johnson <jackshousinganddevelopment@gmail.com>

## ꝺur Reservation Confirmation 2007121652 at Drury Plaza Hotel Milwaukee Downtown

nessage

ury Hotels <reply@email.druryhotels.com>      Wed, Nov 9, 2022 at 5:57 PM
ply-To: "Drury Hotels Company, LLC" <reply-febf127773660379-103_HTML-212170384-100005661-25057@email.druryhotels.com>
: jackshousinganddevelopment@gmail.com

To view this email as a web page, go here.

ENROLL NOW!



Hi, JACKIE, thanks for booking your stay with us at:

## Drury Plaza Hotel Milwaukee Downtown

700 N. Water Street Milwaukee, WI 53202

CONFIRMATION # 2007121652

ARRIVAL 11/10/2022        DEPARTURE 11/13/2022

RESERVED FOR             JACKIE SAMPLE

YOUR ROOM             2 Queen Beds Deluxe

Total for stay, including tax:

450

## $646.76

### EARLY CHECK-IN

Arriving early? Enjoy early check-in starting at 10:00 AM for $15 added to your stay. (Based on availability.)
For additional information, click here.



*A debit/credit card will be required to check in. Drury may place a hold on funds in your card account. The hold amount varies and can include the full anticipated price of the stay, plus a $50 deposit for incidentals. Drury typically releases the hold upon check out after final payment has been received. After Drury releases the hold, there may be an additional 7 to 10 days before the funds are back in your account, at the discretion of your card issuer.*

*Please visit our website for information about payment methods.*

### ADDITIONAL CHARGES AND TAXES MAY APPLY:

| | |
|---|---|
| PET FEE | $40 daily fee, per room. Service animals are free of charge. |
| DAILY PARKING | $22 |

*When you arrive, please check-in at registration at our entrance on Water Street prior to parking. After you receive your room keys, please pull ahead to our self-parking garage.*



More Details



Hotel Information



Get Directions



Book Another Reservation

$ 6,400

**Gmail**

Jack Johnson <jackshousinganddevelopment@gmail.com>

## e Gospel Music Cruise Payment Confirmation

essage

ervations@ecpcruises.com <reservations@ecpcruises.com>    Mon, Feb 15, 2016 at 9:35 AM
Jackie Johnson Sample <jackshousinganddevelopment@gmail.com>

$ 4,900    + Excursions $dinning $ $1,500



ENTERTAINMENT CRUISE
PRODUCTIONS

Dear Jackie Johnson Sample,

We have successfully processed your payment.

Cruise: The Gospel Music Cruise 2016
Reservation #: **1093799**
Payment Date: 02/15/2016
Payment Amount: $1,550.00
Payment Method: Credit Card MasterCard-2594
Balance Amount: $0.00

Thank you.

| Guest | Email | Preferences |
|---|---|---|
| Jackie Johnson Sample | jackshousinganddevelopment@gmail.com | Dining Time: Main Dining<br>T-Shirt Size: Womens S |
| Madison Sample Jr. | msamplejr@gmail.com | Dining Time: Main Dining<br>T-Shirt Size: Mens L |

**The Gospel Music Cruise 2016 (3/6/2016 - 3/13/2016)**

| Item | Category | Guest | Amount |
|---|---|---|---|
| 10037 - Verandah | VQ Verandah Stateroom | Jackie Johnson Sample | $2,700.00 |
| SpiritRate2 | ECP2 | | -$600.00 |
| Port Charges, Taxes & Gratuities | Port Tax and Gratuities | | $325.00 |
| Fuel Surcharge Guaranty | Fuel Surcharge | | $25.00 |
| 10037 - Verandah | VQ Verandah Stateroom | Madison Sample Jr. | $2,700.00 |
| SpiritRate2 | ECP2 | | -$600.00 |
| Port Charges, Taxes & Gratuities | Port Tax and Gratuities | | $325.00 |
| Fuel Surcharge Guaranty | Fuel Surcharge | | $25.00 |
| | | Item Total: | $4,900.00 |
| | | Jackie Johnson Sample Responsibility: | $4,900.00 |

