# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Sample v. Sample et al     Case Number: 24-cv-12470

An appearance is hereby filed by the undersigned as attorney for:
"Attorney Andrew Cores Law Group"

Attorney name (type or print):  Daniel B. Meyer

Firm:    Meyer Law Group LLC

Street address:    30 North LaSalle Street, Suite 1410

City/State/Zip:    Chicago, IL 60602

Bar ID Number:  6237685          Telephone Number:    312.763.6222
(See item 3 in instructions)

Email Address: dmeyer@meyerlex.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 01.23.25

Attorney signature:    S/ Daniel B. Meyer
                      (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023

# CERTIFICATE OF SERVICE

   I, Daniel B. Meyer, certify that on January 23 2025, I caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which will be served on the following counsel through the Court's CM/ECF system:

[All Counsel of Record – None Yet Appearing]

And via regular and electronic mail to:

<u>Pro Se Plaintiff</u>
Jackie Sample
9476 Falling Water Drive East
Burr Ridge, Illinois 60527
jackshousinganddevelopment@gmail.com

                By:  /s/ Daniel B. Meyer
                    Daniel B. Meyer

Daniel B. Meyer
Meyer Law Group LLC
30 North LaSalle Street
Suite 1410
Chicago, Illinois 60602
T – 312.265.0565
E – dmeyer@meyerlex.com