# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jackie Sample

                            Plaintiff,

v.                                                       Case No.: 1:24–cv–12470
                                                              Honorable Sunil R. Harjani

Madison Sample, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Telephonic status hearing held. Counsel for Defendants Elster, Mickelson and Beerman, LLP as well as Counsel for Defendants Andrew Cores and the Andrews Cores Family Group were present. Plaintiff Jackie Sample failed to appear or notify the Court regarding a scheduling conflict. Counsel informed the Court that their last communication with Plaintiff occurred in January, during which they provided Rule 4 waivers via email at her request. To date, those waivers have not been responded to. For the reasons stated on the record and Plaintiff's failure to appear or notify the Court on 1/29/2025, 2/25/2025, and today, 3/12/2025, Defendants' motion to dismiss [14], [19], and [20] are denied as moot. Accordingly, this case is dismissed for want of prosecution. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.