| **Jackie Johnson Sample** | | **Total:** | **$4,900.00** |
|---|---|---|---|
| | | **Paid:** | **$1,800.00** |
| | | **Balance:** | **$3,100.00** |

| Payment Due | Amount Due | Payment Method | Paid |
|---|---|---|---|
| 11/6/2015 | $250.00 | MasterCard-2594 | $250.00 |
| 12/15/2015 | $1,550.00 | MasterCard-2594 | $1,550.00 |
| 1/15/2016 | $1,550.00 | MasterCard-2594 | |
| 2/15/2016 | $1,550.00 | MasterCard-2594 | |

**TRAVEL INSURANCE**

**During the reservation process, you were presented with a travel insurance option. Please refer to the attachment for further details. Travel Insurance is reflected on your invoice, if elected.**

**Please take the time periodically to visit the web site http://www.thegospelmusiccruise.com to learn about any cruise updates, special programs or other features. You will also be receiving our monthly newsletter.**

To view your cabin location or to see the amenities and services provided on the m/s Eurodam please click the following link:http://www.hollandamerica.com/cruise-vacation-onboard/Eurodam

Gmail

Jack Johnson <jackshousinganddevelopment@gmail.com>

**el Music Cruise 2016 Confirmation**

Mon, Jan 4, 2016 at 4:07 PM

**ecpcruises.com** <robin@ecpcruises.com>
\*ie Johnson Sample <jackshousinganddevelopment@gmail.com>



ENTERTAINMENT CRUISE
PRODUCTIONS

Thank you for booking The Gospel Music Cruise 2016!
This email is a receipt for the payment made and a summary of the reservation details.

Reservation #: **1093799**
Holland America Booking #: **VV6M7J**

Jackie Johnson Sample

9624 S. Cicero #108
Oaklawn IL 60453 United States

**PAYMENTS**

**All payments are 100% Non-Refundable. If paying by credit card, you will see the charge listed as "Entertainment Cruise Productions." Payments will be withdrawn automatically on the scheduled payment dates using the credit card from your initial deposit. If paying by check, please Make Checks Payable to The Gospel Music Cruise. If you wish to change your method of payment for any future payments, please contact our office, two business days prior to the scheduled payment date.**

**INVOICE**

This is your invoice which contains the information you provided during the reservation process. It is important that you <u>carefully</u> review the invoice to make sure that all of the information is correct; that you fully understand all of the entries and that you are comfortable that your reservation has been properly recorded. Please contact us at any time with address updates, telephone changes or other new information that pertains to your reservation.

$3,000

## Gmail

Jack Johnson <jackshousinganddevelopment@gmail.com>

### wd: Boarding pass for confirmation PNXVG8

ckie Johnson-Sample <salon119spa@yahoo.com>                    Mon, Apr 4, 2016 at 10:19 AM
 Jack Johnson <jackshousinganddevelopment@gmail.com>

 $3,000

Sent from my iPhone

3egin forwarded message:                    *Atlanta*

> **From:** "United Airlines, Inc." <unitedairlines@united.com>
> **Date:** April 4, 2016 at 9:59:23 AM CDT
> **To:** salon119spa@yahoo.com
> **Subject: Boarding pass for confirmation PNXVG8**

Boarding documents for the following traveler(s) are included with this email:
   JACKIEL JOHNSON

Please use one of the following options to retrieve your boarding documents:

**Option 1: Use your mobile boarding passes**

**Flight UA5940**
Chicago-OHare (ORD) to Atlanta (ATL)

View boarding passes

**Option 2: Print the attached boarding passes**
The attachments are designed to be printed and cannot be displayed on your mobile device.

**Option 3: Print your boarding documents from united.com or at an airport kiosk**

Flights operated by United arrive and depart from Chicago (ORD) Terminals 1 and 2.

Notice regarding hoverboards

Please note that in the interest of safety for our customers and employees, we do not accept hoverboards as checked or carry-on baggage.

You can also change your seat assignment, switch flights and more by returning to united.com. Go to the check-in page http://checkin.united.com and enter your confirmation number to get started.

If your travel plans change, please go to united.com, use an airport kiosk, speak to a United representative at the airport or call 1-800-UNITED-1 (1-800-864-8331) for assistance.

Please note: Minimum required check-in and boarding times vary by airport. If you are not in the immediate boarding area at the required minimum time before departure, your reservations are subject to cancellation and you may not be eligible for denied boarding compensation. Review minimum required check-in and boarding times at http://united.com/web/en-US/content/travel/airport/process/default.aspx


**PNXVG8.pdf**
56K

Jack Johnson <jackshousinganddevelopment@gmail.com>

# ᴍ Gmail

## wd: Confirmation for Dr Madison Sample

message                                                                 Tue, Jun 28, 2016 at 7:34 AM

adison Sample Jr <msamplejr@gmail.com>
: Jack Sample <jackshousinganddevelopment@gmail.com>

We are good to go!
This special rate is much better than their $552/night rate.
We have a king bed. All carpet but we are in a newly renovated wing last year with new everything.

Sent from my iPod

Madison Sample Jr MD

Begin forwarded message:



**From:** Fairmont Hotels & Resorts <SHP@hotelstay.fairmont.com>
**Date:** June 28, 2016 at 7:32:25 AM CDT
**To:** <msamplejr@gmail.com>
**Subject: Confirmation for Dr Madison Sample**
**Reply-To:** Fairmont Hotels & Resorts <concierge.southampton@fairmont.com>

Dear Dr Madison Sample,

Thank you for choosing Fairmont Southampton. While you are here, we hope you will be able to experience all that Southampton has to offer. Below, please find your reservation confirmation number and additional details.

As a valuable Fairmont President's Club member, we are pleased to provide you a suite of benefits to enhance your travel experience; including access to Great Rates Great Dates and Fairmont Moments as well as complimentary internet access and daily newspaper during your stays. We have further enhanced our ability to tailor your travel experience to what is important to you. Log on to select what you are most passionate about and explore all

<u>benefits of your membership</u> including those that await with Premier membership.

Best Regards,

Fairmont Southampton

| | |
|---|---|
| **Confirmation #** | *112381488* |
| **Block Name** | *Total Wealth Symposium* |
| **First Name** | *Madison* |
| **Last Name** | *Sample* |
| **Arrival Date** | *Tuesday, 13 Sep, 2016* |
| **Arrival Time** | *3:00 PM* |
| **Departure Date** | *Sunday, 18 Sep, 2016* |
| **Number Of Nights** | *5* |
| **Number Of Adults** | *2* |
| **Rate Per Room Per Night** | *USD 219.00* |
| **Cancellation Policy** | *72 hours prior to arrival* |
| **Cancellation Date to Avoid Penalty** | *Saturday, 10 Sep, 2016* |
| **Cancellation Amount** | *USD 271.55* |
| | *Local Currency* |
| | *The amount may be subject to taxes, gratuities, resort levy or other fees* |

**Please note that the rate does not include 11.75% tax, $13.41 per person per night Resort Levy, and gratuity of $10.70 per person per night**

Fairmont Southampton
101 South Shore Road
Southampton
Bermuda
SN 02

**Toll Free** 1 866 540 4497
**Tel** +1 441 238 8000
**Fax** +1 441 238 8968
**E-mail** concierge.southampton@fairmont.com

If you want to unsubscribe from marketing mails, then please <u>click here</u>.
<u>www.fairmont.com</u> | <u>Privacy Policy</u>